# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THE UNITED STATES OF AMERICA,

                       Plaintiff,

     v.

THE STATE OF ALASKA, THE ALASKA
DEPARTMENT OF FISH & GAME, and
DOUG VINCENT-LANG, in his official
capacity as Commissioner of the Alaska
Department of Fish & Game,

                    Defendants,

Case No. 1:22-cv-00054-SLG

## DECLARATION OF BOYD BLIHOVDE

I, Boyd Blihovde, declare as follows:

       1.      I am the Refuge Manager for the Yukon Delta National Wildlife Refuge

(Refuge), located in western Alaska.  In this role, I have been delegated the authority by

the Federal Subsistence Board to issue emergency special actions (ESAs) when necessary

to assure the conservation of healthy fish stocks and to provide for subsistence uses of

fish by federally qualified rural residents pursuant to Title VIII of ANILCA in the waters

of the Kuskokwim River system within the boundaries of the Refuge.

       2.      This delegation authorizes me, for periods of up to 60 days in length, to

close or re-open the waters within the Refuge boundaries to non-subsistence harvest (that

is, harvest by those who are not federally qualified rural residents, who are fishing

pursuant to applicable state regulations), open or close to subsistence harvest pursuant to

Title VIII of ANILCA, specify methods and means of subsistence harvest, and set harvest and possession limits for subsistence fishing.

3.    The waters of the Kuskokwim River system within the Refuge start at the mouth of the river and include the lower 180 river miles. The main stem waters within the Refuge are often identified as sections 1, 2, and 3.

4.    "Escapement" refers to the number of fish that are allowed to reach the spawning grounds with the goal of ensuring the continuation of healthy populations into the future. For Chinook salmon, the State of Alaska has established an escapement range of between 65,000 and 120,000 fish. And for chum salmon, the State's goal for escapement is between 15,000 and 49,000 fish.

5.    While the 25-year average escapement is 243,000 Chinook, even the minimum State escapement goals were not met in 2010, 2011, 2012, and 2013. They were just barely met in several other years. In 2020, only 116,000 Chinook were counted, with escapement estimated at 88,000. In 2021, the Chinook return was approximately 129,000 with an escapement of 101,000. However, in that year, the chum run was the lowest on record, with only 4,153 fish counted at the Kogrukluk River Weir.

6.    When engaging in pre-season and in-season efforts to gather information and data to allow for the proper management of the salmon fisheries on the Kuskokwim River, I work closely with and routinely consult federal and state biologists, including biologists with the Office of Subsistence Management, as well as the Chair of the Federal Yukon-Kuskokwim Delta Subsistence Regional Advisory Council ("Y-K RAC"), the

State's Kuskokwim River Salmon Management Working Group, and the Kuskokwim

River Inter-Tribal Fish Commission ("Inter-Tribal Fish Commission").  I also

continuously engage with my own team of specialists on staff with the Refuge and the

U.S. Fish and Wildlife Service, which includes multiple individuals with training and

experience in fisheries biology and management, who have a combined 35 years of work

experience at the Refuge. That experience includes over 10 years of direct help studying

and aiding in management of the Kuskokwim River fisheries within the Refuge.

7.      The Inter-Tribal Fish Commission represents the interests of the 33

federally recognized tribes located in the Kuskokwim drainage area.  It is comprised of a

former federal biologist as well as local residents with extensive traditional Indigenous

knowledge about the Kuskokwim salmon fisheries.  As indicated in the attached letter

from the Inter-Tribal Fish Commission to Secretary Haaland dated July 1, 2021, the

Commission is highly engaged in and well informed about salmon management on the

Kuskokwim.  Its members remain very concerned about the impacts of federal and state

management on the long-term health of the salmon populations.

8.      The residents of the local villages along the Kuskokwim River and its

tributaries are almost entirely federally qualified subsistence users, both native and non-

native, who are highly dependent on salmon as a source of food.  As is further described

in the attached submissions from the Inter-Tribal Fish Commission, subsistence harvest

of salmon is engrained within the culture and identity of these Kuskokwim area rural

residents.

9.      Starting in August of 2020 and continuing into May of 2021, my staff and I consulted with one or more members of the Inter-Tribal Fish Commission on at least twenty different occasions in preparation for the 2021 season, including virtually attending the Commission's two-day long annual meeting on April 7-8, 2021.  During this same time frame, I also consulted with Alaska Department of Fish and Game staff on more than five occasions concerning issues relating to the management of salmon on the Kuskokwim.

10.     After years of low numbers of returning salmon and in the interest of maintaining a healthy population of Chinook for future generations of rural Alaskans, the Inter-Tribal Fish Commission has concluded that it is necessary for local residents to endure the hardship of reduced harvests, at least in the short term, to maintain an escapement of no less than 110,000 Chinook.  This precautionary escapement target is within but at the upper end of the State's escapement range, and is set in order to protect sub-stock diversity, mitigate for decline in escapement quality, and to rebuild the Kuskokwim River Chinook salmon run.

11.     My staff and I concur that the Inter-Tribal Fish Commission's conclusion is biologically sound and necessary for reasons of long-term conservation.  Accordingly, in 2021 and 2022, the underlying basis for my decisions relating to harvest of salmon has been to reach an escapement of at least 110,000 Chinook while allowing at least some opportunity for federally qualified local residents to address their subsistence needs.

12.     My management efforts are significantly complicated by the fact that there is overlap in the run timing of the different species of salmon such that it is impossible to selectively harvest other species without inadvertently catching those for which there is a conservation concern.  Our conservation concerns on the Kuskokwim largely involve Chinook and chum salmon, while other species, such as sockeye, are better meeting escapement goals at this time.  Live release involving some fishing methods is possible.  However, fish caught in a gillnet do not survive and cannot be released unharmed.  From a practical perspective, the only means for catching salmon in sufficient numbers for subsistence purposes in a large, wide river like the Kuskokwim is through the use of gillnets.

13.     On May 7, 2021, following consultations with the Alaska Department of Fish and Game (ADF&G), the Inter-Tribal Fish Commission, the Kuskokwim River Salmon Management Working Group, and the Chair of the Y-K RAC, and in response to low run projections for Chinook, I issued an ESA closing the Kuskokwim main stem and various tributaries within the Refuge to the use of gillnets starting on June 1, 2021, because it was necessary for reasons of conservation.  Harvest by federally qualified subsistence users only was permitted using other methods, such as rod and reel, that allow for the live release of Chinook.  In the absence of this closure to the use of gillnets, it was possible that the subsistence harvest of Chinook could have significantly depleted the run and effectively reduced escapement to zero.

14.     At the same time, I also announced several brief windows of opportunity in 2021 for federally qualified users to harvest salmon using nearshore set gillnets on June 2, 5, and 9, as well as harvest using set or drift gillnets on June 12 and 15.  In subsequent announcements, I opened 9- to 24- hour windows of opportunity for federally qualified users only using set or drift gillnets on June 19 as well as set gillnets opportunities on July 2, 9, 10-11 and 16, 17, and 18.

15.     At no time during the federal closure, which ended on July 22, 2021, were non-federally qualified users permitted to use gillnets on Refuge waters.  Nevertheless, ADF&G announced gillnet harvest opportunities for all Alaskans on the same dates as the federal openings and even announced an opening on June 28, 2021, for which there was no corresponding federal opening.

16.     On April 29, 2022, my staff and I participated in the State's Kuskokwim River Salmon Management Working Group meeting, which involved a report on the 2021 season and forecast for the 2022 season.  In that meeting, the Working Group agreed with the proposed federal closure for the 2022 season and the initial proposed opening dates for federally qualified subsistence users.  Similar to 2021, the Group approved a recommendation to ADF&G to refrain from making any fishing announcements to open gillnet fishing for all Alaskans on any of the waters within the Refuge during any federal closures.

17.     On Saturday, April 30, 2022, I visited the local ADF&G office in an effort to find a mutually acceptable compromise to this continuing problem. To that end, I

discussed with ADF&G area managers whether it would be possible for the State to announce its openings only in sections 4 and 5, upstream from the Refuge boundary. This possibility was quickly and decisively rejected.

18.     On May 2, 2022, following numerous consultations and faced with low run projections that effectively mirrored the circumstances in 2021, I again issued an ESA that closed the Kuskokwim River main stem to the gillnet harvest of all salmon, and also closed various tributaries to the harvest of Chinook and the use of all gillnets effective June 1, 2022, with brief openings for federally qualified subsistence users only for June 1, 4, and 8.  As in 2021, ADF&G has once again announced gillnet harvest opportunities for all Alaskans on those same dates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23ʳᵈ day of May, 2022.

_____
Boyd Blihovde
Refuge Manager
Yukon Delta National Wildlife Refuge
U.S. Fish and Wildlife Service



July 1, 2021

The Honorable Deb Haaland, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Dear Madam Secretary Haaland:

The Kuskokwim River Inter-Tribal Fish Commission (KRITFC) is a PL 93-638 inter-Tribal agency serving the 33 Federally recognized Tribes of the Kuskokwim River watershed. The mission of KRITFC is to develop and maintain a meaningful role for Tribes and Federally qualified subsistence users to engage in Kuskokwim fisheries management by sustainably managing and rebuilding healthy salmon and other fish populations within the Kuskokwim watershed, the traditional territories of its Member Tribes. Its Fish Commissioners, Executive Council representatives, and In-Season Managers rely on Yupik and Athabascan Dené Traditional Knowledge and sound salmon science to guide their management actions and research and monitoring priorities.

Since 2015, KRITFC has brought a precautionary approach to the fisheries management table to ensure that our descendants can rely on an abundance of fish for their families. We are committed to keeping our fishing traditions alive for generations to come. It was historic for KRITFC to create its 2020 Chinook Salmon Management Strategy out of our precautionary management approach (see 2020 Annual Report in Appendix A). In 2021, the U.S. Fish and Wildlife Service (USFWS) at the Yukon Delta National Wildlife Refuge (YDNWR) joined KRITFC in developing the first joint 2021 Kuskokwim River Salmon Management Strategy regarding Federal subsistence management of Kuskokwim River salmon (see Draft 2021 Management Strategy in Appendix B).

Of paramount concern to KRITFC is the ongoing trend of failures of the Federal Subsistence Management Program to honor and uphold the rural priority provisions of Alaska National Interest Lands Conservation Act (ANILCA) Title VIII and protected by the *Katie John* decisions. In 2019 and 2020, the State of Alaska announced concurrent openings for fishing by all Alaskans on each Federal special action opening subsistence salmon fishing opportunities for Federally qualified rural residents of the Kuskokwim River. KRITFC concerns about these violations and

other issues were documented in a letter to former Secretary Bernhardt on September 15, 2020 (see Appendix C).

Now, in 2021, the State of Alaska Department of Fish & Game (ADF&G) opened subsistence gillnet fishing for all Alaskan residents on June 28, 2021, while the harvest of salmon by all users was closed by Federal emergency action. This action was a deliberate attack on the Federal Subsistence Management Program; *Katie John*'s legacy protecting Alaska Native and rural Alaskan residents' subsistence fishing rights; and the priority for Federal subsistence uses during times of conservation. However, the Federal Subsistence Management Program did not step in to prevent or override ADF&G action in 2021, nor in prior years.

KRITFC is seeking your engagement and attention to this matter, as <u>KRITFC has lost confidence in the Federal authorities based in Alaska to uphold Federal law outlined in ANILCA Title VIII.</u> Most Federal officials seem more inclined to ignore Federal law and defer to the State of Alaska than to fulfill their fiduciary obligations. In short, <u>as years of ANILCA Title VIII violations are allowed to continue on the Kuskokwim River, it seems clear that the *Katie John* decisions are already dead.</u> Repeated statements regarding why Federal officials are not challenging the State of Alaska's violations of ANILCA Title VIII in order to protect *Katie John* are lip service at best. The *Katie John* decisions cannot be protected by ignoring the Federal protections that they enshrined within the Federal Subsistence Management Program.

The following excerpts provide a brief chronology of concerns and abuses of the *Katie John* legacy from the perspective of KRITFC (with emphases added):

- In 2016, LaMont Albertson submitted Federal fisheries proposal FP17-05 to establish a Federal salmon management plan in Federal regulations rather than the current Federal regulations that simply reference ADF&G regulations: "<u>Mr. Albertson believes that the existing regulation severely limits the ability of the Federal Program to exercise independent judgment to achieve the mandates and mission of ANILCA Title VIII</u>" (FSB Transcript, April 16, 2019, OSM staff, p. 216). The Federal Subsistence Board (FSB) deferred action on this proposal until 2019 due to their request to update the letter of delegation of authority to better inform the FSB during its deliberations in 2019 and to consider any developments concerning the Kuskokwim River Partnership Project (FSB Transcript, April 16, 2019, OSM staff, p. 216; emphasis added).

