IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>THE STATE OF ALASKA, THE ALASKA DEPARTMENT OF FISH & GAME, and DOUG VINCENT-LANG, in his official capacity as Commissioner of the Alaska Department of Fish & Game,<br><br>        Defendants, | Case No. 1:22-cv-00054-SLG |

**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon due consideration, Plaintiff's Motion for Preliminary Injunction, ECF No. 5, is GRANTED. Defendants are hereby enjoined, pending the entry of final judgment or further clarification by the Court, from implementing Alaska Department of Fish & Game Emergency Order #3-S-WR-02-22, or from taking similar actions that authorize gillnet fishing by all Alaskans on the Kuskokwim River within the Yukon Delta National Wildlife Refuge when such action(s) would be contrary to federal orders issued pursuant to Title VIII of the Alaska National Interest Lands Conservation Act.

Dated this _____ of _____ 2022.

_____
HON. SHARON L. GLEASON
United States District Judge