TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF ALASKA, THE ALASKA DEPARTMENT OF FISH & GAME, and DOUG VINCENT-LANG, in his official capacity as Commissioner of the Alaska Department of Fish & Game,<br><br>Defendants, | Case No. 1:22-cv-00054-SLG |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65(b), Plaintiff hereby moves for a temporary restraining order ("TRO"), and seeks an order enjoining implementation of Defendants' Emergency Order #3-S-WR-02-22, or from taking similar actions interfering with or

contravening federal orders issued pursuant to Title VIII of the Alaska National Interest Lands Conservation Act ("ANILCA"). *See* 16 U.S.C. §§ 3111-3126. In accordance with Local Civil Rule 7.3(a), Plaintiff is contemporaneously filing a separate motion to expedite consideration, through which it seeks a ruling on this motion for TRO **no later than May 31, 2022.** This motion seeks to maintain the status quo until the Court can resolve Plaintiff's motion for preliminary injunction. *See* ECF No. 5. This motion is supported by Plaintiff's Motion for Preliminary Injunction and Combined Memorandum in Support and pleadings filed therewith. *Id.*; ECF Nos. 5-1 and 5-2.

A request for TRO involves "substantially the same factors that apply to a court's decision on whether to issue a preliminary injunction." *W. Watersheds Project v. Bernhardt*, 391 F. Supp. 3d 1002, 1007 (D. Or. 2019). "The 'purpose of a TRO is to preserve the *status quo* pending a full hearing on a preliminary injunction.'" *Dep't of Fish & Game v. Fed. Subsistence Bd.*, No. 3:20-CV-00195-SLG, 2020 WL 8679975, at *3 (D. Alaska Aug. 14, 2020) (quoting *Bronco Wine Co. v. U.S. Dep't of Treasury*, 997 F. Supp. 1309, 1313 (E.D. Cal. 1996)). Where a TRO would address harvest of fish and wildlife, a court will often look to physical or regulatory status existing at the time of the motion. *See id.* (denying TRO because one challenged hunting season had already ended, and another opened on the day the motion was filed).

Mindful of these considerations, Plaintiff's request comes in advance of the first of Defendants' challenged actions, which purports to open the Kuskokwim River within the Yukon Delta National Wildlife Refuge to gillnet fishing by all Alaskans in violation of

federal orders issued to effectuate the ANILCA Title VIII rural subsistence priority. The requested TRO would avoid the confusion, uncertainty, and irreparable harm to resources that would occur if Defendants' actions take effect. *See* Pl's. Mot. for Prelim. Inj. and Combined Mem. in Supp. 17-20, ECF No. 5. Plaintiff has engaged Defendants in efforts to resolve the need for immediate injunctive relief. *See* Decl. of Raina Thiele at ¶¶ 2-6, 10, ECF No. 5-2. These efforts have not been successful, but discussions are ongoing and counsel will expeditiously inform the Court if circumstances change or obviate the need for this motion.

Respectfully submitted,

DATED: May 24, 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney, Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

Of Counsel:

KENNETH M. LORD
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4184
ken.lord@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke