TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF ALASKA, THE ALASKA DEPARTMENT OF FISH & GAME, and DOUG VINCENT-LANG, in his official capacity as Commissioner of the Alaska Department of Fish & Game,<br><br>Defendants, | Case No. 1:22-cv-00054-SLG |

**PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION**

**DECISION NEEDED BY: May 31, 2022**

Pursuant to Local Civil Rule 7.3(a), Plaintiff hereby moves for expedited

consideration of its motion for a temporary restraining order ("TRO") under Fed. R. Civ.

P. 65, which is being filed concurrently herewith. *See* ECF No. 6. A decision is needed **no later than May 31, 2022.** In accordance with Local Civil Rule 7.3(a)(1)(A), this motion is accompanied by the Declaration of Paul A. Turcke, attached hereto as Exhibit 1 ("Turcke Decl.").

Expedited consideration is needed because Defendants have issued an order purporting to authorize gillnet fishing for salmon by all Alaskans in the Kuskokwim River within the Yukon Delta National Wildlife Refuge. *See* Alaska Dep't of Fish & Game Emergency Order #3-S-WR-02-22, Compl. Ex. 2 at 19-20, ECF No. 1-2. This order interferes with, and is contrary to, Plaintiff's orders issued pursuant to Title VIII of the Alaska National Interest Lands Conservation Act ("ANILCA"), 16 U.S.C. §§ 3111-3126. *See* Emergency Special Action #3-KS-01-22, Compl. Ex. 1 at 10-13, ECF No. 1-1. Implementation of Defendants' order will alter the status quo. *See Dep't of Fish & Game v. Fed. Subsistence Bd.*, No. 3:20-CV-00195-SLG, 2020 WL 8679975, at *3 (D. Alaska Aug. 14, 2020). Moreover, implementation of Defendants' order will cause confusion, uncertainty, and irreparable harm to resources. *See* Pl's. Mot. for Prelim. Inj. and Combined Mem. in Supp. 17-20, ECF No. 5. Plaintiff has taken reasonable steps to seek resolution of the underlying dispute, and to avoid the need to seek expedited relief, but these efforts have been unsuccessful. *See* Decl. of Raina Thiele at ¶¶ 2-6, 10, ECF No. 5-2. Plaintiff's only opportunity to seek relief before this Court preventing the above-described conflict between federal and state orders on the Kuskokwim River on June 1 is through expedited consideration of its motion for TRO.

Counsel for Plaintiff has communicated with counsel for Defendants about scheduling of this litigation and the impending opening of both federal and state seasons for subsistence fishing using gillnets on the Kuskokwim River within the Yukon Delta National Wildlife Refuge. *See* Turcke Decl. ¶¶ 4-6, ECF No. 7-1. Counsel have not been able to agree on a schedule – Defendants have indicated that they oppose the motion to expedite, and Plaintiff's proposed schedule. *Id*. ¶ 7.

In accordance with Local Civil Rule 7.3(a)(1), counsel will immediately serve this motion on the other parties through the Court's CM/ECF electronic filing system, and will immediately advise the Clerk's Office of this motion.

Respectfully submitted,

DATED: May 24, 2022.   TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

Of Counsel:

KENNETH M. LORD
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508

*United States v. Alaska*　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:22-cv-00054-SLG
PLAINTIFF'S MOT. FOR EXPEDITED CONSIDERATION　　　　　　　　　　　　　　3

Case 1:22-cv-00054-SLG   Document 7   Filed 05/24/22   Page 3 of 4

907-271-4184
ken.lord@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke