TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-353-1389 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE STATE OF ALASKA, THE ALASKA DEPARTMENT OF FISH & GAME, and DOUG VINCENT-LANG, in his official capacity as Commissioner of the Alaska Department of Fish & Game,<br><br>　　　　　Defendants, | Case No. 1:22-cv-00054-SLG |

### DECLARATION OF COUNSEL
### IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

I, Paul A. Turcke, hereby declare as follows:

1. I am making this Declaration in accordance with Local Civil Rule 7.3(a)(1)(A) in support of Plaintiff's motion for expedited consideration of its motion for temporary restraining order in the above-captioned litigation.

2. I have personal knowledge of the facts set forth in this Declaration.

3. I am an attorney employed by the U.S. Department of Justice (Idaho Bar No. 4759), and I am serving as counsel of record for Plaintiff in the instant litigation.

4. On May 17, 2022, I caused the filing of the complaint to occur in this action. On May 20, 2022, I communicated with counsel representing Defendants in this action. At that time, I indicated that Plaintiff was intending to seek relief under Fed. R. Civ. P. 65 to enjoin implementation of Defendants' actions seeking to open waters within the Yukon Delta National Wildlife Refuge to subsistence gillnet fishing by all Alaskans, including doing so in a manner that would seek expedited consideration necessary to obtain such injunctive relief prior to implementation of Defendants' first such action on June 1, 2022. *See* Alaska Dep't of Fish & Game Emergency Order #3-S-WR-02-22, Compl. Ex. 2 at 19-20, ECF No. 1-2. The need for obtaining the Court's determination prior to June 1 is further described in Plaintiff's motion for temporary restraining order.

5. In our initial communications on May 20, counsel further discussed a mutual willingness to explore possible resolution of the litigation, as well as the nature and timing of any request for preliminary injunctive relief.

6. Counsel discussed procedures and a proposed schedule for presentation of Plaintiff's motion for a temporary restraining order, and for Plaintiff's motion for a

preliminary injunction. As a result of these discussions, in an e-mail on May 23 at 10:00 a.m. Alaska time, I proposed the following schedule:

    a.    On May 24, 2022, Plaintiff will file a motion for a preliminary injunction and combined memorandum in support, a motion for a temporary restraining order, and and a separate motion seeking expedited consideration of the motion for temporary restraining order, with a decision requested by May 31, 2022.

    b.    Defendants will file a response, if any, to the motion for temporary restraining order on or before May 27, 2022.

    c.    Defendants will file a response in opposition to the motion for preliminary injunction on or before June 7, 2022.

    d.    Plaintiff will file a reply in support of the motion for preliminary injunction on or before June 14, 2022.

    7.    Defendants' counsel, in an e-mail on May 24 at 1:55 p.m. Alaska time, advised that Defendants oppose the motion to expedite and oppose the above-described proposed schedule. Defendants have not offered an alternative to this schedule, or any aspect of it.

    8.    Counsel's efforts to explore resolution of Plaintiff's request for preliminary injunctive relief, as well as the broader litigation, have thus far been unsuccessful. If this changes, or if the parties determine that this case may be a suitable candidate for alternative dispute resolution, counsel will expeditiously inform the Court.

9. I will cause this motion to be immediately served on the other parties through the Court's CM/ECF electronic filing system, and will immediately advise the Clerk's Office of this motion. *See* Local Civil Rule 7.3(a)(1).

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of May 2022.

PAUL TURCKE
Digitally signed by PAUL TURCKE
Date: 2022.05.24 19:21:02 -04'00'

Paul A. Turcke