# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>THE STATE OF ALASKA,<br><br>           Defendant. | Case No. 1:22-cv-00054-SLG |

## ORDER RE PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION

Before the Court at Docket 7 is *Plaintiff's Motion for Expedited Consideration.* The motion is hereby GRANTED. Defendant shall respond to *Plaintiff's Motion for Temporary Restraining Order* by close of business on **May 27, 2022.** Plaintiff may file a reply to Defendant's response by 5:00 p.m. on **May 28, 2022.**

DATED this 25th day of May, 2022, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE