Nathaniel Amdur-Clark
nathaniel@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
725 East Fireweed Lane, Suite 420
Anchorage, Alaska 99503
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Intervenor Kuskokwim River Inter-Tribal*
  *Fish Commission*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:22-cv-00054-SLG<br>) |
| THE STATE OF ALASKA, THE ALASKA DEPARTMENT OF FISH & GAME and DOUG VINCENT-LANG, in his official capacity as Commissioner of the Alaska Department of Fish & Game, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### DECLARATION OF MIKE WILLIAMS, SR.

I, Mike Williams, Sr., declare as follows:

1. I am the Chairman of the Kuskokwim River Inter-Tribal Fish Commission (the "Commission"), which is an inter-tribal consortium that represents the Federally Recognized Indian Tribes[1] of the Kuskokwim River watershed concerning fisheries management matters, including but not limited to the management of the Kuskokwim River Chinook and chum salmon fisheries.

2. I was born in Akiak, Alaska, which is located on the Kuskokwim River. I was delivered by a traditional indigenous midwife in Akiak, where I grew up and continue to live. I have spent most of my life living, fishing, observing, and stewarding our lands and resources to ensure continuation of our indigenous ways of life. The subsistence Chinook and chum salmon fisheries constitute a key element of the rural subsistence lifestyle of my family and the communities around us up and down the Kuskokwim River.

3. In addition to serving as the current Chair of the Commission, I continue to serve as the Chief of the Akiak Native Community, the federally recognized tribal

---

[1] Each of the following Member Tribes of the Commission has issued a duly-adopted resolution ratifying the Kuskokwim River Inter-Tribal Fish Commission Constitution and authorizing the Commissioner appointed by that Tribe to vote on behalf of the Tribe: Nikolai Village, Telida Village, McGrath Native Village, Takotna Village, Native Village of Georgetown, Village of Stony River, Village of Sleetmute, Village of Crooked Creek, Native Village of Napaimute, Native Village of Chuathbaluk, Village of Kalskag, Village of Lower Kalskag, Village of Aniak, Tuluksak Native Community, Akiak Native Community, Akiachak Native Community, Organized Village of Kwethluk, Orutsararmiut Native Village (a/k/a Bethel), Native Village of Napaskiak, Native Village of Napakiak, Village of Atmautluak, Kasigluk Traditional Elders Council, Native Village of Eek, Village of Chefornak, and Native Village of Kwinhegak (a/k/a Quinhagak). Currently, the Commissioners for Lime Village, Village of Red Devil, Oscarville Traditional Village, Native Village of Kongiganak, Native Village of Kwigillingok, and the Native Village of Kipnuk may participate but do not vote on Commission decisions.

government of Akiak, Alaska, where I have served on the tribal council for over 40 years. I have worked for almost 50 years advocating for sober living and working in the behavioral health field by revitalizing tribal heritage, language, and cultural traditions that have guided our people to live together in harmony with each other, their land and their environment to survive in the harshest climate by using and protecting its natural resources for fish and wildlife for food and clothing. The shortages of Chinook and chum salmon our communities have been experiencing for more than a decade have measurable consequences for individual, family, and community health and well-being. Proper stewardship of our tribal resources is an essential responsibility of the federally recognized Indian Tribes that established the Commission and their powers of self-governance and jurisdiction over their tribal citizens and subsistence resources are a foundational piece of the cultural fabric of Commission's member tribes.

4. Federal management of the Chinook and chum salmon resources of the Kuskokwim River within the Yukon Delta National Wildlife Refuge ("Refuge") is critical to the continued viability of the subsistence way of life for the Commission's Member Tribes. ADF&G prosecuted fisheries that harvested 50 to 60 percent of the total Chinook salmon run in 2010, 2011 and 2013, which were three of the last four years that the Alaska Department of Fish & Game ("ADF&G") was the sole management agency responsible for management decisions for the entire Kuskokwim River Chinook salmon runs. ADF&G's actions in 2010, 2011 and 2013 resulted in extremely high and demonstrably unsustainable total harvest rates on a declined population that constituted over-harvest.

These years are among the lowest runs on record. In 2014, the harvest had to be severely restricted, resulting in a Chinook salmon harvest of less than 12,000 fish, compared to the long-term average harvest of approximately 88,000 Chinook salmon. Based on this evidence of past management practices when ADFG had responsibility for managing the entire Kuskokwim River Chinook salmon run, the Commission, federally qualified users, and federal managers are understandably concerned that ADF&G management actions may result in irreparable harm to this critically important subsistence fishery resource.

5. I, and the other Commission's Executive Council members and staff, along with the Commission's in-season managers, worked closely with the Fish and Wildlife Service ("USFWS") and the federal in-season manager, Mr. Boyd Blihovde, to create a management and harvest strategy for Kuskokwim River Chinook and chum salmon before and during the 2021 fishing season.

