TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Chief Assistant Attorney General
Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
       aaron.peterson@alaska.gov

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>State of Alaska; Alaska Department of Fish & Game; Doug Vincent-Lang, Commissioner,<br><br>    Defendants. | Case No.: 1:22-cv-00054-SLG<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND** |

    The State of Alaska, et. al. (the State), pursuant to Local Civil Rule 7.3(b), hereby moves for an extension of time to respond to the complaint filed in this matter. The matter was served on the State on May 17, 2022, and State's responsive pleading is due today, June 7, 2022. The State has been focusing on the preliminary injunctive litigation during this time, and respectfully requests a two-week extension to this

*United States v. Alaska*      Case No. 1:22-cv-00054-SLG
Unopposed Motion for Extension of Time to Respond      1
Case 1:22-cv-00054-SLG    Document 15    Filed 06/07/22    Page 1 of 2

deadline. With this extension, the State's Answer would be due on June 21, 2022.

The United States does not oppose this request.

DATED: May 27, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL

By: s/ Margaret Paton-Walsh
Margaret Paton-Walsh
(Alaska Bar No. 0411074)
Chief Assistant Attorney General

s/Aaron C. Peterson
Aaron C. Peterson
(Alaska Bar No. 1011087)
Senior Assistant Attorney General
Office of the Attorney General
Natural Resources Section
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov
Phone: (907) 269-5232
Facsimile: (907) 276-3697

Attorneys for the State of Alaska

## CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2022**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Christian S. Faatoafe
Christian S. Faatoafe
Law Office Assistant I

*United States v. Alaska*     Case No. 1:22-cv-00054-SLG
Unopposed Motion for Extension of Time to Respond     2
Case 1:22-cv-00054-SLG   Document 15   Filed 06/07/22   Page 2 of 2