

# Federal Subsistence Board

**1011 East Tudor Road, MS 121**
**Anchorage, Alaska  99503 - 6199**



FISH and WILDLIFE SERVICE
BUREAU of LAND MANAGEMENT
NATIONAL PARK SERVICE
BUREAU of INDIAN AFFAIRS

FOREST SERVICE

**MAR 1 3 2018**

OSM 17058.JH

Refuge Manager
U.S. Fish and Wildlife Service
Yukon Delta National Wildlife Refuge
P.O. Box 346
Bethel, Alaska 99559

Dear Yukon Delta National Wildlife Refuge Manager:

This letter delegates specific regulatory authority from the Federal Subsistence Board (Board) to the Manager of the Yukon Delta National Wildlife Refuge (Refuge Manager) to issue emergency special actions when necessary to ensure the conservation of a healthy fish population, to continue subsistence uses of fish, for the continued viability of a fish population, or for public safety reasons.  This delegation only applies to Federal public waters subject to the Alaska National Interest Lands Conservation Act (ANILCA) Title VIII in the Kuskokwim Area, including the Goodnews and Kanektok Rivers.

It is the intent of the Board that Federal subsistence fisheries management by Federal officials be coordinated, prior to implementation, with the representatives from Regional Advisory Councils (Councils), the Kuskokwim River Inter-tribal Fish Commission (KRITFC), the Office of Subsistence Management (OSM), and the Alaska Department of Fish and Game (ADF&G), to the extent possible.  The OSM will be used by managers to facilitate communication of actions and ensure proposed actions are technically and administratively aligned with legal mandates and policies.  Federal managers are expected to cooperate with managers from the State and other Federal agencies, the Council Chair(s), and applicable Council members to minimize disruption to subsistence resource users and existing agency programs, consistent with the need for emergency special action.  In addition, the Kuskokwim River Salmon Management Working Group (KRSMWG) will be notified of actions and decisions whenever possible.

**Exhibit E**
**Page 1 of 6**

## DELEGATION OF AUTHORITY

**1. <u>Delegation:</u>**  The Refuge Manager is hereby delegated authority to issue emergency special actions affecting fisheries in Federal public waters as outlined under the **Scope of Delegation** below.  Although a public hearing is not required for emergency special actions, if deemed necessary by you, then a public hearing on the emergency special action is recommended. Special actions are governed by regulation at 36 CFR 242.19 and 50 CFR 100.19.

**2. <u>Authority:</u>**  This delegation of authority is established pursuant to 36 CFR 242.10(d)(6) and 50 CFR 100.10(d)(6), which state: "The Board may delegate to agency field officials the authority to set harvest and possession limits, define harvest areas, specify methods or means of harvest, specify permit requirements, and open or close specific fish or wildlife harvest seasons within frameworks established by the Board."

**3. <u>Scope of Delegation:</u>**  The regulatory authority hereby delegated is limited to the issuance of emergency special actions as defined by 36 CFR 242.19(a) and 50 CFR 100.19(a).  Such an emergency action may not exceed 60 days, and may not be extended.

This delegation permits you to open or close Federal subsistence fishing periods or areas provided under codified regulations.  It also permits you to specify methods and means; to specify permit requirements; and to set harvest and possession limits for Federal subsistence fisheries.

This delegation also permits you to close and re-open Federal public waters to nonsubsistence fishing, but does not permit you to specify methods and means, permit requirements, or harvest and possession limits for State-managed fisheries.  This delegation may be exercised only when it is necessary to conserve healthy populations of fish or to ensure continuation of subsistence uses.

All other proposed changes to codified regulations, such as customary and traditional use determinations or requests for special actions greater than 60 days, shall be directed to the Board.

The Federal public waters subject to this delegated authority are those within the Kuskokwim Area (as described in the Subsistence Management Regulations for the Harvest of Fish and Shellfish on Federal Public Lands and Waters in Alaska).  You will coordinate all local fishery decisions with all affected Federal land managers.

**4. <u>Effective Period:</u>**  This delegation of authority is effective from the date of this letter and continues until superseded or rescinded.

**Exhibit E**
**Page 2 of 6**

**5. <u>Guidelines for Review of Proposed Special Actions:</u>** You will use the following guidelines to determine the appropriate course of action when reviewing proposed special actions.

a) Does the proposed special action fall within the geographic and regulatory scope of delegation?

b) Have you communicated with the OSM to ensure the emergency special action is aligned with Federal subsistence regulations and policy?

c) Does the proposed action need to be implemented immediately as an emergency special action, or can the desired conservation or subsistence use goal be addressed by deferring the issue to the next regulatory cycle?

d) Does the supporting information in the proposed special action substantiate the need for the action?

e) Are the assertions in the proposed special action confirmed by available current biological information and/or by affected subsistence users?

f) Is the proposed special action supported in the context of available historical information on stock status and harvests by affected users?

g) Is the proposed special action likely to achieve the expected results?

h) Have the perspectives of the Chair or alternate of the affected Council(s), the KRITFC, OSM, and affected State and Federal managers been fully considered in the review of the proposed special action?

i) Have the potential impacts of the proposed special action on all affected subsistence users and non-Federally qualified users within the drainage been considered?

j) Can public announcement of the proposed special action be made in a timely manner to accomplish the management objective?

k) After evaluating all information and weighing the merits of the special action against other actions, including no action, is the proposed emergency special action reasonable, rational, and responsible?

