APPENDIX I

MASTER MEMORANDUM OF UNDERSTANDING
BETWEEN
THE ALASKA DEPARTMENT OF FISH AND GAME
Juneau, Alaska
AND
THE U.S. FISH AND WILDLIFE SERVICE
DEPARTMENT OF THE INTERIOR
Anchorage, Alaska

This Master Memorandum of Understanding between the State of Alaska, Department of Fish and Game, hereinafter referred to as the Department, and the U.S. Fish and Wildlife Service, hereinafter referred to as the Service, reflects the general policy guidelines within which the two agencies agree to operate.

WHEREAS, the Department, under the Constitution, laws and regulations of the State of Alaska (Appendix I), is responsible for the management, protection, maintenance, enhancement, rehabilitation, and extension of the fish and wildlife resources of the State on the sustained yield principle, subject to preferences among beneficial uses; and

WHEREAS, the Service, by authority of the Constitution, laws of Congress and regulations of the U.S. Department of Interior (Appendix II) has a mandated management responsibility for certain species or classes of wildlife and is responsible for the management of Service lands in Alaska, and the conservation of fish and wildlife resources on these lands; and

WHEREAS, the Department and the Service share a mutual concern for fish and wildlife resources and their habitats and both are engaged in extensive fish and wildlife conservation, management, and protection programs and desire to develop and maintain a cooperative relationship which will be in the best interests of both parties, the concerned fish and wildlife resources and their habitats, and produce the greatest public benefit; and

WHEREAS, it has been recognized in the Alaska National Interest Lands Conservation Act and subsequent implementing Federal regulations that the resources and use of Service lands in Alaska are substantially different than those of other states; and

WHEREAS, the Department and the Service recognize the increasing need to coordinate resource planning and policy development;

NOW, THEREFORE, the parties hereto do hereby agree as follows:

THE DEPARTMENT OF FISH AND GAME AGREES:

1. To recognize the Service as the agency with the responsibility to manage migratory birds, endangered species, and other species mandated by Federal law, and on Service lands in Alaska to conserve fish and wildlife and their habitats and regulate human use.

2. To manage fish and resident wildlife populations in their natural species diversity on Service lands.

3. To consult with the Regional Director in a timely manner and comply with applicable Federal laws and regulations before embarking on enhancement or construction activities on Service lands.

THE FISH AND WILDLIFE SERVICE AGREES:

1. To recognize the Department as the agency with the primary responsibility to manage fish and resident wildlife within the State of Alaska.

2. To recognize the right of the Department to enter onto Service lands at any time to conduct routine management activities which do not involve construction, disturbance to the land, or alterations of ecosystems.

3. To cooperate with the Department in planning for enhancement or development activities on Service lands which require permits, environmental assessments, compatibility assessments, or similar regulatory documents by responding to the Department in a timely manner with requirements, time tables, and any other necessary input.

4. To manage the fish and wildlife habitat on Service lands so as to insure conservation of fish and wildlife populations and their habitats in their natural diversity.

5. To consider carefully the impact of any proposed treaties or international agreements relating to fish and wildlife resources on the State of Alaska which could diminish the jurisdictional authority of the State and to consult freely with the State when these treaties or agreements have a primary impact on the State.

6. To review present U.S. Fish and Wildlife Service policies and any future proposed changes in those policies in consultation with the Department to determine if modified or special policies are needed for Alaska.

7. To adopt refuge management plans whose provisions--including provision for animal damage control--are in substantial agreement with the Department's fish and wildlife management plans, unless such plans are determined formally to be incompatible with the purposes for which the respective refuges were established.

8. To utilize the State's regulatory process to maximum extent allowed by Federal law in developing new or modifying existing Federal regulations or proposing changes in existing State regulations governing or affecting the taking of fish and wildlife on Service lands in Alaska.

THE DEPARTMENT OF FISH AND GAME AND THE FISH AND WILDLIFE SERVICE MUTUALLY AGREE:

1. To coordinate planning for management of fish and wildlife resources on Service lands so that conflicts arising from differing legal mandates, objectives, and policies either do not arise or are minimized.

2. To consult with each other when developing policy and legislation which affects the attainment of wildlife resource management goals and objectives, or management plans.

3. To recognize that the taking of fish and wildlife by hunting, trapping, or fishing on Service lands in Alaska is authorized in accordance with applicable State and Federal law unless State regulations are found to be incompatible with documented Refuge goals, objectives, or management plans.

4. To develop such supplemental memoranda of understanding between the Commissioner and the Regional Director as may be required to implement the policies contained herein.

5. That this Master Memorandum of Understanding shall become effective when signed by the Commissioner of the Alaska Department of Fish and Game and the Alaska Regional Director of the U.S. Fish and Wildlife Service and shall continue in force until terminated by either party by providing notice in writing 120 days in advance of the intended date of termination.

6. That amendments to this Master Memorandum of Understanding may be proposed by either party and shall become effective upon approval by both parties.

|  |  |
|---|---|
| STATE OF ALASKA | U.S. DEPARTMENT OF THE INTERIOR |
| Department of Fish and Game | Fish and Wildlife Service |
| Ronald O. Skoog<br>Commissioner | Keith M. Schreiner<br>Regional Director, Alaska |
| March 13, 1982<br>Date | March 13, 1982<br>Date |