TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Chief Assistant Attorney General
Aaron C. Peterson (Alaska Bar No. 1011087)
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
       aaron.peterson@alaska.gov

Attorneys for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-00054-SLG ) |
| State of Alaska; Alaska Department of Fish & Game; Doug Vincent-Lang, Commissioner, | ) ) **RESPONSE TO THE** ) **ASSOCIATION OF VILLAGE** ) **COUNCIL PRESIDENTS' MOTION** |
| Defendants. | ) **TO INTERVENE** |

The State of Alaska, Alaska Department of Fish & Game, and Commissioner Doug Vincent-Lang, take no position on the Association of Village Council Presidents' (AVCP) Motion to Intervene as plaintiff in the above-captioned matter.

DATED: June 28, 2022.

        TREG R. TAYLOR
        ATTORNEY GENERAL

        By:    /s/ Margaret Paton-Walsh
                Margaret Paton-Walsh
                (Alaska Bar No. 0411074)
                Chief Assistant Attorney General

                s/Aaron C. Peterson
                Aaron C. Peterson
                (Alaska Bar No. 1011087)
                Senior Assistant Attorney General
                Natural Resources Section
                Department of Law
                1031 West Fourth Avenue, Ste. 200
                Anchorage, AK 99501
                Phone: (907) 269-5232
                Facsimile: (907) 276-3697
                Email: margaret.paton-walsh@alaska.gov
                              aaron.peterson@alaska.gov

                Attorneys for State of Alaska

## CERTIFICATE OF SERVICE

I hereby certify that on **June 28, 2022**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Leilani J. Tufaga
Leilani J. Tufaga
Law Office Assistant II