# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-00054-SLG |

## ORDER RE ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, BETTY MAGNUSON, AND IVAN IVAN'S MOTION TO INTERVENE

Before the Court at Docket 19 is the Association of Village Council Presidents ("AVCP"), Betty Magnuson, and Ivan Ivan's *Motion to Intervene* as of right as Plaintiffs in the above-captioned matter. Plaintiff and Intervenor-Plaintiff do not oppose the motion. Defendants filed a response taking no position on the motion at Docket 36.

In light of the foregoing, IT IS ORDERED that the motion at Docket 19 is GRANTED, and the case caption shall be amended as shown above. Intervenor-Plaintiffs AVCP, Magnuson, and Ivan shall file a clean copy of their Complaint in Intervention within 7 days of the date of this order.

DATED this 1st day of July, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:22-cv-00054-SLG, *USA v. SOA, et al.*
Order re Motion to Intervene
Page 2 of 2
Case 1:22-cv-00054-SLG   Document 37   Filed 07/01/22   Page 2 of 2