TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Chief Assistant Attorney General
Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
       aaron.peterson@alaska.gov

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| and ) | Case No.: 1:22-cv-00054-SLG |
| Kuskokwim River Inter-Tribal Fish ) Commission, *et al.,* ) | **STATE OF ALASKA'S ANSWER TO THE ASSOCIATION OF VILLAGE COUNCIL PRESIDENT'S COMPLAINT** |
| Intervenor-Plaintiffs, ) | |
| v. ) | |
| The State of Alaska, *et al.*, ) | |
| Defendants. ) | |

The State of Alaska, Alaska Department of Fish & Game, and Commissioner

Doug Vincent-Lang, (collectively "the State") hereby provides the following Answer to

the Association of Village Council Presidents ("AVCP"), Betty Magnuson, and Ivan

Ivan's Complaint in Intervention.

1. The allegations in Paragraph 1 describe the complaint, and no response is required. To the extent a response is required, the State denies that it has contravened the rural Alaska subsistence priority of the Alaska National Interest Lands Conservation Act ("ANILCA") or that its actions are preempted by valid federal law.

2. The allegations in Paragraph 2 incorporates the United States of America's Complaint for Declaratory and Injunctive Relief, ECF No. 1. The State therefore incorporates the Answer, ECF No. 33, previously filed to the United States of America's Complaint.

3. Paragraph 3 describes Plaintiff-Intervenor AVCP and no response is required. To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations, and therefore denies them.

4. Paragraph 4 describes Plaintiff-Intervenor Betty Magnuson, and no response is required. To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations, and therefore denies them.

5. Paragraph 5 describes Plaintiff-Intervenor Ivan M. Ivan, and no response is required. To the extend a response is required, Defendants lack sufficient information to admit or deny the allegations, and therefore denies them.

6. The allegations in Paragraph 6 purport to characterize ANILCA, the text of which is the best evidence of its contents.

7. The allegations in Paragraph 7 are denied

8. The allegations in Paragraph 8 are denied.

9. The allegations in Paragraph 9 are denied.

10. The allegations in Paragraph 10 are denied.

## AFFIRMATIVE DEFENSES

1. The Federal Subsistence Board violates the Appointments Clause of the United States Constitution and therefore its regulations are invalid and cannot preempt state law.

2. The Federal Subsistence Board's delegation to the Refuge Manager violates the Appointments Clause of the United States Constitution and therefore emergency special actions issued under the purported authority of that delegation are invalid and cannot preempt state law.

3. The Kuskokwim River Inter-Tribal Fish Commission lacks any valid co-management authority over Kuskokwim River fisheries.

4. The Federal Subsistence Board lacks jurisdiction over the Kuskokwim River because it is not "public land" under ANILCA.

5. Plaintiff fails to state a claim upon which relief can be granted.

6. Plaintiff fails to allege irreparable harm or any other basis upon which injunctive relief would be available.

7. The Court lacks subject-matter jurisdiction over this action.

DATED: July 27, 2022.

        TREG R. TAYLOR
        ATTORNEY GENERAL

By:    <u>/s/ Margaret Paton-Walsh</u>
        Margaret Paton-Walsh
        (Alaska Bar No. 0411074)
        Chief Assistant Attorney General

        <u>s/Aaron C. Peterson</u>
        Aaron C. Peterson
        (Alaska Bar No. 1011087)
        Senior Assistant Attorney General
        Natural Resources Section
        Department of Law
        1031 West Fourth Avenue, Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5232
        Facsimile: (907) 276-3697
        Email: margaret.paton-walsh@alaska.gov
                aaron.peterson@alaska.gov

        Attorneys for State of Alaska

# CERTIFICATE OF SERVICE

I hereby certify that on **July 27, 2022**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Leilani J. Tufaga
Leilani J. Tufaga
Law Office Assistant II