TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Chief Assistant Attorney General
Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
       aaron.peterson@alaska.gov

Attorneys for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) |
| and | ) Case No.: 1:22-cv-00054-SLG<br>) |
| Kuskokwim River Inter-Tribal Fish<br>Commission, *et al.*, | )<br>)<br>) **UNOPPOSED MOTION TO**<br>) **MODIFY DEADLINES IN THE**<br>) **INITIAL CASE SCHEDULING AND** |
| Intervenor-Plaintiffs, | ) **PLANNING ORDER**<br>) |
| v. | )<br>) |
| The State of Alaska, *et al.*, | )<br>) |
| Defendants. | ) |

This Court's Initial Case Scheduling and Planning Order, ECF No. 49, requires that motions seeking to conduct discovery on APA claims, if necessary, shall be filed not later than December 21, 2022.

Included in Section III of the Order was the following schedule:

a) Plaintiff will serve and file the administrative record not later than **October 21, 2022**;

b) The parties shall confer and informally attempt to resolve any disputes concerning the administrative record. The parties shall notify Plaintiff of any issues concerning the sufficiency of the administrative record not later than **November 21, 2022**;

c) If the parties do not informally resolve issues concerning the administrative record, any motion(s) to supplement or otherwise challenge the sufficiency of the administrative record shall be filed not later than **December 21, 2022**. If such a motion is filed, Plaintiff's response shall be due not later than **January 20, 2023**, and any reply shall be due not later than **February 23, 2023**.

The parties are informally attempting to resolve any disputes concerning the administrative record, in compliance with Section III.c. of the Order. At present, the State is awaiting production of a privilege log and expects the efforts to resolve any disputes concerning the administrative record to resume after it is produced. An extension of the deadlines found in Section III.c. of the Order is necessary to facilitate these efforts.

The State moves this Court to extend the deadlines in Section III.c. of the Order by approximately one month. The new deadlines would be as follows:

> Any motion(s) to supplement or otherwise challenge the sufficiency of the administrative record shall be filed not later than **January 20, 2023**. If such a motion is filed, Plaintiff's response shall be due not later than **February 23, 2023**, and any reply shall be due not later than **March 23, 2023**.

The United States does not oppose this motion.

DATED: December 19, 2022.

*United States v. Alaska*     Case No. 1:22-cv-00054-SLG
Unopp. Mtn. to Modify Deadlines     Page 2 of 4

Case 1:22-cv-00054-SLG   Document 55   Filed 12/19/22   Page 2 of 4

TREG R. TAYLOR
ATTORNEY GENERAL

By: /s/ Margaret Paton-Walsh
Margaret Paton-Walsh
(Alaska Bar No. 0411074)
Chief Assistant Attorney General

s/Aaron C. Peterson
Aaron C. Peterson
(Alaska Bar No. 1011087)
Senior Assistant Attorney General
Natural Resources Section
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

Attorneys for State of Alaska

*United States v. Alaska* Case No. 1:22-cv-00054-SLG
Unopp. Mtn. to Modify Deadlines Page 3 of 4
Case 1:22-cv-00054-SLG   Document 55   Filed 12/19/22   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on **December 19, 2022**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Christian S. Faatoafe
Christian S. Faatoafe
Law Office Assistant II

*United States v. Alaska*             Case No. 1:22-cv-00054-SLG
Unopp. Mtn. to Modify Deadlines             Page 4 of 4

Case 1:22-cv-00054-SLG    Document 55    Filed 12/19/22    Page 4 of 4