TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA, et al.,<br><br>Defendants. | Case No. 1:22-cv-00054-SLG |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Paul A. Turcke, counsel for Plaintiff, hereby submits this

Notice of Change of Address in accordance with Local Civil Rule 83.1(i). Mr. Turcke

has updated his personal profile in CM/ECF. Future mail or overnight delivery should be directed to Mr. Turcke at the following address:

>Paul A. Turcke
>United States Department of Justice
>Environment and Natural Resources Division
>c/o U.S. Attorney's Office
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702

In addition, Mr. Turcke's telephone number is now (202) 532-5994.

Respectfully submitted this 9th day of January 2023.

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division
>
>*/s/ Paul A. Turcke*
>PAUL A. TURCKE
>Idaho Bar No. 4759
>Trial Attorney
>Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>202-532-5994 ‖ 202-305-0275 (fax)
>paul.turcke@usdoj.gov
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>*/s/ Paul A. Turcke*
>Paul A. Turcke