TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA, et al.,<br><br>Defendants. | Case No. 1:22-cv-00054-SLG |

## STIPULATION TO SET BRIEFING SCHEDULE

In accordance with the Court's Order dated January 11, 2023 (ECF No. 61), counsel for all parties have conferred and hereby stipulate and jointly move for entry of the following schedule for the briefing of Administrative Procedure Act claims related to Defendants' counterclaims:

1. Defendants shall file their opening brief on or before April 7, 2023.
2. Plaintiff shall file its response brief on or before May 19, 2023.
3. Intervenor-Plaintiffs shall each file a response brief on or before May 26, 2023.
4. Defendants shall file their reply on or before June 26, 2023.

The parties agree that the above-described schedule shall be treated as addressing a motion(s) for summary judgment for purposes of page limits under Local Civil Rules 16.3 and 7.4(a), and further certify that each party will endeavor to coordinate with similarly aligned parties, and to reduce duplicative or redundant briefing. A proposed order is submitted herewith.

Respectfully submitted,

DATED: February 1, 2023.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

Of Counsel:

KENNETH M. LORD
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4184
ken.lord@sol.doi.gov

        TREG R. TAYLOR
        ATTORNEY GENERAL

        By:    */s/ Margaret Paton-Walsh*
                Margaret Paton-Walsh
                (Alaska Bar No. 0411074)
                Chief Assistant Attorney General

                */s/ Aaron C. Peterson*
                Aaron C. Peterson
                (Alaska Bar No. 1011087)
                Senior Assistant Attorney General
                Natural Resources Section
                Department of Law
                1031 West Fourth Avenue, Ste. 200
                Anchorage, AK 99501
                Phone: (907) 269-5232
                Facsimile: (907) 276-3697
                margaret.paton-walsh@alaska.gov
                aaron.peterson@alaska.gov

        *Attorneys for Defendants State of Alaska, et al.*

        SONOSKY, CHAMBERS, SACHSE
        MILLER & MONKMAN, LLP

        By:    */s/ Nathaniel Amdur-Clark*
                Nathaniel Amdur-Clark
                Alaska Bar No. 1411111
                Whitney A. Leonard
                Alaska Bar No. 1711064

*Counsel for Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission*

NATIVE AMERICAN RIGHTS FUND

*/s/ Matthew N. Newman*
Erin C. Dougherty Lynch (AK Bar No. 0811067)
Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
Maggie Massey (AK Bar No. 1911098)

*Counsel for Intervenor-Plaintiff Association of Village Council Presidents*, et al.

LANDYE BENNET BLUMSTEIN LLP

By: */s/ John M. Sky Starkey*
John M. Sky Starkey (Alaska Bar. No. 8611141)
Anna C. Crary (Alaska Bar No. 1405020)
Andrew Erickson (Alaska Bar No. 1605049)

*Counsel for Intervenor-Plaintiff Ahtna Tene Nené*, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke