TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Chief Assistant Attorney General
Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, et al.,<br><br>    Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-54 (SLG) |

### JOINT STIPULATION OF DISMISSAL OF
### STATE DEFENDANTS' COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Defendants State of Alaska, Alaska Department of Fish & Game, and Doug Vincent-Lang in his

official capacity as Commissioner of the Alaska Department of Fish & Game, with Plaintiff United States of America, jointly stipulate that Defendants' counterclaims against Plaintiff United States of America are hereby DISMISSED with prejudice. The dismissal of the counterclaims with prejudice is limited to the specific events that occurred in 2021 and 2022 as described in the Complaint. See Dkt. 1. The parties agree that this stipulated dismissal with prejudice does not prevent the State from asserting issues of law raised in the counterclaims relating to a future event(s), including whether ANILCA authorizes the United States to open fisheries or other lands. The parties further agree that this stipulation will have no preclusive effect on the claims and issues being litigated in ADF&G v. FSB, 3:20-cv-195-SLG (D. Alaska).

| | |
|---|---|
| DATED: April 5, 2023 | Respectfully Submitted, |
| TODD KIM<br>Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Res. Division | TREG R. TAYLOR<br>ATTORNEY GENERAL |
| By: /s/ *Paul A. Turcke*<br>PAUL A. TURCKE, ID Bar No. 4759<br>Trial Attorney, Natural Res. Section<br>1290 West Myrtle Street, Suite 500<br>Boise, ID 83702<br>202-532-5994 ‖ 202-305-0275 (fax)<br>paul.turcke@usdoj.gov | By: /s/ *Margaret Paton-Walsh*<br>Margaret Paton-Walsh<br>(Alaska Bar No. 0411074)<br>Chief Assistant Attorney General<br><br>/s/ *Aaron C. Peterson*<br>Aaron C. Peterson<br>(Alaska Bar No. 1011087)<br>Senior Assistant Attorney General<br>Department of Law<br>1031 West Fourth Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 276-3697<br>margaret.paton-walsh@alaska.gov<br>aaron.peterson@alaska.gov |
| Of Counsel:<br>KENNETH M. LORD<br>Office of the Regional Solicitor<br>U.S. Department of the Interior<br>4230 University Drive, Suite 300<br>Anchorage, AK 99508<br>907-271-4184<br>ken.lord@sol.doi.gov<br>*Counsel for Plaintiff* | *Counsel for Defendants* |

*United States v. Alaska*     Case No. 1:22-cv-00054-SLG
Joint Stipulation of State Defendants' Counterclaims     Page 2 of 3
Case 1:22-cv-00054-SLG   Document 64   Filed 04/05/23   Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on April 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

                                              */s/ Margaret Paton-Walsh*
                                              Margaret Paton-Walsh

*United States v. Alaska*                                                         Case No. 1:22-cv-00054-SLG
Joint Stipulation of State Defendants' Counterclaims                   Page 3 of 3
Case 1:22-cv-00054-SLG   Document 64   Filed 04/05/23   Page 3 of 3