# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*<br><br>　　　　Intervenor Plaintiffs<br><br>　　v.<br><br>THE STATE OF ALASKA, *et al.*,<br><br>　　　　Defendant. | Case No. 1:22-cv-00054-SLG |

## ORDER

The parties were directed to submit an Amended Scheduling and Planning Conference Report within 14 days of the Court's determination of the APA claims.[1] The Court's ruling on the counterclaims was issued on April 6, 2023, when the parties' Stipulation was adopted, and no report has since been filed. Accordingly, within 14 days of the date of this order, the parties shall file an Amended Scheduling and Planning Conference Report that proposes a schedule for the pretrial management of all remaining claims in this action. *See* Fed. R. Civ. P. 26(f) and Local Rule 16.1.

---

[1] Dkt. 49.

DATED this 5th day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:22-cv-00054-SLG, *USA v. SOA*
Order
Page 2 of 2
Case 1:22-cv-00054-SLG   Document 66   Filed 05/05/23   Page 2 of 2