TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources
Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

TREG R. TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Chief Assistant Attorney General
Aaron C. Peterson (Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| KUSKOKWIM RIVER INTER-TRIBAL | ) | Case No.: 1:22-cv-54 (SLG) |
| FISH COMMISSION, et al., | ) | |
| | ) | |
| Intervenor Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF ALASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING AND PLANNING CONFERENCE REPORT

Per this Court's May 5 Order, the parties jointly submit the following amended

report, which proposes a schedule for resolving the remaining claims in this action.

1

*First*, the parties agree that the case can likely be resolved by cross-motions for summary judgment because the remaining issues are primarily questions of law. Accordingly, the parties propose that discovery be stayed pending the Court's rulings on the forthcoming cross-motions for summary judgment.

*Second*, the parties agree that the forthcoming briefs should initially be subject to the normal page-limit and word-limit rules for briefing. *See* L.R. 7.4. However, because the State will be responding to multiple briefs from both the United States and the Intervenors, the parties recognize that the State is likely to seek leave to file over-length briefs that address all the arguments made. The United States and the Intervenors do not anticipate opposing such a motion.

*Third*, the parties agree to the following briefing schedule:

| | |
|---|---|
| United States' Motion for Summary Judgment | July 21, 2023 |
| Intervenors' Motions for Summary Judgment | July 28, 2023 |
| Alaska's Combined Opposition to Motions for Summary Judgment and Motion for Summary Judgment | September 1, 2023 |
| United States' Reply in Support of Motion for Summary Judgment and Opposition to the State's Motion for Summary Judgment | September 29, 2023 |
| Intervenors' Replies in Support of Motions for Summary Judgment and Oppositions to the State's Motion for Summary Judgment | October 6, 2023 |
| Alaska's Combined Reply in Support of Motion for Summary Judgment | October 27, 2023 |

2

*Fourth*, the parties agree that any argument should be scheduled as soon as possible after briefing concludes in October of 2023 and further agree to respectfully request that the Court endeavor to issue a ruling on the merits within 90 days of the close of briefing to facilitate planning and management efforts in advance of the 2024 fishing season.


DATED: May 18, 2023

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources
Division

By: */s/ Paul A. Turcke*
    PAUL A. TURCKE
    Idaho Bar No. 4759
    Trial Attorney
    Natural Resources Section
    1290 West Myrtle Street, Suite 500
    Boise, ID 83702
    202-532-5994 || 202-305-0275 (fax)
    paul.turcke@usdoj.gov

    Of Counsel:

    KENNETH M. LORD
    Office of the Regional Solicitor
    U.S. Department of the Interior
    4230 University Drive, Suite 300
    Anchorage, AK 99508
    907-271-4184
    ken.lord@sol.doi.gov

*Counsel for Plaintiff*

Respectfully Submitted,

TREG R. TAYLOR
ATTORNEY GENERAL

By: */s/ Margaret Paton-Walsh*
    Margaret Paton-Walsh
    (Alaska Bar No. 0411074)
    Chief Assistant Attorney General

    */s/ Aaron C. Peterson*
    Aaron C. Peterson
    (Alaska Bar No. 1011087)
    Senior Assistant Attorney General
    Department of Law
    1031 West Fourth Avenue, Suite 200
    Anchorage, AK 99501
    Telephone: (907) 269-5232
    Facsimile: (907) 276-3697
    margaret.paton-walsh@alaska.gov
    aaron.peterson@alaska.gov

*Counsel for Defendants*

3

SONOSKY, CHAMBERS, SACHSE
  MILLER & MONKMAN, LLP

By:  /s/ Nathaniel Amdur-Clark
      Nathaniel Amdur-Clark
      Alaska Bar No. 1411111
      Whitney A. Leonard
      Alaska Bar No. 1711064

      *Counsel for Intervenor Kuskokwim
        River Inter-Tribal Fish
        Commission*

NATIVE AMERICAN RIGHTS FUND

By:   /s/ Matthew N. Newman
      Matthew N. Newman
      Alaska Bar No. 1305023
      Erin C. Dougherty Lynch
      Alaska Bar No. 0811067
      Megan R. Condon
      Alaska Bar No. 1810096

      *Counsel for Association of Village
      Council Presidents, Betty Magnuson,
      and Ivan Ivan*

LANDYE BENNETT BLUMSTEIN LLP

By: /s/ Andrew Erickson
      John M. Sky Starkey
      Alaska Bar No. 8611141
      Anna Crary
      Alaska Bar No. 1405020
      Andrew Erickson
      Alaska Bar No. 1605049

      *Counsel for Intervenors Ahtna Tene
      Nené and Ahtna, Inc.*