# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| and | |
| KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.* | Case No. 1:22-cv-00054-SLG |
| Intervenor Plaintiffs | |
| v. | |
| THE STATE OF ALASKA, *et al.*, | |
| Defendant. | |

## AMENDED SCHEDULING ORDER

Based on the parties' joint request, the Scheduling and Planning Order in this matter is AMENDED as follows:

| | |
|---|---|
| United States' Motion for Summary Judgment | **July 21, 2023** |
| Intervenors' Motions for Summary Judgment | **July 28, 2023** |
| Alaska's Combined Opposition to Motions for Summary Judgement and Motion for Summary Judgment | **September 1, 2023** |
| United States' Reply in Support of Motion for Summary Judgment and Opposition to the State's Motion for Summary Judgment | **Sept. 29, 2023** |
| Intervenors' Replies in Support of Motions for Summary Judgment and Oppositions to the State's Motion for Summary Judgment | **Oct. 6, 2023** |
| Alaska's Combined Reply in Support of Motion for Summary Judgment | **Oct. 27, 2023** |

The Court will schedule Oral Argument when briefing has been completed. Discovery is stayed pending the Court's rulings on the forthcoming cross-motions for summary judgment.

DATED this 19th day of May 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:22-cv-00054-SLG, *USA v. SOA*
Amended Scheduling and Planning Order
Page 2 of 2
Case 1:22-cv-00054-SLG   Document 68   Filed 05/19/23   Page 2 of 2