John M. Sky Starkey, Alaska Bar No. 8611141
Anna Crary, Alaska Bar No. 1405020
Andrew Erickson, Alaska Bar No. 1605049
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-5152
Fax: (907) 2760-8433
Email: jskys@lbblawyers.com
       annac@lbblawyers.com
       andye@lbblawyers.com

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE STATE OF ALASKA, THE ALASKA DEPARTMENT OF FISH & GAME, and DOUG VINCENT-LANG, in his official capacity as Commissioner of the Alaska Department of Fish & Game,<br><br>        Defendants.<br>. | Case No. 1:22-cv-00054-SLG |

## NOTICE OF APPEARANCE

Case 1:22-cv-00054-SLG   Document 69   Filed 07/20/23   Page 1 of 2

Please take notice that Andrew Erickson of Landye Bennett Blumstein LLP enters his appearance as co-counsel for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc. in the above-captioned matter.

DATED this 20th day of July, 2023, at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys for Ahtna Tene Nené and Ahtna, Inc.*

*/s/ Andrew Erickson*
_____
John M. Sky Starkey, Alaska Bar No. 8611141
Anna Crary, Alaska Bar No. 1405020
Andrew Erickson, Alaska Bar No. 1605049

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*
_____
Andrew Erickson

Case 1:22-cv-00054-SLG   Document 69   Filed 07/20/23   Page 2 of 2