

# Alaska Department of Fish and Game

ADF&G Home » Fishing » Chinook Initiative » Kuskokwim River

# Chinook Salmon Research Initiative
## Kuskokwim River Chinook Salmon

**Overview** | Publications

### Kuskokwim River

#### Overview



Click image to view full size

The Kuskokwim River is the second largest river in Alaska, draining an area approximately 130,000 km2, (approximately 50,200 square miles) which represents 11% of the total area of Alaska. Adult Chinook salmon returning to the Kuskokwim River historically supported subsistence, commercial, and sport fisheries, in which annual harvests were 60,000 to 160,000 fish. The Chinook salmon subsistence fishery in the Kuskokwim Area is the largest in the state and remains a fundamental component of local culture (Brazil et al. 2011). The Kuskokwim River also had a lucrative commercial fishery for Chinook salmon through the early 1990s but directed commercial fishing for Chinook salmon ended in 1987. Since 1976, total Chinook salmon harvest from subsistence, commercial, and sport fisheries has resulted in exploitation rates ranging from a high of 62% in 1988 to a low of 13% in 2015 and 2017. Below average run sizes in recent years have resulted in restrictions to fishing opportunity and failure to meet some escapement goals.

Numerous organizations are invested in ongoing Chinook salmon research on the Kuskokwim River. Current research conducted on Chinook salmon by State and Federal agencies, Native Organizations, and universities contributes to estimates of tributary escapement, harvest, total return and escapement, age-sex-length composition, and inseason indexes of run strength. The Chinook Salmon Research Initiative has funded five projects in the Kuskokwim River area that addressed adult abundance, local and traditional knowledge, subsistence harvest patterns, and inseason estimates of subsistence harvest.

#### Adult Spawning Abundance

Annual estimates of the total abundance of adult Chinook salmon that return to the Kuskokwim River are important for ensuring the population is managed in ways that promote long-term health and sustain existing fisheries. A time-series of abundance estimates, spanning several Chinook salmon generations, allows fisheries biologists to understand changes in productivity, which is an important first step to investigating the key drivers of Chinook salmon health. Abundance and productivity estimates are also used to establish escapement goals, forecast future run size, and evaluate the number of fish that can be harvested annually.

Estimating the total abundance of Chinook salmon that return to the Kuskokwim River each year is a very difficult task. Counting all Chinook salmon is impractical because the system is very large and remote and the pattern of Chinook salmon migration into numerous large and small tributaries along the river is complex. Instead, total abundance must be estimated for an individual year by combining information from harvest and escapement monitoring projects in selected tributaries.

Efforts to estimate total inriver abundance of Kuskokwim River Chinook salmon was initiated by the Alaska Department of Fish and Game, Division of Sport fish, in 2002, by conducting a large-scale mark-recapture study. The study was continued until 2007, with the last year of operations conducted by the Alaska Department of Fish and Game, Division of Commercial Fisheries. The purpose of those efforts was to estimate the annual number of Chinook salmon in the middle and upper portion of the river (i.e., upstream of kilometer 270 or river mile 168). Estimates were successfully completed for years 2003 to 2007.

The completion of the initial mark-recapture studies formed the foundation for a series of subsequent analyses that drastically improved our understanding of Kuskokwim River Chinook salmon productivity. First, Division of Commercial Fisheries was able to estimate total annual abundance of Kuskokwim River Chinook salmon from 2003 to 2007 by combining the mark-recapture estimates with estimates of harvest and escapement downriver. These five years of abundance information were used to scale a statistical run reconstruction model which provided estimates of total run size and escapement from 1976 to 2012. The time series of abundance estimates was used to evaluate the productivity of Kuskokwim River Chinook salmon and establish the current formal escapement goal for the entire river of 65,000 to 120,000 fish.

