

# Alaskans appointed to Federal Subsistence Board

By Carey Restino

Updated: September 27, 2016

Published: February 7, 2012

Barrow's Charles Brower was appointed to the Federal Subsistence Board last week by Secretary of the Interior Ken Salazar following a recommendation last year that the board be expanded to include two additional public members representing rural subsistence users.

Prior to the appointment, the board consisted of five directors of Alaska federal agencies as well as a public Chair, a release stated. Also appointed to the board was Anthony Christianson of Hydaburg. The intent of the appointments was to "provide a more responsive, more effective subsistence program," the release stated.

Brower is a lifelong resident of Barrow, and currently serves as special assistant to the vice president of the Ukpeakvik Inupiat Corp., the Barrow village corporation.

He has formerly served as the wildlife department director for the North Slope Borough, and has served on numerous wildlife commissions.

Christianson is a mayor of the city of Hydaburg and natural resources director for the Hydaburg Cooperative Association.

Secretary of Agriculture Tom Vilsack noted his strong support for the appointments.

"Their records of leadership and experience will bring important insight to the work of the board and represent a new chapter in the working relationship between the federal government and the people of rural Alaska," Vilsack said in the release.

ADVERT SEMENT

The two new board members will have plenty to consider.

Among the work of the subsistence board is a public review of the current rural and non-rural determination process.

ADVERTISEMENT



Several Alaska communities were deemed non-rural, including Prudhoe Bay, but those decisions were stayed pending the public review of the process of choosing rural and non-rural community designations.

The board met in January and considered some 100 proposed changes to federal subsistence hunting and trapping regulations. Changes approved by the board included the requirement that prior to selling handicrafts incorporating a brown bear claw, the hide or claws not attached to the hide must be sealed by an authorized Alaska Department of Fish and Game representative and a copy of the sealing certificate must accompany the handicraft when sold. Old claws may be sealed if an affidavit is signed that the claws came from a brown bear that was harvested legally on Federal public lands by a federally qualified subsistence user.

The new regulations go into effect July 1 and remain in effect through June 30, 2014. The federal subsistence hunting and trapping regulations will be available in late June at vendors, federal field offices, the office of Subsistence Management and online. The regulations only apply to rural Alaska residents harvesting on federal public lands.

Brower could not be reached for comment.

*This article was originally published in The Arctic Sounder and is reprinted here with permission.*

Alaska Dispatch Publishing

---

## Most Read

**1**   At least 36 killed on Maui as wildfires continue and thousands race to escape the island



**2**   Alaska attorney general files deceptive advertising complaint against Swickard car dealerships in Anchorage and Palmer



**3**    Photos: Wildfire destruction in historic Lahaina Town, Hawaii



**4**    Wildfire devastates Hawaii's historic Lahaina Town, former
        capital of the kingdom



**5**    'Disturbing uptick' of sexual assaults on aircraft, Washington
        state officials say









Ad removed. Details

ADVERT SEMENT

# Around The Web







### 4 Peaks Four Weeks 2023

Tuesday, August 1, 2023



### Guided Prospector Tours

Thursday, August 10, 2023



### Comedian Greg Morton

Thursday, August 10, 2023

More Events



© 2023 Anchorage Daily News. All rights reserved.

 **U.S. Department of the Interior**        

Federal Subsistence Management Program



# Secretary Jewell Appoints Federal Subsistence Board Member

WASHINGTON–U.S. Secretary of the Interior Sally Jewell today announced the appointment of Ms. Rhonda Pitka as a public member of the Federal Subsistence Board. Secretary of Agriculture Tom Vilsack has concurred with the appointment.

## 1/9/2017

✉ **Contact:**       Michael Johnson
907-271-5485
michael_johnson@ios.gov

Pitka has a strong record of public involvement in subsistence and natural resource management and currently serves on the federal subsistence program's Eastern Interior Regional Advisory Committee. She is the First Chief of the Beaver Village Council, a federally recognized tribe, and serves on the Yukon River Panel which makes recommendations to the governments of Canada and the United States on fisheries management along the river. In addition, she is the past chair of the Council of Athabascan Tribal Governments, a tribal service provider to ten villages in the Yukon Flats Region.

