TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA, et al.,<br><br>Defendants. | Case No. 1:22-cv-00054-SLG |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties are midway through briefing cross-motions for summary judgment in accordance with the Court's Amended Scheduling Order, ECF No. 68. The United States

and Intervenor-Plaintiffs hereby jointly move for an extension of four weeks to file their replies in support of their motions and responses in opposition to Defendants' motion. In accordance with Local Civil Rule 7.3(a), the movants are contemporaneously filing a separate motion to expedite consideration, and seek a ruling on this motion for an extension **no later than September 27, 2023.**

The United States requires an extension because counsel has been unable to begin work on the response/reply brief in this case due to unplanned filings in other matters, including status reports and associated pleadings addressing the issuance of the Draft Supplemental Environmental Impact Statement for the Coastal Plain Oil and Gas Leasing Program in *Gwich'in Steering Comm. v. Haaland*, Case No. 3:20-cv-00240-SLG (lead case) (filed Sept. 6), a response to a motion to alter or amend judgment in *DCOR v. Haaland*, Case No. 3:21-cv-00120-N (N.D. Tex.) (filed Sept. 11), a response in opposition to a motion for attorneys' fees in *Black Rock City LLC v. Haaland*, Case No. 1:19-cv-03729-DLF (D.D.C.) (filed Sept. 11), and a response to a motion to alter or amend judgment in *Alaska Indus. Dev. & Exp. Auth. v. Biden*, Case No. 3:21-cv-00245-SLG (D. Alaska) (due Sept. 19). Counsel therefore needs additional time to prepare the upcoming response/reply brief in this case, and to obtain sufficient review and coordination within the Department of the Interior and the Department of Justice. Movants propose the following amendments to the existing schedule:

| | |
|---|---|
| United States Reply in Support of Motion for Summary Judgment and Opposition to the State's Motion for Summary Judgment | **Oct. 27, 2023** |

| | |
|---|---|
| Intervenors' Replies in Support of Motions for Summary Judgment and Opposition to the State's Motion for Summary Judgment | **Nov. 3, 2023** |
| Alaska's Combined Reply in Support of Motion for Summary Judgment | **Dec. 8, 2023** |

No party will suffer prejudice through the requested extension because the fishing activity in the Kuskokwim River at issue in this case will not resume until approximately June 1, 2024. Even with the extension, there should be sufficient time to resolve the merits of this dispute in advance of the next fishing season. Movants have proposed December 8 for Defendants' reply brief, which increases the interval between Defendants' reply and Intervenors' response/reply briefs from three to five weeks to ensure sufficient time and accommodate holidays.

Counsel have conferred, and Defendants do not consent to the requested extension and have indicated they will file a response in opposition to this motion.

Respectfully submitted this 19th day of September 2023.

> TODD KIM
> Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
>
> */s/ Paul A. Turcke*
> PAUL A. TURCKE (Idaho Bar No. 4759)
> Trial Attorney, Natural Resources Section
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702
> 202-532-5994 || 202-305-0275 (fax)
> paul.turcke@usdoj.gov
>
> *Counsel for Plaintiff*

Of Counsel:

KENNETH M. LORD
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4184
ken.lord@sol.doi.gov

        SONOSKY, CHAMBERS, SACHSE
        MILLER & MONKMAN, LLP

        By: */s/ Nathaniel Amdur-Clark* (consent)
            Nathaniel Amdur-Clark
            Alaska Bar No. 1411111
            Whitney A. Leonard
            Alaska Bar No. 1711064

*Counsel for Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission*

NATIVE AMERICAN RIGHTS FUND

*/s/ Erin C. Dougherty Lynch* (consent)
Erin C. Dougherty Lynch (AK Bar No. 0811067)
Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
Maggie Massey (AK Bar No. 1911098)

*Counsel for Intervenor-Plaintiff Association of Village Council Presidents*, et al.

LANDYE BENNETT BLUMSTEIN LLP

By: */s/ Andrew Erickson* (consent)
    John M. Sky Starkey (Alaska Bar. No. 8611141)
    Anna C. Crary (Alaska Bar No. 1405020)
    Andrew Erickson (Alaska Bar No. 1605049)

*Counsel for Intervenor-Plaintiff Ahtna Tene Nené*, et al.

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                    */s/ Paul A. Turcke*
                                    Paul A. Turcke