Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

*Attorneys for Applicant-Intervenor Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

**[PROPOSED] ORDER GRANTING ALASKA FEDERATION OF NATIVES' MOTION TO INTERVENE**

This Court, having considered Alaska Federation of Natives' Motion to Intervene, and any opposition filed thereto, hereby GRANTS the motion to intervene as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2).

[PROPOSED] ORDER GRANTING ALASKA FEDERATION OF NATIVES' MOTION TO INTERVENE
*USA et al. v. State of Alaska, et al.*, Case No. 1:22-cv-00054-SLG
Page 1 of 2

Case 1:22-cv-00054-SLG   Document 89-2   Filed 09/26/23   Page 1 of 2

**IT IS SO ORDERED.**

DATE: _____  _____

Hon. Sharon L. Gleason
United States District Judge

CERTIFICATE OF SERVICE

I certify that on September 26, 2023, a copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Jahna M. Lindemuth*

[PROPOSED] ORDER GRANTING ALASKA FEDERATION OF NATIVES' MOTION TO INTERVENE
*USA et al. v. State of Alaska et al.*, Case No. 1:22-cv-00054-SLG
Page 2 of 2

Case 1:22-cv-00054-SLG   Document 89-2   Filed 09/26/23   Page 2 of 2