Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

## INTERVENOR-PLAINTIFF ALASKA FEDERATION OF NATIVES' JOINDER IN PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Intervenor-Plaintiff Alaska Federation of Natives ("AFN"), by and through counsel Cashion Gilmore & Lindemuth, hereby joins in Plaintiff's Motion for Summary Judgment (ECF No. 70).

INTERVENOR-PLAINTIFF ALASKA FEDERATION OF NATIVES' JOINDER IN PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*

Page 1 of 2

Case 1:22-cv-00054-SLG   Document 98   Filed 10/13/23   Page 1 of 2

CASHION GILMORE & LINDEMUTH
Attorneys for Intervenor-Plaintiff Alaska
Federation of Natives

DATE: October 13, 2023  /s/ Jahna M. Lindemuth
Jahna M. Lindemuth
Alaska Bar No. 9711068
Scott M. Kendall
Alaska Bar No. 0405019

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2023, a copy of the foregoing document was served via ECF on all counsel of record.

/s/Jahna M. Lindemuth

INTERVENOR-PLAINTIFF ALASKA FEDERATION OF NATIVES' JOINDER IN
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  Page 2 of 2
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*

Case 1:22-cv-00054-SLG   Document 98   Filed 10/13/23   Page 2 of 2