TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, et al.,<br><br>        Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00054-SLG |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

    Plaintiff United States hereby moves for leave to file an overlength Reply

Memorandum in Support of Motion for Summary Judgment and in Opposition to

Defendants' Motion for Summary Judgment, ECF Nos. 72, 73. Plaintiff seeks leave to file a combined brief containing not more than 11,250 words. Counsel have conferred and no party opposes this motion.

Respectfully submitted this 27th day of October 2023.

          TODD KIM
          Assistant Attorney General
          United States Department of Justice
          Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

Of Counsel:

KENNETH M. LORD
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4184
ken.lord@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

          */s/ Paul A. Turcke*
          Paul A. Turcke