Nathaniel Amdur-Clark
nathaniel@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Intervenor-Plaintiff Kuskokwim River Inter-Tribal
  Fish Commission*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.* | )<br>)<br>) Case No. 1:22-cv-00054-SLG |
| Intervenor-Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| THE STATE OF ALASKA *et al.*, | )<br>) |
| Defendants. | )<br>) |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES
*United States v. State of Alaska*, Case No. 1:22-cv-00054-SLG        Page 1 of 2

Case 1:22-cv-00054-SLG   Document 108   Filed 11/03/23   Page 1 of 2

Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission moves for leave to file an overlength combined Reply in Support of Motion for Summary Judgment and Opposition to State's Motion for Summary Judgment. The Fish Commission seeks leave to file a combined brief containing not more than 42 pages. Counsel have conferred and no party opposes this motion.

DATED this 3rd day of November, 2023 at Anchorage, Alaska.

        SONOSKY, CHAMBERS, SACHSE
         MILLER & MONKMAN, LLP
        *Counsel for Intervenor-Plaintiff*
        *Kuskokwim River Inter-Tribal Fish Commission*

By: */s/ Nathaniel Amdur-Clark*
      Nathaniel Amdur-Clark, AK Bar No. 1411111
      Whitney A. Leonard, AK Bar No. 1711064
      Lloyd B. Miller, AK Bar No. 7906040

**Certificate of Service**

I certify that on November 3, 2023, a copy of
the foregoing document was served via ECF on
all counsel of record.

*/s/ Nathaniel Amdur-Clark*
Nathaniel Amdur-Clark

UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES
*United States v. State of Alaska*, Case No. 1:22-cv-00054-SLG      Page 2 of 2

Case 1:22-cv-00054-SLG   Document 108   Filed 11/03/23   Page 2 of 2