# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THE UNITED STATES OF AMERICA,

       Plaintiff,

   and

KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.*

       Intervenor-Plaintiffs,

       v.

THE STATE OF ALASKA *et al.*,

       Defendants.

Case No. 1:22-cv-00054-SLG

## [PROPOSED] ORDER RE UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Upon consideration, Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission's Unopposed Motion for Leave to File Excess Pages, ECF No. ____, is hereby GRANTED. IT IS ORDERED that the Fish Commission is granted leave to file a combined memorandum of not more than 42 pages and the brief at Docket ____ is ACCEPTED as filed.

DATED this _____ day of November, 2023, at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge