# ATTACHMENT B

**Oral Argument Transcript (Excerpt)**
***Sturgeon v. Frost***
**827 F.3d 927 (9th Cir. 2017)**
**and Authenticating Declaration**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| JOHN STURGEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-36165 |
| | ) | |
| SUE MASICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# TRANSCRIPT OF PROCEEDINGS

(Excerpted Portion)

Before: Jerome Farris, Dorothy W. Nelson, and Jacqueline H. Nguyen

Hearing Location:  Seattle, WA

Hearing Date:  October 25, 2016

P R O C E E D I N G S

-oOo-

Excerpted portion – Start Time: 21:55

JUDGE NGUYEN:  Well that's where you run into the *Katie John* cases and the fact that we're sitting as a three-judge panel.

MS. BOTSTEIN (Assistant Attorney General for the State of Alaska): That's right your honor, and certainly with respect to subsistence, *Katie John* is settled law in the circuit. The State's not trying to disturb the subsistence fishing infrastructure that's in place, but what we do seek is to have the Court not expand that beyond the context in which it arose. When you look at the *Katie John* cases, what's clear is that every judge who looked at it struggled in how to effectuate Congress's clear intent with—with public lands law and how to integrate those. The touchstone for this Court, for any court looking at a statute is Congress's intent. And this is a situation where there is clear congressional intent to have a subsistence preference, and the courts felt they were in a place where the only way to do that was to give the National Park Service some jurisdiction over these waters.  But there is no corresponding congressional intent to have the waters become public lands for all other regulatory purposes, and this is a situation—

JUDGE NGUYEN:  [unintelligible] have indicated to counsel though, by the time we got to *Katie III* the designation went beyond the subsistence issues so that really makes me wonder whether our hands are tied in terms of that ultimate holding.

MS. BOTSTEIN:  I don't think that your hands are tied, your Honor, and I would point to Justice Scalia's language in the *Utility Air Regulation Group* [sic], "the presumption of consistent usage readily yields to context, and a statutory

term, even one defined in the statute, may take on distinct characters from association with distinct statutory objects calling for different implementation strategies." That is—that is exactly what we have here your honor. Title VIII is—is a unique part of ANILCA that has its own preamble, its own purposes, and its own implementation strategies about which Congress was very specific. The rest of ANILCA doesn't have that, and to use *Katie John* as a springboard to—to give the Park Service jurisdiction over all of Alaska's sovereign waters is absolutely not what Congress intended, and this Court must first try to effectuate Congress's intent.

End Time:   24:15

Nathaniel Amdur-Clark
nathaniel@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Intervenor Kuskokwim River Inter-Tribal*
  *Fish Commission*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) Case No. 1:22-cv-00054-SLG |
| | ) |
| KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.* | ) |
| | ) |
| Intervenor-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE STATE OF ALASKA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**TRANSCRIBER'S DECLARATION**

I, Sarah Buzard, declare as follows:

1.     I am a legal assistant at the law firm of Sonosky, Chambers, Sachse, Miller &

Monkman, LLP.  I have been employed by the firm since 2017.

*United States v. State of Alaska,* Case No. 1:22-cv-00054-SLG          Page 1 of 2

2.    The enclosed excerpt is a true and correct transcription of the noted portions of oral argument before the U.S. Court of Appeals for the Ninth Circuit in *Sturgeon v. Frost*, 872 F.3d 927 (9th Cir. 2017) (No. 13-36165).  I prepared the excerpt by listening to the audio recording of oral argument available on the Ninth Circuit's website at https://www.ca9.uscourts.gov/media/audio/?20161025/13-36165/.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November 2023.

Sarah Buzard
Legal Assistant
Sonosky, Chambers, Sachse, Miller & Monkman, LLP