Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

Nicole Borromeo (AK No. 1205031)
Marlee Goska (AK No. 2305043)
Alaska Federation of Natives
3000 A Street, Suite 210
Anchorage, Alaska 99503
Phone: (907) 274-3611
Fax: (907) 276-7989
nborromeo@nativefederation.org
mgoska@nativefederation.org

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

**INTERVENOR-PLAINTIFF ALASKA FEDERATION OF NATIVES'**
**UNOPPOSED MOTION TO FILE AN OVERLENGTH**
**OPPOSITION AND REPLY**

Intervenor-Plaintiff Alaska Federation of Natives ("AFN"), by and through counsel, respectfully requests leave to file an overlength Opposition to Defendants' Motion for

INTERVENOR-PLAINTIFF AFN'S MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*  Page 1 of 3

Case 1:22-cv-00054-SLG   Document 112   Filed 11/03/23   Page 1 of 3

Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment. AFN seeks leave to file a combined brief containing 13,924 words. AFN has conferred with the other parties to the case and no party opposes this motion.

Counsel also certify that they have met and conferred with the other Intervenor-Plaintiffs in an attempt to consolidate and reduce briefing to this Court, as required by this Court at ECF No. 47 at 7-8. AFN has attempted to avoid duplication of argument by adopting arguments of Plaintiff and other Intervenor-Plaintiffs where appropriate but believes a separate over-length brief is still required to fully respond to the State of Alaska's arguments.

|  |  |
|---|---|
|  | CASHION GILMORE & LINDEMUTH<br>Attorneys for Intervenor-Plaintiff<br>Alaska Federation of Natives |
| DATE: November 3, 2023 | /s/ Jahna Lindemuth<br>Jahna M. Lindemuth<br>Alaska Bar No. 9711068<br>Scott M. Kendall<br>Alaska Bar No. 0405019 |
|  | ALASKA FEDERATION OF NATIVES<br>Attorneys for Intervenor-Plaintiff<br>Alaska Federation of Natives |
| DATE: November 3, 2023 | /s/ Nicole Borromeo<br>Nicole Borromeo<br>Alaska Bar No. 1205031<br>Marlee Goska<br>Alaska Bar No. 2305043 |

INTERVENOR-PLAINTIFF AFN'S MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG* Page 2 of 3

Case 1:22-cv-00054-SLG   Document 112   Filed 11/03/23   Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on November 3, 2023, a copy of the foregoing document was served via ECF on all counsel of record.

*/s/Jahna M. Lindemuth*

INTERVENOR-PLAINTIFF AFN'S MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG* Page 3 of 3

Case 1:22-cv-00054-SLG   Document 112   Filed 11/03/23   Page 3 of 3