IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>　　　　　Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-CV-00054-SLG |

## [PROPOSED] ORDER GRANTING INTERVENOR-PLAINTIFF ALASKA FEDERATION OF NATIVES' MOTION TO FILE OVERLENGTH OPPOSITION AND REPLY

Having considered Intervenor-Plaintiff Alaska Federation of Natives' Motion to File Overlength Opposition and Reply, it is hereby GRANTED. IT IS ORDERED that the Alaska Federation of Natives is granted leave to file a combined memorandum containing 13,924 words and the brief is ACCEPTED as filed.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Sharon L. Gleason
　　　　　　　　　　　　　　　　　　　　　United States District Judge