Erin C. Dougherty Lynch (AK Bar No. 0811067)
Heather R. Kendall Miller (AK Bar No. 9211084)
Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
Sydney Tarzwell (AK Bar No. 1801001)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
dougherty@narf.org
kendall@narf.org
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org
tarzwell@narf.org

*Counsel for Intervenor-Plaintiffs Association of Village Council Presidents, Ivan Ivan, & Betty Magnuson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>     Plaintiffs, <br><br> and <br><br> ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, IVAN IVAN, & BETTY MAGNUSON *et al.*, <br>     Intervenor-Plaintiffs, <br><br> v. <br><br> THE STATE OF ALASKA *et al.*, <br>     Defendants. | Case No. 1:22-cv-00054-SLG <br><br> **MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** |

Intervenor-Plaintiffs Association of Village Council Presidents, Betty Magnuson, and Ivan M. Ivan respectfully move the Court for leave to file an over-length combined reply in support of Plaintiff's motion for summary judgment and opposition to Defendants' motion for summary judgment. Intervenor-Plaintiffs have endeavored to bring their brief within the word limit, but the complexity and importance of these issues and their history has made it impossible. Accordingly, Intervenor-Plaintiffs request leave to file an over-length brief that does not exceed 12500 words.

Undersigned counsel attempted to confer with counsel for all Parties, and Plaintiff and Intervenor-Plaintiffs do not oppose this motion. Counsel for Defendants did not respond before filing.

RESPECTFULLY SUBMITTED this 3rd day of November, 2023.

/s/ Wesley James Furlong
Erin C. Dougherty Lynch (AK Bar No. 0811067)
Heather R. Kendall Miller (AK Bar No. 9211084)
Matthew N. Newman (AK Bar No. 1305023)
Wesley James Furlong (AK Bar No. 1611108)
Megan R. Condon (AK Bar No. 1810096)
Sydney Tarzwell (AK Bar No. 1801001)
NATIVE AMERICAN RIGHTS FUND
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
dougherty@narf.org
kendall@narf.org
mnewman@narf.org
wfurlong@narf.org
mcondon@narf.org
tarzwell@narf.org

*Counsel for Intervenor-Plaintiffs Association of Village Council Presidents, Ivan Ivan, & Betty Magnuson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF** with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Wesley James Furlong*
Wesley James Furlong (AK Bar No. 1611108)
NATIVE AMERICAN RIGHTS FUND