# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　Plaintiffs,<br><br>　and<br><br>ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, IVAN IVAN, & BETTY MAGNUSON *et al.*,<br>　　　Intervenor-Plaintiffs,<br><br>　　v.<br><br>THE STATE OF ALASKA *et al.*,<br>　　　Defendants. | Case No. 1:22-cv-00054-SLG |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF

Before the Court is Intervenor-Plaintiffs Association of Village Council President's, Betty Magnuson's, and Ivan M. Ivan's Motion for Leave to File Over-Length Brief. Having considered the motion,

**IT IS HEREBY ORDERED** that Intervenor-Plaintiffs' Motion for Leave to File Over-Length Brief is GRANTED. Intervenor-Plaintiffs are granted leave to file a brief not to exceed 12500 words.

DATED this _____ day of November, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Sharon L. Gleason
　　　　　　　　　　　　　　　　　　United States District Judge