Nicholas Ostrovsky (AK No. 1401004)
nostrovsky@ahtna.net
Ambriel Sandone (AK No. 2011124)
asandone@ahtna.net
Ahtna, Incorporated
110 West 38th Avenue
Anchorage, Alaska 99503
Phone: (907) 868-8250
Fax: (907) 868-8285

*Co-Counsel for Intervenor-Plaintiff Ahtna, Incorporated*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Nicholas Ostrovsky and Ambriel Sandone hereby enter their appearance as co-counsel for Intervenor-Plaintiff Ahtna, Incorporated in the above-captioned matter.

| | |
|---|---|
| DATE: <u>November 9, 2023</u> | <u>*/s/ Nicholas Ostrovsky*</u><br>NICHOLAS OSTROVSKY (AK No. 1401004)<br>Co-Counsel for Intervenor-Plaintiff Ahtna, Incorporated |
| DATE: <u>November 9, 2023</u> | <u>*/s/ Ambriel Sandone*</u><br>AMBRIEL SANDONE (AK No. 2011124)<br>Co-Counsel for Intervenor-Plaintiff Ahtna, Incorporated |

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2023, a copy of the foregoing document was served via ECF on all counsel of record.

<u>*/s/ Ambriel Sandone*</u>