TREG TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Aaron C. Peterson (Alaska Bar No. 1011087)
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| KUSKOKWIM RIVER INTER-TRIBAL | ) | Case No. 1:22-cv-54 (SLG) |
| FISH COMMISSION, *et al.*, | ) | |
|     *Intervenor Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF ALASKA, *et al.*, | ) | |
|     *Defendants*. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

State Defendants move unopposed for leave to file a single 67-page Reply in Support of its Motion for Summary Judgment.

1. The State's reply in support of its motion for summary judgment is due December 22, 2023.

2. Under the local rules, a motion for summary judgment is limited to 35 pages or 10,000 words, an opposition to summary judgment is limited to 35 pages or 10,000 words, and a reply in support of summary judgment is limited to 20 pages or 5,700 words—a little more than half the size of the opposition.[1]

3. The United States and Intervenors collectively filed five separate oppositions to the State's motion for summary judgment totaling 211 pages. Four of the five plaintiffs were allowed to file briefs in excess of the local rules' page limits.

4. To adequately respond to the many arguments raised in the United States' and Intervenors' 211 pages of briefing, the State requires an extension of pages.

5. The State therefore requests leave to file a single reply brief that is 67 pages in length. This page limit is far less than half the number of pages utilized by the United States and Intervenors in their oppositions. It is also far fewer pages than the State would otherwise receive under the local rules if it responded to each opposition individually (100 pages).

---

[1] L.R. 7.4(a)(1).

*United States v. Alaska*　　　　　　　　　　　　　　　　　　Case No. 1:22-cv-54-SLG
Defs' Unopposed Mot. for Leave to File Excess Pages　　　　　　　　　　　　　　1
Case 1:22-cv-00054-SLG　Document 123　Filed 12/22/23　Page 2 of 4

6. The State has conferred with the United States and the Intervenors, and they do not oppose the motion.[2]

For the foregoing reasons, the Court should grant the State's unopposed motion for an extension of pages.

DATED: December 22, 2023

Respectfully Submitted,

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Margaret Paton-Walsh*

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

Margaret Paton-Walsh
(Alaska Bar No. 0411074)
Chief Assistant Attorney General
*/s/ Aaron C. Peterson*
Aaron C. Peterson
(Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

*Attorneys for the State of Alaska*

---

[2] *See also* Amended Scheduling and Planning Conference Report, Dkt. 67 at 2 ("[T]he parties recognize that the State is likely to seek leave to file over-length briefs that address all the arguments made. The United States and the Intervenors do not anticipate opposing such a motion.").

*United States v. Alaska* — Case No. 1:22-cv-54-SLG
Defs' Unopposed Mot. for Leave to File Excess Pages — 2
Case 1:22-cv-00054-SLG   Document 123   Filed 12/22/23   Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on December 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

                                                  */s/ Margaret Paton-Walsh*
                                                  Margaret Paton-Walsh

*United States v. Alaska*            Case No. 1:22-cv-54-SLG
Defs' Unopposed Mot. for Leave to File Excess Pages      3
Case 1:22-cv-00054-SLG   Document 123   Filed 12/22/23   Page 4 of 4