IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    *Plaintiff*, )<br>)<br>KUSKOKWIM RIVER INTER-TRIBAL )<br>FISH COMMISSION, *et al.*, )<br>    *Intervenor Plaintiffs*, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, *et al.*, )<br>    *Defendants*. )<br>                                         ) | Case No. 1:22-cv-54 (SLG) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Upon consideration of Defendants' Unopposed Motion for Leave to File Excess Pages, IT IS ORDERED that the Motion is GRANTED. The Defendants' Reply Brief in Support of the Motion for Summary Judgment is accepted as filed.

DATED this ___ day of December 2023 at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge

*United States v. Alaska*                                                             Case No. 1:22-cv-54-SLG
Order Granting Unopposed Mot. for Leave to File Excess Pages
Case 1:22-cv-00054-SLG   Document 123-1   Filed 12/22/23   Page 1 of 1