TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, et al.,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00054-SLG |

## JOINT NOTICE REGARDING ORAL ARGUMENT

  Plaintiff United States, the Intervenor-Plaintiffs, and Defendant State of Alaska, et al., hereby provide notice to the Court regarding the possibility of oral argument on the

*United States v. Alaska*                              Case No. 1:22-cv-00054-SLG
JOINT NOTICE REGARDING ORAL ARGUMENT                           1

Case 1:22-cv-00054-SLG  Document 125  Filed 02/01/24  Page 1 of 3

pending cross-motions for summary judgment, ECF Nos. 70, 71, 73, 97.

The Court's most recent scheduling orders indicated that the Court would hear oral argument on the motions. *See* Amended Scheduling Order 2, ECF No. 68; Order Re Joint Motion for Extension of Time 2, ECF No. 88. Accordingly, no party expressly requested argument in accordance with Local Civil Rule 7.1(f). The State and the United States, however, have consistently expressed their hope that district court proceedings can be concluded in advance of the 2024 fishing season.

The parties thus hereby advise that they are willing to submit the fully briefed motions for decision without argument if the Court believes oral argument would not assist in reaching a decision. However, the parties will certainly participate in argument if the Court finds that argument will be useful in deciding the motions.

Respectfully submitted this 1st day of February 2024.

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division
>
>*/s/ Paul A. Turcke*
>PAUL A. TURCKE (Idaho Bar No. 4759)
>Trial Attorney, Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>202-532-5994 ‖ 202-305-0275 (fax)
>paul.turcke@usdoj.gov
>
>*Counsel for Plaintiff*

Of Counsel:

KENNETH M. LORD
Office of the Regional Solicitor

U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4184
ken.lord@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                              */s/ Paul A. Turcke*
                                              Paul A. Turcke