Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

Nicole Borromeo (AK No. 1205031)
Alaska Federation of Natives
3000 A Street, Suite 210
Anchorage, Alaska 99503
Phone: (907) 274-3611
Fax: (907) 276-7989
nborromeo@nativefederation.org

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

**MOTION FOR LEAVE TO WITHDRAW CO-COUNSEL**

Pursuant to Local Civil Rule 11.1(c), Intervenor-Plaintiff Alaska Federation of Natives ("AFN") hereby moves to withdraw Marlee Goska as co-counsel for AFN. AFN consents to the withdrawal of Marlee Goska. Jahna M. Lindemuth, Scott M. Kendall, and Nicole Borromeo will remain counsel of record for AFN.

CASHION GILMORE & LINDEMUTH  
Attorneys for Intervenor-Plaintiff  
Alaska Federation of Natives

DATE: February 9, 2024            */s/ Jahna M. Lindemuth*

Jahna M. Lindemuth
Alaska Bar No. 9711068
Scott M. Kendall
Alaska Bar No. 0405019

ALASKA FEDERATION OF NATIVES
Attorneys for Intervenor-Plaintiff
Alaska Federation of Natives

DATE: February 9, 2024            */s/ Nicole Borromeo*

Nicole Borromeo
Alaska Bar No. 1205031

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2024, a copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Jahna M. Lindemuth*