Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

Nicole Borromeo (AK No. 1205031)
Alaska Federation of Natives
3000 A Street, Suite 210
Anchorage, Alaska 99503
Phone: (907) 274-3611
Fax: (907) 276-7989
nborromeo@nativefederation.org

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW CO-COUNSEL

This Court, having considered the Motion for Leave to Withdraw Co-Counsel, hereby GRANTS the motion. Marlee Goska is hereby withdrawn as co-counsel for Intervenor-Plaintiff Alaska Federation of Natives and Jahna M. Lindemuth, Scott M. Kendall, and Nicole Borromeo shall remain counsel of record.

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG* Page 1 of 2

Case 1:22-cv-00054-SLG   Document 127-1   Filed 02/09/24   Page 1 of 2

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
Sharon L. Gleason
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2024, a copy of the foregoing document was served via ECF on all counsel of record.

*/s/Jahna M. Lindemuth*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG* Page 2 of 2

Case 1:22-cv-00054-SLG   Document 127-1   Filed 02/09/24   Page 2 of 2