TREG TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Aaron C. Peterson (Alaska Bar No. 1011087)
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff*, <br><br> KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*, <br> *Intervenor Plaintiffs*, <br><br> v. <br><br> STATE OF ALASKA, *et al.*, <br> *Defendants*. | Case No. 1:22-cv-54 (SLG) |

**DEFENDANTS' NOTICE OF APPEAL**

Defendants State of Alaska, the Alaska Department of Fish and Game (ADF&G), and Doug Vincent-Lang, Commissioner of ADF&G, appeal to the U.S. Court of Appeals for the Ninth Circuit this Court's order entered on March 29, 2024, *see* Dkt. 129, and judgment entered on April 1, 2024, *see* Dkt. 130. Pursuant to the Ninth Circuit Court of Appeals Rule 3-2, a Representation Statement is attached.

DATED: April 3, 2024

Respectfully Submitted,

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Margaret Paton-Walsh*

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

Margaret Paton-Walsh
(Alaska Bar No. 0411074)
Chief Assistant Attorney General
*/s/ Aaron C. Peterson*
Aaron C. Peterson
(Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

*Attorneys for Defendants the State of Alaska, et al.*

# REPRESENTATION STATEMENT

**Counsel for Defendants State of Alaska,** *et al.*

Margaret Paton-Walsh
Chief Assistant Attorney General
Aaron C. Peterson
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
       aaron.peterson@alaska.gov

J. Michael Connolly
Steven C. Begakis
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com
       steven@consovoymccarthy.com

**Counsel for Plaintiff United State of America**

Paul A. Turcke
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Telephone: (202) 532-5994
Facsimile: (202) 305-0275
Email: paul.turcke@usdoj.gov

**Counsel for Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission**

Nathaniel Amdur-Clark
Whitney A. Leonard
Lloyd B. Miller
Sonosky, Chambers, Sachse, Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332
Email: nathaniel@sonosky.net
        whitney@sonosky.net
        lloyd@sonosky.net

**Counsel for Intervenor-Plaintiffs Association of Village Council Presidents**

Erin C. Dougherty Lynch
Heather R. Kendall Miller
Matthew N. Newman
Wesley James Furlong
Megan R. Condon
Sydney Tarzwell
Native American Rights Fund
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: dougherty@narf.org
        kendall@narf.org
        mnewman@narf.org
        wfurlong@narf.org
        mcondon@narf.org
        tarzwell@narf.org

**Counsel for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.**

John M. Sky Starkey
Andrew Erickson
Anna Crary
Landye Bennett Blumstein LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-5152
Email: jskys@lbblawyers.com
andye@lbblawyers.com
annac@lbblawyers.com

Nicholas Ostrovsky, Alaska Bar No. 1401004
Ambriel Sandone, Alaska Bar No. 2011124
AHTNA, Incorporated
110 West Thirty-Eighth Ave., Suite 100
Anchorage, AK 99501
Telephone: (907) 868-8265
Email: nostrovsky@ahtna.net
asandone@ahtna.net

# CERTIFICATE OF SERVICE

I certify that on April 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

                                                  */s/ Margaret Paton-Walsh*
                                                  Margaret Paton-Walsh