TREG TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Aaron C. Peterson (Alaska Bar No. 1011087)
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     *Plaintiff*, ) <br> ) <br> KUSKOKWIM RIVER INTER-TRIBAL ) <br> FISH COMMISSION, *et al.*, ) <br>     *Intervenor Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, *et al.*, ) <br>     *Defendants*. ) <br> ) | Case No. 1:22-cv-54 (SLG) |

**AMENDED REPRESENTATION STATEMENT**
**(Adding additional Intervenor-Plaintiffs)**

**Counsel for Defendants State of Alaska, *et al.***

Margaret Paton-Walsh
Chief Assistant Attorney General
Aaron C. Peterson
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov
       aaron.peterson@alaska.gov

J. Michael Connolly
Steven C. Begakis
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com
       steven@consovoymccarthy.com


**Counsel for Plaintiff United State of America**

Paul A. Turcke
Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Telephone: (202) 532-5994
Facsimile: (202) 305-0275
Email: paul.turcke@usdoj.gov

**Counsel for Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission**

Nathaniel Amdur-Clark
Whitney A. Leonard
Lloyd B. Miller
Sonosky, Chambers, Sachse, Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332
Email: nathaniel@sonosky.net
       whitney@sonosky.net
       lloyd@sonosky.net


**Counsel for Intervenor-Plaintiffs Association of Village Council Presidents**

Erin C. Dougherty Lynch
Heather R. Kendall Miller
Matthew N. Newman
Wesley James Furlong
Megan R. Condon
Sydney Tarzwell
Native American Rights Fund
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: dougherty@narf.org
       kendall@narf.org
       mnewman@narf.org
       wfurlong@narf.org
       mcondon@narf.org
       tarzwell@narf.org

**Counsel for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.**

John M. Sky Starkey
Andrew Erickson
Anna Crary
Landye Bennett Blumstein LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-5152
Email: jskys@lbblawyers.com
andye@lbblawyers.com
annac@lbblawyers.com

Nicholas Ostrovsky, Alaska Bar No. 1401004
Ambriel Sandone, Alaska Bar No. 2011124
AHTNA, Incorporated
110 West Thirty-Eighth Ave., Suite 100
Anchorage, AK 99501
Telephone: (907) 868-8265
Email: nostrovsky@ahtna.net
asandone@ahtna.net

**Counsel for Intervenor-Plaintiffs Alaska Federation of Natives**

Jahna M. Lindemuth
Scott M. Kendall
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
Email: jahna@cashiongilmore.com
scott@cashiongilmore.com

Nicole Borromeo
Alaska Federation of Natives
3000 A Street, Suite 210
Anchorage, Alaska 99503
Phone: (907) 274-3611
Fax: (907) 276-7989
Email: nborromeo@nativefederation.org

## CERTIFICATE OF SERVICE

I certify that on April 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

*/s/ Margaret Paton-Walsh*
Margaret Paton-Walsh
