Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

Nicole Borromeo (AK No. 1205031)
Alaska Federation of Natives
3000 A Street, Suite 210
Anchorage, Alaska 99503
Phone: (907) 274-3611
Fax: (907) 276-7989
nborromeo@nativefederation.org

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

**[PROPOSED] ORDER GRANTING ALASKA FEDERATION OF NATIVES' MOTION FOR ATTORNEYS' FEES**

This Court, having considered Intervenor-Plaintiff Alaska Federation of Natives'

Motion for Attorneys' Fees, and any opposition and reply thereto, hereby GRANTS the

[PROPOSED] ORDER GRANTING ALASKA FEDERATION OF NATIVES' MOTION FOR ATTORNEYS' FEES
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*
Page 1 of 2

Case 1:22-cv-00054-SLG   Document 133-1   Filed 04/15/24   Page 1 of 2

motion. Defendants are ordered to pay Alaska Federation of Natives $114,653.00 for its attorneys' fees under ANILCA Section 807.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

                                                                _____
                                                                 Sharon L. Gleason
                                                                 United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2024, a copy
of the foregoing document was served via ECF
on all counsel of record.

*/s/Jahna M. Lindemuth*

[PROPOSED] ORDER GRANTING ALASKA FEDERATION OF NATIVES' MOTION FOR ATTORNEYS' FEES     Page 2 of 2
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*

Case 1:22-cv-00054-SLG    Document 133-1    Filed 04/15/24    Page 2 of 2