Jahna M. Lindemuth (AK No. 9711068)
Scott M. Kendall (AK No. 0405019)
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, Alaska 99501
Phone: (907) 222-7932
Fax: (907) 222-7938
jahna@cashiongilmore.com
scott@cashiongilmore.com

Nicole Borromeo (AK No. 1205031)
Alaska Federation of Natives
3000 A Street, Suite 210
Anchorage, Alaska 99503
Phone: (907) 274-3611
Fax: (907) 276-7989
nborromeo@nativefederation.org

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

## **DECLARATION OF JAHNA M. LINDEMUTH**

I, Jahna M. Lindemuth, declare as follows:

1. I am co-counsel for the Alaska Federation of Natives ("AFN"), an Intervenor-Plaintiff in this case, and a partner at Cashion Gilmore & Lindemuth ("CGL").

2. I declare that I have personal knowledge of the statements in this declaration.

DECLARATION OF JAHNA M. LINDEMUTH IN SUPPORT OF MOTION FOR ATTORNEYS' FEES
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*
Page 1 of 4

Case 1:22-cv-00054-SLG   Document 134   Filed 04/15/24   Page 1 of 4

3. Attached as Exhibit A is a true and correct copy of CGL's invoice accurately reflecting the work performed by all of our attorneys and paralegals in this matter from the date we were engaged, September 11, 2023, through April 11, 2024.

4. These fees reflect usual and customary rates charged by CGL's attorneys and paralegals:

- Partner Jahna Lindemuth at $525/hour;
- Of Counsel Scott Kendall at $495/hour;
- Associate Lauren Sherman at $285/hour;
- Paralegal Jenn Ditcharo at $175/hour.

5. The rates charged by CGL attorneys and paralegals are reasonable and reflect market rates for attorneys and paralegals of our experience practicing in the District of Alaska.

6. I am aware of several other attorneys practicing in Alaska with comparable experience to me that charge more than $525 per hour. In one state court proceeding I participated in, another firm in Anchorage submitted a fee application against the State of Alaska in 2022, charging rates of $495 to $600 for partners/of counsel, and $300 for associates.

7. The number of hours expended in this case were reasonable. In addition to drafting a complaint in intervention, CGL drafted three significant briefs: (1) a motion to intervene, (1) a reply brief in support of the motion to intervene, and (3) the opposition to

DECLARATION OF JAHNA M. LINDEMUTH IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES  Page 2 of 4
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*

Case 1:22-cv-00054-SLG   Document 134   Filed 04/15/24   Page 2 of 4

the State's cross-motion for summary judgment and reply in support of the United States' motion for summary judgment.

8. Because the State of Alaska made it clear that it intends to appeal this case to the United States Supreme Court, if necessary, we prepared briefing that sets forth the historical record of subsistence in Alaska and preserves all legal arguments supporting the ANILCA Title VIII subsistence priority.

9. Although there were three attorneys from CGL working on this case, we took efforts to minimize the cost to the client. We divided tasks to avoid duplication of efforts, and maximized the work performed by the associate assigned to this matter who charged a lower fee.

10. This case required a substantial amount of work on an extremely expedited basis. Once it became clear that the State of Alaska sought to challenge outright the rural subsistence priority to fish in Title VIII of ANILCA, AFN acted expeditiously to intervene in this case to preserve the rights of its 140,000 members, many who count on the Title VIII subsistence priority to fish in order to survive.

I declare under penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct.

Executed on April 15, 2024, at Anchorage, Alaska.

Jahna M. Lindemuth
Alaska Bar No. 9711068

DECLARATION OF JAHNA M. LINDEMUTH IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES                                                                                                        Page 3 of 4
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*

Case 1:22-cv-00054-SLG   Document 134   Filed 04/15/24   Page 3 of 4

CERTIFICATE OF SERVICE

I certify that on April 15, 2024, a copy
of the foregoing document was served via ECF
on all counsel of record.

/s/ Jahna M. Lindemuth

DECLARATION OF JAHNA M. LINDEMUTH IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES                                                          Page 4 of 4
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*

Case 1:22-cv-00054-SLG   Document 134   Filed 04/15/24   Page 4 of 4