# Cashion Gilmore & Lindemuth

510 L Street Suite 601

Anchorage, AK 99501

Phone: (907) 222-7932   |   Fax: (907) 222-7938

Alaska Federation of Natives

Invoice Date: April 12, 2024
Invoice Amount: $114,660.00

## Matter: 11042-1 Alaska Federation of Natives

**ATTORNEY FEES**

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/11/2023 | Review of case status of U.S. vs State of Alaska; communicate with Ms. Goska regarding same and strategy | S.K. | 1.10 | 495.00 | $544.50 |
| 9/12/2023 | Initial call with N. Borromeo and M. Goska; send engagement letter | J.L. | .80 | 525.00 | $420.00 |
| 9/12/2023 | Confer with Scott Kendall and Jahna Lindemuth; review complaint, order on PI, motion to intervene, and state briefing addressing Katie John cases | L.S. | 2.10 | 285.00 | $598.50 |
| 9/12/2023 | Call with Ms. Borromeo and Ms. Goska; communicate with Ms. Goska and Ms. Sherman regarding division of tasks, workflow, and logistics | S.K. | 1.70 | 495.00 | $841.50 |
| 9/13/2023 | Confer with Scott Kendall and Jahna Lindemuth; continue reviewing court orders and summary judgment briefing; outline points to respond to in State briefing; start preparing for motion for intervention | L.S. | 4.20 | 285.00 | $1,197.00 |
| 9/13/2023 | Review pleadings; exchange emails with team | J.L. | 2.60 | 525.00 | $1,365.00 |
| 9/13/2023 | Conference with Ms. Lindemuth and Ms. Sherman regarding potential procedural strategies; review and analysis of prior briefing in case; review and analysis of Ms. Goska's draft outline; review Sturgeon briefing and decision | S.K. | 4.40 | 495.00 | $2,178.00 |
| 9/14/2023 | Zoom with Marlee and Nicole; conduct | L.S. | 4.80 | 285.00 | $1,368.00 |

EXHIBIT A

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | legal research for motion to intervene re best cases on timeliness; draft legal standards in motion to intervene | | | | |
| 9/14/2023 | Outline issues for brief; attend Zoom conference with team | J.L. | 1.80 | 525.00 | $945.00 |
| 9/14/2023 | Continue research and analysis of prior briefing; review key cases cited; conference with Ms. Sherman and Ms. Lindemuth | S.K. | 3.20 | 495.00 | $1,584.00 |
| 9/15/2023 | Conduct legal research for motion to intervene and SJ briefing; Confer with J. Lindemuth re caselaw; review Katie John cases and key 9th circuit cases discussing ANILCA; pull Gorsuch opinions re tribal sovereignty | L.S. | 4.40 | 285.00 | $1,254.00 |
| 9/15/2023 | Research brief | J.L. | 1.20 | 525.00 | $630.00 |
| 9/16/2023 | Continue conducting legal research and drafting motion to intervene | L.S. | 2.40 | 285.00 | $684.00 |
| 9/17/2023 | Continue legal research in drafting motion to intervene; review prior court orders and motions for intervention | L.S. | 4.10 | 285.00 | $1,168.50 |
| 9/17/2023 | Research brief | J.L. | 3.20 | 525.00 | $1,680.00 |
| 9/18/2023 | Continue drafting motion to intervene as of right or permissive; review and cite to relevant dockets; continue legal research for motion and briefing | L.S. | 5.10 | 285.00 | $1,453.50 |
| 9/18/2023 | Communicate with Ms. Sherman and Ms. Goska; review and analysis of State of Alaska's Cross-Motion for Summary Judgment | S.K. | 1.40 | 495.00 | $693.00 |
| 9/19/2023 | Continue edits of motion to intervene; research prior examples of motions for amicus briefs and amicus briefs before Judge Gleason; pull cases for Marlee; confer with Scott Kendall on motion to intervene; review briefing from Sturgeon, state, and feds in Sturgeon | L.S. | 3.10 | 285.00 | $883.50 |
| 9/19/2023 | Exchange emails with team on extension request and related issues | J.L. | .20 | 525.00 | $105.00 |
| 9/19/2023 | Review and revise draft Motion to Intervene; conference with Ms. Sherman regarding same and additional pleadings needed, including alternate briefs and Complaint in Intervention | S.K. | 2.90 | 495.00 | $1,435.50 |
| 9/20/2023 | Final edits to draft motion to intervene; review emails with clients and schedule call | L.S. | 1.80 | 285.00 | $513.00 |
| 9/20/2023 | Review intervention brief; send comments to L. Sherman; schedule meeting | J.L. | 1.20 | 525.00 | $630.00 |
| 9/20/2023 | Call with Ms. Goska; call with Ms. Lindemuth; memo to litigation team regarding filing strategy | S.K. | 1.40 | 495.00 | $693.00 |
| 9/21/2023 | Review draft of briefing; call with Jahna, | L.S. | 6.10 | 285.00 | $1,738.50 |

