Nathaniel Amdur-Clark
nathaniel@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Intervenor Kuskokwim River Inter-Tribal*
  *Fish Commission*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.*<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00054-SLG |

**KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION'S
MOTION FOR ATTORNEY'S FEES**

During the 2021 and 2022 salmon fishing seasons, the State of Alaska issued emergency orders purporting to allow gillnet fishing by all Alaskans on portions of the Kuskokwim River that the United States had closed to gillnet fishing by all persons except federally qualified subsistence users pursuant to ANILCA section 804 (16 U.S.C. § 3114).[1] Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission (Commission) was aggrieved by the State's actions and failure to provide for the rural subsistence priority, and therefore intervened in this matter.[2] On April 1, 2019, the Court entered final judgment for Plaintiff the United States, the Commission, and the other Intervenor-Plaintiffs.[3]

Having prevailed on all claims, the Commission is now entitled to an award of attorney's fees pursuant to 16 U.S.C. § 3117(a), Federal Rule of Civil Procedure 54(d)(2), and Local Civil Rule 54.2. Section 807(a) of ANILCA, 16 U.S.C. § 3117(a), specifically provides that prevailing parties in an action to enforce Title VIII of ANILCA are entitled to their costs and attorney's fees.[4] And there can be no serious doubt that the Commission is a "prevailing party" for purposes of attorney's fees, as the Court entered judgment in

---

[1] Dkt. 129 at 9-11.

[2] Dkt. 29; *see also* Dkt. 12-1 at 6.

[3] Dkt. 130.

[4] *See* Order on Motion for Award of Attorney's Fees & Costs, *Native Vill. of Quinhagak v. United States*, No. A93-0023-cv (HRH), slip op. at 13-16 (D. Alaska Oct. 21, 2000) (Dkt. 135) (awarding fees against both the State of Alaska and the United States pursuant to 16 U.S.C. § 3117(a)); Order on Renewed & Supp. App. of Plaintiffs & Intervenor-Plaintiffs for Award of Costs & Attorneys' Fees, *John v. United States*, No. A90-0484-cv (HRH) (Dkt. 315) (D. Alaska Mar. 28, 2003) (same).

favor of the Plaintiffs and Intervenor-Plaintiffs (including the Commission) on all pending claims in this litigation.[5]

The total value of the actual attorney's fees paid to the Sonosky Chambers firm and necessarily incurred by the Commission in this matter is $179,820.00. *See* Decl. of Nathaniel Amdur-Clark; Ex. 1 (billing records). These fees are reasonable and represent a substantial discount from the Sonosky Chambers firm's usual rates in litigation matters involving complex Indian law issues. The Commission respectfully requests an award of $179,820.00 plus reasonable fees spent to prepare this motion.

Respectfully submitted this 15th day of April 2024 at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
  MILLER & MONKMAN, LLP
*Counsel for Intervenor-Plaintiff*
*Kuskokwim River Inter-Tribal Fish Commission*

By: */s/ Nathaniel Amdur-Clark*
    Nathaniel Amdur-Clark, AK Bar No. 1411111
    Whitney A. Leonard, AK Bar No. 1711064
    Lloyd B. Miller, AK Bar No. 7906040

**Certificate of Service**

I certify that on April 15, 2024, a copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Nathaniel Amdur-Clark*
Nathaniel Amdur-Clark

---

[5] Dkt. 130; *see also* Dkt. 129 at 29 (granting plaintiffs' motion for summary judgment and denying State's cross-motion for summary judgment).