# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.*<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>THE STATE OF ALASKA *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00054-SLG |

## [PROPOSED] ORDER AWARDING ATTORNEY'S FEES

Intervenor-Plaintiff Kuskokwim River Inter-Tribal Fish Commission, having moved for an award of attorney's fees pursuant to 16 U.S.C. § 3117(a), Federal Rule of Civil Procedure 54(d)(2), and Local Civil Rule 54.2, and the court being duly advised in the arguments of counsel,

IT IS HEREBY ORDERED that the Fish Commission's motion is granted. The Fish Commission is awarded $179,820 in attorney fees, plus reasonable fees expended to prepare and brief the Fish Commission's fee motion.

DATED this \_\_\_\_ day of _____ 2024 at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge