John M. Sky Starkey, Alaska Bar No. 8611141
Andrew Erickson, Alaska Bar No. 1605049
Anna Crary, Alaska Bar No. 1405020
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-5152
jskys@lbblawyers.com
andye@lbblawyers.com
annac@lbblawyers.com

Nicholas Ostrovsky, Alaska Bar No. 1401004
Ambriel Sandone, Alaska Bar No. 2011124
AHTNA, INCORPORATED
110 W. Thirty-Eighth Ave., Suite 100
Anchorage, AK 99501
Telephone: (907) 868-8265
nostrovsky@ahtna.net
asandone@ahtna.net

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL<br>FISH COMMISSION, et al.,<br>    Intervenor-Plaintiffs,<br><br>   v.<br><br>THE STATE OF ALASKA, et al.,<br>    Defendants. | Case No. 1:22-cv-00054-SLG |

**DECLARATION OF ANNA C. CRARY IN SUPPORT OF AHTNA TENE NENÉ
AND AHTNA, INC.'S MOTION FOR ATTORNEY'S FEES**

*United States v. Alaska*      Case No. 1:22-cv-00054-SLG
Declaration of Anna C. Crary      Page 1 of 6

I, Anna C. Crary, declare as follows:

1. I have personal knowledge of the facts and information set forth in this declaration, and if called as a witness, I could and would testify to them.

2. I, along with my colleagues John M. Sky Starkey and Andrew Erickson, am counsel of record for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc. (collectively "Ahtna"), in this case. I submit this declaration in support of Ahtna's Motion for Attorney's Fees under Section 807 of the Alaska National Interest Land Conservation Act ("ANILCA"), 16 U.S.C. § 3117.

3. This declaration addresses: (1) the time spent in intervening in and then prosecuting the case; (b) the professional qualifications and experience of the attorneys and staff; (c) the hourly rates; and (d) the reasonableness of attorney's fees and expenses sought for these services under ANILCA.

4. Landye Bennett Blumstein LLP is a law firm with a practice group focusing exclusively upon natural resources law, in particular subsistence legal issues arising under the Alaska Constitution, state statutes, and ANILCA. Within this subject matter area, Landye Bennett Blumstein specializes in litigation to preserve, protect, and advance the subsistence rights of its Alaska Native clients through the litigation of claims and other legal services that may not otherwise be brought by similarly situated law firms due to complexity, expertise, duration, or financial constraints.

5. Three attorneys for Ahtna devoted substantial time to this case: Myself, John M. Sky Starkey, and Andrew Erickson. I have twelve years of experience, nearly all in

either subsistence law, natural resources law, or Alaska Native law, or as a judicial law clerk. John M. Starkey has thirty-eight years of experience specializing in subsistence, natural resources, and Alaska Native law. Andrew Erickson has eleven years of experience, nearly all in subsistence, natural resources law, and Alaska Native law, or as a judicial law clerk. Other attorneys assisted with specific tasks, for which Ahtna is not seeking recovery of fees.

6. Everyone for whom we are seeking recovery kept detailed, contemporaneous time records from the inception of the case. We use a timekeeping application, which rounds out time to the tenth of an hour.

7. I have reviewed the time records for all Landye Bennett Blumstein attorneys who worked on this case. Using my independent judgment, I have deleted hours that were excessive, inadequately explained, or otherwise inappropriate for billing. This included, among other things, time spent in consultation with outside attorneys interested in the case and legal and factual research that was not ultimately productive.

8. The billable hours claimed are specified in detail for all Landye Bennett Blumstein attorneys identified in this declaration. In my professional opinion, the hours specified were reasonably necessary to litigate this case and secure a favorable judgment. We spent time on claim and intervention investigation; complaint in intervention; case schedule negotiations; record review; responding to opposition to motions to intervene; drafting summary judgment motion; legal and factual research needed to support each of

these steps; coordination with counsel for the United States and other intervenors; and communication with clients throughout regarding case development.

9. I am a Partner at Landye Bennett Blumstein. I received a J.D. from the University of Washington School of Law in 2012. During law school, I represented clients in the Tulalip Tribal Courts as part of the University of Washington's Tribal Court Clinic. After law school, I served as a law clerk to Judge Anna Moran for the Kenai Superior Court. I then worked for Richmond & Quinn, a private law firm focused on civil litigation. I have worked at Landye Bennett Blumstein since January 2015. During this time, I have litigated subsistence issues in Federal court and, for a time, served as counsel for the Kuskokwim River Inter-Tribal Fish Commission. I billed a total of 47.3 hours on this case at an hourly rate of $400.00.

