# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THE UNITED STATES OF AMERICA,
          Plaintiff,

KUSKOKWIM RIVER INTER-TRIBAL
FISH COMMISSION, et al.,
          Intervenor-Plaintiffs,

       v.

THE STATE OF ALASKA, et al.,
          Defendants.

Case No. 1:22-cv-00054-SLG

## [PROPOSED] ORDER AWARDING ATTORNEY'S FEES

This Court, having considered Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.'s Motion for Attorney's Fees pursuant to Federal Rule of Civil Procedure 54(d)(2), Local Rule of Civil Procedure 54.2, and 16 U.S.C. § 3117, hereby GRANTS the motion. Ahtna Tene Nené and Ahtna, Inc. are awarded $147,050.00 in attorney's fees, plus reasonable fees expended to prepare and brief their attorney's fees motion.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024, at Anchorage, Alaska.


_____
The Honorable Sharon L. Gleason
United States District Judge

Case 1:22-cv-00054-SLG   Document 137-2   Filed 04/15/24   Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.


*s/ Andrew Erickson*

_____

Andrew Erickson