

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-2251
Originating Case Number: 1:22-cv-00054-SLG

Case Title: United States of America, et al. v. State of Alaska, et al.

**Monday, April 15, 2024**
State of Alaska — Mediation Questionnaire due
State of Alaska Department of Fish and Game — Mediation Questionnaire due
Doug Vincent-Lang — Mediation Questionnaire due

**Wednesday, April 17, 2024**
State of Alaska — Appeal Transcript Order Due
State of Alaska Department of Fish and Game — Appeal Transcript Order Due
Doug Vincent-Lang — Appeal Transcript Order Due

**Friday, May 17, 2024**
State of Alaska — Appeal Transcript Due
State of Alaska Department of Fish and Game — Appeal Transcript Due
Doug Vincent-Lang — Appeal Transcript Due

**Wednesday, June 26, 2024**
State of Alaska — Appeal Opening Brief Due
State of Alaska Department of Fish and Game — Appeal Opening Brief Due
Doug Vincent-Lang — Appeal Opening Brief Due

**Friday, July 26, 2024**

| | |
|---|---|
| United States of America | Appeal Answering Brief Due |
| Kuskokwim River Inter-Tribal Fish Commission | Appeal Answering Brief Due |
| Association of Village Council Presidents | Appeal Answering Brief Due |
| Betty Magnuson | Appeal Answering Brief Due |
| Ivan M. Ivan | Appeal Answering Brief Due |
| Ahtna Tene Nene | Appeal Answering Brief Due |
| Ahtna, Inc. | Appeal Answering Brief Due |
| Alaska Federation of Natives | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**