TREG TAYLOR
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Aaron C. Peterson (Alaska Bar No. 1011087)
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| KUSKOKWIM RIVER INTER-TRIBAL | ) | Case No. 1:22-cv-54 (SLG) |
| FISH COMMISSION, *et al.*, | ) | |
|     *Intervenor Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF ALASKA, *et al.*, | ) | |
|     *Defendants.* | ) | |
| | ) | |

## DEFENDANTS' NOTICE REGARDING TRANSCRIPTS

Pursuant to Ninth Circuit Rule 10-3.1(c), Defendants State of Alaska, et al., give notice that no transcript will be ordered for this action.

DATED: April 18, 2024

Respectfully Submitted,

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Margaret Paton-Walsh*

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

Margaret Paton-Walsh
(Alaska Bar No. 0411074)
Chief Assistant Attorney General
*/s/ Aaron C. Peterson*
Aaron C. Peterson
(Alaska Bar No. 1011087)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov
aaron.peterson@alaska.gov

*Attorneys for Defendants the State of Alaska, et al.*

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2024, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, serving all counsel of record.

*/s/ Margaret Paton-Walsh*
Margaret Paton-Walsh
