Nathaniel Amdur-Clark
nathaniel@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Intervenor Kuskokwim River Inter-Tribal
  Fish Commission*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.* | )<br>) Case No. 1:22-cv-00054-SLG<br>) |
| Intervenor-Plaintiffs, | )<br>) |
| v. | )<br>) |
| THE STATE OF ALASKA *et al.*, | )<br>) |
| Defendants. | )<br>) |

**KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS *ET AL.*, AND AHTNA *ET AL.*'S OPPOSITION TO MOTION TO STAY CONSIDERATION OF FEE MOTIONS**

FISH COMMISSION *ET AL.*'S OPP. TO MOT. TO STAY CONSIDERATION OF FEE MOTS.
*United States v. State of Alaska*, Case No. 1:22-cv-00054-SLG      Page 1 of 3

Case 1:22-cv-00054-SLG   Document 146   Filed 05/01/24   Page 1 of 3

Intervenor-Plaintiffs Kuskokwim River Intertribal Fish Commission ("Fish Commission"); the Association of Village Council Presidents, Betty Magnuson, and Ivan M. Ivan ("AVCP *et al.*"); and Ahtna Tene Nené and Ahtna, Inc. ("Ahtna *et al.*") oppose Defendants' Motion to Stay Consideration of Fee Motions Pending the Resolution of Appeal. For the general reasons set forth in Plaintiff-Intervenor Alaska Federation of Natives' Opposition Brief (ECF No. 145), the undersigned Intervenor-Plaintiffs agree that the State's motion to stay should be denied and the Intervenor-Plaintiffs' underlying fee motions should be promptly decided.

Respectfully submitted this 1st day of May 2024 at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
  MILLER & MONKMAN, LLP
*Counsel for Intervenor-Plaintiff*
*Kuskokwim River Inter-Tribal Fish Commission*

By:   */s/ Nathaniel Amdur-Clark*
      Nathaniel Amdur-Clark, AK Bar No. 1411111
      Whitney A. Leonard, AK Bar No. 1711064
      Lloyd B. Miller, AK Bar No. 7906040

NATIVE AMERICAN RIGHTS FUND
*Counsel for Intervenor-Plaintiffs*
*Association of Village Council Presidents,*
  *Betty Magnuson, and Ivan Ivan*

By:   */s/ Erin C. Dougherty Lynch (consent)*
      Erin C. Dougherty Lynch, AK Bar No. 0811067
      Heather R. Kendall Miller, AK Bar No. 9211084
      Matthew N. Newman, AK Bar No. 1305023
      Wesley James Furlong, AK Bar No. 1611108
      Megan R. Condon, AK Bar No. 1810096
      Sydney Tarzwell, AK Bar No. 1801001

FISH COMMISSION *ET AL.*'S OPP. TO MOT. TO STAY CONSIDERATION OF FEE MOTS.
*United States v. State of Alaska*, Case No. 1:22-cv-00054-SLG     Page 2 of 3

Case 1:22-cv-00054-SLG    Document 146    Filed 05/01/24    Page 2 of 3

LANDYE BENNET BLUMSTEIN LLP
*Counsel for Intervenor-Plaintiffs*
*Ahtna Tene Nené and Ahtna, Inc.*

By: */s/ Andrew Erickson (consent)*
    John M. Sky Starkey, AK Bar No. 8611141
    Anna C. Crary, AK Bar No. 1405020
    Andrew Erickson, AK Bar No. 1605049


AHTNA, INCORPORATED

By: */s/ Nicholas Ostrovsky (consent)*
    Nicholas Ostrovsky, Alaska Bar No. 1401004
    Ambriel Sandone, AK Bar No. 2011124


**Certificate of Service**

I certify that on May 1, 2024, a copy of the foregoing document was served via ECF on all counsel of record.

*/s/ Nathaniel Amdur-Clark*
Nathaniel Amdur-Clark

FISH COMMISSION *ET AL.*'S OPP. TO MOT. TO STAY CONSIDERATION OF FEE MOTS.
*United States v. State of Alaska*, Case No. 1:22-cv-00054-SLG      Page 3 of 3

Case 1:22-cv-00054-SLG    Document 146    Filed 05/01/24    Page 3 of 3