Jahna M. Lindemuth (AK No. 9711068)  
Scott M. Kendall (AK No. 0405019)  
Cashion Gilmore & Lindemuth  
510 L Street, Suite 601  
Anchorage, Alaska 99501  
Phone: (907) 222-7932  
Fax: (907) 222-7938  
jahna@cashiongilmore.com  
scott@cashiongilmore.com  

Nicole Borromeo (AK No. 1205031)  
Alaska Federation of Natives  
3000 A Street, Suite 210  
Anchorage, Alaska 99503  
Phone: (907) 274-3611  
Fax: (907) 276-7989  
nborromeo@nativefederation.org  

*Attorneys for Intervenor-Plaintiff Alaska Federation of Natives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-00054-SLG |

**INTERVENOR-PLAINTIFF ALASKA FEDERATION OF NATIVES'**
**NOTICE OF FILING UNPUBLISHED ORDERS**

Intervenor-Plaintiff Alaska Federation of Natives ("AFN"), by and through counsel,

and pursuant to Fed. R. App. P. 32.1(b), hereby provides notice that filed herewith are the

AFN'S NOTICE OF FILING UNPUBLISHED ORDERS  
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*  Page 1 of 2

Case 1:22-cv-00054-SLG   Document 147   Filed 05/01/24   Page 1 of 2

three unpublished orders that were cited in AFN's Motion for Attorneys' Fees filed on April 15, 2024 at Docket 133.

|  |  |
|---|---|
|  | CASHION GILMORE & LINDEMUTH<br>Attorneys for Intervenor-Plaintiff<br>Alaska Federation of Natives |
| DATE: May 1, 2024 | /s/ Jahna M. Lindemuth<br>Jahna M. Lindemuth<br>Alaska Bar No. 9711068<br>Scott M. Kendall<br>Alaska Bar No. 0405019 |
|  | ALASKA FEDERATION OF NATIVES<br>Attorneys for Intervenor-Plaintiff<br>Alaska Federation of Natives |
| DATE: May 1, 2024 | /s/ Nicole Borromeo<br>Nicole Borromeo<br>Alaska Bar No. 1205031 |

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2024, a copy of the foregoing document was served via ECF on all counsel of record.

/s/Jahna M. Lindemuth

AFN'S NOTICE OF FILING UNPUBLISHED ORDERS
*USA et al. v. State of Alaska et al., Case No. 1:22-CV-00054-SLG*  Page 2 of 2

Case 1:22-cv-00054-SLG   Document 147   Filed 05/01/24   Page 2 of 2