|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | SEP 16 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION; et al.,

    Intervenor-Plaintiffs – Appellees,

 v.

STATE OF ALASKA; et al.,

    Defendants - Appellants.

No. 24-2251

D.C. No. 1:22-cv-00054-SLG
District of Alaska, Juneau

ORDER

Appellee United States of America's unopposed motion (Docket Entry No. 31) for an extension of time to file the answering brief is granted.

The answering briefs for all appellees are due October 25, 2024. The optional reply brief is due within 21 days after service of the last-served answering brief.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT