UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

KUSKOKWIM RIVER INTER-TRIBAL
FISH COMMISSION; et al.,

             Intervenor-Plaintiffs -
Appellees,

  v.

STATE OF ALASKA; et al.,

             Defendants - Appellants.

No. 24-2251

D.C. No.
1:22-cv-00054-SLG
District of Alaska,
Juneau

ORDER

---

     Any opposition to the United States' "Opposed Motion for Continuance or

Abeyance," Dkt. 70, is due Wednesday, March 12. Any reply is due Thursday,

March 13.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT