# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 17, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Alaska, et al.
          v. United States, et al.
          No. 25-320
          (Your No. 24-2251)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2025 and placed on the docket September 17, 2025 as No. 25-320.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst