# Cashion Gilmore & Lindemuth

510 L Street Suite 300

Anchorage, AK 99501

Phone: (907)222-7932   |   Fax: (907)222-7938

## MASTER INVOICE FOR US DISTRICT COURT MATTER

Alaska Federation of Natives                     Invoice Date: February 10, 2026

## Matter: 11042-1 Alaska Federation of Natives (AFN)

**ATTORNEY FEES**

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/12/2024 | Edit motion for fees; draft declaration in support; revise engagement letter to account for Ninth Circuit fees | J.L. | 3.60 | 525.00 | $1,890.00 |
| 4/12/2024 | Incorporate final edits to motion for attorneys' fees and declaration | L.S. | .60 | 285.00 | $171.00 |
| 4/13/2024 | Exchange emails with client; forward motion and declaration to intervenor group | J.L. | .30 | 525.00 | $157.50 |
| 4/15/2024 | Final edits and proof of motion for attorneys' fees, proposed order, and declaration before filing | L.S. | .60 | 285.00 | $171.00 |
| 4/15/2024 | Finalize fee application | J.L. | .20 | 525.00 | $105.00 |
| 4/16/2024 | Exchange messages with intervenors on State's request for stay; email A. Peterson | J.L. | .30 | 525.00 | $157.50 |
| 4/17/2024 | Conduct legal research re State's request for stay of motion for attorneys' fees; prepare memo re federal civil and appellate rules and caselaw regarding attorneys' fees and appeals | L.S. | 2.70 | 285.00 | $769.50 |
| 4/17/2024 | Telephone conference with client; zoom conference with intervenors; draft email to State responding to request for stay | J.L. | 1.40 | 525.00 | $735.00 |
| 4/18/2024 | Exchange emails regarding deadlines for motion to stay | J.L. | .40 | 525.00 | $210.00 |
| 4/18/2024 | Review State's motion for extension of time and motion for stay | L.S. | .40 | 285.00 | $114.00 |
| 4/19/2024 | Conduct legal research for opposition to State motion to stay consideration of motion for attorney's fees | L.S. | .90 | 285.00 | $256.50 |
| 4/19/2024 | Draft opposition to motion to stay | J.L. | 2.80 | 525.00 | $1,470.00 |
| 4/20/2024 | Revise opposition to stay of motion for attorneys' fees; incorporate legal authorities | L.S. | 1.10 | 285.00 | $313.50 |

EXHIBIT A

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | throughout opposition | | | | |
| 4/21/2024 | Edit brief; exchange messages with client | J.L. | .90 | 525.00 | $472.50 |
| 4/22/2024 | Complete final technical review and edit of opposition to State motion to stay before circulating; review emails from counsel for other intervenor plaintiffs | L.S. | 1.30 | 285.00 | $370.50 |
| 4/22/2024 | Finalize and send out opposition to motion to stay | J.L. | .30 | 525.00 | $157.50 |
| 4/22/2024 | Review and revise Opposition to Motion for Stay | S.K. | .90 | 495.00 | $445.50 |
| 4/29/2024 | Exchange emails with intervenor group | J.L. | .20 | 525.00 | $105.00 |
| 5/1/2024 | Final review and proof of opposition to motion for stay before filing | L.S. | .40 | 285.00 | $114.00 |
| 5/1/2024 | Prepare draft notice of filing unpublished orders and prepare orders for filing; review email from State counsel regarding same; finalize notice and orders for filing | L.S. | .90 | 285.00 | $256.50 |
| 5/9/2024 | Review order from Judge Gleason re partial stay of attorneys' fees issue | L.S. | .20 | 285.00 | $57.00 |
| 5/9/2024 | Review order denying stay | J.L. | .30 | 525.00 | $157.50 |
| 5/10/2024 | Review emails from Intervenors re briefing on 3117 attorneys' fees | L.S. | .10 | 285.00 | $28.50 |
| 5/10/2024 | Exchange emails with intervenor group | J.L. | .20 | 525.00 | $105.00 |
| 5/14/2024 | Confer with Jahna Lindemuth regarding motion for attorney's fees briefing and legal research | L.S. | .20 | 285.00 | $57.00 |
| 5/14/2024 | Conduct legislative history research regarding 16 USC 3117 for attorney's fees briefing | L.S. | 1.30 | 285.00 | $370.50 |
| 5/15/2024 | Confer with Jahna Lindemuth regarding attorneys' fees briefing and legislative history research; attend call with Intervenors regarding attorneys' fees reply briefing | L.S. | .80 | 285.00 | $228.00 |
| 5/15/2024 | Review legislative history and forward to team; prepare for and attend meeting with intervenors to coordinate briefing | J.L. | .60 | 525.00 | $315.00 |
| 5/20/2024 | Review opposition to motion for fees | J.L. | .30 | 525.00 | $157.50 |
| 5/21/2024 | Confer with Jahna Lindemuth regarding reply to State's opposition to motion for attorneys' fees | L.S. | .20 | 285.00 | $57.00 |
| 5/21/2024 | Exchange emails with intervenors on reply | J.L. | .20 | 525.00 | $105.00 |
| 5/22/2024 | Evaluate cited authorities in Defendants' Opposition to Motion for Attorneys' Fees; draft reply to Defendants' Opposition and add citations throughout | L.S. | 4.90 | 285.00 | $1,396.50 |
| 5/22/2024 | Confer with L. Sherman on brief; telephone conference with N. Borromeo | J.L. | .30 | 525.00 | $157.50 |
| 5/23/2024 | Complete drafting reply brief to motion for attorneys' fees; edit entire draft and | L.S. | 3.50 | 285.00 | $997.50 |

