STEPHEN J. COX
ATTORNEY GENERAL

Margaret Paton-Walsh (Alaska Bar No. 0411074)
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br>     *Plaintiff*, <br><br> KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION, *et al.*, <br>     *Intervenor Plaintiffs*, <br><br> v. <br><br> STATE OF ALASKA, *et al.*, <br>     *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:22-cv-54 (SLG) |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSES TO
MOTIONS FOR FEES**

*United States v. Alaska*      Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees      1
Case 1:22-cv-00054-SLG     Document 171     Filed 02/19/26     Page 1 of 7

The State of Alaska moves for an extension of time to file its responses to all four Intervenors' motions for fees to March 26, 2026. AFN opposes the State's motion and intends to file its response by tomorrow, February 20. KRITFC, Ahtna, and AVCP take no position at this time and intend to file a response on either Friday, February 20, or Monday, February 23.

1. On April 1, 2024, the Court entered final judgment.[1] On April 3, 2024, the State appealed to the U.S. Court of Appeals for the Ninth Circuit.[2]

2. On April 15, 2024, the four sets of Intervenors filed four separate motions for fees.[3] Those motions, and their accompanying declarations, spanned 131 pages. On May 9, 2024, the Court denied the motions in part without prejudice as to the amount of fees to be awarded.[4] On June 6, 2024, the Court found that "Intervenor-Plaintiffs may seek attorney's fees pursuant to 16 U.S.C. §3117 at the conclusion of this litigation."[5]

3. On August 20, 2025, the Ninth Circuit affirmed the Court's judgment.[6] Intervenors then filed motions for fees on appeal, spanning 371 pages in total.[7] Those

---

[1] Dkt. 130.
[2] Dkt. 131.
[3] *See* Dkts. 133, 135, 137, 138.
[4] Dkt. 150.
[5] Dkt. 154 at 10.
[6] Dkt. 160.
[7] CA9.Dkts. 98, 100, 101, 102.

*United States v. Alaska*                                                                                     Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees           2
Case 1:22-cv-00054-SLG     Document 171     Filed 02/19/26     Page 2 of 7

motions were transferred to this Court.[8] On January 12, 2026, the Supreme Court denied the State's petition for a writ of certiorari.[9]

4. On January 18, 2026, counsel for the State emailed Intervenors, noting that it was "likely that we will need to seek a short extension of time to file our response briefs" to any fee motions, and asking Intervenors if they "anticipate opposing this motion." On January 20, Intervenors responded, "[we] aren't able to provide a position at this time. Please feel free to reach back out if/when you are preparing to make a specific request to the court."

5. On January 23, 2026, this Court ordered Intervenors to file or renew their fee motions by February 26, 2026.[10]

6. On February 16, 2026, AFN filed its fee motion.[11] The motion and accompanying declaration span 44 pages. The deadline for the State to file its response is March 2.

7. On February 17, 2026, counsel for the State emailed the other Intervenors to ask them when they intended to file their fee motions because the State would prefer to respond to all the fee applications at once. KRITFC said that it expects to file its motion for fees "on or shortly before the February 26 deadline." Ahtna said that it "plans to file its updated fee petition by the February 26 deadline." And AVCP said that it intends to "file

---

[8] CA9.Dkt. 104.
[9] Dkt. 165.
[10] Dkt. 167.
[11] Dkt. 169.

*United States v. Alaska*  Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees  3
Case 1:22-cv-00054-SLG    Document 171    Filed 02/19/26    Page 3 of 7

a fee request on or shortly before the February 26 deadline." Assuming the remaining fee motions are filed on February 26, the deadline under the local rules for the State to file its opposition brief is March 12.

8. The State respectfully requests that the Court extend the deadline to respond to the Intervenors' motions to March 26, 2026.

9. AFN opposes the State's motion because "any judgment against the State needs to be entered by mid-April for it to be included in the legislature's appropriation for this year's judgment bill." AFN told the State that it would support an extension to March 19, but not March 26. KRITFC, AVCP, and Ahtna take no position on the State's motion at this time.

10. A short extension of the deadline for the State to file its opposition is warranted for three reasons.

11. *First*, the attorneys principally responsible for responding to the Intervenors' motions are Michael Connolly and Steven Begakis. Between now and the existing March 2 and March 12 deadlines, counsel have multiple competing obligations, including an opening brief in the Eleventh Circuit that is due on February 23, *see Doe & Doe v. SEC*, Nos. 25-13647, 25-14016 (11th Cir.); and an opening brief in the Fifth Circuit that is due on March 11, *see Sealed Petitioner v. Sealed Respondent*, No. 25-60572 (5th Cir.). They also have a reply brief due on April 14 in *Northern Dynasty Minerals Ltd. v. EPA*, No. 24-cv-59 (D. Alaska); an intra-agency appeal to the Securities and Exchange Commission that is due on April 10; and an opening brief in the Second Circuit that is due on April 13, *see*

*United States v. Alaska*     Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees     4
Case 1:22-cv-00054-SLG     Document 171     Filed 02/19/26     Page 4 of 7

*Doe v. SEC*, No. 25-2612 (2d Cir.). Additionally, Mr. Connolly has an opening brief that is due in the Ninth Circuit on March 18 in *Wagoner v. Winkelman*, No. 25-6813 (9th Cir.).

12. *Second*, Mr. Begakis will soon be out on paternity leave. He will likely be on paternity leave for most of March, but his leave could start any day.

13. *Third*, the Intervenors will not be prejudiced by the State receiving an extension to March 26. AFN's only stated reason for opposing the State's request is its concern about "any judgment against the State need[ing] to be entered by mid-April for it to be included in the legislature's appropriation for this year's judgment bill." But the chance that the Court will decide these significant motions before mid-April is not a reason to deny the State's request. The Intervenors' applications span hundreds of pages. The State needs time to review them and to respond to the applications. And it is in the Court's and parties' interests to review all the applications and the State's responses simultaneously, likely in consolidated briefing.

14. If this were truly an urgent matter, the Intervenors should have filed their applications sooner or raised this issue with the State in January when the State previewed that it was likely to need more time to respond to the applications. The State's request for an additional two weeks to respond to the Intervenors' voluminous filings is eminently reasonable given the ongoing filing obligations it has identified and the forthcoming paternity leave of one of the State's attorneys.

For these reasons, the Court should extend the time for the State to file its responses to the Intervenors' fee motions to March 26, 2026.

*United States v. Alaska*     Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees     5

Case 1:22-cv-00054-SLG     Document 171     Filed 02/19/26     Page 5 of 7

DATED: February 19, 2026

Respectfully submitted,

STEPHEN J. COX
ATTORNEY GENERAL

By: /s/ J. Michael Connolly

J. Michael Connolly (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

Margaret Paton-Walsh
(Alaska Bar No. 0411074)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
margaret.paton-walsh@alaska.gov

*Attorneys for the State of Alaska*

*United States v. Alaska*  Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees  6
Case 1:22-cv-00054-SLG     Document 171     Filed 02/19/26     Page 6 of 7

## CERTIFICATE OF SERVICE

I certify that on February 19, 2026, I filed this document with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

*/s/ J. Michael Connolly*
J. Michael Connolly

*United States v. Alaska*     Case No.: 1:22-cv-54-SLG
Defs.' Mot. to Extend Time to File Responses to Mots. for Fees     7
Case 1:22-cv-00054-SLG    Document 171    Filed 02/19/26    Page 7 of 7