Nathaniel Amdur-Clark
nathaniel@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Intervenor Kuskokwim River Inter-Tribal
  Fish Commission*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| and | )<br>) |
| KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION *et al.* | )<br>) Case No. 1:22-cv-00054-SLG<br>) |
| Intervenor-Plaintiffs, | )<br>) |
| v. | )<br>) |
| THE STATE OF ALASKA *et al.*, | )<br>) |
| Defendants. | )<br>) |

**DECLARATION OF NATHANIEL AMDUR-CLARK**

I, Nathaniel Amdur-Clark, do hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am over the age of 21 years and am competent to testify about the matters stated herein. I know the facts stated in this Declaration on my personal knowledge, and they are true to the best of my knowledge, information and belief.

2. I am a partner in the law firm of Sonosky, Chambers, Sachse, Miller & Monkman, LLP.

3. Our firm was founded in 1976 with the purpose of representing Alaska Native and American Indian Tribes, and we have done so ever since. We have successfully represented Tribes and tribal organizations in Alaska and across the country in every possible forum, from tribal courts to state courts to the federal courts (including the district courts, courts of appeals and the Supreme Court). Our firm is recognized nationwide as a leader in the practice of federal Indian law, and to my knowledge we are the only firm in Alaska that focuses exclusively on representing Tribes and tribal interests.

4. Most of our firm's rates range between $400 to $550 per hour for partners, and less for associates and law clerks. In litigation matters relating to complex Indian law issues, we often charge between $600 per hour and $750 per hour. Our firm's standard rates and litigation-specific rates are commensurate with those customarily charged by other law firms (in Alaska and outside the state) whose attorneys have similar skill and experience.

5. I attach as Exhibit A to this declaration a summary of additional attorney's fees incurred for work in the district court on behalf of the Kuskokwim River Inter-Tribal

Fish Commission ("Fish Commission") briefing the original fee application, opposing the State's motion to stay that application, and preparing this consolidated and renewed application. This summary includes detailed descriptions of the work performed by our firm in the above-mentioned phases of this case, the amount of time incurred, and the associated fees. Where necessary, portions of the descriptions have been redacted to protect privileged and confidential material. This summary accurately reflects the attorney time worked by our firm's attorneys on this matter.

6. I attach as Exhibit B to this declaration a summary of additional attorney's fees incurred on behalf of the Fish Commission for work in the Ninth Circuit briefing the appellate fee application, including the motion to transfer the fee application from the Ninth Circuit to this Court. This summary includes detailed descriptions of the work performed by our firm on those phases of the case, the amount of time incurred, and the associated fees. Where necessary, portions of the descriptions have been redacted to protect privileged and confidential material. This summary accurately reflects the attorney time worked by our firm's attorneys on this matter.

7. I attach as Exhibit C to this declaration a summary of attorney's fees incurred for our firm's work on behalf of the Fish Commission opposing the State's certiorari petition before the Supreme Court. This summary includes detailed descriptions of the work performed by our firm in this case, the amount of time incurred, and the associated fees. Where necessary, portions of the descriptions have been redacted to protect privileged and confidential material. This summary accurately reflects the attorney time

worked by our firm's attorneys on this matter. Additional work performed on behalf of the Fish Commission by the Sidley Austin firm is reflected in Exhibit A to the declaration of Carter Phillips.

8. The rates requested for the Sonosky attorneys in the accompanying fee motion (as reflected in Exhibits A, B, and C) are as follows: $400/hour for Partners, $300/hour for Associates, and $150/hour for Law Clerks.

9. It is my opinion that all fees reflected in the attached fee summaries were necessarily and appropriately incurred.

10. The Fish Commission reserves the right to supplement this application with a request for additional fees for time spent finalizing and filing this fee motion, as well as time spent replying to any opposition to the motion or other related motion practice.

11. The legal work in this matter was principally performed by Whitney Leonard, Lloyd Miller, and me. I am a graduate of the Harvard Law School, and have practiced law in the State of Alaska since 2014, when I joined the Sonosky firm. I also spent two years as a full-time faculty member teaching Federal Indian Law at the University of Florida Levin College of Law, and I am currently an adjunct professor teaching Federal Indian Law at the Georgetown University Law Center.

