# Time Report
Billed and Unbilled

Kuskokwim River Inter-Tribal Fish

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 04/01/2024 | AMDUR CLARK, NATHANIEL | 0.50 | 200.00 | 400.00 | Multiple communications with media members regarding the Kuskokwim River fisheries case. |
| 04/02/2024 | AMDUR CLARK, NATHANIEL | 0.20 | 80.00 | 400.00 | Multiple communications with media members regarding the Kuskokwim River fisheries case. |
| 04/12/2024 | AMDUR CLARK, NATHANIEL | 2.20 | 880.00 | 400.00 | Draft fee motion and declaration for the Kuskokwim Fisheries case; multiple communications with WAL, LBM regarding same; review redacted bills for cost report. |
| 04/14/2024 | AMDUR CLARK, NATHANIEL | 0.90 | 360.00 | 400.00 | Multiple communications with LBM, WAL regarding fee motion and cost report for the Kuskokwim Fisheries case; redact time entries for the cost report. |
| 04/17/2024 | AMDUR CLARK, NATHANIEL | 0.30 | 120.00 | 400.00 | Multiple communications with WAL, LBM regarding stay of consideration of fee motions. |
| 04/22/2024 | AMDUR CLARK, NATHANIEL | 0.60 | 240.00 | 400.00 | Review AFN draft response regarding motion to stay consideration of fee motions; emails with WAL, NARF counsel regarding same. |
| 04/26/2024 | AMDUR CLARK, NATHANIEL | 0.30 | 120.00 | 400.00 | Multiple communications with WAL regarding opposition to motion to stay consideration of fee motions. |
| 04/29/2024 | AMDUR CLARK, NATHANIEL | 0.40 | 160.00 | 400.00 | Multiple communications with WAL regarding response to motion to stay consideration of fee motions. |
| 04/30/2024 | AMDUR CLARK, NATHANIEL | 0.80 | 320.00 | 400.00 | Draft response regarding motion to stay consideration of fee motions; emails with LBM, WAL regarding same. |
| 05/10/2024 | AMDUR CLARK, NATHANIEL | 0.30 | 120.00 | 400.00 | Emails with WAL, LBM regarding motion for fees and costs. |
| 01/16/2026 | AMDUR CLARK, NATHANIEL | 0.30 | 120.00 | 400.00 | Multiple communication with litigation team regarding joint status report. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| | **NAC Total** | 6.80 | 2,720.00 | | |
| 04/01/2024 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Emails with NAC regarding reporter inquiry on summary judgment ruling; review final judgment and email staff regarding corresponding appeal deadline. |
| 04/02/2024 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Review news coverage lacking quotes from tribal intervenors; emails with NAC regarding contacting reporter. |
| 04/08/2024 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Telephone conference with NAC regarding possible fee motion; telephone conference with NARF attorney regarding same. |
| 04/09/2024 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Emails with other intervenors regarding possible fee motion. |
| 04/10/2024 | LEONARD, WHITNEY A. | 1.10 | 440.00 | 400.00 | Telephone conference with other intervenors regarding possible fee motions; follow-up emails with Sonosky team regarding same. |
| 04/11/2024 | LEONARD, WHITNEY A. | 1.50 | 600.00 | 400.00 | Review filings on fee issue in Katie John and other prior subsistence cases; take notes for use in KRITFC fee motion; emails and telephone conference with LBM and NAC regarding same; work with staff to generate billing records for declaration in support of fee motion; begin reviewing billing records for redactions. |
| 04/12/2024 | LEONARD, WHITNEY A. | 2.60 | 1,040.00 | 400.00 | Work on motion for attorney's fees and accompanying declaration and billing records; emails and telephone conference with NAC and LBM regarding same. |
| 04/14/2024 | LEONARD, WHITNEY A. | 1.30 | 520.00 | 400.00 | Review and edit latest draft of fee motion; briefly review other intervenors' draft fee motions; emails and telephone conference with NARF attorney regarding billing records for fee motions. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 04/15/2024 | LEONARD, WHITNEY A. | 2.50 | 1,000.00 | 400.00 | Work on additional redactions in billing entries to be included with fee motion; multiple emails with NAC, LBM, and staff regarding finalizing fee motion and supporting documents; work with staff to finalize and file same. |