- <u>In 2017 and 2018, KRITFC established a precautionary escapement target of 110,000 Chinook salmon</u>, which was set at the upper 75% of the existing drainage wide ADF&G escapement goal range (65,000-120,000) to protect substock diversity, mitigate for decline in escapement quality, and to rebuild the Kuskokwim River Chinook salmon run. <u>The Federal in-season manager supported KRITFC's escapement target in 2017 and 2018, as did the Kuskokwim River Salmon Management Working Group (KRSMWG).</u>

- In 2018, the FSB approved a revised letter of delegation of authority to the YDNWR Manager to read: "…specifically, the Board directed the Refuge manager to <u>coordinate</u> management with representatives of Regional Advisory Councils and the Kuskokwim Inter-Tribal Fisheries Commission (*sic*), OSM, and ADF&G. Additionally, the Refuge manager

2

was directed to <u>notify</u> the Kuskokwim River Salmon Management Working Group of his management actions and decisions."

- In the winter of 2018-2019, KRITFC again established an escapement target of 110,000 Chinook salmon to continue rebuilding the run, consistent with previous years' efforts. However, <u>on February 21, 2019, the Federal in-season manager opposed KRITFC's escapement target</u> and instead chose an escapement target of 95,000 fish based solely on the rational of maximizing yield, despite eight previous years of steeply decline runs and on-going conservation concerns. The effect of this message to subsistence fishermen was that some of their conservation efforts had been wasted by continuing with an escapement target of 110,000 fish on the spawning grounds rather than harvesting them. <u>This line of reasoning eroded support for harvest restrictions and conservation measures that may be essential to recover this stock</u>.

- In a letter dated March 11, 2019, <u>KRITFC shared its shock by the USFWS' proposal to put fewer fish on the spawning grounds based on a rationale that had not been formally vetted within the western scientific community and that ignored many conservation concerns.</u> These concerns included, but were not limited to, higher escapements needed to: (1) support precautionary management, (2) compensate for documented declines in escapement quality, (3) protect weak stocks and maintain sub-stock diversity to help stabilize the dynamics of annual returns, and (4) address data uncertainty and resulting lack of management precision. The <u>Federal in-season manager's opposition to the Commission's precautionary management approach sent the wrong message to Tribes committed to rebuilding these stocks critical to the subsistence way of life</u>.

- On June 26, 2019, ADF&G issued an emergency order (EO) that subsistence fishing by all Alaska residents would be open from the YDNWR boundary at the mouth of the Kuskokwim River upstream to the YDNWR boundary at Aniak, and that live release requirements of Chinook salmon for selective gear types in the main stem had been rescinded (ADF&G EO #3-S-WR-5-19). KRITFC In-Season Managers and the Federal in-season manager also met via teleconference and re-confirmed their previous decision to keep Federal restrictions in place until July 1, 2019.

- Furthermore, on June 26, 2019, the subsistence salmon fishery was still predominantly a Chinook salmon fishery, based on the documented chum/sockeye to Chinook salmon ratio (less than 1 chum/sockeye to 1 Chinook salmon). <u>The Federal in-season manager took no action to stop ADF&G's violation of ANILCA Title VIII</u> during this time where Chinook salmon were still a dominate species in the mixed stock fishery. <u>By electing to take no action to close the fishery except to Federally qualified subsistence users, the Federal in-season manager permitted the unmonitored harvest of Chinook salmon by non-Federally qualified subsistence users in violation of ANILCA for a five-day period while Chinook salmon were under Federal management.</u>

- On May 11, 2020, KRITFC provided USFWS with its Draft 2020 Chinook Salmon Management Strategy (see Appendix D). In the accompanying cover letter, <u>KRITFC raised concerns about the Federal in-season manager's support for the provisions of ANILCA and his willingness to implement timely emergency special actions to uphold the provision of ANILCA when necessary</u>. The first example provided was the failure to act when ADF&G violated ANILCA Title VIII on June 26, 2019. The second example referred to the Federal

3

in-season manager's April 30, 2020, letter to the FSB regarding the USFWS 2020 In-Season Management Strategy. The detailed discussion can be found in Appendix D, but in short, the thresholds identified by the Federal in-season manager to invoke the provision of ANILCA to provide conservation measures and Federal priority for subsistence uses was unacceptably low by any standard such that the Federal in-season manager would not have implemented any special actions to restrict the fishery to subsistence users in 2014-2018.

- On June 5, 2020, the Federal in-season manager issued an emergency special action announcing opportunity to use up to 6-inch mesh gillnets in the Kuskokwim River mainstem on June 12, 15, and 18 from 6:00 am to 6:00 pm (FSA 3-KS-03-20). Then, on June 8, 2020, at the regularly scheduled KRSMWG meeting following the ADF&G manager's plan to open Federal waters to subsistence salmon fishing, the Federal in-season manager stated his support for the ADF&G's EO opening subsistence salmon fishing to all Alaska residents on June 12 and 15 targeting Chinook salmon, the only species of salmon present in any numbers in the river at the time. In short, the Federal In-Season Manager voiced his support for ADF&G's violation of ANILCA Title VIII.

- On June 9, 2020, ADF&G issued an EO for fishing opportunity for all Alaskan residents in the Kuskokwim River mainstem to use up to 6-inch mesh size gillnets in Federal waters on June 12 and 15 from 6:00 am to 6:00 pm (EO #3-S-WR-04-20). ADF&G estimated that 2-8% of the Chinook salmon run and <1% of the chum salmon run was complete on June 8, 2020 (Kuskokwim River Salmon Assessment Update, June 8, 2020). The Federal In-Season Manager supported ADF&G's violation of ANILCA Title VIII and cited the importance of having an orderly fishery in the absence of Federal law enforcement and the inability of State of Alaska Wildlife Troopers to enforce Federal subsistence regulations.

- On June 10, 2020, LaMont Albertson submitted emergency fishery special action request FSA20-05, which requested the Federal in-season manager immediately close Federal public waters of the Kuskokwim River drainage to the harvest of chum and sockeye salmon except by Federally qualified subsistence users because of the poor 2020 chum salmon return and ongoing conservation concerns regarding Kuskokwim River Chinook salmon.

- On June 16, 2020, according to the OSM analysis of Mr. Albertson's Federal special action: "The State emergency order allows the harvest of fish with a non-selective gear type that kills Chinook Salmon and is therefore contrary to the Federal special action regulations currently in effect." Despite OSM's analysis and conclusion that the failure to approve Mr. Albertson's emergency special action request would violate ANILCA Title VIII, the FSB rejected the request and deferred to State management citing incorrect biological assessment information to justify the FSB's failure to uphold ANILCA Title VIII. Significantly, the 2020 chum salmon run was one of the smallest returns on record and the lowest subsistence harvest on record, even lower than the harvest during the 1993 chum salmon disaster.

- On June 17, 2020, ADF&G again violated ANILCA Title VIII when the State of Alaska issued an additional EO for fishing opportunity for all Alaskan residents in the Kuskokwim River mainstem to use up to 6-inch mesh size gillnets in Federal waters on June 18 from 6:00 am to 6:00 pm (EO #3-S-WR-05-20). ADF&G estimated that 20-40% of the Chinook salmon run and 1-5% of the chum salmon run was complete on June 17, 2020 (Kuskokwim River Salmon Assessment Update, June 17, 2020). Again, the Federal Subsistence Management

4

<u>Program failed to act during this and subsequent violations of ANILCA Title VIII on the
Kuskokwim River during the 2020 season.</u>

In summary, based on several prior years of deliberate disregard of the Federally protected
subsistence fishing priority on the Kuskokwim River by the Federal Subsistence Management
Program and the ongoing failure of the Federal Subsistence Management Program to uphold
ANILCA Title VIII in response to State of Alaska actions, KRITFC has lost confidence in
Federal authorities' ability to uphold ANILCA Title VIII. KRITFC respectfully urges your
consideration of our concerns and protections for our ways of life, and we await your response to
this matter.


Quyana,


Mike Williams Sr.
Chair, KRITFC



Appendix A: 2020 Annual Report



KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION

# ANNUAL REPORT
# 2020





# MISSION

The Kuskokwim River Inter-Tribal Fish Commission aims to develop a meaningful role for Tribes and rural residents to engage in Kuskokwim fisheries management by rebuilding and sustainably managing healthy salmon and other fish populations within the Kuskokwim River watershed and the traditional territories of its Member Tribes. Its Fish Commissioners, Executive Council representatives, and In-Season Managers rely on Yup'ik and Athabascan Dene' Traditional Knowledge and sound salmon science to guide management actions and research and monitoring priorities.

# VISION

The Commission envisions a bountiful Kuskokwim River watershed which provides for present and future customary and traditional subsistence harvests and uses of fish.

# VALUES

At the heart of the Commission's work are the Indigenous values of:
- Unity, cooperation, and caring for relatives and members of one's community, including fish, wildlife, and plants;
- Sharing in times of abundance and scarcity;
- Respecting the fish, animals, waters, and lands by taking only what one needs and avoiding all waste; and
- Remembering the generations of Indigenous people who have successfully and sustainably stewarded the Kuskokwim region and the generations of Indigenous people who will continue to depend upon and steward the region into the future.



# TABLE OF CONTENTS

Mission, Vision, and Values ................................................................. 1

Welcome from the Chair ................................................................... 3

Who We Are ..................................................................................... 5

Our History ....................................................................................... 9

The 2020 Season from the Executive Director ...................................... 13

2020 Project Highlights ..................................................................... 15

2020 Financial Highlights .................................................................. 21

Looking into 2021 ............................................................................ 22



*Cover photo: Kairneq, a type of salmon jerky, hanging in the smokehouse (credit: Lisa Hupp).*

*Page 1, top to bottom: Silver or coho salmon ready for filleting (credit: Terese Schomogyi). Set net above McGrath (credit: Kevin Whitworth). Filleting fish at camp (credit: Terese Schomogyi).*

*Above: Boater on Straight Slough heading upriver (credit: Terese Schomogyi).*



# WELCOME
## FROM THE CHAIR

2020 was a standout year for the Kuskokwim River Inter-Tribal Fish Commission. It was my second year as Chair of the Commission, and I am proud to say my fellow Fish Commissioners, In-Season Managers, and Executive Council members worked hard to protect our fish and our ways of life along the Kuskokwim.

We began our year with the creation of our first ever Kuskokwim River Chinook Salmon Management Strategy, which outlined our Council members' and In-Season Managers' approach to the 2020 king salmon run. Since 2015, we have brought a precautionary approach to the management table. "Precautionary" means that we aim high to get as many fish as possible to their headwaters spawning grounds so that we have fish for future generations. With our Traditional Knowledge and the best salmon science, our Commission does all it can to account for fisheries uncertainties, protect spawning salmon, and provide opportunities for subsistence harvest.

I am made of fish, as are all Fish Commissioners. We want to be able to put fish away for our families – and we also want our children's grandchildren to be able to do the same. This is why our Commission takes a precautionary approach to managing Kuskokwim salmon: to keep our fish and traditions alive for generations to come.



*Drifting on the Kuskokwim
(credit: Janessa Esquible).*



*View from a Bethel area fish camp
(credit: Terese Schomogyi).*





*Salmon slabs drying in the sun (credit: Mary Peltola).*

*Salmon hanging to dry at fish camp (credit: Terese Schomogyi).*

*Drying salmon slabs (credit: Shane McIntyre).*

It was historic for our Commission to create its 2020 Management Strategy out of our precautionary management approach. When the king salmon did not return in 2020 as strongly as the forecast numbers predicted, our new Management Strategy was a key piece of our Commission's successful management of the run. The In-Season Managers, who worked so hard with the Executive Council members to craft and fine-tune the Management Strategy, stuck to conservative-based management as we realized the 2020 king salmon run was one of the weakest runs we had seen. They relied on this Management Strategy to both provide for some subsistence harvest and protect enough king salmon bound for their spawning grounds.