6. Based on decision-making in collaboration with the Commission that combines Western science with Traditional Indigenous Knowledge, Mr. Blihovde issued an emergency special action that closed the mainstem of the Kuskokwim River and several tributaries within the Yukon Delta National Wildlife Refuge ("Refuge") to subsistence gillnet fishing. However, there were several opportunities for federally qualified users to fish during specific time periods and using specific gear ("openings").

7. Over the course of the 2021 fishing season, the State of Alaska Department of Fish & Game ("ADF&G") issued a series of announcements purporting to allow fishing

by all Alaskans within the Refuge during times and using gear that were often similar (though not always identical) to the openings provided for federally qualified users.

8. ADF&G also announced an opening, for June 28, 2021, purporting to allow gillnet fishing for salmon on the Kuskokwim River within the Refuge by all Alaskans even though federal regulations did not allow for any persons (federally qualified users or not) to be fishing for salmon in that area at that time.

9. ADF&G's actions during the 2021 fishing season were seen by the Commission, its Member Tribes, staff, and Commissioners as a blatant effort by the State of Alaska to undermine and weaken federal management of the Chinook and chum salmon fisheries within the Refuge and undercut the federal subsistence priority required by ANILCA Title VIII.

10. These efforts were at least partly successful. ADF&G does not document salmon harvests by Alaskans not living in Kuskokwim River communities, despite State statutes directing them to do so under current conditions of salmon fishing restrictions. Despite the Commission's wide-ranging informational campaign to educate subsistence fishers regarding the fact that fishing during ADF&G's unlawful June 28 opening would be a violation of federal fisheries regulations, USFWS aerial surveys counted 220 boats participating in that opening within the Refuge.

11. ADF&G's actions created significant confusion and uncertainty for subsistence fishing families struggling to meet their subsistence salmon needs during the

last fishing season, and I am deeply concerned that this will continue into this season, further undermining the Commission's efforts.

12. For example, ADF&G's announcement regarding the June 28 opening caused widespread confusion for federally qualified subsistence fishers who are dependent on salmon to meet their subsistence needs and who have not been able to meet their documented long-term subsistence needs for the past eleven years and who are, at the same time, concerned that they be cited for illegal fishing. Subsistence fishers were confused for several reasons, including the ADF&G's confusing and internally-contradictory language which was hard to parse for any non-lawyer—and especially for rural subsistence fishers who may speak English as a second language.

13. In addition, each year for the previous six years, the Chinook salmon season had been managed by the federal in-season manager. In 2021, from the beginning of the Chinook salmon season on June 1 until the ADF&G emergency order on June 25, all legal salmon harvest openings were issued by the federal in-season manager under delegated authority of the Federal Subsistence Board in consultation with the Commission. Refuge and Commission staff conducted in-season harvest monitoring and assessment projects to estimate the total numbers of salmon harvested during each of these federal openings. Now, for the first time in six consecutive years a different agency was independently telling all Alaskan residents they could harvest salmon with gillnets during a federal closed period with no provisions to monitor or document the salmon harvests by non-federally qualified

users. This lead to greater uncertainty about total harvest estimates and therefore greater uncertainty about final Chinook and chum salmon escapement estimates.

14. The confusion experienced by fishing families resulting from ADF&G's action required the Commission to implement an information campaign to explain that, despite ADF&G's announcement, it was illegal to subsistence fish with gillnets on the mainstem of the Kuskokwim River on June 28, 2021. This information campaign included outreach via the Commission's webpage and email newsletter, social media posting, radio talk show announcements, and extensive word-of-mouth communications. The Commission's leadership and staff also fielded numerous phone calls generated by confused members of the community who were faced with contradictory information and needed assistance in navigating it. This was an "all-hands-on-deck" event for the Commission, which sapped the Commission's time and depleted Commission resources.

15. Again, despite these efforts, at least 220 boats participated in the opening and harvested salmon during the federal closure in reliance on ADF&G's announcement without proper harvest documentation by non-federally qualified users.

16. Although ADF&G's other purported openings that "mirrored" the federal opening (but allowed fishing by all Alaskans) did not create the same magnitude of chaos on the river as the June 28 opening, they did cause widespread confusion and uncertainty. I, and other Commissioners and members of Commission staff, had many discussions with members of Kuskokwim River communities and received calls from rural subsistence fishing families asking for help in understanding the contradictory federal and ADF&G

announcements. It was clear that many Alaskans are not steeped in the intricacies of ANILCA and do not understand that the federal rules supersede the State's within the Refuge. And it is equally clear that, because of that confusion, Chinook and chum salmon were harvested within the Refuge in violation of federal regulations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June, 2022.

_____
Mike Williams, Sr., Chair
Kuskokwim River Inter-Tribal Fish Commission