**6.  Guidelines for Delegation:**  You will become familiar with the management history of the fisheries in the region, with the current State and Federal regulations and management plans, and be up-to-date on stock and harvest status information.

You will provide subsistence users in the region a local point of contact about Federal subsistence fishery issues and regulations and facilitate a local liaison with State managers and other user groups.  For in-season management decisions and special actions, consultation is not always possible, but to the extent practicable, two-way communication will take place before decisions are implemented.  You will also establish meaningful and timely opportunities for government-to-government consultation related to pre-season and post-season management actions as established in the Board's Government to Government Tribal Consultation Policy (Federal Subsistence Board Government to Government Tribal Consultation Policy 2012).

By March 15 of each year, you will convene a meeting of representatives from the Yukon Delta NWR, the KRITFC, and other Federally sanctioned entities to determine, in consultation with the OSM and ADF&G, if conditions warrant Federal management of subsistence fisheries on the Kuskokwim River.

In addition to any guidelines collaboratively established for issuing emergency special actions via this delegated authority, you will review emergency special action requests or situations that may require an emergency special action and all supporting information to determine (1) consistency with

36 CFR 242.19 and 50 CFR 100.19, (2) if the request/situation falls within the scope of your delegated authority, (3) if significant conservation problems or subsistence harvest concerns are indicated, and (4) what the consequences of taking an action may be on potentially affected subsistence uses and nonsubsistence uses.  Requests not within your delegated authority will be forwarded to the Board for consideration.

You will maintain a record of all special action requests and justification of your decisions.  A copy of this record will be provided to the Administrative Records Specialist at OSM no later than sixty days after development of the document.

You will immediately notify the Board through the Assistant Regional Director for the OSM, and coordinate with the Chair or alternate of the affected Council(s), the KRITFC, local ADF&G managers, and other affected Federal conservation unit managers concerning emergency special actions being considered.  In addition, the KRSMWG will be notified of actions and decisions whenever possible.

If the timing of a regularly scheduled meeting of the affected Council(s) permits without incurring undue delay, you may seek Council recommendations on the proposed emergency special action.

You will issue decisions in a timely manner. Before the effective date of any decision, reasonable efforts will be made to notify Council representatives, the KRITFC, the KRSMWG, the public, OSM, affected State and Federal managers, and law enforcement personnel. If an action is to supersede a State action not yet in effect, the decision will be communicated to Council representatives, the KRITFC, the KRSMWG, the public, OSM, and State and Federal managers at least 24 hours before the State action would be effective. If a decision to take no action is made, you will notify the proponents of the request immediately.

You may defer an emergency special action request, otherwise covered by this delegation of authority, to the Board in instances when the proposed management action will have a significant impact on a large number of Federal subsistence users or is particularly controversial. These options should be exercised judiciously and only when sufficient time allows. Such deferrals should not be considered when immediate management actions are necessary for conservation purposes. The Board may determine that an emergency special action request may best be handled by the Board, subsequently rescinding the delegated authority for the specific action only.

**7. Reporting:** If pre-season meetings result in the need for Federal management of the fishery, you will submit a written report to the Board by June 1 of each year documenting the outcome of this determination process, as well as outlining the in-season collaborative decision making process adopted by the group to include input from the KRITFC, the OSM, and ADF&G, proposed strategies for in-season management, and agreed upon guidelines for issuing emergency special actions via delegated authority.

You must provide to the Board, through the Assistant Regional Director for the OSM, a report describing the pre-season coordination efforts, local fisheries management decisions, and post-season evaluation activities for the previous fishing season by November 15. A summary of emergency special action requests and your resultant actions must be provided to the coordinator of the appropriate Council(s) at the end of the calendar year for presentation during regularly scheduled Council meetings.

**8. Support Services:** Administrative support for your local Federal subsistence fisheries management activities will be provided by the Office of Subsistence Management.

Should you have any questions about this delegation of authority, please feel free to contact the Assistant Regional Director for the OSM at toll-free 1-800-478-1456 or (907) 786-3888.

Sincerely,

Anthony Christianson
Chair

**Exhibit E**
**Page 5 of 6**

Enclosures

cc: Federal Subsistence Board
　　Assistant Regional Director, Office of Subsistence Management
　　Deputy Assistant Regional Director, Office of Subsistence Management
　　Subsistence Policy Coordinator, Office of Subsistence Management
　　Fisheries Division Supervisor, Office of Subsistence Management
　　Chair, Yukon-Kuskokwim Delta Subsistence Regional Advisory
　　Chair, Western Interior Subsistence Regional Advisory Council
　　Superintendent, Lake Clark/Katmai National Parks and Preserve
　　Superintendent, Denali National Park and Preserve
　　Manager, Togiak National Wildlife Refuge
　　Manager, Alaska Maritime National Wildlife Refuge
　　Assistant Regional Director, Law Enforcement, U.S. Fish and Wildlife Service (Region 7)
　　Commissioner, Alaska Department of Fish and Game
　　Interagency Staff Committee
　　Administrative Record

**Exhibit E**
**Page 6 of 6**