The Chinook Salmon Research Initiative recommended that the Kuskokwim River Chinook salmon run reconstruction model and productivity analyses be periodically recalibrated, particularly during years of low abundance. Towards that goal, the Division of Commercial Fisheries partnered with groups and agencies to conduct a four-year mark-recapture study beginning in 2014. In 2014, estimates of the number of fish returning to the middle and upper portions of the Kuskokwim River were combined with estimates of harvest and escapement downriver of the study area to estimate the total run size in 2014. Between 2015 and 2017, mark-recapture project operations were moved downriver from Bethel and below all major Chinook salmon spawning tributaries. Abundance estimates

from the mark-recapture studies conducted between 2015 and 2017 were combined with annual harvest and escapement estimates downriver of the study location to estimate total run size of Chinook salmon. The additional four years of abundance estimates were used to further scale the run reconstruction model used to produce annual estimates of total run size and escapement on the Kuskokwim River. The run reconstruction model has been used annually since 2013 as a postseason tool to determine if the drainagewide escapement goal was achieved. Model results have also been used since 2012 to inform preseason management strategies to achieve escapement goals.

The 2015 to 2017 mark-recapture experiments and aerial surveys conducted between 2014 and 2016 provided an opportunity to evaluate potential bias in the data from 2003 to 2007 used to scale the run reconstruction model. In those years, total run scalars were developed by adding estimates of abundance from mark-recapture experiments conducted upriver from where most of the harvest occurs to all harvest and escapement downriver from the tag site. Habitat-based methods were used to estimate escapement to unmonitored tributaries from 2003 to 2007 and those methods had long been suspected of overestimating true escapement to those systems. ADF&G combined telemetric and aerial survey methods to evaluate escapement distribution in the lower Kuskokwim River spawning tributaries. Results of this work showed that the habitat-based methods used by ADF&G likely overestimated escapement to unmonitored tributaries nearly two-fold. As such, revisions were made to the 2003 to 2007 model scalars.



Kuskokwim River spawning Chinook salmon from 1976 to 2022.

### Subsistence Local and Traditional Knowledge Study
The Alaska Department of Fish and Game, Subsistence Section interviewed selected subsistence harvesters to collect local and traditional knowledge about Chinook salmon. Based on their observations and experience, interviewees discussed biological and environmental factors important to the freshwater aspects of Chinook salmon migration, spawning, and larvae/juvenile survival. Areas associated with spawning grounds and rearing habitats were mapped. Information gathered from these interviews were compared to the results of research projects to estimate annual Chinook returns and to verify if appropriate rivers and streams are listed in the State of Alaska Anadromous Waters Catalog.

### Patterns and Trends in Subsistence Fishing
Information on the patterns and trends in subsistence salmon fishing were collected. The goal of this study was to identify variables associated with changing subsistence salmon harvests at the household level in six Kuskokwim River communities. The project improved managers' understanding of how Kuskokwim River subsistence fisheries are structured. A formal analysis of post-season household surveys from 1998 to 2012 developed household harvest histories to identify patterns and trends in harvest levels. Subsequent household interviews were conducted to identify factors that influence year to year continuity and variation in harvests in the subsistence salmon fishery.

### Inseason Estimates of Subsistence Harvest

Inseason estimates of subsistence harvest of Chinook salmon in a reach of the lower Kuskokwim River were made to test the efficacy of the study as an estimator of total subsistence harvests. This work was conducted with selected fishers from three communities who recorded their harvest and fishing effort, and then reported their data to the Alaska Department of Fish and Game twice a week. Using a weighted average of sample fishers' harvests, an estimate of the total subsistence Chinook harvest was developed. At the end of the season, these estimates were compared with estimates based on post-season household harvest surveys.