The public member's position became vacant in November 2016 when Secretary Jewell appointed the previous holder, Anthony Christianson, to be the Chair of the Federal Subsistence Board, which is the decision-making body that oversees the management of fish and wildlife resources for subsistence uses on Federal public lands and waters in Alaska

Created in the early 1990s, the Federal Subsistence Board is composed of the Alaska directors of the National Park Service, the U.S. Fish and Wildlife Service, the Bureau of Land Management, the Bureau of Indian Affairs, the USDA Forest Service, and a Chair and two Public Members appointed by the Secretary of the Interior with the concurrence of the Secretary of Agriculture.

Through the Federal Subsistence Management Program, the Federal government manages subsistence uses on Federal public lands and waters in Alaska — approximately 230 million acres, or 60 percent of the land within the state.  The Alaska National Interest Lands Conservation Act, passed by Congress in 1980, mandates that rural residents of Alaska be given a priority for subsistence uses of fish and wildlife. To help carry out the responsibility for subsistence management, the Secretaries of the Interior and Agriculture established the Federal Subsistence Management Program.

View full news release /sites/doi.gov/files/uploads/fsb_nr_pitka_appointment_010917.pdf

### 

PRESS RELEASE

## Was this page helpful?

○ Yes

○ No

SUBMIT



Results from the Federal Subsistence Board Work Session

PRESS RELEASE



Federal Subsistence Board Closes Fall Caribou Season in Unit 13

PRESS RELEASE





Federal Subsistence Board to Hold Work Session in Anchorage, August 2-3, 2023

Back to top



U.S. Department of the Interior

Stewarding Conservation and Powering Our Future

Budget & Performance    Coronavirus Updates    Cummings Act Notices    Diversity, Inclusion & Civil Rights    FOIA

Inspector General    No Fear Act

About DOI    Accessibility    Contact Us    Copyright    Disclaimer    Information Quality    Privacy Policy    Site Map

Vulnerability Disclosure Policy

U.S. Department of the Interior, 1849 C Street NW, Washington, DC 20240.

ℹ️ **COVID-19 Updates and Information** [Following guidance from the White House, Centers for Disease Control and Prevention...](#)

🇺🇸 An official website of the United States government
Here's how you know ⌄

U.S. Department of the Interior
# Indian Affairs

MENU



## Alaska Region

Overview

Programs and Services

Job Opportunities

Tribes Served

Agencies

Photo Gallery

Contact Us

**Overview**

Exhibit T
Page 1 of 6
https://www.bia.gov/regional-office/alaska-region                                                                    1/6



The Alaska Region encompasses 663,268 square miles of land, an area that would stretch from Atlanta, Georgia in the east to San Francisco, California in the west and to Minneapolis, Minnesota in the north. Within Alaska are a dynamic and diverse mix of Tribes, Tribal organizations and natural features. The entire state of Alaska falls under the jurisdiction of the Alaska Region, with the small exception of the Annette Island Reserve, which falls under the Northwest Region. More than 180,000 Tribal members make up the 228 Federally Recognized Tribes under the jurisdiction of the Alaska Regional Office - from Ketchikan in the Southeast Panhandle to Barrow on the Arctic Ocean and from Eagle on the Yukon Territory border to Atka in the Aleutian Chain.

**Regional Director - Mr. Eugene R. Peltola, Jr., retired on July 29, 2022. Our Region will have Acting RDs until the position is permanently filled.**

The Regional Director represents the Alaska Region in dealing with other Federal Agencies as well as tribal governments and tribal organizations. The Regional Director also serves as the official with the delegated authority to work to strengthen tribal government and self-determination for all 228 Federally recognized tribes under the jurisdiction of the Alaska Regional Office. Working directly under the Regional Director are the Deputy Regional Director of Native Services and the Deputy Regional Director of Trust Services.

## Native Services - Ms. Michelle Watchman

The Deputy Regional Director for Native Services serves as the designated official for maintaining and discharging the duties and obligations of the Secretary of the Interior through public law and policy concerning community services, including Budget, Enrollment, Human Services, Housing, Property, Safety, Self Determination, Tribal Operations, and Transportation. Additionally, the Deputy Regional Director of Native Services oversees the Alaska Resupply Center located in Seattle, Washington which is responsible for the purchasing, warehousing, and shipment of commodities and fuels to certain Alaska villages, schools, cooperatives, and individuals where alternate freight services are not available.