EXHIBIT A

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Marlee, and Nicole to discuss strategy and next steps; confer with Jahna and Scott; legal and factual research to buttress motion to intervene; draft summary of history and subsistence wars | | | | |
| 9/21/2023 | Review draft of substantive brief; attend conference call with team; review Sealaska research; exchange emails with team; update S. Kendall | J.L. | 2.40 | 525.00 | $1,260.00 |
| 9/21/2023 | Review caselaw and research materials compiled by Ms. Sherman; conference with same; call with Ms. Goska; review and revise draft substantive brief; review draft Complaint in Intervention; review ANILCA research from Ms. Borromeo and Ms. Goska | S.K. | 3.70 | 495.00 | $1,831.50 |
| 9/22/2023 | Emails with Marlee re motion to intervene | L.S. | .20 | 285.00 | $57.00 |
| 9/22/2023 | Contact counsel regarding intervention; review edits from team; research; exchange calls and emails with team; edit declaration | J.L. | 5.40 | 525.00 | $2,835.00 |
| 9/22/2023 | Review and revise draft of substantive brief; review Kitka Declaration; research party status in prior "Katie John" litigation | S.K. | 2.20 | 495.00 | $1,089.00 |
| 9/23/2023 | Edit motion to intervene and complaint | J.L. | 4.20 | 525.00 | $2,205.00 |
| 9/23/2023 | Review client edits and additions to motion to intervene; confer with Jahna Lindemuth and Scott Kendall | L.S. | .40 | 285.00 | $114.00 |
| 9/23/2023 | Conference with Ms. Lindemuth regarding filings and strategy; review and revise draft Complaint in Intervention; transmit same to Ms. Lindemuth; review and revise Motion to Intervene; transmit same to Ms. Lindemuth and Ms. Sherman | S.K. | 3.40 | 495.00 | $1,683.00 |
| 9/24/2023 | Review and redline of complaint and motion to intervene | L.S. | .80 | 285.00 | $228.00 |
| 9/24/2023 | Edit brief and complaint; forward to client; telephone conference with N. Borromeo and M. Gorska | J.L. | 2.40 | 525.00 | $1,260.00 |
| 9/25/2023 | Review and approve edits from AFN and Sealaska; draft motion for expedited consideration and declaration; confer with team; exchange emails with M. Paton-Walsh | J.L. | 2.90 | 525.00 | $1,522.50 |
| 9/25/2023 | Confer with Jahna Lindemuth, Scott Kendall, and Marlee Goska; Complete technical review and edit of entire motion to intervene; review motion to expedite and draft declaration | L.S. | 7.10 | 285.00 | $2,023.50 |
| 9/25/2023 | Review and revise final draft of Motion to Intervene | S.K. | 1.10 | 495.00 | $544.50 |
| 9/26/2023 | Final proof and review of all documents | L.S. | 3.40 | 285.00 | $969.00 |