10. John M. Sky Starkey is a Partner at Landye Bennett Blumstein. Mr. Starkey received a J.D. from the University of Oregon School of Law in 1986. He is an experienced litigator of Alaska Native subsistence issues. In 1986, he began litigating natural resources and subsistence lawsuits for Alaska Native individual and organizational clients. He has worked for a variety of non-profit and for-profit organizations and law firms as general and special counsel on natural resources and subsistence legal issues. Mr. Starkey represented the Native Village of Quinhagak in the companion case to the original Katie John litigation and prosecuted numerous other subsistence cases arising under ANILCA. Of relevance here, he served as counsel to the Tribes in the Kuskokwim River Drainage as they formed the Kuskokwim River Inter-Tribal Fish Commission and as the Commission negotiated its

co-management agreement with the United States. He has worked at Landye Bennett Blumstein since 2014. Mr. Starkey billed 83.8 hours of time on this case at a rate of $525.00 per hour.

11. Andrew Erickson is a Partner at Landye Bennett Blumstein. He received a J.D. from the Lewis & Clark Law School in 2013, and served as a law clerk to the Alaska Supreme Court. He then worked for private law firms where his practice focused on civil litigation and appeals, including environmental and natural resources litigation. He has worked at Landye Bennett Blumstein since 2016. During this time, Mr. Erickson has litigated several complex subsistence cases in both state and federal Court. Mr. Erickson billed 231.50 hours on this litigation at an hourly rate of $375.00.

12. Based on my general litigation experience, my review of attorney's fee declarations in other cases, my research of current attorney rates in the Anchorage legal market, and discussions with other Anchorage-based attorneys, I believe that the rates charged by Landye Bennett Blumstein in this case are reasonable.

13. A summary of the requested fees and an itemized billing record as required by Local Civil Rule 54.2 is attached as Exhibit A.

14. The total amount of fees reasonably and necessarily incurred to date, with the exception of time necessary to finalize the accompanying motion for attorney's fees, is $147,050.00

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*United States v. Alaska*  Case No. 1:22-cv-00054-SLG
Declaration of Anna C. Crary  Page 5 of 6

Case 1:22-cv-00054-SLG   Document 137-1   Filed 04/15/24   Page 5 of 15

EXECUTED this 15th day of April 2024.

          *s/ Anna C. Crary*
          _____
          Anna C. Crary

          *Attorney for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

          *s/ Andrew Erickson*
          _____
          Andrew Erickson

*United States v. Alaska*               Case No. 1:22-cv-00054-SLG
Declaration of Anna C. Crary            Page 6 of 6

Case 1:22-cv-00054-SLG  Document 137-1  Filed 04/15/24  Page 6 of 15

## ATTORNEY'S FEES SUMMARY TABLE

| Attorney | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Andrew Erickson | 231.5 | $375.00 | $86,812.50 |
| Anna C. Crary | 47.3 | $400.00 | $18,920.00 |
| John M. Sky Starkey | 78.7 | $525.00 | $41,317.50 |
| **TOTAL** | **357.5** | - | **$147,050.00** |