EXHIBIT A
Page 2 of 5

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | incorporate further legal research | | | | |
| 5/23/2024 | Edit reply in support of attorneys' fees | J.L. | 1.40 | 525.00 | $735.00 |
| 5/23/2024 | Review Reply in Support of Motion for Attorneys' Fees | S.K. | .80 | 495.00 | $396.00 |
| 5/24/2024 | Send draft reply to client for feedback; incorporate edits from litigation team in reply brief; review emails from counsel for fellow intervenors | L.S. | 2.20 | 285.00 | $627.00 |
| 5/24/2024 | Edit and circulate reply brief to intervenors | J.L. | .30 | 525.00 | $157.50 |
| 5/26/2024 | Review emails and suggested edits to reply briefing from counsel for fellow intervenors | L.S. | .20 | 285.00 | $57.00 |
| 5/26/2024 | Review edits from intervenors; confer with client | J.L. | .30 | 525.00 | $157.50 |
| 5/27/2024 | Draft email to intervenors regarding joint brief; review edits from NARF | J.L. | .40 | 525.00 | $210.00 |
| 5/27/2024 | Review emails from counsel for Intervenors regarding joinder to reply brief | L.S. | .20 | 285.00 | $57.00 |
| 5/28/2024 | Review email from counsel for Ahtna regarding filing separate reply brief; review emails with final edits to joint brief; complete final conforming edits and proof for joint reply | L.S. | 1.70 | 285.00 | $484.50 |
| 5/28/2024 | Finalize and file reply brief; confer with intervenors | J.L. | 1.40 | 525.00 | $735.00 |
| 5/29/2024 | Telephone conference with L. Miller; update team | J.L. | .20 | 525.00 | $105.00 |
| 5/29/2024 | Review AHTNA's Reply regarding attorneys' fees; communicate with Ms. Borromeo and Ms. Lindemuth; | S.K. | .40 | 495.00 | $198.00 |
| 6/6/2024 | Review Court Order addressing entitlement to legal fees under Section 807 | L.S. | .30 | 285.00 | $85.50 |
| 6/6/2024 | Review order; confer with team | J.L. | .70 | 525.00 | $367.50 |
| 6/6/2024 | Review order on attorneys' fees | S.K. | .30 | 495.00 | $148.50 |
| 10/28/2025 | Edit notice to court regarding fees; exchange emails with State and Intervenors regarding same | J.L. | .80 | 525.00 | $420.00 |
| 10/29/2025 | Review and approve edits to stipulation | J.L. | .20 | 525.00 | $105.00 |
| 10/31/2025 | Review and approve of Notice of Stipulation regarding Attorneys' Fees | S.K. | .40 | 495.00 | $198.00 |
| 1/14/2026 | Correspond with J. Lindemuth, S. Kendall, and T. Cowles regarding attorney's fees | S.S. | .50 | 265.00 | $132.50 |
| 1/14/2026 | Research deadlines of fees; draft email to Intervenor group | J.L. | .60 | 525.00 | $315.00 |
| 1/16/2026 | Review and edit draft joint status report; draft emails to Intervenor Group regarding same; review additional edits; email team | J.L. | 1.10 | 525.00 | $577.50 |
| 1/17/2026 | Review email from State; draft email to intervenor team | J.L. | .20 | 525.00 | $105.00 |