12. Our firm's Alaska practice focuses on Indian law and tribal self-governance, and I have worked primarily in those fields since joining the firm. I became a partner at the firm in 2021. I have handled Indian law and tribal self-governance matters in a variety of tribal trial and appellate courts, the State of Alaska trial courts, the Alaska

Supreme Court, the United States District Courts for the District of Alaska and the District of Columbia, and this Court.

13. Ms. Leonard is a graduate of Yale Law School and clerked for the Hon. Dana Fabe, former Justice of the Alaska Supreme Court, and the Hon. Sidney R. Thomas, former Chief Judge of the Ninth Circuit. Ms. Leonard joined our firm in 2017 and has been a partner of the firm since 2023. She has handled Indian law matters in the State of Alaska trial courts and the Alaska Supreme Court; multiple federal district courts and circuit courts of appeal; and the United States Supreme Court. Since 2018, she has worked on multiple matters involving rural Alaskans' subsistence rights under the Alaska National Interest Lands Conservation Act (ANILCA), including at the federal district court, Ninth Circuit, and Supreme Court levels.

14. Mr. Miller is an honors graduate of the University of Virginia School of Law and has practiced law since 1979, following a clerkship with the late Chief Judge James M. Fitzgerald of the United States District Court for the District of Alaska. His practice has focused exclusively on representing Indian Tribes and tribal organizations, including in litigation before the trial and appellate courts for the State of Alaska, and all levels of the federal court system including numerous district courts and multiple circuit courts of appeal, and the United States Supreme Court. Mr. Miller has been deeply involved for several decades in the complex issues surrounding ANILCA subsistence rights, including participating in the seminal *Katie John* litigations and numerous cases in the federal district courts, this Court, and multiple Supreme Court proceedings. In April 2024, Mr. Miller was

honored with the Federal Bar Association's Lawrence Baca Lifetime Achievement Award for his work in service to Indian Tribes. Notable Supreme Court victories include *Cherokee Nation v. Leavitt*, 543 U.S. 631 (2005), *Salazar v. Ramah Navajo Chapter*, 567 U.S. 182 (2012), and *Becerra v. San Carlos Apache Tribe*, 602 U.S. 222 (2024).

15. This matter demanded an extraordinary amount of work because of the importance and complexity of the legal issues presented and the necessary coordination with counsel for the several appellee parties. At its base, this matter concerned interpreting a unique statute that has elicited differing readings by this Court and the judges of the Ninth Circuit over the course of three decades, not to mention two Supreme Court decisions in the *Sturgeon* litigation. It also brought in other complex questions of federal reserved water rights, congressional powers, and procedural issues like issue preclusion and judicial estoppel, as well as fast-evolving legal doctrines, such as the major questions doctrine. In addition, this matter included four intervening parties, each of which intervened as a matter of right and brought different legal theories, strategies, interests, and perspectives. The intervenors coordinated extensively to avoid repetition, advance judicial economy, and avoid over-papering the Court where at all possible. That coordination was necessarily time-consuming but was highly effective in serving those goals. At the certiorari stage, this coordination involved the drafting of two briefs representing the unique perspectives of the intervenors, as the intervenors attempted to determine whether it would be possible to file a single joint brief in opposition to the certiorari petition. These two drafts were then consolidated into a single brief.

16. This work was additionally complicated by the stance of the United States as the lead Plaintiff. The Solicitor General does not enter into joint confidentiality agreements nor otherwise share its drafts with other parties, compelling the Commission and fellow intervenors to draft their opposition as if the United States was not present in the litigation.

17. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of February 2026 at Anchorage, Alaska.

                                              */s/ Nathaniel Amdur-Clark*
                                              Nathaniel Amdur-Clark, AK Bar No. 1411111

                                              SONOSKY, CHAMBERS, SACHSE
                                                MILLER & MONKMAN, LLP
                                              *Counsel for Intervenor-Plaintiff*
                                              *Kuskokwim River Inter-Tribal Fish Commission*

**Certificate of Service**

I certify that on February 26, 2026, a copy of
the foregoing document was served via ECF on
all counsel of record.

*/s/ Nathaniel Amdur-Clark*
Nathaniel Amdur-Clark