| 04/16/2024 | LEONARD, WHITNEY A. | 0.50 | 200.00 | 400.00 | Review other intervenors' fee motions; emails with other intervenors regarding State's request to stay briefing on fee motions. |
| 04/17/2024 | LEONARD, WHITNEY A. | 1.60 | 640.00 | 400.00 | Video conference with other intervenors regarding State's proposed stay of briefing on fee motions; emails with Sonosky team and other intervenors regarding same; telephone conference with LBM regarding same; email State regarding Fish Commission's position. |
| 04/20/2024 | LEONARD, WHITNEY A. | 0.40 | 160.00 | 400.00 | Review State's recent filings on fee motions; review emails with intervenors regarding same. |
| 04/22/2024 | LEONARD, WHITNEY A. | 0.10 | 40.00 | 400.00 | Emails with other intervenors regarding opposing State's motion to stay. |
| 04/26/2024 | LEONARD, WHITNEY A. | 0.90 | 360.00 | 400.00 | Review AFN's draft opposition to State motion to stay briefing on fee issue; emails with NAC and LBM regarding possible joinder in same. |
| 04/27/2024 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Email other intervenors regarding opposition to State's motion to stay. |
| 04/29/2024 | LEONARD, WHITNEY A. | 0.40 | 160.00 | 400.00 | Emails with other intervenors, LBM, and NAC regarding joinder in AFN opposition to State's motion to stay briefing on fees. |
| 04/30/2024 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Review and edit draft joinder in AFN opposition to State's motion to stay briefing on fees; emails with other intervenors regarding possible consolidated joinder. |
| 05/01/2024 | LEONARD, WHITNEY A. | 1.20 | 480.00 | 400.00 | Revise and finalize joinder in AFN opposition to motion to stay briefing on fee motion; emails with other intervenors regarding signing onto same; work with staff to file joinder. |
| 05/09/2024 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Review court order partially denying motion to stay briefing on fees; emails with LBM and NAC regarding same. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 05/10/2024 | LEONARD, WHITNEY A. | 1.70 | 680.00 | 400.00 | Legal research on pleading standard for reply in support of fee motions; review intervenors' complaints for requests for attorneys' fees; emails with NAC, LBM, and other intervenors regarding coordinating on reply briefing. |
| 05/13/2024 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Finalize timing and send calendar invite for call with all intervenors regarding coordinating on reply briefing on fees. |
| 05/14/2024 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Confer with ZW regarding research on [redacted] as relevant to section 3117 fee entitlement. |
| 05/15/2024 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Emails with NAC regarding intervenors' discussion of work plan for reply brief in support of fee motion. |
| 05/20/2024 | LEONARD, WHITNEY A. | 0.40 | 160.00 | 400.00 | Review State opposition to intervenors' fee motions; emails with NAC and LBM regarding same; review related materials and consider arguments for reply brief. |
| 05/21/2024 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Exchange messages with LBM and other intervenors regarding coordinating on reply brief in support of motions for fees; telephone conference with LBM regarding same. |
| 05/24/2024 | LEONARD, WHITNEY A. | 0.50 | 200.00 | 400.00 | Review AFN draft reply brief in support of fee motion; telephone conference with LBM regarding same; email NARF attorneys regarding same. |
| 05/25/2024 | LEONARD, WHITNEY A. | 0.80 | 320.00 | 400.00 | Make edits on AFN draft of intervenors brief in support of fee motions; email Sonosky and NARF teams regarding same. |
| 05/26/2024 | LEONARD, WHITNEY A. | 0.50 | 200.00 | 400.00 | Make additional edits to reply brief in support of fee motions; emails with LBM and other Intervenors regarding same. |
| 05/27/2024 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Review latest edits on reply in support of fee motions; further emails with intervenors regarding same. |