Despite the incorrect 2020 king salmon forecast and the global COVID-19 pandemic that has hurt our Kuskokwim families and communities and prevented our Commission from gathering in-person, I know we gave our full effort to our work as co-managers of our river this year. Although I am stepping down as Chair of the Commission in 2021, I am hopeful for the future of our organization. The many wise, knowledgeable Fish Commissioners who are dedicated to protecting Kuskokwim fish and food security will, I know, continue to lead this Commission as a powerful voice for the people of the Kuskokwim. This is our river, our people, and our voice, and we will use this voice to protect our fish and ways of life for as long as it takes.

*Charlene Erik*

Charlene Erik, Commission Chair 2019-2020

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 18 of 66

# WHO WE ARE

The Kuskokwim River Inter-Tribal Fish Commission is a 638 Tribal Compact Status agency that unites the 33 Federally recognized Tribes of the Kuskokwim River drainage area as active managers of Kuskokwim River fisheries.

## 2020 EXECUTIVE COUNCIL

The Executive Council is composed of seven Fish Commissioners, one elected from each of the seven Commission River Units. The Council Chairmanship position rotates every two years between the upper, middle, and lower river communities. The Executive Council also includes an Elder Advisor.



### CHARLENE ERIK
Chair, Unit 7
Chefornak



### GERALD KAMEROFF, JR.
Council Member, Unit 3
Upper Kalskag



### MIKE WILLIAMS, SR.
Vice-Chair, Unit 4
Akiak



### AVERY HOFFMAN
Council Member, Unit 5
Bethel



### JONATHAN SAMUELSON
Secretary/Treasurer,
Unit 2
Georgetown



### GOLGA FREDERICK
Council Member, Unit 6
Nunapitchuk



### CLAUDE "JOE" PETRUSKA
Council Member, Unit 1
Nikolai



### JAMES CHARLES
Elder Advisor
Tuntutuliak

2020 ANNUAL REPORT

# 2020 IN-SEASON MANAGERS

Each year, four In-Season Managers representing communities across the Kuskokwim River watershed are appointed by the entire Commission body. These In-Season Managers spend each salmon season at the management table negotiating and fighting for conservation-minded management and continued subsistence fishing priorities.



**ROBERT LEKANDER**
Bethel
*Robert retired from his Commission position in May 2020.*



**JACQUELINE CLEVELAND**
Quinhagak



**JAMES NICORI**
Kwethluk



**MEGAN LEARY**
Napaimute



*The 33 Kuskokwim communities mapped in their River Units (credit: Commission archives).*

Ex. 1 - Page 20

# 2020 FISH COMMISSIONERS

Each Tribal or Village Council that has submitted an Authorizing Resolution with the Commission appoints a representative Fish Commissioner. Fish Commissioners are able to vote at Commission meetings.

## UNIT 1
Jimmy Nikolai, *Telida*
Claude "Joe" Petruska, *Nikolai*
Betty Magnuson, *McGrath*
Robert Perkins, *Takotna*

## UNIT 2
Thomas Willis, *Stony River*
Evan Bobby Jr., *Lime Village**
Ellen Yako, *Sleetmute*
Rebecca Wilmarth, *Red Devil**
Jonathan Samuelson, *Georgetown*
Tim Zakar, *Crooked Creek*

## UNIT 3
Megan Leary, *Napaimute*
Tracy Simeon, *Chuathbaluk*
Nick Kameroff Jr., *Aniak*
Gerald Kameroff, *Upper Kalskag*
Walter Morgan Sr., *Lower Kalskag*

## UNIT 4
Noah Alexie, *Tuluksak*
Mike Williams, Sr., *Akiak*
Phillip Peter, Sr., *Akiachak*
James Nicori, *Kwethluk*

## UNIT 5
Avery Hoffman, *Bethel*

## UNIT 6
Nicholai Steven, *Oscarville**
Chris Larson, *Napaskiak*
Ralph Nelson, *Napakiak*
Melvin Egoak, *Atmautluak**
Natalia Brink, *Kasigluk*

## UNIT 7
Adolf Lupie, *Tuntutuliak*
Stella Alexie, *Eek*
Charlene Erik, *Chefornak*
Jimmy Paul, *Kipnuk**
Edward David, *Kongiganak**
Fred Phillip, *Kwigillingok**
Jacqueline Cleveland, *Quinhagak*

*Note: The communities of Lime Village, Red Devil, Oscarville, Atmautluak, Kongiganak, Kwigillingok, and Kipnuk do not currently have Authorizing Resolutions or voting Fish Commissioners with the Commission. The listed Fish Commissioners for these communities are non-voting members of the Commission only. Although the Commission does not officially represent these Tribes, it remains hopeful they will become part of its compact. Regardless of Tribal or racial affiliation, the Commission strives to improve the access of all Federally qualified subsistence users to healthy fish stocks on the Kuskokwim.*




*Drifting along the Kusko (credit left: Terese Schomogyi, credit right: Janessa Esquible).*

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 21 of 66

## COMMISSION STAFF

Mary Peltola, *Executive Director*
Kevin Whitworth, *Fisheries Biologist*
Casey Rangel, *Executive Administrator*
Alana Chronister, *2019-2020 Jesuit/AmeriCorps Volunteer, Communications Coordinator*
Terese Schomogyi, *2020-2021 Jesuit/AmeriCorps Volunteer, Communications Coordinator*

## COMMISSION CONSULTANTS

Jim Simon, PhD, *Anthropologist*
Joseph Spaeder, PhD, *Fisheries Biologist*

Curry Cunningham, PhD, *Salmon Biometrician*
Bill Bechtol, PhD, *Salmon Biometrician*

## COMMISSION PARTNERS

U.S. Fish and Wildlife Service, *Yukon Delta National Wildlife Refuge*
LaMont Albertson, *Community-Based Harvest Monitoring Program Manager*
Orrie Reich, *Community-Based Harvest Monitoring Program Assistant*
Karen Gillis, *Executive Director, Bering Sea Fishermen's Association*
Association of Village Council Presidents
Tanana Chiefs Conference
Orutsararmiut Native Council, *In-Season Harvest Monitoring Partner*
Organized Village of Kwethluk, *Kwethluk River Weir Partner*
Takotna Village Council, *Takotna River Weir Partner*
Nikolai Edzeno' Tribal Council, *Takotna River Weir Partner*
Alaska Department of Fish & Game, *Takotna River Weir Partner*



*Kevin Whitworth and his son Rohn with Rohn's first sheefish catch (credit: Kevin Whitworth).*



*Van Kapsner with his harvest (credit: Mary Peltola).*

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 22 of 66

# OUR HISTORY

*The history of fishing on the Kuskokwim begins before 1980, of course, and long before the Alaska Native Claims Settlement Act (ANCSA) of 1971 abolished aboriginal fishing and hunting rights on these waters and lands. Kuskokwim people have always been and will always be in relationship with the salmon of this river.*

*Throughout this entire timeline, the Yup'ik and Athabascan Dene' peoples of the Kuskokwim have been tending to the lands, river, and fish, animal, and plant life of this region. Their stewardship is the beginning, present, and future of the work of our Commission.*

In **2000,** subsistence Chinook salmon fishing was restricted on the Kuskokwim for the first time. Restrictions on subsistence fishing continued in subsequent years as returns continued at numbers lower than historical averages (except for 2005, which showed record high numbers of Chinook salmon escapements).

In **2010,** the return of Chinook salmon resulted in one of the lowest numbers of fish spawning on record. However, unlike in past seasons with poor Chinook salmon numbers, the following years did not show rebounds in Chinook salmon returns. 2010 thus marked a turning point in severely Chinook salmon population declines on the Kuskokwim as well as across the entire state of Alaska.

In **December of 1980,** the Alaska National Interest Lands Conservation Act (ANILCA) was passed into Federal law. Heralded by environmental conservation advocates as landmark legislation, ANILCA was also significant for Alaska Native and rural Alaskan communities. Under Title VIII of ANILCA, the customary and traditional subsistence uses of fish, game, and wildlife by Alaska Native and rural Alaskan communities is protected. The Federal government consequently has a legal obligation to manage fish, game, and wildlife populations according to both conservation and subsistence harvest objectives.

During the **late 1990s and early 2000s,** and most recently in 2015, the State of Alaska and Federal government repeatedly declared economic disasters on the Kuskokwim River because of low returns of Chinook and chum salmon.

In **1993,** the Federal government formally recognized 229 Alaska Native Tribes, including the 33 Tribes of the Kuskokwim River watershed.



*Hauling in red or sockeye salmon (credit: Mary Peltola)*

In **March of 2012**, the Association of Village Council Presidents (AVCP) hosted a special convention called *State of our Salmon*. This "Salmon Summit" intended to bring together Tribal representatives from the Kuskokwim and Yukon Rivers, State and Federal agencies, and western science researchers to discuss declining Chinook salmon stocks in the Yukon-Kuskokwim region and Tribal engagement in fisheries management.



*Chinook salmon returns to the Kuskokwim River, 1976 to 2020. In 2010, total fish returns dramatically declined, and, unlike in past drops in fish returns, Chinook populations have not recovered in the decade since 2010 (credit: ADF&G).*

In **2014**, under then-Secretary of Interior Michael Connors, USFWS addressed the Alaska Federation of Natives with an invitation to develop a co-management pilot program, which inspired Kuskokwim communities to organize such a management body.

The **2012** Chinook salmon run was the smallest run on record, leading the Alaska Department of Fish and Game (ADF&G) to implement 12 consecutive days of subsistence fishing closures. However, local and Tribal communities, concerned about feeding their families after a long winter, defied state restrictions and fished in protest of the closures. Law enforcement personnel from the Alaska State Troopers and the U.S. Fish and Wildlife Service (USFWS) cited 61 people for fishing, seizing their nets and 1,100 pounds of fish.

In **2015**, after several years of discussions, the 33 Federally recognized Tribes of the Kuskokwim River joined together to create their own Tribally representative fishery management body under Title VIII of ANILCA. On **May 5**, 28 Tribally elected Commissioners gathered in Bethel to adopt a constitution and bylaws of the Kuskokwim River Inter-Tribal Fish Commission, and with the election and appointment of its first Executive Council and In-Season Managers, the Commission was born. The Commission operated as an inter-Tribal fishery management agency for the first time in 2015.

In **2013**, Chinook salmon returns were nearly record lows. ADF&G adopted a Kuskokwim River drainage-wide sustainable escapement goal range of 65,000-120,000 Chinook salmon. However, adherence to an overly optimistic forecast throughout the majority of the season led ADF&G managers to allow for unrestricted subsistence harvest that resulted in an over 50% exploitation rate and nearly the lowest number of Chinook spawners on record to reach the spawning grounds, estimated at 41,027 fish. While not the fault of subsistence fishing families, this example of collective overharvest along the entire river continues to remind Fish Commissioners of the importance of balancing salmon subsistence fishing needs with ensuring enough fish reach the spawning grounds to rebuild the runs.

*Below, top: Fish Commissioners, staff, and partners gathered for the 2018 Annual Meeting.*
*Below, bottom: Executive Council members, In-Season Managers, and staff visited the Northwest Indian Fisheries Commission – a model for this Commission on the Kuskokwim – in 2019 (credit both: Commission archives).*

In **2016**, after a successful year managing the Kuskokwim River Chinook salmon fishery with State and Federal agencies, USFWS signed a memorandum of understanding (MOU) with the Commission. This MOU established the co-management partnership between the Commission and USFWS within the boundaries of the Yukon Delta National Wildlife Refuge, a partnership which has continued to grow and evolve to this day. The Commission was also incorporated by AVCP as a non-profit organization in 2016.

In **2017**, the Executive Council and In-Season Managers of the Commission adopted a Chinook salmon escapement goal target of 110,000 fish, which falls within the higher end of ADF&G's drainage-wide escapement goal range in order to implement a precautionary management strategy aimed at protecting stock diversity and rebuilding the Kuskokwim River Chinook salmon run. In 2017, Bering Sea Fishermen's Association (BSFA) became the Commission's fiscal agent. The Commission began partnering with BSFA during this time to implement the existing in-season Community-Based Harvest Monitoring program and operate the Takotna River weir.





**2019** saw some of the highest numbers of Chinook salmon returns and harvests in the last decade, but these numbers still fell below historic numbers on the Kuskokwim. One hundred thousand more fish returned than ADF&G had predicted in their pre-season forecast. Additionally, the fish that returned were about 20 pounds smaller than historical averages, meaning fishers need greater numbers of fish per in order to meet their customary harvest needs. However, Commission In-Season Managers remained committed to their strategy of precautionary management to rebuild the salmon run and ensure future generations can continue to depend on Chinook salmon.