# Alaska Department of Fish and Game

[ADF&G Home](#) » [Fishing](#) » [Commercial](#) » [Information By Area](#) » [Kuskokwim](#)

## Commercial Salmon Fisheries
### Kuskokwim Management Area

| Overview | Salmon | **KRSM Working Group** | Herring | Contacts |

### Kuskokwim River Salmon Management Working Group

The Kuskokwim River Salmon Management Working Group (KRSMWG) was formed in 1988 by the Alaska Board of Fisheries (BOF) in response to requests from stakeholders in the Kuskokwim Area who sought a more active role in the management of salmon fishery resources.

The Working Group is made up of 14 member seats representing elders, subsistence fishermen, processors, commercial fishermen, sport fishermen, Kuskokwim River Inter-Tribal Fish Commission, member at large, federal subsistence regional advisory committees, and the Alaska Department of Fish and Game. Non-agency members participate on a voluntary basis and receive no compensation. Participation in the Working Group process requires a great deal of time from its members and agency staff.

The relationship among Working Group members, research planners, project leaders, and policy makers is fostered, and these interactions are critical to the aim of the Working Group. This relationship ensures that participants remain up-to-date on new information and maintain their direct involvement in management of Kuskokwim River salmon fisheries.

Limited funding for Working Group meeting facilitation is provided by the USFWS Office of Subsistence Management and the Alaska Department of Fish and Game.

### Meeting Documentation

| **2023** | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 |

#### Kuskokwim River Salmon Management Working Group 2023

- **Meeting Audio**
  - Meeting Audio — 06/21/2023 (MP3 file 193,235 kB)
  - Meeting Audio — 06/14/2023 (MP3 file 145,164 kB)
  - Meeting Audio — 06/07/2023 (MP3 file 250,757 kB)
  - Meeting Audio — 05/25/2023 (MP3 file 288,319 kB)
- **Information Packets**
  - Information Packet — 06/21/2023 (PDF 1,985 kB)
  - Information Packet — 06/14/2023 (PDF 1,383 kB)
  - Information Packet — 06/07/2023 (PDF 1,163 kB)
  - Information Packet — 05/25/2023 (PDF 3,047 kB)
- **Summaries**
  - Meeting Summary — 06/21/2023 (PDF 364 kB)
  - Meeting Summary — 06/14/2023 (PDF 379 kB)
  - Meeting Summary — 06/07/2023 (PDF 364 kB)
  - Meeting Summary — 05/25/2023 (PDF 420 kB)

### Annual Reports

- 2014 Annual Report (PDF 1,036 kB)
- 2013 Annual Report (PDF 532 kB)
- 2012 Annual Report (PDF 19.23 MB)
- 2011 Annual Report (PDF 21,699 kB)
- 2010 Annual Report (PDF 6,047 kB)

### Supplemental Documents

- 2017 Chinook Salmon Run Reconstruction - Recently Asked Questions (PDF 73 kB)
- Kuskokwim River Sonar - Recently Asked Questions (PDF 184 kB)
- Report to KRSMWG: Chinook Reconstruction Data Weighting (PDF 556 kB)

- [Videos: How to Dipnet for Salmon](#)
- [Working Group by-laws](#) (*PDF 134 kB*)
- [Chinook Bycatch - Recently Asked Questions](#) (*PDF 751 kB*)

**Exhibit M**
**Page 2 of 2**

# Fact Sheet

# Title: Land Ownership In Alaska



Division of Mining, Land & Water
March 2000

Current land ownership in Alaska can be traced back to three main events in the state's history.

- Russian traders arrived in Alaska in the mid-1700's and established small, scattered trading posts and settlements. Alaska Natives (the Eskimo, Indian, and Aleut peoples) continued as the primary "landowners" during this period of Russian occupation.

  On October 18, 1867, Russia sold Alaska to the United States government. As a result, the federal government owned the Alaska Territory, approximately 375 million acres (about one-fifth the size of the continental U.S.).

- Alaska became a state in 1959. The federal government granted the new state 28% ownership of its total area. Approximately 103,350,000 acres were selected under three types of grants: Community (400,000 acres), National Forest Community (400,000 acres), and General (102,550,000 acres). Additional territorial grants, for schools, university and mental health trust lands, totaling 1.2 million acres were confirmed with statehood. All grants combined gave the State of Alaska approximately 105 million acres.