## Trust Services - Mr. Lynn Polacca

The Deputy Regional Director of Trust Services serves as the designated official for maintaining and discharging the Trust responsibility of the Secretary of the Interior for all individually allotted lands issued under the 1906 Alaska Native Allotment Act and the 1926 Alaska Native Townsite Act. The position works closely with the Fiduciary Trust Officer (FTO) from the Bureau of Trust Funds Administration (BTFA) formally known as the Office of Special Trustee (OST) to administer trust asset management activities within the region.

The Deputy Regional Director of Trust Services also works closely with tribal governments and tribal organizations to provide long-range program planning, budgeting, management and technical and administrative supervision of Trust offices. The position is also responsible for the day-to-day operation of the Trust offices, which include the Land Title and Records Office (LTRO), Natural Resources, Probate, Realty, Rights Protection, DECRM, Archeology, the Alaska Native Claims Settlement Act (ANCSA) Department, and Subsistence.



**Notices:**

For information regarding **Cobell Indian Trust Settlement** checks visit IndianTrust.com

Or call 1-800-961-6109

Also, see Frequently Asked Questions about Cobell Settlement Payments



Alaska fish rack

Quick Links

- [BIA Alaska Region Job Opportunities](#)
- [Alaska Native Vietnam Veterans Land Allotment Act 2019](#)
- [Frequently Asked Questions about Cobell Settlement Payments](#)

Mailing Address

Alaska Region Regional Office Indian Affairs 3601 C Street Suite 1200 Anchorage , AK 99503-5947

[Return to top](#)

## About Us

AS-IA

BIA

BIE

BTFA

News

## Programs and Services

Law Enforcement

Social Services

Tribal Government

## Guidance

FAQs

Federal Acknowledgment

Indian Child Welfare Act

## Contact Us

DOI.gov

Regulations

Sitemap

Case 1:22-cv-00054-SLG   Document 75-4   Filed 09/01/23   Page 15 of 21

American Rescue Plan Act                    USAJobs.gov

Web Standards

# Indian Affairs

   

1849 C Street NW
Washington, DC 20240

 

indianaffairs.gov
**An official website of the U.S. Department of the Interior**

About DOI

Accessibility Support

Anti-Harassment

Disclaimer

FOIA Requests

No FEAR Act Data

Notices

Office of the Inspector General

Performance Reports

Privacy Policy

Vulnerability Disclosure Policy

Looking for U.S. government information and services?

**Visit USA.gov**




# VETERAN PUBLIC LAND MANAGER STEVEN COHN NAMED BLM ALASKA STATE DIRECTOR

## Will oversee 70 million surface acres of public lands and 220 million acres of subsurface mineral estate



Steven Cohn has been named the new state director for the BLM Alaska State Office. Cohn is a veteran of BLM Alaska, having served most recently as the Deputy State Director for Resources in 2018. BLM photo.

The Bureau of Land Management (BLM) has named public land manager Steven Cohn as the new Director of the Alaska State Office in Anchorage.

BLM Director Tracy Stone-Manning announced the appointment noting "Steve brings 27 years of professional and academic natural resource management experience to his new role. He is a highly skilled and respected policy expert on Alaska public land and resources issues and his expertise will benefit the BLM and Alaska constituencies we serve."

As BLM's Alaska State Director, Cohn will be responsible for overseeing the management of 70 million surface acres and 220 million acres of Federal sub-surface mineral estate. He will also oversee 650 permanent staff and approximately 200 seasonal employees who help manage a myriad of public land uses and resources to include the Federal Subsistence Management Program, the Alaska Land Transfer Program, the National Petroleum Reserve and oversight of the Trans-Alaskan Pipeline System. He will rejoin the BLM by the end of May.

Cohn is returning to the BLM from The Nature Conservancy where he was the Alaska State Director since 2018. His career in federal service began with the Bureau of Land Management more than two decades ago as a presidential management fellow. Before he left in 2018, he was BLM Alaska's Deputy State Director for Resources. He held many other important assignments throughout the west in his tenure at the BLM including Utah Associate State Director (acting), Division Chief for the National Landscape Conservation System and the Branch Chief (acting), Planning and NEPA. Cohn was also a field manager at BLM's Hassayampa Field Office in Phoenix, AZ and an assistant field manager in Prineville, OR and Tucson, AZ.

Cohn holds a bachelor's degree in government from Harvard University and advanced degrees from the University of California at Berkeley College of Natural Resources. He lives with his family in Anchorage, Alaska, where he enjoys fishing, hiking and paddling rivers in remote sections of the state.