EXHIBIT A

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | before filing including motions, declarations, proposed orders, and complaint; confer with Jahna Lindemuth and Scott Kendall; email final versions for client review and approval; review outline in advance of call on substantive briefing | | | | |
| 9/26/2023 | Finalize and file motion to intervene package; exchange emails with team regarding same; review substantive brief and outline future reply and opposition to cross-motion for discussion with team | J.L. | 4.20 | 525.00 | $2,205.00 |
| 9/27/2023 | Call with Nicole, Marlee, Scott, and Jahna to discuss the briefing schedule and division of tasks | L.S. | .50 | 285.00 | $142.50 |
| 9/27/2023 | Conference with team regarding brief and schedule | J.L. | .60 | 525.00 | $315.00 |
| 9/27/2023 | work on litigation strategy; call with Ms. Goska, Ms. Borromeo, Ms. Sherman and Ms. Lindemuth | S.K. | 1.10 | 495.00 | $544.50 |
| 9/28/2023 | Conduct legal research for briefing re Sturgeon is consistent with Katie John | L.S. | 2.10 | 285.00 | $598.50 |
| 9/28/2023 | Research brief; exchange messages with team | J.L. | 4.30 | 525.00 | $2,257.50 |
| 9/28/2023 | review email regarding meeting; call with Ms. Lindemuth regarding same | S.K. | .40 | 495.00 | $198.00 |
| 9/29/2023 | Exchange messages with team | J.L. | .20 | 525.00 | $105.00 |
| 10/2/2023 | Call with Scott, Marlee, and Nicole in preparation for Intervenor Call | L.S. | .30 | 285.00 | $85.50 |
| 10/2/2023 | Review outline from AHTNA and comment on it | J.L. | .30 | 525.00 | $157.50 |
| 10/2/2023 | Call with Ms. Goska, Ms. Borromeo, and Ms. Sherman; conference with Ms. Sherman regarding research priorities | S.K. | 2.10 | 495.00 | $1,039.50 |
| 10/3/2023 | Call with Intervenor-Plaintiffs; review State's opposition to motion to intervene; confer with Scott Kendall on outline for reply to State's opposition; draft reply briefing | L.S. | 6.50 | 285.00 | $1,852.50 |
| 10/3/2023 | Review State opposition; draft email to team with initial thoughts | J.L. | .30 | 525.00 | $157.50 |
| 10/3/2023 | Review and analysis of State's Opposition to Motion to Intervene; prepare for, and participate in call with other Intervenors' counsel | S.K. | 1.40 | 495.00 | $693.00 |
| 10/4/2023 | Review opposition to motion to intervene; outline reply; conference with L. Sherman regarding same; conference with S. Kendall regarding status | J.L. | 1.20 | 525.00 | $630.00 |
| 10/4/2023 | Confer with Scott Kendall and Jahna Lindemuth re reply brief; draft reply brief; review State's citations and prior positions | L.S. | 9.30 | 285.00 | $2,650.50 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | re intervention; edit reply brief and add supporting citations throughout | | | | |
| 10/4/2023 | Conference with Ms. Sherman regarding Reply; additional work on Reply re Intervention | S.K. | 1.30 | 495.00 | $643.50 |
| 10/5/2023 | Continue final drafting in reply brief; Confer with Jahna Lindemuth and Scott Kendall on final edits to reply brief; edit reply brief and incorporate additional supporting caselaw | L.S. | 4.80 | 285.00 | $1,368.00 |
| 10/5/2023 | Edit reply in support of intervention | J.L. | 3.80 | 525.00 | $1,995.00 |
| 10/5/2023 | Review and revise Reply re Motion to Intervene | S.K. | 1.10 | 495.00 | $544.50 |
| 10/6/2023 | Complete technical review and cite check of brief; incorporate edits of Nicole and Marlee; confer with Jahna and Scott re final edits; finalize reply for filing | L.S. | 6.30 | 285.00 | $1,795.50 |
| 10/6/2023 | Review and approve AFN edits; conference with L. Sherman | J.L. | .80 | 525.00 | $420.00 |
| 10/6/2023 | Conference with Ms. Sherman; review Ms. Borromeo's edits; finalize Reply | S.K. | 1.30 | 495.00 | $643.50 |