| Atty | Date | Hours | Description |
|------|------|-------|-------------|
| ABE | 6/3/2022 | 0.70 | Telephone conferences regarding United States v. Alaska legal strategy |
| ABE | 6/3/2022 | 0.60 | Conferences with co-counsel regarding complaint and intervention |
| ABE | 6/3/2022 | 2.00 | Draft Complaint in Intervention |
| ABE | 6/6/2022 | 1.50 | Review and analyze KRITFC Joinder in Motion for Preliminary Injunction; email client regarding same; telephone calls regarding KRITFC positions and litigation strategy; continue to draft Complaint |
| ABE | 6/7/2022 | 1.00 | Review and analyze merits outline; continue to research legal claims |
| ABE | 6/7/2022 | 0.60 | Review and analyze State Opposition to Preliminary Injunction |
| ABE | 6/8/2022 | 2.30 | Teams conference with client regarding United States v. Alaska; telephone conferences with S. Starkey regarding State Opposition to Preliminary Injunction; conference with A. Crary regarding same and telephone conference with M. Neumann regarding status of AVCP intervention and other intervenors; draft memorandum regarding litigation status |
| ABE | 6/9/2022 | 4.00 | Conferences regarding litigation strategy; review and analyze pleadings and draft memorandum regarding proceedings and arguments; research and analyze ███████ and draft motion to intervene |
| ABE | 6/21/2022 | 2.50 | Review and analyze Preliminary Injunction pleadings and KRIFTC's motion to intervene and State's opposition; attend preliminary injunction hearing |
| ABE | 6/21/2022 | 0.70 | Review and analyze State's Answer and Counterclaims |
| ABE | 6/22/2022 | 1.10 | Telephone conversations with ███████ regarding State's Answer and counter claims; conference with ███ regarding intervention strategy; revise and edit motion to intervene |
| ABE | 6/23/2022 | 1.60 | Conference with co-counsel ███████ continue to draft Complaint in Intervention |
| ABE | 6/24/2022 | 4.00 | Continue to draft Complaint in Intervention |
| ABE | 6/29/2022 | 0.60 | Review and edit memorandum in support of motion to intervene; telephone call with A. Peterson regarding intervention |
| ABE | 6/30/2022 | 0.20 | Emails with A. Peterson regarding State's position on intervention |
| ABE | 7/11/2022 | 0.30 | Review and analyze ███████; email client regarding same |
| ABE | 7/18/2022 | 1.90 | Review and analyze State's Opposition to Ahtna's Motion to Intervene; conferences regarding same; research and analyze ███████ |
| ABE | 7/19/2022 | 2.40 | Continue to research and analyze ███████ |
| ABE | 7/20/2022 | 3.00 | Revise and edit Reply in Support of Motion to Intervene |
| ABE | 7/21/2022 | 1.40 | Review edits from ███████; revise and edit Reply in Support of Motion to Intervene; email client regarding same |
| ABE | 7/22/2022 | 2.50 | Revise and edit Reply in Support of Motion to Intervene |
| ABE | 7/29/2022 | 0.50 | Review and analyze Order granting Ahtna motion to intervene; telephone conferences with client regarding same |
| ABE | 8/1/2022 | 0.70 | Review and analyze proposed Rule 26 Planning Report; Teams meeting with ███████ |
| ABE | 8/2/2022 | 1.00 | Review and analyze edits to Rule 26 Report; emails with counsel regarding same; draft Rule 7.1 Disclosure Statement |
| ABE | 8/9/2022 | 0.30 | Review and analyze Initial Case Scheduling and Planning Order; email client regarding same |
| ABE | 8/24/2022 | 0.10 | Email client regarding ███████ |
| ABE | 9/19/2022 | 0.70 | Draft email to ███████ regarding case update |
| ABE | 11/21/2022 | 2.70 | Review and analyze administrative record and emails regarding same between State and U.S.; emails with co-counsel regarding same |
| ABE | 12/20/2022 | 2.00 | Review and analyze State's motion to modify deadlines; email client litigation update, including administrative record discovery issues |