EXHIBIT A

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/20/2026 | Review fee bills; confer with J. Lindemuth regarding fee applications; confer with J. Witaschek regarding motion for attorney's fees | S.S. | .60 | 265.00 | $159.00 |
| 1/20/2026 | Review and approve State edits to status report; exchange emails with team regarding fee application | J.L. | .50 | 525.00 | $262.50 |
| 1/21/2026 | Review motions and orders regarding attorney's fees before D.C. and 9th cir.; determine fee's to include in supplemental request application; correspond with J. Lindemuth regarding the same | S.S. | 2.30 | 265.00 | $609.50 |
| 1/22/2026 | Begin drafting motion for fees | S.S. | 1.20 | 265.00 | $318.00 |
| 1/25/2026 | Draft motion for attorney's fees | S.S. | .80 | 265.00 | $212.00 |
| 1/26/2026 | Draft attorneys' fee motion and affidavit in support of motion; correspond with J. Lindemuth and J. Witaschek regarding same | S.S. | 4.00 | 265.00 | $1,060.00 |
| 1/26/2026 | Review time entries and catalog for motion for attorneys' fees | S.S. | 2.30 | 265.00 | $609.50 |
| 1/26/2026 | Review and comment on draft fee application; exchange emails with team to gather information about fees | J.L. | .70 | 525.00 | $367.50 |
| 1/27/2026 | Revise declaration in support of motion for attorneys' fees, confer with J. Lindemuth regarding same; continue formatting invoices for attorneys' fees | S.S. | 3.20 | 265.00 | $848.00 |
| 1/28/2026 | Review correspondence related to fee application | S.S. | .20 | 265.00 | $53.00 |
| 1/29/2026 | Draft exhibits B-E for to declaration in support of motion for attorney's fees | S.S. | 1.50 | 265.00 | $397.50 |
| 1/29/2026 | Exchange emails with intervenor group regarding fee applications | J.L. | .20 | 525.00 | $105.00 |
| 1/30/2026 | Update clients | J.L. | .20 | 525.00 | $105.00 |
| 2/3/2026 | Review correspondence with J. Lindemuth regarding motion for attorney's fees | S.S. | .10 | 265.00 | $26.50 |
| 2/4/2026 | Update declaration for motion for attorney's fees with supreme court specialist rates; correspond with J. Lindemuth and S. Kendall regarding the same | S.S. | .30 | 265.00 | $79.50 |
| 2/6/2026 | Review and update fee application materials; correspond with J. Lindemuth regarding same | S.S. | .50 | 265.00 | $132.50 |
| 2/6/2026 | Begin preparing supplemental fee calculations for work before the district court; correspond with J. Witasheck regarding same | S.S. | 1.10 | 265.00 | $291.50 |
| 2/9/2026 | Draft fee application and declaration | J.L. | 2.90 | 525.00 | $1,522.50 |
| 2/9/2026 | Confer with J. Lindemuth regarding updates to fee application motion, declaration, and exhibits; edit declaration; edit exhibit D; create new summary of hours exhibit for | S.S. | 1.70 | 265.00 | $450.50 |

EXHIBIT A

| Date | Description | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|---|
| | SCOTUS work | | | | |
| 2/10/2026 | Edit fee application and declaration | J.L. | 1.40 | 525.00 | $735.00 |
| 2/10/2026 | Revise motion and memorandum for fees; correspond with J. Lindemuth and J. Witaschek regarding exhibits for application; confer with J. Witaschek regarding calculations of fees; create summary table for all fees before U.S. Supreme Court | S.S. | 4.60 | 265.00 | $1,219.00 |
| 2/10/2026 | Confer with J. Lindemuth regarding latest edits to motion for attorney's fees and declaration; further revise motion and declaration | S.S. | 1.20 | 265.00 | $318.00 |
| 2/10/2026 | Prepare exhibits for fee application | J.W. | 4.00 | 175.00 | $700.00 |
| **SUBTOTAL:** | | | **84.00** | | **$29,746.00** |

**ATTORNEY FEES BY TIMEKEEPER**

| Timekeeper Billed | Hours | Rate | Total |
|---|---|---|---|
| Jahna Lindemuth | 25.80 | $525.00 | $13,545.00 |
| Lauren Sherman | 24.70 | $285.00 | $7,039.50 |
| Sara Schlesinger | 26.70 | $265.00 | $7,075.50 |
| Scott Kendall | 2.80 | $495.00 | $1,386.00 |
| Jennifer Witaschek | 4.00 | $175.00 | $700.00 |

**TOTAL $29,746.00**

EXHIBIT A