| 05/28/2024 | LEONARD, WHITNEY A. | 1.00 | 400.00 | 400.00 | Review and provide comments on near-final version of joint reply brief in support of fee motions; emails with other intervenors regarding same; confer with LBM regarding possible additional edits to same. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 06/06/2024 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Review court's order partially granting motions for attorneys' fees; emails with NAC and LBM regarding same. |
| 01/12/2026 | LEONARD, WHITNEY A. | 0.50 | 200.00 | 400.00 | Emails with Sonosky and NARF attorneys regarding attorney fee applications in district court following Supreme Court denial of certiorari. |
| 01/13/2026 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Phone conference with NARF attorney regarding best approach for upcoming fee application; review related orders and deadlines. |
| 01/14/2026 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Phone conference with NAC regarding next steps on attorney fee application and related Joint Status Report; review and edit draft of joint status report regarding fee applications; emails with Sonosky and NARF teams regarding same. |
| 01/15/2026 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Phone conference with NARF attorneys regarding timing for fee submission in light of state law payment process. |
| 01/16/2026 | LEONARD, WHITNEY A. | 1.00 | 400.00 | 400.00 | Multiple emails with intervenors regarding draft status report regarding fees and proposed timing for filing fee applications; revise draft and circulate to intervenors; communications with Sonosky team regarding same. |
| 01/17/2026 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Emails with intervenors regarding latest draft of joint status report on fees; clean up draft and circulate same to counsel for State. |
| 01/20/2026 | LEONARD, WHITNEY A. | 0.40 | 160.00 | 400.00 | Emails with counsel for State and other intervenors regarding JSR on attorneys' fees; work on minor edits and finalizing JSR. |
| 01/21/2026 | LEONARD, WHITNEY A. | 0.50 | 200.00 | 400.00 | Email Sidley attorneys regarding compiling information for fee application and related considerations. |
| 01/22/2026 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Emails with Sidley team and send relevant materials regarding fee application. |
| 01/26/2026 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Communications with NAC and NARF attorney regarding status of timing decision on filing fee applications. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 01/29/2026 | LEONARD, WHITNEY A. | 0.30 | 120.00 | 400.00 | Phone conference with NAC, emails with intervenors, all regarding timing and details for fee applications. |
| 01/30/2026 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Emails with Sidley and Sonosky teams, and with other intervenors, all regarding fee applications. |
| 02/02/2026 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Emails with other intervenors and Sidley team regarding standardizing fee applications. |
| 02/03/2026 | LEONARD, WHITNEY A. | 0.40 | 160.00 | 400.00 | Emails with Sidley attorneys and other intervenors regarding fee petitions; initial review of Sidley attorneys' time records. |
| 02/04/2026 | LEONARD, WHITNEY A. | 0.80 | 320.00 | 400.00 | Emails with Sonosky and Sidley attorneys regarding fee application; begin reviewing relevant information for declarations to accompany application; compile materials and send to RQC for drafting declaration. |
| 02/05/2026 | LEONARD, WHITNEY A. | 0.20 | 80.00 | 400.00 | Confer with RQC regarding drafting Sidley declaration to accompany fee application. |
| 02/09/2026 | LEONARD, WHITNEY A. | 1.40 | 560.00 | 400.00 | Review and edit draft declaration of Sidley attorneys for fee application; review prior applications as to treatment of fees for pro bono counsel. |
| 02/11/2026 | LEONARD, WHITNEY A. | 0.60 | 240.00 | 400.00 | Emails with NAC and Sidley attorneys regarding draft declaration in support of fee application; review and edit latest version of declaration. |
| | **WAL Total** | 32.40 | $ 12,960.00 | | |