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 25 of 66



*The Commission held its Executive Council meetings virtually in 2020 due to the COVID-19 pandemic (credit: Commission archives).*

In **2020**, the Commission's Executive Council representatives and In-Season Managers adopted the Commission's first Kuskokwim River Chinook Salmon Management and Harvest Strategy. When the Chinook salmon failed to materialize with 100,000 fewer Chinook salmon returning than ADF&G had predicted, the Commission's In-Season Managers relied on their Traditional Knowledge and a precautionary approach to management informed by the best available salmon science embedded in the 2020 Management Strategy to guide their in-season management decisions. Despite overly optimistic forecasts used by both the State and Federal agencies, the Commission's Management Strategy ensured that sufficient numbers of Chinook salmon (around 88,000 fish) reached the spawning grounds to rebuild the runs for the future while providing for as much subsistence harvest as possible.

In **2020**, shut-downs from the global COVID-19 pandemic forced the Commission to postpone its Annual Meeting and Elections to 2021. As a result, the 2019 Executive Council members and In-Season Managers remained the same for the 2020 season.

In **2020**, the Commission received Tribal Compact Status under Public Law 93-638, transforming it into an independent inter-Tribal agency. Because of this status, BSFA is no longer the fiscal agent and AVCP is no longer the fiscal sponsor of the Commission.

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 26 of 66



# THE 2020 SEASON
## FROM THE EXECUTIVE DIRECTOR

The Kuskokwim River is regarded as having supported the largest subsistence salmon fishery in the world, in both the number of people who harvest fish and in the number of salmon harvested. Based on household surveys conducted in the early 2000s by the State of Alaska's Division of Subsistence and in cooperation with Tribes, Kuskokwim people harvest over 360 pounds per person of wild food for human consumption. Fish comprise up to 85% of the total poundage of harvests, with salmon contributing up to 53% of that total.

However, Chinook salmon statewide are clearly facing threats and diminished productivity. Many Alaskan watersheds, including the Kuskokwim, have witnessed the same meager returns. The Chinook salmon on the Kuskokwim River are, on average, one third of their historical sizes, which is in keeping with global trends.



*Mary Peltola cuts fish at fish camp (credit: Terese Schomogyi).*

Like nearly everyone raised on the Kuskokwim, *I am made of fish.* Not only do I crave eating fish year-round, but by May and June, I physically feel the need to catch and process fish. We all feel this. As a Bethel Tribal member told me, "Fishing is in my blood and I need to fish when there are fish in the river." Although my body and instincts tell me it is time to catch and put away fish in June, I have had to adjust my mindset because there are fewer fish in our river. I acknowledge that Chinook salmon are in distress and my family must sacrifice putting away dozens of large king salmon. Collectively, this sacrifice is being made to work toward rebuilding our Chinook salmon runs. This is so much easier said than done. Moist weather and blue flies make putting red, chum and silver salmon away so much more challenging. But the alternative – harvesting at historic levels – is not sustainable.

Although our recent ten-year average harvest of Chinook salmon is in the range of 20,000-40,000 fish, the historical average harvest was 85,500 Chinook salmon per year, with each fish averaging about 33 pounds each. So, in numbers of fish harvested and certainly in pounds of Chinook salmon harvested, we are making a big sacrifice to our fish racks. Historic harvests of 85,500 Chinook salmon year over year could be catastrophic when the returns since 2007 have been in the range of 100,000-120,000 fish. While everyone mourns the loss of our once abundant runs and hates the fishing restrictions, harvesting at historic levels is not realistic either. As Jonathan Samuelson, the Georgetown Fish Commissioner, has said, "We know we don't take more than we need. But maybe we need more than is available right now." We are all sacrificing, and the alternative would be devastating.

2020 ANNUAL REPORT



*Left: Job Nelson harvests fish at his set net. Right: Nora Nelson out for a drift (credit both: Mary Peltola).*

The Commission's Executive Council members and In-Season Managers are true subject matter experts on this river. They are, as all Fish Commissioners are, homegrown to the Kuskokwim. They are all made of fish and are deeply motivated by the desire that all future generations born to the Kuskokwim will be made of salmon as well. The Traditional Knowledge they have brought to the management table has filled gaps in the western science forecasting and discerning run timing. In 2018, fishing time increased because of Traditional Knowledge related to run timing. In 2020, Traditional Knowledge indicated Fish Commission managers should "tap the breaks" on a plan to fish for Chinook salmon every other day for 24 hours, which meant the Kuskokwim was closer to meeting the spawner goal, though it was well under our target of 110,000 fish.

The 2020 Kuskokwim River Chinook salmon were fortunate that the Kuskokwim River Inter-Tribal Fish Commission had the perspective of our 10,000-year relationship with Kuskokwim River Chinook salmon. The Commission's In-Season Managers participated as co-managers with the U.S. Fish and Wildlife Service (USFWS) the previous five summers (2015-2019) and saw 13 consecutive depressed Chinook salmon returns (2007-2019) with fish that were fewer in numbers and smaller in size. They regarded the State of Alaska Department of Fish and Game's (ADF&G) 2020 pre-season forecast of 220,000 Chinook salmon with either neutrality or doubt and worked with the Federal Subsistence Program to help co-manage the Chinook run to responsibly harvest a portion of the run. They also stayed true to the Management Strategy and Harvest Strategy they developed in March and April, both of which emphasize precautionary management and attaining a decent Chinook salmon spawner goal.

I do not love restrictions or being in a re-building phase, but I would hate an alternative that would put our kings at risk of returning in smaller sizes and fewer numbers. Kuskokwim subsistence families have carried the brunt of conservation, which has been a huge sacrifice, but there is no one else to carry this burden; without commercial or sport users, it falls on us. It is an honor to work with so many people committed to preserving our way of life and our relationship with salmon. Working on salmon issues has driven home the point that no one is coming to save us; only we can prioritize protecting and building our Chinook salmon stocks. And this is true self determination.

*Mary Peltola*

**Mary Peltola, Commission Executive Director**

# 2020 PROJECT HIGHLIGHTS

## 2020 KUSKOKWIM RIVER CHINOOK SALMON MANAGEMENT STRATEGY

Throughout the winter of 2019 and 2020, the Executive Council representatives and In-Season Managers worked with the Commission's staff, consultants, and other scientific experts to develop and adopt the Commission's first Kuskokwim River Chinook Salmon Management Strategy prior to the salmon fishing season. This Management Strategy defined the objectives, methods, and goals of Commission management to guide the In-Season Managers' decisions regarding the 2020 Chinook salmon run.

Part of the rationale prompting the creation of the Management Strategy is the lack of in-season run assessment data. Until mid-June – when the Chinook salmon run is nearly, if not already, complete – In-Season Managers from the Commission, U.S. Fish and Wildlife Service (USFWS), and Alaska Department of Fish & Game (ADF&G) only have uncertain and unreliable pre-season forecasts and limited in-season data to inform their management decisions. Having a set Management Strategy in place as the Chinook salmon season started guided the Commission In-Season Managers to address forecast uncertainty and make wise management decisions in spite of it.

Key goals from the Commission's 2020 Management Strategy include:
- To rebuild and sustainably manage healthy Chinook salmon populations within the Kuskokwim River watershed by taking a conservative approach to management and accounting for uncertainty.
- To integrate meaningful local and Traditional Knowledge into the fisheries management decision-making process, including through weekly toll-free teleconference calls with the public during the Chinook salmon season.





*Chinook (king) salmon (credit: Shane McIntyre).*



*Josie Roczicka hanging fish (credit: Mary Peltola).*

*Stringing fish for drying (credit: Mary Peltola).*

- To set a precautionary Chinook salmon escapement target range of 110,000-120,000 fish, which is at the upper end of ADF&G's drainage-wide escapement goal range, to account for forecast uncertainty and decreasing sizes of returning salmon.
- To provide for the continuation of customary and traditional subsistence harvest of Chinook salmon by Tribal citizens and rural residents of the watershed by announcing harvest opportunities throughout the Chinook salmon season.
- To develop a unified fisheries management approach for the entire Kuskokwim River watershed that prioritizes conservation and subsistence uses, specifically under the MOU with USFWS.
- To include lower, middle, and upper river Tribes in all decision making processes.

The 2020 Chinook Salmon Management Strategy also addresses declines in sizes of returning Chinook salmon, implicating drops in reproductive potential and caloric content; threats to local food security with unrecovered Chinook salmon populations; and methods to communicate with local Tribes about avoiding collective, unintended overharvest to provide for equitable and sustainable harvests across the watershed, from mouth to headwaters.


*Canning salmon (credit: Mary Peltola).*


*Drifting on a sunny day (credit: Janessa Esquible).*

# 2020 KUSKOKWIM RIVER CHINOOK SALMON HARVEST STRATEGY

The 2020 Kuskokwim River Chinook Salmon Harvest Strategy developed the goals and principles of the Management Strategy into detailed approaches for the In-Season Managers to consider before deciding whether or not to open the river for fishing. It consisted of a stepwise process that divided the Chinook salmon season into four time periods: the pre-season period (before June 1), early season set net opportunity period (June 1 - June 11), mid-season drift and set net opportunities (June 12 - June 20), and late season harvest (June 21 - 30).

As the season picks up, more information about how the run is doing becomes available. This includes not only the biological information that slowly trickles in from Bethel Test Fishery and the new Bethel sonar, but especially the information received from fishing families themselves. All of this information is critical for in-season management. During each of the four time periods, the In-Season Managers use their local and Traditional Knowledge, information obtained from local fishermen throughout the river, and biological information to help them to understand what kind of Chinook salmon run is likely returning to the

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 30 of 66

river. While perhaps frustrating to some fishing families, this stepwise approach helps to monitor, assess, and manage the Chinook salmon as it is happening. In 2020, based upon lessons they learned in previous years, the In-Season Managers found this approach preferable to announcing a number of specific gear and time opportunities without any in-season data before the season began.

The Commission intends to continue the process of creating such Management and Harvest Strategies each year to assist the In-Season Managers in making their decisions in the best interests of protecting both the fish and the Kuskokwim River fishing ways of life by combining local and Traditional Knowledge with the best available fisheries science.

## IN-SEASON MANAGEMENT

With the Chinook Salmon Management Strategy and Chinook Salmon Harvest Strategy in their hands, the Commission In-Season Managers – James Nicori of Kwethluk, Jacki Cleveland of Quinhagak, and Megan Leary of Napaimute – were able to navigate the uncertainty of the 2020 preseason Chinook salmon forecasts provided by ADF&G. These forecasts, based solely on total returns in 2019, predicted a midpoint of 227,000 Chinook salmon would return to the Kuskokwim. By the end of the season, however, just over 116,000 Chinook salmon returned, nearly half as few fish as anticipated.

Due to the high uncertainty and low reliability of ADF&G's current prior year forecast method, James, Jacki, and Megan wisely focused on in-season indicators of run strength and abundance. This allowed them to make the most prudent and conservation-based management decisions they could in order to balance conservation with pressing subsistence needs in the watershed. When in-season data from the Bethel sonar and Bethel Test Fishery began to show that the Chinook salmon run was not coming in as ex-



pected – that it was not just a late run, but one of the poorest runs on record – these In-Season Managers took action. The two Strategies they helped develop guided them to successfully advocate for a total of four 12-hour subsistence harvest opportunities, which allowed for both the conservation of 88,000 critically important Chinook salmon spawners and a drainage-wide subsistence harvests preliminarily estimated at 35,847 Chinook salmon. This was the second largest Chinook salmon subsistence harvest since 2013, when collective overharvest occurred (note: 2019 was the largest harvest since 2013 at 37,941 fish).

*In-Season Managers Megan Leary and Jacki Cleveland and Executive Director Mary Peltola at a 2019 management meeting (credit: Mary Peltola).*

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 31 of 66

Though these numbers fell short of the Commission's escapement target range, long-term escapement averages in Kuskokwim tributaries, and the number of fish needed for subsistence survival, James, Jacki, and Megan bravely managed the weak 2020 Chinook salmon run to the best of their ability. Their advocacy for a conservative approach to management avoided what would have been a Chinook salmon conservation disaster had Federal managers been allowed to implement their preseason management plan.

The Commission expresses sincere gratitude for the dedication, emotions, and perseverance that James, Jacki, and Megan displayed during in-season management in 2020. The sacrifice these In-Season Managers and all the families along the Kuskokwim River made for the preservation of salmon fishing cannot be understated. It is tremendously difficult to not fish when there are fish in the river, but the deepest hope of the Commission is that there will be abundant and sustainable customary and traditional harvests for future generations of Kuskokwim fishers because of the sacrifices we are making today.