- In 1971 Congress passed the Alaska Native Claims Settlement Act (ANSCA). This law granted 44 million acres and 1 billion dollars to village and native corporations created under the act. Generally, ANSCA gave Native selections priority over state land selections.

State Land
To date, the state has received patent to approximately 85% (90 million acres) of its total land selections. The state was permitted to select lands, from any federal land not already reserved for other uses, to provide:
1. Land and resources to support the state's economy for road construction, economic development, and building houses, schools, and other public and private facilities.
2. A reduction in federal control over state internal affairs by giving the state ownership and jurisdiction over its own land.

The state chose land to meet three specific needs - settlement, resources and recreation.

Settlement – The State of Alaska selected land to encourage development and settlement. Land for public facilities, road construction and other public needs were included. Once owned, the state transfers large tracts of land to local governments, and leases and disposes of land to the private sector. There are approximately 580,000 acres currently in the state's land disposal bank for eventual lease or sale.

Resources - The Alaskan economy is based on exploration for and the development of natural resources. Lands were selected for agriculture, forestry, commercial fisheries, mining potential, oil and gas development, and wildlife habitat.

Recreation – Lands for wildlife, back-country recreation, and varying degrees and types of developed recreation were chosen and reserved to provide a variety of experiences for Alaskans and the tourist industry.

Exhibit N
Page 1 of 2

Once land is selected, land planners develop state land use plans. Planners consider laws and policies set by the Governor and state legislature, the character of the land itself, recommendations made by resource experts and public input to determine the most appropriate management of currently owned or selected state land. Plans are developed for land in selected status in anticipation of its conveyance to the state.

Federal Land
The federal government is still the largest landowner in Alaska with 60% of the total area (222 million acres). This acreage includes national parks, wildlife refuges, national forests, military reservations and the North Slope National Petroleum Reserve. More than a dozen federal agencies manage federal lands in Alaska.

The majority of federally owned lands have been set aside for public use (approximately 80 million acres). These are designated as follows:

> The National Park Service and Fish and Wildlife Service manage about 119.3 acres (48.3 and 71.0 million acres respectively) for primary uses of resource protection and fish and wildlife conservation.

> The Forest Service and Bureau of Land Management manage about 97.7 million acres (19.8 and 77.9 million acres respectively) for multiple use purposes including timber production, fish and wildlife, recreation, water and mining. Management of these lands is based on priorities and compatibility among various uses.

The remaining federal land is designated for special purposes, such as military reservations, the National Petroleum Reserve and U.S. Postal Service lands.

Native Lands
Native lands are private lands. The Alaska Native Claims Settlement Act, passed by Congress in 1971, mandated the creation of regional and village Native corporations for the disbursement of the 44 million acres and payment of one billion dollars mandated to Native ownership.

Thirteen regional corporations were created for the distribution of ANSCA land and money. Twelve of those shared in selection of 16 million acres, the thirteenth corporation, based in Seattle, received a cash settlement only. 224 village corporations, of 25 or more residents, shared 26 million acres. The remaining acres, which include historical sites and existing native-owned lands, went into a land pool to provide land to small villages of less than 25 people.

Other Private Land
Land in private ownership (other than Native land) comprises less than one percent of the total land in Alaska. Much of the best land for development around Alaska's communities is, or will be, privately owned. Private land development meets people's needs by providing places to live, work, shop and recreate. It also provides a tax base for cities and communities to help support public services.

 U.S. Department of the Interior   

Federal Subsistence Management Program

 Share

# Board Members

Contact any Board Member or Liaison to the Board by emailing: subsistence@fws.gov or calling toll free 1-800-478-1456.