Cohn replaces Tom Heinlein, who served as acting director and will return to his permanent role as BLM Anchorage District Manager.

*The BLM manages more than 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*



**MORE PRESS RELEASES** ❯

## RELEASE DATE

Friday, May 6, 2022

## ORGANIZATION

Bureau of Land Management

## OFFICE

Alaska State Office

## CONTACTS

**Name:** Lesli Ellis-Wouters
**Email:** lellis@blm.gov
**Phone:** 907-271-4418

Case 1:22-cv-00064-SLG   Document 75-4   Filed 09/01/23   Page 18 of 21

Exhibit C
Page 2 of 2


**National Park Service**

# Office of Communications

NEWS RELEASE

## National Park Service names new Alaska regional director



Sarah Creachbaum has been selected as the Alaska regional director.
*NPS photo.*

**News Release Date:** December 3, 2021

**Contact:** NewsMedia@nps.gov

WASHINGTON – Sarah Creachbaum, a 22-year National Park Service (NPS) veteran was named today as the agency's new regional director for Alaska. Creachbaum comes to the role from Olympic National Park in Washington where she has served as the park's superintendent since 2012. She begins her new role on January 16.

"Throughout her career, Sarah has proven herself to be a skilled manager and effective leader with a demonstrated track record of innovation in resolving complex land management challenges," **said Shawn Benge, NPS deputy director**. "Sarah is also known for her inclusive approach to managing parks, ensuring local communities and Indigenous peoples' voices are heard and reflected in decisions."

As Alaska regional director, Creachbaum will oversee operations for 15 national parks, preserves, monuments, and national historical parks, as well as 13 national wild rivers, two affiliated areas, and a national heritage area. Alaska is also home to 50 National Historic Landmarks, 16 National Natural Landmarks, one of the United States' 24 World Heritage Sites, the nation's largest glacial system, world-class wildlife viewing, and North America's tallest peak.

"I first fell in love with Alaska on a trip to Denali as a young adult and became deeply interested in the State's issues while serving as the NPS Alaska desk officer in Washington, D.C. in 2005," **Creachbaum said**. "I am thrilled to return to Alaska to lead the dedicated team of NPS professionals working to protect millions of acres of diverse and vital wilderness, preserve Alaska's unique and important human history, and ensure Alaska's Indigenous peoples' lifeways thrive but also have a central voice in how the NPS carries out our stewardship responsibilities."

Creachbaum has served as a national park superintendent since 2006, first at War in the Pacific National Historical Park in Guam, then at Haleakala National Park, and currently at Olympic National Park. She was also tapped to serve as the interim head of Grand Canyon National Park in 2019 and Lake Mead National Recreation Area in summer 2021.

In addition to graduating from the Senior Executive Service Candidate Development Program in 2017, she has completed training with the Federal Executive Institute, served as the Chairperson for the NPS National Wilderness Stewardship Council, and was awarded the NPS Bevinetto Fellowship, an honor established by Congress to improve mutual understanding and cooperation between the NPS and Congress.

Creachbaum received a Bachelor of Fine Arts from the University of Arizona and a Master of Landscape Architecture from Utah State University. She will move to Alaska with her husband Bob and border collie Jimmy.

**[www.nps.gov (http://www.nps.gov/)](http://www.nps.gov/)**

**About the National Park Service.** More than 20,000 National Park Service employees care for America's 423 national parks and work with communities across the nation to help preserve local history and create close-to-home recreational opportunities. Learn more at **www.nps.gov (http://www.nps.gov)**, and on **Facebook (https://www.facebook.com/nationalparkservice)**, **Instagram (https://www.instagram.com/nationalparkservice/)**, **Twitter (https://twitter.com/natlparkservice)**, and **YouTube (https://www.youtube.com/nationalparkservice)**.

**Tags:**

alaska (https://www.nps.gov/aboutus/news/news-releases.htm?q="alaska"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

alaska regional office (https://www.nps.gov/aboutus/news/news-releases.htm?q="Alaska Regional Office"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

leadership (https://www.nps.gov/aboutus/news/news-releases.htm?q="Leadership"#fq[]=Date_Released%3A[NOW-20YEARS%20TO%20NOW])

Last updated: December 3, 2021

**Was this page helpful?**

○ Yes

○ No

🇺🇸 An official form of the United States government. Provided by **Touchpoints (https://touchpoints.app.cloud.gov/)**