| 10/11/2023 | Confer with Jahna Lindemuth re opposition/reply brief; review Marlee's draft opposition/reply brief; prepare outline of areas to expand in briefing | L.S. | 1.60 | 285.00 | $456.00 |
| 10/11/2023 | Review draft brief; outline issues; discuss with L. Sherman | J.L. | 1.40 | 525.00 | $735.00 |
| 10/11/2023 | Initial review of Ms. Goska's draft Opp/Reply re MSJ | S.K. | 1.40 | 495.00 | $693.00 |
| 10/12/2023 | Confer with Jahna Lindemuth re legal arguments to expand in briefing; review order granting intervention; review joinder | L.S. | 1.00 | 285.00 | $285.00 |
| 10/12/2023 | Review court order; draft joinder and finalize complaint; confer with team | J.L. | 1.40 | 525.00 | $735.00 |
| 10/12/2023 | Review Order Granting Intervention; conference with Ms. Lindemuth | S.K. | .90 | 495.00 | $445.50 |
| 10/13/2023 | Finalize intervention; confer with Jahna Lindemuth re legal arguments in summary judgment briefing; review and edit legal arguments re plenary power over Indian affairs and Indian commerce clause | L.S. | 2.90 | 285.00 | $826.50 |
| 10/13/2023 | Draft brief | J.L. | 7.40 | 525.00 | $3,885.00 |
| 10/13/2023 | Continue working on legal arguments re sources of Congressional authority and conducting legal research; review Jahna's edits and comments on brief | L.S. | 4.30 | 285.00 | $1,225.50 |
| 10/14/2023 | Draft brief; telephone conference with L. Sherman | J.L. | 6.10 | 525.00 | $3,202.50 |
| 10/15/2023 | Confer with Jahna Lindemuth and Scott Kendall on reply/opposition brief | L.S. | .20 | 285.00 | $57.00 |
| 10/15/2023 | Review L. Sherman edits; review S. Kendall | J.L. | 1.40 | 525.00 | $735.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | edits; send drafts to client | | | | |
| 10/15/2023 | Review and revise draft Opp/Reply regarding MSJ | S.K. | 1.30 | 495.00 | $643.50 |
| 10/16/2023 | Confer with L. Sherman | J.L. | .30 | 525.00 | $157.50 |
| 10/17/2023 | Pre-meeting of panel | J.L. | 1.10 | 525.00 | $577.50 |
| 10/18/2023 | Attend and speak at Tribal Conference | J.L. | 2.00 | 525.00 | $1,050.00 |
| 10/20/2023 | Confer with Jahna Lindemuth on edits and additions to summary judgment briefing | L.S. | .60 | 285.00 | $171.00 |
| 10/20/2023 | Edit brief | J.L. | 3.10 | 525.00 | $1,627.50 |
| 10/21/2023 | Edit brief | J.L. | 4.40 | 525.00 | $2,310.00 |
| 10/22/2023 | Review latest edits to brief; incorporate additional paragraph on Indian Commerce Clause; review additional cases re fishing rights | L.S. | 3.10 | 285.00 | $883.50 |
| 10/22/2023 | Edit brief; send drafts to team | J.L. | 1.60 | 525.00 | $840.00 |
| 10/23/2023 | Edit brief; exchange emails with team | J.L. | 2.20 | 525.00 | $1,155.00 |
| 10/24/2023 | Review edits and comments of Marlee and Nicole in summary judgment briefing | L.S. | .60 | 285.00 | $171.00 |
| 10/24/2023 | Review and accept AFN edits; draft cover emails to plaintiffs transmitting draft | J.L. | 1.60 | 525.00 | $840.00 |
| 10/25/2023 | Review draft briefing of Fish Commission; attend call with Plaintiff and Intervenors; confer with Marlee and Jahna on briefing | L.S. | 2.00 | 285.00 | $570.00 |
| 10/25/2023 | Review Sonosky brief; review comments from Marlee; attend Teams meeting of plaintiffs; confer with Marlee and Lauren | J.L. | 2.20 | 525.00 | $1,155.00 |
| 10/25/2023 | Review Intertribal Fish Commission Draft Brief; conference with Ms. Lindemuth regarding same; | S.K. | 1.20 | 495.00 | $594.00 |
| 10/26/2023 | Exchange emails with team regarding Consovoy involvement in Sturgeon | J.L. | .50 | 525.00 | $262.50 |
| 10/27/2023 | Review emails with Marlee on edits to brief and scheduling Intervenor call; review Plaintiff's response/reply briefing | L.S. | 1.30 | 285.00 | $370.50 |