| | | | |
|---|---|---|---|
| ABE | 1/11/2023 | 0.50 | Review and analyze United States privilege log and motion for extension; email ▮▮▮ regarding same |
| ABE | 2/1/2023 | 0.70 | Review and edit draft Joint Stipulation regarding APA briefing schedule; emails regarding pre-trial schedule |
| ABE | 3/3/2023 | 0.40 | Telephone conference with client regarding ▮▮▮; follow-up conference with ▮▮▮ regarding same; emails with ▮▮▮ regarding same |
| ABE | 3/8/2023 | 0.10 | Emails to schedule discussion for briefing State's APA counterclaims |
| ABE | 3/20/2023 | 0.30 | Teams conference with co-counsel regarding ▮▮▮ |
| ABE | 4/10/2023 | 0.60 | Telephone conference with co-counsel regarding lawsuit and next steps; review and analyze Stipulation for dismissal of State's counter-claims; email client regarding same |
| ABE | 4/19/2023 | 0.20 | Emails with co-counsel regarding scheduling conference with other intervenors and U.S. to discuss briefing schedule |
| ABE | 4/24/2023 | 1.00 | Review scheduling emails with co-counsel; review and analyze complaints and requests for relief |
| ABE | 5/5/2023 | 0.20 | Review and analyze scheduling order; respond to emails regarding intervenor meeting |
| ABE | 5/9/2023 | 0.40 | Emails with co-counsel regarding proposed briefing schedule; telephone conference regarding same |
| ABE | 5/10/2023 | 0.10 | Email with ▮▮▮ regarding proposed briefing schedule |
| ABE | 5/12/2023 | 0.50 | Review and analyze scheduling emails between ▮▮▮ and ▮▮▮ proposed briefing schedule; email ▮▮▮ regarding same |
| ABE | 5/15/2023 | 0.40 | Review emails from ▮▮▮ regarding proposed briefing schedule; email client regarding same |
| ABE | 5/16/2023 | 0.80 | Review and analyze proposed briefing schedule and add suggested edits; email ▮▮▮ regarding same |
| ABE | 5/17/2023 | 0.40 | Emails with ▮▮▮ regarding proposed briefing schedule; edit proposed stipulation regarding briefing schedule scheudling |
| ABE | 5/18/2023 | 0.70 | Teams conference with co-counsel regarding proposed briefing schedule |
| ABE | 5/18/2023 | 0.30 | Review and edit proposed stipulation; emails with counsel regarding same |
| ABE | 5/25/2023 | 0.30 | Review and analyze scheduling order; emails with client regarding same |
| ABE | 5/26/2023 | 0.40 | Research and analyze ▮▮▮ |
| ABE | 7/6/2023 | 0.40 | Review case status and deadlines; email co=counsel regarding status of intervenors summary judgment briefs |
| ABE | 7/7/2023 | 0.20 | Emails with Intervenors regarding ▮▮▮ |
| ABE | 7/10/2023 | 0.50 | Teams conference with co-counsel regarding ▮▮▮ |
| ABE | 7/19/2023 | 0.40 | Teams conference with co-counsel regarding ▮▮▮ |
| ABE | 7/24/2023 | 1.40 | Review and analyze U.S. motion for summary judgment; email client regarding ▮▮▮ |
| ABE | 7/25/2023 | 0.50 | Teams conference with co-counsel regarding ▮▮▮ |
| ABE | 7/27/2023 | 1.00 | Teams conference with client regarding ▮▮▮; draft paragraphs regarding harms and statewide injunction; review and analyze draft intervenors brief |
| ABE | 8/3/2023 | 0.20 | Email client regarding ▮▮▮ |
| ABE | 8/29/2023 | 0.20 | Emails with A. Peterson regarding State request to file brief with excess pages; email ▮▮▮ |
| ABE | 9/5/2023 | 5.80 | Review and analyze State's motion for summary judgment; research and analyze ▮▮▮ |

| | | | |
|---|---|---|---|
| ABE | 9/6/2023 | 4.00 | Continue to research and analyze ████ |
| ABE | 9/7/2023 | 4.00 | Conferences with co-counsel regarding ████ continue to research and analyze ████ |
| ABE | 9/8/2023 | 7.60 | Research and analyze case law regarding ████ |
| ABE | 9/9/2023 | 4.00 | Continue to draft outline of Ahtna Combined Reply and Opposition brief and summary of fishing rights argument |
| ABE | 9/10/2023 | 3.00 | Continue to draft outline of arguments for Ahtna's Combined Reply and Opposition brief, including research and analyze ████ |
| ABE | 9/11/2023 | 4.50 | Continue to research and analyze ████; outline argument sections for brief |
| ABE | 9/12/2023 | 3.50 | Draft summary of "fishing right" argument; conference with co-counsel regarding same; review and analyze edits from S. Starkey to Ahtna brief outline |
| ABE | 9/13/2023 | 2.20 | Emails with intervenors regarding extension request; continue to draft summary of "fishing rights" argument; research and analyze ████ |
| ABE | 9/14/2023 | 1.80 | Emails with counsel regarding briefing schedule extension; research and analyze ████ |
| ABE | 9/15/2023 | 1.00 | Continue to draft summary of "fishing rights" argument |
| ABE | 9/16/2023 | 1.40 | Continue to draft summary of "fishing rights" argument, email same to S. Starkey and A. Crary; continue to research and analyze ████ |
| ABE | 9/18/2023 | 0.60 | Emails with P. Turcke and intervenor's regarding briefing schedule extension; emails with S. Starkey regarding ████ |
| ABE | 9/19/2023 | 1.60 | Research and analyze ████ |
| ABE | 9/20/2023 | 2.50 | Continue to research and analyze ████ |
| ABE | 9/21/2023 | 0.40 | Emails with intervenors and co-counsel regarding motion for extension |
| ABE | 9/22/2023 | 2.00 | Review and analyze draft motion for extension, emails with co-counsel regarding same; conferences with co-counsel regarding intervenor strategy |
| ABE | 9/25/2023 | 2.00 | Conferences with co-counsel regarding arguments, including coordinating with other intervenor's; research and analyze ████; review and analyze order granting extension for reply briefs |
| ABE | 9/26/2023 | 0.50 | Review and analyze AFN's motion to intervene |
| ABE | 9/28/2023 | 0.20 | Emails with intervenors regarding meeting to discuss strategy |
| ABE | 9/28/2023 | 3.00 | Conferences with co-counsel regarding argument |
| ABE | 10/2/2023 | 3.00 | Continue to draft and revise summary of fishing rights argument and outline of Ahtna Opposition/Reply brief; review and analyze AFN Reply brief outline; emails with intervenors |
| ABE | 10/3/2023 | 2.30 | Continue to research and analyze arguments; Zoom conference with Intervenors regarding brief strategy; telephone conference with co-counsel regarding Opposition/Reply brief outline |
| ABE | 10/4/2023 | 2.00 | Draft Reply/Opposition Brief Argument sections |
| ABE | 10/10/2023 | 2.30 | Continue to draft Reply/Opposition Brief including Argument sections |
| ABE | 10/19/2023 | 3.50 | Continue to draft Reply/Opposition Brief, including research and analyze ████ |