| 04/09/2024 | MILLER, LLOYD BENTON | 1.10 | 440.00 | 400.00 | Multiple emails with J. Torgerson, with NARF, with WAL, all regarding fee petition and issues regarding same. |
| 04/10/2024 | MILLER, LLOYD BENTON | 1.40 | 560.00 | 400.00 | Telephone conference with all Intervenors regarding attorney fee petition deadline, discussion regarding same; emails with J. Torgerson regarding declaration. |
| 04/11/2024 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Confer with HKM, with WAL and NAC, all regarding fee motion; review docs regarding same; emails with potential declarant regarding same. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 04/17/2024 | MILLER, LLOYD BENTON | 0.60 | 240.00 | 400.00 | Multiple emails regarding fee petition and State request for stay, regarding related matters; discuss same with WAL; research regarding new DOJ Attorney on case. |
| 04/18/2024 | MILLER, LLOYD BENTON | 0.20 | 80.00 | 400.00 | Monitor emails regarding fee motion and State motion for stay, briefing of same. |
| 04/26/2024 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Emails with NAC, WAL regarding AFN draft and possible concurrence in same to minimize duplication. |
| 04/29/2024 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Additional emails with WAL regarding AFN Attorney response to email regarding possible concurrence in stay opposition to minimize duplication. |
| 04/30/2024 | MILLER, LLOYD BENTON | 0.40 | 160.00 | 400.00 | Review and edit NAC draft concurrence in AFN opposition to stay; emails with NAC, WAL regarding same. |
| 05/10/2024 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Confer with WAL regarding upcoming joint reply to SOA fee opposition. |
| 05/21/2024 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Group emails, emails with AFN Counsel, all regarding reply in support of fee motion. |
| 05/24/2024 | MILLER, LLOYD BENTON | 1.20 | 480.00 | 400.00 | Review and consider AFN draft reply brief in support of award of attorney fees; email Team and NARF regarding same; call with WAL regarding same. |
| 05/25/2024 | MILLER, LLOYD BENTON | 0.40 | 160.00 | 400.00 | Review and suggest edits to WAL draft of edits to AFN first draft of reply brief in support of award of attorney fees. |
| 05/28/2024 | MILLER, LLOYD BENTON | 0.80 | 320.00 | 400.00 | Review and comment on latest draft reply in support of fees; critique another Intervenor's proposed edit regarding Indian canon and research same, discuss same with WAL, emails regarding same; telephone conference and emails with AFN Counsel regarding same. |
| 10/21/2025 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Call with WAL and NAC regarding next steps, including joint district court filing regarding fees. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 10/28/2025 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Emails with Team regarding fee stipulation in district court and suggest edits to same. |
| 01/22/2026 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Emails with NAC and WAL regarding data for fee motion, Sidley Austin inclusion in same. |
| 01/23/2026 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Emails with C Phillips regarding fee motion, info needed for same. |
| 01/29/2026 | MILLER, LLOYD BENTON | 0.30 | 120.00 | 400.00 | Review multiple emails regarding issues to address in fee motion. |
| | **LBM Total** | **9.10** | **$ 3,640.00** | | |
| 02/05/2026 | CUNEO, ROSALIND Q. | 0.70 | 210.00 | 300.00 | Review materials for Sidley fee declarations; draft Sidley fee declarations; discuss same with WAL. |
| 02/06/2026 | CUNEO, ROSALIND Q. | 1.50 | 450.00 | 300.00 | Draft Sidley fee declaration. |
| | **RQC Total** | **2.20** | **$ 660.00** | | |

**Time Report**

Billed and Unbilled

Kuskokwim River Inter-Tribal Fish

|  |  | Hours | Amount |
|---|---|---:|---:|
| AMDUR CLARK, NATHANIEL | PARTNER | 6.80 | 2,720.00 |
| LEONARD, WHITNEY A. | PARTNER | 32.40 | 12,960.00 |
| MILLER, LLOYD BENTON | PARTNER | 9.10 | 3,640.00 |
| CUNEO, ROSALIND Q. | ASSOCIATE | 2.20 | $ 660.00 |
|  | TOTAL | 50.50 | 19,980.00 |