# COMMUNITY-BASED HARVEST MONITORING

The Community-Based Harvest Monitoring (CBHM) program, established by Bering Sea Fishermen's Association (BSFA) in 2017, employs local community members to work as Harvest Monitors who collect in-season harvest data used to develop total harvest estimates for a large portion of the lower river. These estimates in turn directly inform the in-season management decisions of the Commission, USFWS, ADF&G, and other management stakeholders (see the graphic below). In 2020, for the fourth season, the Commission partnered with BSFA and participating Tribal and Village Councils to implement the CBHM program.



*A graphic of the CBHM program that describes how in-season harvest data is collected by Harvest Monitors and used by the Commission and USFWS to make management decisions. In 2020, the CBHM program was carried out in Akiak, Kwethluk, Napaskiak, and Tuntutuliak (credit: BSFA).*

Harvest estimates developed directly from the information shared by fishing families inform in-season management decisions in various ways. One way is by helping managers anticipate how many fish might be harvested in a future subsistence fishing opportunity. For example, USFWS aerial boat counts, integral to this program, also help In-Season Managers predict how much fishing effort there might be during future openings. The In-Season Manager team has become successful at predicting how many boats will participate in a future opening based on how many boats were counted previously, as they understand that people fish only enough to ensure they can process all the fish and avoid spoilage. These harvest estimates also can help In-Season Managers evaluate the status of the run, where the fish are located along the river, or whether there are simply too few fish in the river.

The data collected by Harvest Monitors through interviews following subsistence fishing opportunities includes age, sex, and length data of Chinook salmon as well as harvest and effort data of community fishers. In addition to collecting data, community Harvest Monitors serve as conduits between fishery management agencies and local communities by communicating information about management goals and helping develop local capacity to engage in fishery management.

The in-season harvest data collected by community Harvest Monitors, coupled with the Traditional Knowledge of the In-Season Managers and Executive Council members, guided decision making when data from Bethel sonar and Bethel Test Fishery were not yet robust enough to be reliable. The harvest estimates provided by CBHM data directed Commission, Federal, and State managers to provide for as much subsistence harvest as possible, avoid collective overharvest of Chinook salmon across the watershed, and aim for adequate Chinook salmon spawner escapement.

The Commission extends its deep thanks and appreciation to the Tribal members of the four lower Kuskokwim River communities of Akiak, Kwethluk, Napaskiak, and Tuntutuliak. We also gratefully acknowledge the hard work of our six Harvest Monitors: Corey Jasper (Akiak), Colleen Andrew (Kwethluk), Emmitt Nicori (Kwethluk), Wesley Nicholai (Napaskiak), Alexander Beaver (Napaskiak), and Brianna Dock (Tuntutuliak). Combining CBHM data from the four villages with in-season harvest data collected by Orutsararmiut Native Council (ONC) in Bethel and aerial boat counts from USFWS aerial surveys provided fisheries managers from the Commission and USFWS with invaluable information about the run as it progressed. This in-season harvest information was critical for the Commission In-Season Managers to avoid a Chinook salmon conservation disaster in 2020.

# WEIR OPERATION AND HEAT STRESS MONITORING

A weir has been operated on the Takotna River for 18 years (2000-2013 and 2017-2020), providing the only long-term data set for upper Kuskokwim Chinook and chum salmon spawning and escapement. Since 2017, the Commission, in partnership with the Takotna Tribal Council, Nikolai Edzeno' Village Council, BSFA, and ADF&G, has operated this weir, located 2 miles upstream of Takotna. Each year, local community members from Takotna are recruited and hired to monitor weir operations, helping to develop local economic prospects and build capacity for involvement in fisheries management.

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 33 of 66

The Takotna River weir historically operates between July 1 and August 10. In 2020, due to inter-village travel restrictions from the COVID-19 pandemic and unusually high waters on the Takotna River, installation and operation of the weir (which typically begins in late June) was delayed until July 12. Continued high waters did not allow weir counts from July 19 to July 23 and July 30.

The Commission wishes to thank the 2020 Takotna River weir crew members: Robert Perkins, Manuel Martinez, Richard Wachter, Joe Martinez, John Lindemann, and Michael Dopler. This crew counted Chinook and chum salmon spawner escapement into these important headwaters spawning grounds; collected age, sex, and length data from some of the Chinook salmon that passed the weir; and gathered environmental data like water and air temperature at the weir. The Takotna River crew estimated that 353 Chinook salmon and 1,000 chum salmon passed the weir during its operation.



*The Takotna River weir, located 2 miles from the village of Takotna.*

In 2020, the crew also collected muscle samples from 40 Chinook salmon to test for heat stress in the fish. Fish samples collected through this non-lethal technique provide a way to analyze how river water temperatures – which are rising with climate change – affect Chinook salmon health and productivity. These samples have not yet been processed, but other data the weir crew collected indicate that there was minimal heat stress in Chinook salmon in the Takotna and upper Kuskokwim Rivers in 2020.



*Brothers Scott and Shawn Gover were two Takotna River weir technicians in 2017.*

The Commission, in partnership with the Organized Village of Kwethluk (OVK) and USFWS, also installs and operates a weir on the Kwethluk River, located about 35 miles upstream of Kwethluk. The Kwethluk River weir monitors Chinook salmon on the second most productive tributary of the Kuskokwim River watershed. This long-term salmon assessment project provides critical information to the drainage-wide annual run abundance and provides an important opportunity for capacity building within the community of Kwethluk.

Operation of the Kwethluk River weir in 2020 did not occur because the COVID-19 pandemic prevented our partners from performing field work. The Commission is looking forward to collaborating with OVK and USFWS to continue this important Chinook salmon monitoring project in 2021.



*An aerial view of the Takotna River weir (credit all weir photos: Kevin Whitworth).*

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 34 of 66

# 2020 FINANCIAL HIGHLIGHTS



TOTAL OPERATING BUDGET:
$645,000.00

Personnel
35.0%

Contracts and
Stipends
56.2%

Fringe
2.9%

Travel
1.6%

Legal
0.1%

Supplies
4.2%

In 2020, the Commission reached a financial milestone by securing Tribal Compact Status through the Bureau of Indian Affairs under Public Law 93-638, which gives Tribes and Tribal agencies increased management of Federal programs that affect Tribal members, resources, and governments. Achieving Tribal Compact Status grants the Commission financial independence and allows it to continue its work to protect Kuskokwim fisheries and subsistence ways of life now and into the future.



*A delightful snack of roe and crackers with cream cheese (credit: Shane McIntyre).*



*Dry fish ready for eating (credit: Janessa Esquible).*



*Jarred roe looks so tasty (credit: Shane McIntyre)!*

Ex. 1 - Page 35

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 35 of 66



*Pulling in the drift net (credit: Commission archives).*

# LOOKING INTO 2021

The Commission's Executive Council members, In-Season Managers, Fish Commissioners, and staff are looking into 2021, a year in which the Commission hopes to:

• Hold its 2021 Annual Meeting and Fish Commissioner Elections on April 7 and 8, 2021. Because of the ongoing COVID-19 pandemic, the 2021 Annual Meeting will be held via teleconference.

• Welcome in the 8 Tribes that have not yet submitted Authorizing Resolutions so that the Commission can fully represent and receive input from the 33 communities of the Kuskokwim.

• Encourage participation in the Commission's toll-free weekly river-wide teleconferences, held every Monday during Chinook salmon season. These teleconferences are a space to share and listen to fishing information, harvest and closure updates, and knowledge. Public voices are wanted; to call in, dial the toll-free Zoom number (833) 548-0282 and enter the Meeting ID 569 490 3415 and passcode 390829.

• Partner with USFWS staff at the Yukon Delta National Wildlife Refuge as co-managers, as per the 2016 MOU. The Commission is eager to work with Boyd Blihovde, the new Refuge Manager, and Spencer Reardon and Aaron Moses, the local staff on his fisheries management team, to develop and implement collaborative 2021 Salmon Management and Harvest Strategies.

• Oversee various in-season fisheries projects, especially operation of the Takotna River weir, Kwethluk River weir, and the CBHM program.



# KUSKOKWIM RIVER
### INTER-TRIBAL FISH COMMISSION

PO BOX 190, BETHEL, AK 99559

821 N SUITE 103, ANCHORAGE, AK 99501

INFO@KRITFC.ORG | 907-545-7388

 KUSKOSALMON.ORG

 @KUSKOSALMON

 @KUSKOSALMON



Appendix B: Draft 2021 Kuskokwim River Salmon Management Strategy

# *DRAFT*

# 2021 KUSKOKWIM RIVER SALMON MANAGEMENT STRATEGY

 

# *Draft of April 27, 2021*

**PURPOSE:** This 2021 Kuskokwim River Salmon Management Strategy (Strategy) is intended to provide guidelines for a conservation and cooperative management framework for the Kuskokwim River Inter-Tribal Fish Commission (Commission) and the U.S. Fish and Wildlife Service (USFWS) at the Yukon Delta National Wildlife Refuge (YDNWR). As partners the Commission and the YDNWR are committed to collaboratively utilizing this Strategy in the 2021 salmon season, and to further develop this Strategy into a longer-term salmon management plan as per the Memorandum of Understanding (MOU) signed by both entities in 2016.

## Guiding Principles & Objectives

- **Avoid collective overharvest of salmon and rebuild Chinook salmon populations** within the Kuskokwim River watershed through application of a precautionary approach to harvest management.

  o Prioritize meeting drainage-wide and tributary escapement targets over other objectives during the near-term Chinook salmon recovery and rebuilding phase.

  o Take a conservation-based approach to management by considering sources of uncertainty and external risk factors, out of direct management control, including the cumulative effects of multiple risk factors.

  o Implement Chinook salmon conservation and management actions based on a mixed stock / multi-stock management approach, that addresses the inherent differences in productivity among various stocks.

- o Due to very high uncertainty associated with recent prior-year forecasts, prioritize in-season indicators of run strength, and run timing over the pre-season forecast.

- o Take a wholistic view of all pertinent sources of in-season information, including measures of abundance, run timing, and species composition provided by agencies as well as harvesters

- **Sustainably manage other currently healthy salmon populations within the Kuskokwim River watershed.**
  - o Consider the impacts that harvesting currently healthy stocks will have on stocks that are less productive or already at low relative abundance.

- **Uphold fish conservation/diversity mandates within the Alaska National Interest Lands Conservation Act (ANILCA) and within YDNWR which enable legislation and management plans.**

- **Work to support and strengthen the relationship between the Commission and YDNWR established under the MOU.**

- **Integrate meaningful local and traditional knowledge** into the fisheries management decision-making process.
  - o Actively consider and utilize local and traditional knowledge to help inform in-season fisheries management decisions.
  - o Strive to consider local observations in the same context as standardized fishery abundance indices and statistical tools.

- **Strive to provide for continued customary and traditional subsistence harvest.**
  - o Provide as much customary and traditional subsistence harvest of currently healthy salmon stocks by rural residents as possible, informed by sustainable salmon management practices that clearly address the mixed-stock challenge of these fisheries.
  - o During the Chinook salmon rebuilding phase, strive to provide maximum opportunity for customary and traditional harvest of salmon for federally qualified users without jeopardizing drainage-wide and tributary escapements of Chinook salmon essential for future salmon returns.
  - o Provide equity of harvest opportunity across the entire watershed.

## Salmon Declines and Unmet Subsistence Needs

**Chinook Salmon Concern:**

Except for one of the past 11 years (2019), the Kuskokwim River Chinook salmon run continues to experience low abundance and productivity (Figure 1).

Due to this prolonged decline and low productivity, Kuskokwim River Chinook salmon runs have not been abundant enough to meet defined subsistence needs since 2010 (Figure 2).



**Figure 1:** Kuskokwim River Chinook salmon escapement and total harvest by all user groups during 1976—2020. *Source: Kuskokwim River Salmon Management Working Group November 18, 2020, meeting packet, Alaska Department of Fish & Game.*



**Figure 2.** Kuskokwim River Chinook salmon harvest by user groups during 1976—2020, showing that long-term subsistence harvest needs in the watershed have not been meet since 2010. (Subsistence harvest needs are based on Amounts Necessary for Subsistence as determined by the Board of Fish). *Source: Kuskokwim River Salmon Management Working Group November 18, 2020, meeting packet, ADF&G.*

Subsistence needs here are based on analysis of the long-term average harvests in the watershed, which are also reflected in an amount necessary for subsistence[1] (ANS) determination by the Alaska Board of Fish (BOF) in 2001 and updated in 2013.