**Voting Members of the Board**

**Anthony Christianson, Chair - Hydaburg**

1011 E. Tudor Road, Anchorage, Alaska 99503

Phone: (907) 786-3888 - Fax: (907) 786-3333

Case 1:22-cv-00054-SLG   Document 75-3   Filed 09/01/23   Page 8 of 18

Exhibit O
Page 1 of 4

## Charles Brower, Public Member - Utqiaġvik

1011 E. Tudor Road, Anchorage, Alaska 99503

Phone: (907) 786-3888 - Fax: (907) 786-3333

## Rhonda Pitka, Public Member - Beaver

1011 E. Tudor Road, Anchorage, Alaska 99503

Phone: (907) 786-3888 - Fax: (907) 786-3333

## Glenn Chen, Subsistence Program Manager, acting for Regional Director - Bureau of Indian Affairs

3601 C St., Ste. 1100, Anchorage, Alaska 99503

Phone: (907) 271-1828 - Fax: (907) 456-0225

## Steven M Cohn, State Director - Bureau of Land Management

222 West 7th Avenue, 13, Anchorage, Alaska 99513-7599

Phone: (907) 271-5080 - Fax: (907) 271-4596

## Sarah S. Creachbaum, Regional Director - National Park Service

240 West 5th Avenue, Anchorage, Alaska 99501

Phone: (202) 208-3884 - Fax: (907) 644-3816

## Sara D. Boario, Regional Director - U.S. Fish and Wildlife Service

1011 East Tudor Road, Anchorage, Alaska 99503

Phone: (907) 786-3542 - Fax: (907) 786-3306

## David Schmid, Regional Forester - U.S. Forest Service

Federal Building, Post Office Box 21628, Juneau, Alaska 99802-1628

Phone: (907) 586-8863 - Fax: (907) 586-7840

## Liaisons to the Board

### Donald C. Hernandez, Chairman - Southeast Alaska Regional Advisory Council

Point Baker, Alaska

### Richard G. Encelewski, Chairman - Southcentral Alaska Regional Advisory Council

Ninilchik, Alaska

**Della Trumble, Chairwoman - Kodiak/Aleutians Regional Advisory Council**
King Cove, Alaska

**Nanci Morris Lyon, Chairwoman - Bristol Bay Regional Advisory Council**
Dillingham, Alaska

**Raymond Oney, Chairman - Yukon-Kuskokwim Delta Regional Advisory Council**
Alakanuk, Alaska

**Jack Reakoff, Chairman - Western Interior Alaska Regional Advisory Council**
Galena, Alaska

**Louis H. Green, Jr., Chairman - Seward Peninsula Regional Advisory Council**
Nome, Alaska

**Thomas C. Baker, Chairman - Northwest Arctic Regional Advisory Council**
Kotzebue, Alaska

**Susan L. Entsminger, Chairwoman - Eastern Interior Alaska Regional Advisory Council**
Mentasta Pass, Alaska

**Steve Oomittuk, Chairman - North Slope Regional Advisory Council**
Point Hope, Alaska

**Doug Vincent-Lang, Commissioner - Alaska Department of Fish and Game**
333 Raspberry Road, Anchorage, Alaska 99518
Phone: (907) 267-2353 - Fax: (907) 267-2450

## Was this page helpful?

○ Yes
○ No

SUBMIT



# Christianson to head Federal Subsistence Board

Posted by Leila Kheiry | Nov 23, 2016



Hydaburg Mayor Tony Christianson goes seine fishing for salmon in Eek Inlet off Prince of Wales Island in Southeast Alaska. (Photo courtesy The Nature Conservancy)

Hydaburg Mayor Anthony Christianson has been appointed the new chair of the Federal Subsistence Board. The board governs subsistence hunting and fishing on all federal land in Alaska, covering some 60 percent of the state.

It's been at the center of major controversies like the fight over king salmon on the Yukon and Kuskokwim Rivers.

Christianson has served on the board for four years. He said as chairman, his job will be to listen to everyone.