| 10/27/2023 | Review US brief; email intervenors to schedule meeting | J.L. | .60 | 525.00 | $315.00 |
| 10/29/2023 | Edit brief | J.L. | 3.60 | 525.00 | $1,890.00 |
| 10/30/2023 | Conduct proof and edit MSJ briefing; add additional citations to briefing; incorporate edits of Scott Kendall and Jahna Lindemuth | L.S. | 6.20 | 285.00 | $1,767.00 |
| 10/30/2023 | Review and revise latest draft of Opp/Reply re MSJ; communicate with Ms. Lindemuth regarding same | S.K. | 1.60 | 495.00 | $792.00 |
| 10/30/2023 | Edit brief; circulate to client | J.L. | 2.10 | 525.00 | $1,102.50 |
| 10/31/2023 | Call with Marlee Goska re declaration, technical, and final brief edits; draft declaration; confer with Jahna Lindemuth re briefing; start review and edits of footnotes; review briefing and emails of other Intervenors | L.S. | 6.50 | 285.00 | $1,852.50 |
| 10/31/2023 | Review edits; review intervenor briefs; | J.L. | 2.20 | 525.00 | $1,155.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | confer on declaration | | | | |
| 11/1/2023 | Calls with Intervenors and client team re briefing and edits before filing on Friday; confer with Marlee on technical and declaration; edit declaration; work on edits to footnotes in briefing and bluebook formatting of all case citations | L.S. | 8.90 | 285.00 | $2,536.50 |
| 11/1/2023 | Attend Zoom; confer on edits; review briefs of intervenors | J.L. | 1.20 | 525.00 | $630.00 |
| 11/1/2023 | Review declaration of Marlee Goska and check/revise exhibit cites; prepare exhibits for same | J.D. | .80 | 175.00 | $140.00 |
| 11/1/2023 | Research Local Rules for word/page limit; prepare draft motion for filing over length opposition and reply and proposed order | J.D. | .50 | 175.00 | $87.50 |
| 11/1/2023 | Conference with Intervenors' counsel; call with clients | S.K. | 1.20 | 495.00 | $594.00 |
| 11/2/2023 | Complete technical review and cite check of brief; work on motion for over length and certificate of compliance; review declaration; confer with Marlee Goska | L.S. | 9.40 | 285.00 | $2,679.00 |
| 11/2/2023 | Review and comment on NARF brief; review and finalize declaration; exchange emails with state and US regarding overlength brief; draft motion for overlength | J.L. | 1.70 | 525.00 | $892.50 |
| 11/2/2023 | Review and analysis of NARF brief | S.K. | 1.90 | 495.00 | $940.50 |
| 11/3/2023 | Edit TOA and TOC; proof PDF of briefing; finalize briefing, declaration, motion for over-length for filing; coordinate Chambers Copy of over length brief and exhibits | L.S. | 3.60 | 285.00 | $1,026.00 |
| 11/3/2023 | Prepare table of authorities and table of contents for opposition and reply to motion for summary judgment; edit same; review same for accuracy; finalize motion to accept over length and proposed order and declaration of Marlee Goskee | J.D. | 4.30 | 175.00 | $752.50 |
| 11/3/2023 | Final edit of brief; confer with team on filing | J.L. | 1.10 | 525.00 | $577.50 |
| 11/6/2023 | Prepare chamber copy of opposition/reply and declaration of Goskee with exhibits | J.D. | .60 | 175.00 | $105.00 |
| 11/27/2023 | Exchange emails on State's request for extension | J.L. | .20 | 525.00 | $105.00 |
| 12/26/2023 | Review emails re deadline to request oral argument | L.S. | .10 | 285.00 | $28.50 |
| 2/8/2024 | Telephone conference with N. Borromeo; research rules for withdrawal of counsel | J.L. | .20 | 525.00 | $105.00 |
| 2/8/2024 | Work on notice of withdrawal and order | L.S. | .50 | 285.00 | $142.50 |
| 2/9/2024 | Final proof of motion and order before filing | L.S. | .10 | 285.00 | $28.50 |
| 2/9/2024 | Edit and file motion for attorney withdrawal | J.L. | .30 | 525.00 | $157.50 |