| | | | |
|---|---|---|---|
| ABE | 10/20/2023 | 4.00 | Continue to draft Reply/Opposition Brief, including Argument section regarding Statehood Act |
| ABE | 10/21/2023 | 5.40 | Continue to draft Reply/Opposition Brief including Argument section regarding Statehood Act |
| ABE | 10/22/2023 | 2.00 | Research and analyze ▮▮▮▮▮▮▮▮▮▮; continue to draft Reply/Opposition Brief |
| ABE | 10/23/2023 | 5.00 | Continue to draft Reply/Opposition Brief including Argument sections regarding aboriginal title and trust title; conferences regarding same |
| ABE | 10/24/2023 | 6.40 | Continue to draft Reply/Opposition Brief argument; conferences with co-counsel regarding ▮▮▮ |
| ABE | 10/25/2023 | 6.70 | Continue to draft Reply/Opposition Brief, including Introduction and Background |
| ABE | 10/26/2023 | 7.50 | Continue to draft Reply/Opposition Brief, including Background |
| ABE | 10/27/2023 | 12.00 | Continue to draft Reply/Opposition Brief, including Background sections |
| ABE | 10/28/2023 | 5.50 | Continue to draft Reply/Opposition Brief, including Background sections; review and analyze United States Brief |
| ABE | 10/29/2023 | 6.50 | Continue to draft Reply/Opposition Brief, including Argument sections |
| ABE | 10/30/2023 | 7.00 | Continue to draft Reply/Opposition Brief, including Argument sections |
| ABE | 10/31/2023 | 6.80 | Revise and edit Reply/Opposition Brief, including edits from co-counsel |
| ABE | 11/1/2023 | 7.80 | Teams meeting with Intervenors regarding briefs and strategy; review and analyze updated AFN and KRTIFC Reply briefs; continue to draft and revise Reply/Opposition Brief, including adding citations and revising arguments |
| ABE | 11/2/2023 | 7.50 | Continue to draft and revise Reply/Opposition brief, including incorporating edits from co-counsel; draft Declaration of Andrew Erickson and organize Exhibits |
| ABE | 11/3/2023 | 7.00 | Continue to draft and revise Reply/Opposition brief, including Table of Contents, Table of Authorities, editing citations and footnotes, and incorporating line edits |
| ABE | 11/6/2023 | 3.00 | Review and analyze final reply briefs from NARF, KRITFC, and AFN |
| ABE | 11/27/2023 | 0.20 | Emails with State regarding request for extension for reply brief |
| ABE | 12/22/2023 | 3.00 | Review and analyze State's Reply brief |
| ABE | 12/26/2023 | 1.50 | Continue to review and analyze State's Reply brief; email client regarding same |
| ABE | 1/8/2024 | 0.50 | Emails with Intervenors regarding oral argument; email update to client regarding same |
| ABE | 1/9/2024 | 0.30 | Emails with Intervenors regarding oral argument |
| ABE | 1/29/2024 | 0.40 | Emails with parties regarding oral argument notice |
| ABE | 1/31/2024 | 0.40 | Review and analyze State's edits to draft Notice regarding oral argument; emails with client regarding same |
| ABE | 2/1/2024 | 0.20 | Review and analyze Joint Notice Regarding Oral Argument |
| ABE | 2/5/2024 | 0.20 | Review and analyze order regarding oral argument; email client regarding same |
| | Total | 231.50 | |
| | | | |
| ACC | 6/3/2022 | 0.70 | Call with co-counsel regarding litigation status; review US Complaint, KRITFC Complaint, and motion to intervene |
| ACC | 6/8/2022 | 1.40 | Review and analyze State's opposition to motion for preliminary injunction; conference with co-counsel regarding intervention strategy |
| ACC | 6/14/2022 | 0.70 | Confer with co-counsel regarding intervention merits brief; review AVCP intervention briefing and supporting declarations |
| ACC | 6/15/2022 | 0.70 | Review draft motion to intervene; confer with co-counsel regarding intervention strategy |
| ACC | 6/15/2022 | 0.20 | Review revisions to motion to intervene |
| ACC | 6/16/2022 | 4.50 | Continue drafting and revising intervention motion |
| ACC | 6/17/2022 | 0.80 | Additional revisions to motion to intervene argument about inadequate representation of interests by existing parties |