In addition to this decline in abundance and adult productivity, a recent and significant decline in the freshwater productivity of Kwethluk River salmon (surviving out-migrating juveniles produced per returning adult) of about 50% each year from 2015 to 2018 has been documented by USFWS biologists. The Kwethluk River is one of the two most productive tributaries currently monitored in the entire Kuskokwim River drainage.

**2020 Chum Salmon Concerns:**

In the recent decade, chum salmon have been the most abundant species in the river, as shown in Figure 8 below. However, available information sources align to support the conclusion that the 2020 chum salmon return was alarmingly low and among the lowest in the past two decades. (Note: no drainage wide estimates of total run or total escapement are available for Kuskokwim chum salmon.)

Figure 3 below shows the evidence of this decline based on two in-season indicators (Bethel Test Fish Project cumulative catch-per-unit-effort (CPUE) and Bethel sonar project) and two tributary escapement monitoring projects (Kogrugluk River weir and George River weir). This disastrously low chum abundance in 2020 was also confirmed by the direct observation by fishers, as reported to the KRITFC in-season managers and via KRITFF/BSFA Community Based Harvest Monitoring Project. As an indicator of the 2020 poor chum run, Bethel sonar project recorded the passage of more Chinook salmon than chum salmon - even though the 2020 Chinook run was relatively poor.

---

[1] In the absence of a formal Federal metric used by the Federal Subsistence Management Program to evaluate whether subsistence needs are being adequately provided, we reference the only available subsistence metric for Kuskokwim River salmon stocks, which is found in Alaska BOF regulations (5 AAC 01.286(b)). The Alaska BOF established the current ANS uses of Kuskokwim River salmon in 2013, based upon the harvest history beginning in 1990. If the Federal Subsistence Board decides to establish a similar metric regarding Federal subsistence use amounts, it is likely to be based upon the same historical harvest data given that those data represent only the harvests by Federally qualified rural residents.



**Figure 3:** Evidence of very low 2020 Kuskokwim River chum salmon abundance. Annual chum salmon weir counts, and the long-term averages, for the **A.** George River and **B.** Kogrukluk river, 2000–2020 (*data for 2020 are preliminary*). **C.** Cumulative end-of-season CPUE of chum salmon caught in the Bethel Test Fishery, 2000–2020. **D.** Cumulative annual counts of chum salmon from the Kuskokwim River sonar project, 2018–2020. *Sources: Tiernan et al. (2018); ADF&G, unpublished data. Tiernan, A., C. Lipka, and N. Smith. 2018. Kuskokwim River salmon stock status and Kuskokwim area fisheries, 2019: a report to the Alaska Board of Fisheries. Alaska Department of Fish and Game, Special Publication No. 18-19, Anchorage. DF&G (Alaska Department of Fish and Game), unpublished data. Informational packet for the November 18, 2020, meeting of the Kuskokwim River Salmon Management Working Group. ADF&G, Bethel Test Fishery, ADF&G (Alaska Department of Fish and Game), AYK Database Management System.*

## Risk Factors & Management Challenges Facing the 2021 Run(s)

In addition to uncertainties in forecasts and in-season data that present challenges in meeting our management objectives, new research has documented several risk factors (Figure 4) most of which are not accounted for in salmon Biological Escapement Goal or management metrics.



**Figure 4:** Overview of environmental / ecological risk factors, and data and management related risk factors.

**ENVIRONMENTAL RISK FACTORS**

**Risks to Stock Diversity**

**Stock Diversity in a Mixed Stock Fishery:** Protecting diversity is hard when many salmon stocks are harvested in a **mixed fishery** because not all salmon stocks are productive enough to sustain the same level of harvest as shown in (Figure 5). (*Connors et al. 2020*)



**Figure 5:** Overview of the benefits of maintaining salmon population diversity

**Shrinking Size of Salmon**

**Significant Long-Term Decline in the Size of Returning Adult Salmon:** An independent expert panel that reviewed declines in the size and reproductive potential of Alaska-Yukon-Kuskokwim region Chinook salmon found a 40% decline in average total reproductive potential of Kuskokwim River Chinook salmon over the period 1976-2018 *(Ohlberger et al. 2019)* (Figures 6 and 7).

*Decline in Caloric Value of Salmon*: Due to this documented long-term decline in the size of returning adult Chinook salmon, we now know that 100 fish caught in the early 1970s provided on average the same amount of caloric energy as approximately 138 fish caught in recent years in the Kuskokwim River.



**Figure 6:** Data from the Kuskokwim and Yukon region shows that there are fewer big fish today than in the past, and fish of a given age tend to be smaller (Ohlberger et al. 2019).



**Figure 7**: Adult salmon are younger and smaller, which means female spawners carry fewer and smaller eggs. Spawner and egg size thus carry a significant impact on juvenile salmon survival (Ohlberger et al. 2019).

| Climate-Driven Heat Stress | **Heat Stress in Migrating Spawners:** Heat events that result in water temperatures above 65°F, such as the one that occurred in 2019, pose risks to migrating adult salmon *(von Biela et al. 2020).* |
| --- | --- |

**DATA & MANAGEMENT RISK FACTORS**

| Highly Uncertain In-Season Data | **Sources of Uncertainty:** Management decisions within Federal waters of the Kuskokwim River must be made using **limited in-season run abundance and run timing information:** |
| --- | --- |

- **High Forecast Uncertainty**: The level of uncertainty associated with the prior-year forecast method currently used to produce the Kuskokwim River Chinook salmon preseason forecast is very high, making a practice of managing to the forecast risky.

- **Bethel Test Fish Project** is a long-term index of run strength and run timing which serves as the main formal management tool. While it provides general categorical (high, med. Low) measure of abundance, is a very imprecise in-season indicator of the total run size (which is only available post-season).

- **Bethel Sonar Project** is fairly new in-season indicator of run strength/run timing and remains experimental. It has served as an increasingly helpful and informative additional source of run strength and run timing information in recent years.

- **Community-Based Harvest Data** from Bethel and a subset of lower river communities provides critical information about harvest during openings, including species ratios and catch per unit effort. This in turn provides immediate information about salmon abundance during a harvest opportunity. This community-based information is particularly valuable because it is provided directly by harvesters and therefore is seen as highly credible.

**Even when these data sources are combined, it can be very difficult to accurately assess run timing and run strength. This uncertainty translates into risk of not meeting our management objectives. Therefore, we either need to know more, or take a precautionary approach that embraces what we do not know.**

| Need for Mixed-Stock Management | **Importance of Multi-Stock Management for Conserving Chinook Salmon:** From mid-June to mid-July the run timing of Chinook, chum, and sockeye salmon overlaps (Figure 8). That means that during most Chinook salmon subsistence harvest opportunities, subsistence fishers are harvesting salmon in a mixed-stock fishery in |
| --- | --- |

Federal waters of the Kuskokwim River; this results in harvests of various ratios of Chinook, chum and sockeye salmon across the season. Because salmon in this mixed stock fishery are harvested using non-selective 6"

mesh gillnet gear, it is not possible to target chum and sockeye salmon without potentially impacting Chinook salmon during the length of the Chinook salmon run (Figure 8).

For the past seven years, YDNWR conservation actions aimed at Chinook salmon effectively required YDNWR to manage all three species in Federal waters due to their overlapping run timing during the bulk of the Chinook salmon run. For example, numerous Federal management actions during this period that closed fishing to all species of salmon between directed Chinook salmon harvest opportunities were intended to avoid overharvesting declined Chinook salmon. Due to the mixed stock nature of the fishery, these Chinook salmon conservation actions significantly limited the ability of subsistence users to harvest of chum and sockeye salmon, even during years when chum and sockeye salmon were abundant.

Given the realities run timing and use of non-selective fishing gear, we anticipate that it will be necessary to continue careful mixed-stock management in 2021 because there is no practical way to conserve and rebuild Chinook salmon populations within this mixed stock gillnet fishery without also managing chum and sockeye salmon.



**Figure 8:** This figure of the average run timing from Bethel Test Fish data for the past ten years shows the overlapping run timing of kings, chum and red salmon. Harvesting with driftnets that harvest all species requires the management of chum and sockeye in order to ensure Chinook conservation and rebuilding. [Note: Numbers on the left side of the figure are not numbers of salmon, but simply an index of abundance (Bethel Test Fish Cumulative CPUE.]

The 2020 chum salmon run was alarmingly low as indicated in Figure 3. If chum numbers remain significantly depressed in 2021, it may impact in-season salmon management in **two ways**:

1) measures may be needed to ensure that chum salmon are sustainably managed and not overharvested within Federal waters, per the conservation mandates of the YDNWR;

2) the later portion of Chinook run may need additional conservation measures if the ratio of chum-reds to Chinook makes Chinook more vulnerable to harvest, compared with a similar time in the recent past when the fishery was primarily targeting chum salmon.

This interaction between Chinook salmon and chum salmon management is an important reminder of why this 2021 Management Strategy must embrace a mixed-stock approach to fisheries management and why it is critical to continue to closely monitor and assess chum in-season abundance and escapement.

## OVERVIEW OF 2021 PRESEASON & IN-SEASON MANAGEMENT APPROACH:
## Ensuring Conservation-Based Harvest Management

To provide harvest opportunities while also (1) addressing the environmental and management risk factors listed above and (2) meeting essential conservation objectives, *we support the following management approach:*

- **Due to ongoing conservation concerns, for the seventh year in a row, the 2021 salmon season will begin under the authority of the Federal in-season manager** with harvest limited to federally qualified users per the provisions of Title VIII of ANILCA.

- **We will work to support and strengthen the relationship between the Commission and USFWS/YDNWR established under the Memorandum of Understanding (MOU).** The 2016 MOU between the Commission and YDNWR formalized the fishery management partnership between the parties. The MOU shall guide the relationship between the Commission and YDNWR, and both the Commission and YDNWR shall comply with its terms when collaboratively making fisheries management decisions and implementing fishery management projects.

- **We will review preseason forecast and forecast uncertainty.**

- **We will support preseason salmon harvest closure from June 1 - June 11 to protect headwaters stocks.**

- **We will carefully evaluate in-season salmon population data and harvest assessment data between harvest opportunities.** The Commission and YDNWR in-season managers will regularly examine a variety of in-season indices when making in-season management decisions.

- **We will review risk factors and sources of uncertainty impacting harvest management** (see Figure 9 below)**.**

- **We will use local and traditional knowledge** from Commission in-season managers and other rural subsistence users to help inform assessment of run strength and run timing.

- **We will collect and use in-season subsistence harvest data.** The Community-Based Harvest Monitoring (CBHM) program provides valuable real-time in-season harvest and catch-per-unit-effort data for the subsistence fleet data that should be integrated into the in-season management decision-making process.

- **We will carefully monitor the chum salmon run** and adapt our management approach as needed to respond to low chum abundance in 2021.

- **We will communicate to Federally qualified subsistence users the need for a conservative management approach based on assessment between openings to avoid overharvest, which includes:**

  o Communicating the possibility that taking management action to avoid overharvest, as occurred in 2013, can result in some foregone harvest/ underharvest.

  o Communicating that foregone/underharvest, if it occurs, can help provide equity of harvest across the watershed, rebuild salmon populations, and protect salmon population diversity.

- **We will adopt a 2021 Chinook salmon escapement target at the upper end of the existing escapement goal range to provide conservation-focused approach to fisheries management when faced with the cumulative effects of multiple uncertainty and risk factors (Figure 9).** Specifically, we will adopt a precautionary escapement target of **110,000 Chinook salmon**, which is the same escapement target which has informed Federal Chinook salmon management for the past four years.



**Figure 9**: 2021 Precautionary Escapement Target is focused on the upper end of the current ADF&G Escapement Goal Range (65,000-120,000 Chinook salmon) in response to direct effects and cumulative effects among multiple risk factors and sources of uncertainty and the need to conserve and rebuild the population.

**Develop a 2021 Kuskokwim River Salmon Harvest Strategy:** In addition to the conservation and management framework presented here, we will cooperatively develop a more detailed 2021 Kuskokwim River Salmon Harvest Strategy prior to the beginning of the 2021 salmon run which will lay out how we will implement this conservation-based management approach during the early run period, mid-run period, and late run period.