"I like to keep an open ear, and listen to what everybody has to say," he said. "It's almost like listening to testimony. You've got to go in, you've got to be really unbiased."

Case 1:22-cv-00054-SLG   Document 75-3   Filed 09/01/23   Page 12 of 18
Exhibit P
Page 1 of 2

The Interior Department announced Christianson's appointment Tuesday.

At 40, he's been mayor of Hydaburg, on Prince of Wales Island, for more than a decade. He's run the local tribe's environmental program for almost 20 years.

Christianson was first appointed to the subsistence board in 2012, when the Interior Department overhauled it, adding two seats for members of the public, to give rural residents more of a say. Previously, the board was made up exclusively of representatives from federal agencies.

Christianson said listening to local residents is essential, and his own experience hunting and fishing has shaped how he views the board's mission.

"Eating it every day, handing that tradition down to my family, and showing them why it's important that we have strong environmental programs, that we have regulations, that we have management plans, to protect the way of life for ourselves, I think is critical to the future of Alaska," he said.

Christianson is replacing outgoing chair Tim Towarak of Unalakleet.

SHARE:     

‹ PREVIOUS

Feds OK selling or scrapping ferry Taku

NEXT ›

Ketchikan man indicted on felony drug charges

   

## Press Releases



# Anthony Christianson Appointed Chairman of the Federal Subsistence Board



**11/22/2016**
Last edited 9/29/2021

Date: November 22, 2016
Contact: Interior_Press@ios.doi.gov
Michael Johnson, 907-271-5485, Michael_Johnson@ios.doi.gov

**WASHINGTON** – U.S. Secretary of the Interior Sally Jewell today announced the appointment of Anthony Christianson as Chair of the Federal Subsistence Board, which oversees the management of fish and wildlife resources on federal lands and waters for subsistence uses. In compliance with federal law, Secretary of Agriculture Tom Vilsack has concurred with the appointment.

As chair, Christianson will lead the decision-making body for the management of fish and wildlife resources for subsistence uses on 230 million acres of federal land -- or 60 percent of the land in the state. Under the 1980 Alaska National Interest Lands Conservation Act, the Federal Subsistence Management Program provides priority access for rural residents of Alaska to subsistence uses of fish and game resources on federal lands and waters.

Christianson is a life-long Alaskan with deep personal knowledge and experience with subsistence needs and policies. Immediately prior to this appointment, he was promoted to serve as interim board chair, a position he has held since October 3, 2016. He was initially appointed by Interior Secretary Ken Salazar in January 2012 to serve as one of two public members of the board, representing rural users. The previous chairman, Tim Towarak, stepped down in mid-September after five years of service.

Christianson is a resident of Southeast Alaska and currently serves as Natural Resource Director for the Hydaburg Cooperative Association, a federally recognized tribal entity. He also serves as Mayor of the City of Hydaburg. In his professional and volunteer capacities, Christianson has participated in a number of programs and studies related to fish and wildlife management in Southeast Alaska.

The Secretaries of the Interior and Agriculture established the Federal Subsistence Board in the early 1990s to administer the Federal Subsistence Management Program. The board is composed of the Alaska directors of the National Park Service, the U.S. Fish and Wildlife Service, the Bureau of Land Management, the

Bureau of Indian Affairs, the U.S. Forest Service, and a Chair and two Public Members appointed by the Secretary of the Interior with the concurrence of the Secretary of Agriculture.

## Was this page helpful?

○ Yes
○ No

SUBMIT

PRESS RELEASE



Biden-Harris Administration Announces $44 Million to Restore and Strengthen Climate Resilience Across America's National Parks as Part of Investing in America Agenda

PRESS RELEASE





Departments of the Interior and Housing and Urban Development Announce Action to Support More Affordable Housing in Nevada

PRESS RELEASE



Biden-Harris Administration Investing $152 Million Through Investing in America Agenda to Expand Water Storage in the West

Back to top