EXHIBIT A

| Date | Description | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/29/2024 | Evaluate Judge Gleason's Order granting the US summary judgment and denying State summary judgment | L.S. | .70 | 285.00 | $199.50 |
| 4/1/2024 | Conduct legal research re potential for attorney's fees for plaintiff-intervenors | L.S. | 1.00 | 285.00 | $285.00 |
| 4/2/2024 | Continue legal research re avenues for attorneys' fees as intervenor-plaintiff | L.S. | 1.20 | 285.00 | $342.00 |
| 4/3/2024 | Review notice of appeal from State of Alaska; set up Zoom with clients to discuss appeal and motion for attorneys' fees | L.S. | .30 | 285.00 | $85.50 |
| 4/4/2024 | Zoom with Jahna, Scott, Nicole, and Julie regarding Ninth Circuit Appeal and Attorney's Fees; review emails with Intervenor-Plaintiffs re Fees | L.S. | .80 | 285.00 | $228.00 |
| 4/4/2024 | Review statute on fees; forward to client; Zoom call with client team; exchange emails with intervenor counsel | J.L. | .90 | 525.00 | $472.50 |
| 4/8/2024 | Exchange emails on fee issue | J.L. | .30 | 525.00 | $157.50 |
| 4/9/2024 | Gather attorneys' fees documents from Katie John litigation; review emails with intervenors re timing of call to discuss attorneys' fees motions | L.S. | .40 | 285.00 | $114.00 |
| 4/9/2024 | Exchange emails on fee application issue | J.L. | .30 | 525.00 | $157.50 |
| 4/10/2024 | Review materials; telephone conference with intervenors on moving for fees; telephone conference with client; begin drafts | J.L. | 1.20 | 525.00 | $630.00 |
| 4/10/2024 | Draft motion for attorney's fees pursuant to local civil rule 54.2; evaluate Native Village of Quinhagak and Katie John orders granting attorney's fees; incorporate docket citations and quotes throughout briefing in support of attorney's fees | L.S. | 4.30 | 285.00 | $1,225.50 |
| 4/11/2024 | Continue preparing motion for attorney's fees | L.S. | 1.50 | 285.00 | $427.50 |

**SUBTOTAL:** **$114,653.00**

**ATTORNEY FEES BY TIMEKEEPER**

| Timekeeper Billed | Hours | Rate | Total |
|---|---|---|---|
| Jahna Lindemuth | 96.6 | $525.00 | $50,715.00 |
| Jenn Ditcharo | 6.20 | $175.00 | $1,085.00 |
| Lauren Sherman | 142.90 | $285.00 | $40,726.50 |
| Scott Kendall | 44.70 | $495.00 | $22,126.50 |

EXHIBIT A

**COSTS**

| | | |
|---|---|---|
| 11/6/2023 | Courier fee - chamber copy of opposition/reply and declaration with exhibits to court | $7.00 |
| **SUBTOTAL:** | | **$7.00** |

TOTAL FEES: $114,653.00

TOTAL COSTS: $7.00

**TOTAL: $114,660.00**