| | | | |
|---|---|---|---|
| ACC | 6/21/2022 | 1.50 | Attend oral argument on preliminary injunction and conference with co-counsel regarding same |
| ACC | 6/22/2022 | 0.30 | Confer with co-counsel about strategy for permissive intervention and analysis of the State's litigation strategy |
| ACC | 6/22/2022 | 1.00 | Research [redacted] |
| ACC | 6/23/2022 | 1.70 | Meeting with co-counsel to discuss intervention strategy, response to affirmative defenses, and content of intervention complaint; analyze order granting US preliminary injunction |
| ACC | 6/29/2022 | 2.20 | Continue revising intervention motion; calls with attorneys for AVCP and KRITFC requesting non-opposition to the intervention motion; final revisions to complaint; draft proposed order |
| ACC | 6/30/2022 | 0.30 | Make final revisions to complaint in intervention and motion to intervene and send to client for review and approval |
| ACC | 7/1/2022 | 0.80 | Make final revisions to intervention pleadings and coordinate filing of the same |
| ACC | 7/11/2022 | 0.50 | Review [redacted] |
| ACC | 7/18/2022 | 1.00 | Review and analyze [redacted] |
| ACC | 7/20/2022 | 0.80 | Review and revise draft reply in support of Motion to Intervene and e-mails with co-counsel |
| ACC | 7/22/2022 | 0.50 | Coordinate final review and filing of reply in support of motion to intervene; e-mails with co-counsel regarding the same |
| ACC | 7/29/2022 | 0.20 | Review draft scheduling report |
| ACC | 7/29/2022 | 0.50 | Review order granting motion to intervene as of right and send to client |
| ACC | 8/1/2022 | 1.20 | Meeting with client to discuss scheduling order and order granting intervention; draft memo for Board with case update and send to client |
| ACC | 10/25/2022 | 0.60 | Review administrative record |
| ACC | 11/22/2022 | 0.30 | Review [redacted] |
| ACC | 2/1/2023 | 0.20 | Review and respond to e-mails from co-counsel seeking approval for amended APA briefing schedule; revise stipulated briefing schedule |
| ACC | 3/29/2023 | 0.20 | Review State's supplemental authority filing; research [redacted] |
| ACC | 4/5/2023 | 0.20 | Review State of Alaska stipulation to dismiss counterclaims with prejudice and confer with co-counsel regarding the same |
| ACC | 4/6/2023 | 0.10 | Review order granting stipulation to dismiss State of Alaska counterclaims with prejudice |
| ACC | 4/10/2023 | 0.40 | Confer with co-counsel regarding stipulation to dismiss counterclaims |
| ACC | 5/16/2023 | 0.20 | Review correspondence between US and State of Alaska disputing briefing schedule and scope of intervenor involvement and confer with co-counsel regarding the same |
| ACC | 5/17/2023 | 0.20 | Review proposed scheduling order and confer with co-counsel regarding the same |
| ACC | 7/24/2023 | 0.80 | Review and analyze US motion for summary judgment and confer with co-counsel about strategy for filing joinder |
| ACC | 7/25/2023 | 0.40 | Research [redacted] |
| ACC | 9/1/2023 | 0.60 | Analyze State of Alaska motion for summary judgment and attend press conference |
| ACC | 9/5/2023 | 0.20 | E-mails with co-counsel regarding opposition brief |
| ACC | 9/7/2023 | 1.00 | Meeting with co-counsel and client about State of Alaska MSJ and response strategy |
| ACC | 9/8/2023 | 0.50 | Review [redacted] |