**REFERENCES**

Connors, B.M., Staton, B.A., Coggins, L.G., Jr., Walters, C., Jones, M.L., Catalano, M.J., et al. 2020. Incorporating harvest–population diversity trade-offs into policy analyses of salmon management in large river basins. Can. J. Fish. Aquat. Sci. 77.

Ohlberger, J., D.E. Schindler, R.J. Brown, J.M.S. Harding, M.D. Adkison, and A.R. Munro. 2019. Analysis of Changes in Quality of Chinook Salmon Escapement in the AYK Region. Arctic-Yukon-Kuskokwim Sustainable Salmon Initiative. Anchorage, AK. 45 p. + appendix.

von Biela, V. R., Bowen, L., McCormick, S. D., Carey, M. P., Donnelly, D. S., Waters, S., Regish, A. M., Laske, S. M., Brown, R. J., Larson, S., Zuray, S., & Zimmerman, C. E. (2020). Evidence of prevalent heat stress in Yukon River Chinook salmon. Canadian Journal of Fisheries and Aquatic Sciences, 77, 1878–1892. https://doi.org/10.1139/cjfas-2020-0209.



Appendix C: September 2020 Letter to Former Secretary Bernhardt

September 15, 2020

The Honorable David L. Bernhardt, Secretary
US Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Dear Mr. Secretary Bernhardt:

Recent litigation initiated by the State of Alaska against you and the Federal Subsistence Board, as well as correspondence from former chairmen of the Alaska Board of Game, Alaska Board of Fisheries and various outdoor sports hunting and fishing groups, have a common thread. Each contends that there are negative impacts of federal subsistence management on non-federal subsistence uses. What is omitted in these discussions is the fact that of the total estimated annual harvest of fish and wildlife in Alaska, only 0.9% is harvested under state and federal subsistence hunting and fishing regulations (ADF&G 2018).[1] An even smaller percentile is provided by Federal subsistence harvest.

We, the Kuskokwim River Inter-Tribal Fish Commission (KRITFC), therefore contend that the impact of federal subsistence management has very negligible impacts on commercial, sport, and recreational fishing and hunting activities. Federal subsistence management is not about recreation, nor a family vacation, nor a trophy hunt or fishery; federal subsistence management is about literally creating an efficiency of harvest, feeding our families, and ensuring food security. Other options to replace our nutritional, economic, cultural, and spiritual dependence on the fish and wildlife outside our traditional territories do not exist.

Recent correspondence to your office also suggests that the federal subsistence management program puts at risk the sustainable management of fisheries and wildlife in Alaska because of actions by the Federal Subsistence Board. These complaints about the impacts of federal subsistence management on the health and sustainability of federal decision-making also fail to recognize the detrimental approaches promoted by the State of Alaska on the Kuskokwim River. In May of 2020, the Alaska Department of Fish & Game (ADF&G) recommended opening subsistence Chinook salmon fishing on the Kuskokwim for 24 hours every other day without taking into consideration the large amount of uncertainty associated with the ADF&G 2020 preseason forecast. In both 2019 and 2020, ADF&G's forecasts were off by 100,000 Chinook salmon. In 2019, the ADF&G preseason forecast underestimated the Chinook run by 73%, as 100,000 more Chinook returned than were forecasted. In 2020, the ADF&G preseason forecast overestimated the return by 100,000 Chinook (about 100% error based on preliminary data), resulting in a much lower escapement than desired by KRITFC and only

---

[1] Alaska Department of Fish and Game, Division of Subsistence, James A. Fall. 2018. Subsistence in Alaska: A Year 2017 Update. http://www.adfg.alaska.gov/static/home/subsistence/pdfs/subsistence_update_2017.pdf.

TELIDA | NIKOLAI | TAKOTNA | MCGRATH | LIME VILLAGE | STONY RIVER | SLEETMUTE | RED DEVIL
GEORGETOWN | CROOKED CREEK | NAPAIMUTE | CHUATHBALUK | ANIAK | UPPER KALSKAG | LOWER KALSKAG | TULUKSAK
AKIAK | AKIACHAK | KWETHLUK | BETHEL | OSCARVILLE | NAPASKIAK | NAPAKIAK | KASIGLUK | ATMAUTLUAK
NUNAPITCHUK | TUNTUTULIAK | EEK | QUINHAGAK | KONGIGANAK | KWIGILLINGOK | KIPNUK | CHEFORNAK

Ex. A, Page 54
Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 54 of 66

four 12-hour fishing opportunities during the Chinook season. The 2020 ADF&G preseason forecast also predicted an average return of chum, while, in fact, the 2020 chum run was one of the lowest on record.

Without the actions of the Federal Subsistence Board and the cooperative in-season management of the 2020 Chinook salmon run between the Yukon Delta National Wildlife Refuge and the Kuskokwim River Inter-Tribal Fish Commission, the ADF&G would have once again failed to meet the drainage-wide Chinook salmon escapement goal (of which the bottom end is only 65,000 Chinook), thus repeating the disastrous State of Alaska management of the 2013 Kuskokwim River season in which escapement was only 37,000 Chinook. Instead, federal subsistence management of the 2020 Chinook salmon season resulted in a much more sustainable management regime that would not have occurred had the State of Alaska managed the Kuskokwim River fishery.

We further want to address that the protections afforded to rural Alaskans under the Alaska National Interest Lands Conservation Act (ANILCA) are not race-based. Section 801 specifies that the cultural and social aspects of subsistence are provided for the Alaskan Native and non-Native rural residents alike. The term used while providing a subsistence preference is "Federally Qualified User" and pertains to all people who have lived in the harvest area for at least one year and intend to remain in the harvest area. On the Kuskokwim River, many of the proponents of Special Action Requests to the Federal Subsistence Board are non-native. The Kuskokwim River Inter-Tribal Fish Commission, as our name suggests, is a tribal consortium. However, three of our tribally appointed Fish Commissioners have been non-native. On the Kuskokwim River there are longtime residents that harvest salmon resources whose families immigrated from Korea, Taiwan, Albania, Macedonia, Poland and elsewhere. We also have people from across the country that share in our way of life. All people living in rural Alaska are welcome and encouraged to harvest wild foods, including during times of conservation.

Furthermore, promises made to Alaska Natives by the United States federal government to protect hunting and fishing rights associated with Alaska Statehood, Alaska Native Claims Settlement Act (ANCSA), and ANILCA continue to be broken. You, the U.S. Secretary of Interior, have been given broad authority by Congress to reserve lands and waters in Alaska to protect the food sovereignty and food security of the federally recognized tribes in Alaska:

> "'Native peoples' interest in and use of subsistence resources' could be safeguarded by the Secretary of the Interior's 'exercise of his existing withdrawal authority' to 'protect Native subsistence needs and requirements…. The Conference Committee expects both the Secretary and the State of Alaska to take any action necessary to protect the subsistence needs of the Natives.'"[2]

---

[2] (R. Anderson. 2016. "Sovereignty and Subsistence: Native Self-Government and Rights to Hunt, Fish, and Gather After ANCSA, 33 Alaska L. Rev. 187-227 citing H. Conf. Rep. No 92-746, at 37 (1971), as reprinted in 1971 U.S.C.C.A.N., 2247, 2250 and Pickett Act, ch.421, Pub. L. No. 61-303, 36 Stat. 847 (1910)(repealed 1976).

TELIDA | NIKOLAI | TAKOTNA | MCGRATH | LIME VILLAGE | STONY RIVER | SLEETMUTE | RED DEVIL
GEORGETOWN | CROOKED CREEK | NAPAIMUTE | CHUATHBALUK | ANIAK | UPPER KALSKAG | LOWER KALSKAG | TULUKSAK
AKIAK | AKIACHAK | KWETHLUK | BETHEL | OSCARVILLE | NAPASKIAK | NAPAKIAK | KASIGLUK | ATMAUTLUAK
NUNAPITCHUK | TUNTUTULIAK | EEK | QUINHAGAK | KONGIGANAK | KWIGILLINGOK | KIPNUK | CHEFORNAK | Page 55

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 55 of 66

We, the undersigned, call for you to exercise your authority to reserve lands and waters to ensure the continuation of rural Alaskan ways of life that are so essential to the health and wellbeing of our rural and remote communities. The State of Alaska's continuing failure to implement the Alaska subsistence preference law in state statute and regulation, and the State of Alaska's continuing failure to comply with federal law with respect to the federal rural subsistence priority has resulted in decades of dual subsistence management of hunting and fishing activities in Alaska.

More recently, the State of Alaska and the outdoor hunting enthusiasts' special interests groups are now systematically attacking the federal subsistence program to neutralize the dual subsistence management system in efforts to further erode the intent of U.S. Congress to provide a rural subsistence priority to ensure the continuation of the rural Alaskan and Alaska Native way of life. Cries of racial discrimination by such groups and the State of Alaska continue to misrepresent the Federal rights of Federally Qualified Users as well as the Federal Indian Trust obligations of the United States to the federally recognized tribal governments of Alaska, and their citizens, which serves as a political relationship recognized in the U.S. Constitution and not a relationship based on race.

The State of Alaska has only recently begun to recognize that tribes in Alaska exist during the previous gubernatorial administration. The current administration continues to disavow tribal sovereignty and the existence of tribes in Alaska. Instead, the State of Alaska and the outdoor special interests that dictate Alaska state outdoor policy, continue to promote and manage fish and wildlife for the majority coded as, "All Alaskans," and racialize the unique political relationship that is supposed to exist between the United States and the federally recognized tribes in Alaska as outlined in the U.S. Constitution, nor does it recognize the rural preference as dictated by ANILCA.

While ANCSA reportedly extinguished aboriginal hunting and fishing rights when it was passed, there was no financial compensation for the loss of those rights; Alaska Native people were compensated only for the loss of aboriginal lands. We are not requesting financial compensation for that extinguishment, but we are urging you, the Secretary of the Interior, to protect our subsistence rights. The federal subsistence management program represents the only existing authority for the U.S. federal government to fulfill its Federal Trust responsibilities to federally recognized tribal governments in Alaska through the authority granted by Congress to you, the Secretary of the Interior. Alaska tribes regularly are informed that ANILCA does not mention tribes and that the federal subsistence priority applies only to Alaskans based upon the location of their permanent residence. Therefore, in effect, the U.S. federal government is not fulfilling any part of the Federal Indian Trust obligations to Alaska tribes, except for the Metlakatla Indian Community, with respect to tribal hunting and fishing rights, self-governance, and self-determination. We plea that you, the Secretary of the Interior, take action to uphold our federal subsistence rights as rural Alaskans.


Sincerely,

TELIDA | NIKOLAI | TAKOTNA | MCGRATH | LIME VILLAGE | STONY RIVER | SLEETMUTE | RED DEVIL
GEORGETOWN | CROOKED CREEK | NAPAIMUTE | CHUATHBALUK | ANIAK | UPPER KALSKAG | LOWER KALSKAG | TULUKSAK
AKIAK | AKIACHAK | KWETHLUK | BETHEL | OSCARVILLE | NAPASKIAK | NAPAKIAK | KASIGLUK | ATMAUTLUAK
NUNAPITCHUK | TUNTUTULIAK | EEK | QUINHAGAK | KONGIGANAK | KWIGILLINGOK | KIPNUK | CHEFORNAK

Ex.G Page 56
Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 56 of 66


Charlene Erik, Chair
Mike Williams, Vice-Chair
Jonathan Samuelson, Secretary
Claude "Joe" Petruska
Gerald Kameroff
Golga Frederick
James Nicori
Megan Leary
Jacqueline Cleveland
James Charles, Elder Advisor

Charlene Erik, Chair Unit 7

Mike Williams, Sr., Vice Chair Unit 4

Jonathan Samuelson, Secretary Unit 2

Claude "Joe" Petruska, Unit 1

Gerald Kameroff, Unit 3

Golga Fredericks, Unit 6

James Nicori, In-Season Manager

Jackie Cleveland, In-Season Manager

Megan Leary, In-Season Manager

James Charles, Elder Advisor

TELIDA | NIKOLAI | TAKOTNA | MCGRATH | LIME VILLAGE | STONY RIVER | SLEETMUTE | RED DEVIL
GEORGETOWN | CROOKED CREEK | NAPAIMUTE | CHUATHBALUK | ANIAK | UPPER KALSKAG | LOWER KALSKAG | TULUKSAK
AKIAK | AKIACHAK | KWETHLUK | BETHEL | OSCARVILLE | NAPASKIAK | NAPAKIAK | KASIGLUK | ATMAUTLUAK
NUNAPITCHUK | TUNTUTULIAK | EEK | QUINHAGAK | KONGIGANAK | KWIGILLINGOK | KIPNUK | CHEFORNAK

Page 57

Case 1:22-cv-00054-SLG   Document 5-1   Filed 05/24/22   Page 57 of 66



Appendix D: May 2020 Letter to USFWS



**KUSKOKWIM RIVER**
INTER-TRIBAL FISH COMMISSION

May 11, 2020

Mr. Vernon "Ray" Born, Acting Refuge Manager
Yukon Delta National Wildlife Refuge
P.O. Box 346
Bethel, AK 99559

Dear Ray,

Attached please find the Kuskokwim River Inter Tribal Fish Commission's 2020 Management Strategy to inform our discussion at our pre-season meetings. This information is not new. Kevin Whitworth provided an oral presentation of the Commission's 2020 Chinook Salmon Management Strategy, which was approved by the Commission's Executive Council and In Season Managers, and reflects many of the same concerns and issues that the Federal Subsistence Board members cited as justification for their May 1 support for FSA 20-01,02,03, including:

- The Kuskokwim Chinook population is not recovered.
- The 2020 Chinook salmon forecast and early in-season measures of run abundance are highly uncertain.
- In the face of uncertainty, it is appropriate to take a precautionary approach to manage a declined population to ensure that conservation and continued subsistence uses of Chinook salmon are provided in 2020 and into the future.