| | | | |
|---|---|---|---|
| ACC | 9/11/2023 | 0.70 | Review brief outline and confer about brief strategy and arguments |
| ACC | 9/14/2023 | 0.10 | Review revised draft of summary judgment opposition brief outline |
| ACC | 9/18/2023 | 0.20 | Review argument and proposed motion for extension |
| ACC | 9/22/2023 | 0.10 | Review reply to opposition to request for extension of briefing deadlines |
| ACC | 9/25/2023 | 0.80 | Confer with co-counsel about reply strategy and division of arguments between intervenors |
| ACC | 9/27/2023 | 0.50 | Review AFN intervention motion and complaint; confer with co-counsel about briefing strategy |
| ACC | 10/2/2023 | 0.70 | Review and revise argument; e-mails with co-counsel regarding the same |
| ACC | 10/3/2023 | 0.70 | Review opposition to AFN's intervention; confer with A. Erickson about briefing strategy |
| ACC | 10/6/2023 | 0.40 | Review AFN reply to State's opposition to motion to intervene |
| ACC | 10/12/2023 | 0.30 | Analyze order granting AFN's motion to intervene |
| ACC | 10/23/2023 | 0.10 | E-mails with client coordinating meetings to work ▇▇▇ |
| ACC | 10/25/2023 | 1.20 | Review AFN and KRITFC briefs; attend meeting with US and intervenors to strategize brief content |
| ACC | 10/26/2023 | 0.20 | Review ▇▇▇ les |
| ACC | 10/27/2023 | 0.50 | Call with client to discuss ▇▇▇ |
| ACC | 10/28/2023 | 2.20 | Review US reply/opposition brief; review draft explanation of Ahtna historical and customary subsistence practices; research ▇▇▇ |
| ACC | 10/29/2023 | 2.20 | Review draft brief and confer with co-counsel regarding same; research ▇▇▇ |
| ACC | 10/30/2023 | 1.00 | Confer with co-counsel regarding affidavits, declarations, and Ahtna brief; review and revise affidavit of K. Martin, emails with client regarding the same |
| ACC | 10/31/2023 | 3.00 | Review updated draft brief; e-mails with co-counsel regarding the same |
| ACC | 11/1/2023 | 1.60 | Review AFN brief; attend meeting with intervenors to discuss final brief filing strategy; confer with co-counsel regarding the same; review ANCSA legislative history to identify extinguishment issues |
| ACC | 11/2/2023 | 0.70 | Review revised draft brief |
| ACC | 11/2/2023 | 1.00 | Analyze NARF brief arguments; review current Ahtna draft brief |
| ACC | 11/3/2023 | 0.30 | Confer with co-counsel about filing, oral argument |
| ACC | 12/19/2023 | 0.20 | Review and respond to State's request for non-opposition to motion to file overlength brief |
| ACC | 1/2/2024 | 1.00 | Review State MSJ reply |
| ACC | 1/24/2024 | 0.20 | Confer with co-counsel about oral argument issues |
| | **Total** | **47.30** | |
| | | | |
| JSS | 6/8/2022 | 1.70 | Review State preliminary injunction opposition; telephone call with A. Erickson regarding same; conference call with client regarding options for intervention given State arguments in preliminary injunction opposition; follow-up telephone call with A. Erickson |
| JSS | 6/10/2022 | 0.10 | Review draft email to client regarding preliminary injunction litigation; emails to A. Erickson regarding same |
| JSS | 6/13/2022 | 1.20 | Continue to review State preliminary injunction opposition; review Court's denial regarding proposed temporary restraining order and State and Federal TRO motions; revise draft outline of merits intervention brief and emails to co-counsel regarding drafting intervention motion; research ▇▇▇ |
| JSS | 6/14/2022 | 1.10 | Email client regarding AVCP and AFN intervention; review AVCP intervention pleadings; email client regarding same and to identify the persons who will be |