Because the Commission's 2020 Chinook Salmon Management Strategy is based on a conservative approach under federal management as supported by the FSB, we feel that this document is an effective starting place for our discussions tomorrow.

We are aware that when you are acting as the federal in-season manager that you are acting on behalf of the Federal Subsistence Management Program to implement and support the provisions of Title VIII of ANILCA. We are also aware of the many challenges you have been facing in recent years in your capacity of both the acting refuge manager and designated federal in-season manager.

However, two instances described below over the past ten months have generated considerable concern for the Commission regarding your support for the provisions of ANILCA and your willingness to implement timely emergency special actions to uphold the provision of ANILCA when necessary.

1) On June 26, 2019, ADF&G opened the Chum and Sockeye salmon subsistence fisheries indefinitely on June 26. Per your letter of delegation, Federal management of Chinook Salmon was not set to be relinquished until July 1, 2019. When you asked the Commission whether it agreed to turn management back over to ADF&G prior to the July 1, 2019 date, the Commission indicated the need to keep federal management in place until it expired as determined by the FSB. In a mixed stock fishery with a low chum/sockeye to Chinook ratio, opening the chum and sockeye fishery equates to the unmonitored harvest of Chinook as

Ex. 1 - Page 59

documented in Mr. Decossas' 2019 post season report. On June 26th the fishery was still predominantly a Chinook fishery, based on the documented chum/sockeye to Chinook ratio (less than 1 chum/sockeye to 1 chinook) which was reported to you as the federal in-season manager.

By electing to take no action to close the fishery except to federally qualified users, you effectively opened the harvest of Chinook salmon to all users for a five day period prior the termination date for federal management specified in your letter of delegation.

Our concern is that in addition to being out of compliance with ANILCA and not adhering to the terms of your letter of delegation, you failed to consult with the Commission regarding this Chinook fishery opening under federal management, and you failed to justify your decision which permitted the 5 day continuous opening of the Chinook fishery at a time when the species ratio was sufficiently low to result in the harvest of Chinook salmon.

2) The second action which has generated significant concern relates to your April 30th letter to the Federal Subsistence Board entitled: "U. S. Fish and Wildlife Service (FWS) Kuskokwim River In-Season Management Strategy for 2020." In this document, you describe the following conditions under which you, as in-season manager, would trigger federal management under Title VIII of ANILCA.:

> "Despite the in-season uncertainty in run abundances, in-season manager believes restrictions to the fishery after June 11 would only be necessary if the cumulative passage of Chinook Salmon before June 11 were little to none at Bethel Test Fishery, Bethel area sonar operations, and the subsistence fishermen were not catching any Chinook on the first drift net opener." p 4.

Our concern is that your threshold for invoking the provisions of ANILCA to provide conservation measures and provide for priority uses is unacceptably low by any standard, virtually guaranteeing that under state management of the Chinook run you would not have been required to implement special actions even when warranted. Based on the threshold you identify above, you would not have implemented special actions to restrict the fishery to federally qualified users in 2014, 2015, 2016, 2017 or 2018 because in each of these years either the Bethel Test Fishery cumulative counts were higher than your standard of "little to none" or subsistence fishermen caught fish in the first drift net opener – see Figures 1 and 2. However, as we know, restrictions were necessary in these years. Establishing a decision point of June 11th about potential restrictions to the fishery after June 11th is not justified due to the high degree of uncertainty in early season measures of run abundance.



**Figure 1:** Bethel Test Fishery (Kuskokwim River) cumulative counts 2014-18 as of June 11th *(Source: ADFG AYK Region database.)*



**Figure 2:** Estimates of subsistence harvests in federal waters of the Kuskokwim River during June 12th openings in 2016-18.
*(Source: Staton and Coggins 2016; Staton and Coggins 2017; Staton 2018; Decossas 2019)*

In summary, your inaction at the end of the 2019 Chinook run and the un-precautionary 2020 management strategy threshold you identify are sources of concern for the Commission. The Commission and federally qualified users on the Kuskokwim River are counting on you and want to have confidence in your commitment to upholding the provisions of ANILCA as we move forward together into the 2020 season. We encourage you to adopt the same precautionary and conservation-based approach in the face of uncertainty as was taken by the Federal Subsistence Board at their May 1 meeting and as reflected in the Commission's 2020 Chinook salmon management strategy.

We look forward to continuing discussion during our next preseason meeting with you this week and to working with you to during the 2020 fishing season under the terms of our MOU.

Quyana,

Mary Peltola, Executive Director
Kuskokwim River Inter-Tribal Fish Commission
P.O. Box 190
Bethel, AK 99559
(907) 545-6206

CC.     Federal Subsistence Board via Anthony Christensen, Chair

        Gary Decossas, USFWS Yukon Delta NWF

        Sue Detwiler OSM, USFWS

        Tom Doolittle, OSM, USFWS

        Greg Risdahl, OSM, USFWS

        Ronnie Sanchez, Refuges, USFWS

        Jack Reakoff, Western Interior Regional Advisory Council

        Alissa Rogers, Yukon Kuskokwim Delta Regional Advisory Council



## Draft 2020 Chinook Salmon Management Strategy

### May 8, 2020

## Summary of Goals & Objectives:

- **Rebuild and sustainably manage healthy Chinook salmon populations** within the Kuskokwim River watershed.
  - Take a conservative approach to management by considering uncertainty and risk factors.
  - Respond to uncertainty and risk factors through precautionary management approach by applying a precautionary buffer.
  - Address decline in size of salmon returns and threats to stock diversity.

- **Integrate meaningful local and traditional knowledge** into the fisheries management decision-making process.
  - Actively consider and utilize local and traditional knowledge to inform in-season fisheries management decisions.

- **Provide for and preserve the continuation of customary and traditional subsistence harvest** of Chinook salmon by rural residents.
  - Provide maximum opportunity for customary and traditional harvest of Chinook salmon for Federally qualified users during rebuilding stage.
  - Provide equity of harvest opportunity across the entire watershed.

- **Develop a unified fisheries management approach** for the entire Kuskokwim River watershed prioritizing conservation and priority subsistence uses.

## Summary of Uncertainty and Risk Factors Facing 2020 Run:

In addition to major sources of uncertainty that affect whether we can meet our management objectives, new western science has revealed risk factors that are unaccounted for in previous management models including:

1

- **High Forecast Uncertainty**:  The true level of uncertainty associated with the forecast is much greater than the uncertainty previously reported (see Figure 1).



**Figure 1**.  2020 forecast uncertainty showing the difference between ADFG uncertainty estimate (pink bar) using recent 7 years of data and Bayesian uncertainty estimate (yellow torpedo) informed by all years of data.

- **Kuskokwim Chinook salmon population is not yet recovered resulting in the trend of long-term Average Subsistence Needs (ANS) that have not been met for nine years**:  Those of us that have fished prior to 2009 know that the Chinook salmon runs have not recovered, before there was more fish to harvest and we worried the net would catch to many.  A significant risk factor facing assessment of the 2020 run by the FSMP is that the long-term average subsistence needs, a priority use under ANILCA, has not been met since 2010 (see Figure 2).



**Figure 2.** Kuskokwim river Chinook salmon harvest by user groups from 1976 through 2019, showing subsistence harvest needs have not been meet since 2010.

- **High degree of in-season management uncertainty because management decisions must be made using limited in-season run abundance and harvest information.**

  - It is inherently risky to have to make management decisions for the largest Chinook subsistence fishery in the world mainly using information from a single test fishery.

- **Significant decline in Kwethluk river freshwater productivity (juvenile productivity) of about 50% each year – from 2015 to 2018** in one of the two most productive of the monitored tributaries in the drainage.

- **Decline in salmon size and reduced escapement quality of Chinook salmon.**

  - **40% decline in average total reproductive potential** of Kuskokwim River Chinook salmon over the period 1976-2018.

  - **Decline in caloric value of salmon:** 100 fish caught in the early 1970s provided on average the same amount of caloric energy as roughly 138 fish caught in recent years in the Kuskokwim River.

- **Existing escapement goals and harvest do not account for risk factors.** Because these risk factors are not being accounted in stock assessment and escapement goal analysis by either the state of federal fisheries management program, it can lead the managers to believe that populations are more productive than they are.

## Pre-Season & In-Season Management Strategy – Ensuring Sustainable Harvest Management during Rebuilding Phase:

- **Review annual forecast and uncertainty of forecast. Review risk factors and other sources of uncertainty.**

- **Assess degree of conservation needed during 2020 season,** based on risk factors, uncertainty, and a single year of improved abundance.

- **In response to uncertainty, risk factors and inability to meet long-term subsistence requirements, Tribes request Federal Subsistence Board to begin season under federal management** through ANILCA. Federal management will continue until there is reasonable in-season evidence that abundance is sufficient to turn management over to an agency that does not have the same objectives as ANILCA.

- **Communicate to member Tribes the need for a conservative management approach based on assessment between openings to avoid overharvest.**

- Avoiding overharvest, as occurred in 2013, can result in some underharvest.

- Underharvest can help provide equity of harvest across the watershed, help to rebuild salmon populations and protect salmon population diversity.

- **Apply a precautionary buffer to account for cumulative effects of risk and uncertainty.**

  - **Escapement target range with precautionary buffer: 110,000 - 120,000** to account for:

    1) 40% long-term decline in the number and size of eggs in the average female spawner, and;

    2) threats to currently less productive stocks (see Figure 3).



**Figure 3:** Precautionary Buffer based on cumulative effects among multiple risk factors and sources of uncertainty.

- **Apply a precautionary buffer to account for decline in caloric content of harvest.**

  - **Subsistence harvest target (achieving target dependent on in-season abundance): 88,000 - 110,000** to address long-term declined caloric content of harvest due to shrinking size of returning Chinook salmon.

- **Prior to June 1, announce at least one fishing opportunity per week during the front-end closer dates of June 1 through June 11** with enough time between harvest opportunities for assessment.

- **Prior to June 11, announce a maximum of three harvest opportunities** with enough time between harvest opportunities for stock assessment.

- **Collect and use in-season subsistence harvest data.** The Community Based Harvest Monitoring (CBHM) program provides valuable real-time in-season harvest data and

catch-per-unit-effort for the subsistence fleet data that should be integrated into the in-season management decision-making process.

- **Collect local and traditional knowledge from rural subsistence users during weekly call-ins.** A weekly call-in will be provided by the KRITFC starting in May and run through the end of the Chinook salmon season. These call-ins are intended to provide an information exchange and solicit local and traditional knowledge concerning management options.

- **Evaluate in-season salmon population data and harvest assessment data between harvest opportunities.** KRITFC and USFWS in-season managers regularly examine a variety of in-season indices when making in-season management decisions.

- **Maintain relationship between KRITFC & USFWS established under the Memorandum of Understanding (MOU).** The MOU between KRITFC and USFWS formalized the fishery management partnership between the parties. The MOU shall guide the relationship between the KRITFC and USFWS, and both the KRITFC and USFWS shall comply with the term of the MOU when collaboratively making fisheries management decisions and implementing fishery management projects.