| | | | |
|---|---|---|---|
| | | | parties in the complaint and discussing timing issues; review KRITFC intervention pleadings; email client regarding intervention strategy |
| JSS | 6/15/2022 | 1.20 | Revise draft motion to intervene; telephone call with A. Crary regarding same; review state opposition to KRITFC motion to intervene; review US reply to preliminary injunction and email client regarding same; telephone call with co-counsel regarding revisions to intervention motion |
| JSS | 6/16/2022 | 0.20 | Review revisions to intervention motion; email co-counsel regarding same |
| JSS | 6/17/2022 | 1.40 | Revise draft Motion for intervention; email to client with draft Motion |
| JSS | 6/21/2022 | 1.00 | Attend oral argument over preliminary injunction motion; conference with co-counsel regarding same |
| JSS | 6/22/2022 | 1.80 | Telephone call with A. Erickson regarding State counterclaims and meeting with client |
| JSS | 6/23/2022 | 2.50 | Telephone call with A. Erickson and client regarding [redacted] |
| JSS | 6/29/2022 | 1.00 | Revise draft motion to intervene and complaint; exchange emails with A. Erickson regarding non-opposition of other parties and drafting motion |
| JSS | 6/30/2022 | 0.50 | Revise draft motion to intervene |
| JSS | 7/1/2022 | 0.30 | Emails and telephone conferences with co-counsel regarding filing of motion to intervene and final revisions |
| JSS | 7/18/2022 | 0.60 | Review State Opposition to Intervention; telephone conference with co-counsel regarding strategy for reply |
| JSS | 7/20/2022 | 1.50 | Revise Reply For Motion to Intervene |
| JSS | 7/29/2022 | 0.20 | Review draft scheduling conference report and email A. Crary regarding same |
| JSS | 5/9/2023 | 0.20 | Review State scheduling issues; telephone call with A. Erickson regarding same |
| JSS | 9/6/2023 | 0.70 | Telephone call with A. Erickson regarding [redacted] |
| JSS | 9/7/2023 | 2.40 | Review State summary judgment opposition and Sturgeon SCOTUS decisions; meet with A. Erickson regarding briefing strategy; conference call with co-counsel |
| JSS | 9/8/2023 | 1.50 | Conference call with co-counsel to discuss intervenor briefing strategy for Katie John challenge; meet beforehand with A. Erickson to discuss strategy for conference call; research [redacted] |
| JSS | 9/14/2023 | 0.80 | Research regarding [redacted] |
| JSS | 9/18/2023 | 0.60 | Review draft summary of argument and revise |
| JSS | 9/20/2023 | 2.20 | Meet with client regarding [redacted] |
| JSS | 9/22/2023 | 0.30 | Telephone call and text messages with [redacted] regarding Ahtna not opposing AFN motion to intervene |
| JSS | 9/25/2023 | 0.50 | Conference call with A. Erickson regarding strategy for [redacted] |
| JSS | 9/25/2023 | 0.30 | Call with A. Erickson regarding [redacted] |
| JSS | 9/25/2023 | 0.20 | Conference calls and text messages with client and co-counsel |
| JSS | 9/26/2023 | 1.00 | Review [redacted] |
| JSS | 9/27/2023 | 3.20 | Meet with A. Erickson and discuss strategy for briefing and coordinating with intervenors; emails to and from other intervenor's regarding meeting to discuss coordination; research [redacted] |
| JSS | 9/28/2023 | 0.20 | Telephone call with A. Erickson to discuss strategy for conference call with intervenors |
| JSS | 10/24/2023 | 2.50 | Conference call with client and co-counsel regarding strategy for brief; review A. Erickson summary and draft argument; review Katie John and Sturgeon decisions |
| JSS | 10/25/2023 | 3.30 | Research [redacted]; [redacted]; review AFN and KRITFC draft briefs; conference call with intervenors and [redacted] |

| | | | |
|---|---|---|---|
| | | | ▓▓▓; meet with A. Erickson to discuss strategy for brief and argument; email NARF regarding access to Katie John early litigation files; conference call with ▓▓▓ |
| JSS | 10/26/2023 | 4.90 | Review State brief and arguments; research ▓▓▓; meet with A. Erickson; review ▓▓▓ continue review of AFN draft brief; research ▓▓▓ continue review KRITFC draft brief |
| JSS | 10/27/2023 | 6.30 | Review ▓▓▓ review ANILCA; review draft section of brief; conference call with co-counsel and client regarding drafting affidavit and brief strategy |
| JSS | 10/28/2023 | 4.50 | Review and revise Ahtna brief |
| JSS | 10/29/2023 | 4.90 | Research ▓▓▓ |
| JSS | 10/30/2023 | 3.60 | Continue review of ▓▓▓ conference call with client regarding same; meet with A. Erickson regarding strategy for argument |
| JSS | 10/31/2023 | 4.30 | Revise draft brief; review ▓▓▓ comments regarding draft brief; meet with A. Erickson regarding same |
| JSS | 11/1/2023 | 5.10 | Telephone call with co-counsel and Intervenors regarding briefing strategy; meet with A. Erickson and A. Crary regarding strategy for finalizing brief; research application of ▓▓▓; research ▓▓▓ revise draft, emails to Sonosky and AFN regarding their draft briefs |
| JSS | 11/2/2023 | 6.30 | Revise brief; continue review of AFN and NARF briefs; email suggested revisions |
| JSS | 11/3/2023 | 2.60 | Search Katie John history for Katie John affidavit filing; review NARF brief; make final revisions on brief, certifications, exhibits, and declarations |
| | Total | 78.70 | |
| | Grand Total | 357.50 | |