# Time Report
## Billed and Unbilled
Kuskokwim River Inter-Tribal Fish

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 09/08/2025 | AMDUR CLARK, NATHANIEL | 0.20 | $ 80.00 | 400.00 | Emails with counsel for intervenors regarding coordination regarding applications for attorneys' fees. |
| 09/17/2025 | AMDUR CLARK, NATHANIEL | 1.70 | $ 680.00 | 400.00 | Review related 9th Circuit decision regarding attorneys' fees; emails with counsel for intervenors regarding same; multiple communications with LBM, WAL regarding application for attorneys' fees, opposition to cert. petition. |
| 09/24/2025 | AMDUR CLARK, NATHANIEL | 1.40 | $ 560.00 | 400.00 | Work on drafting application for attorneys fees; coordinate regarding compilation of time reports for same; work on draft declaration regarding same. |
| 09/26/2025 | AMDUR CLARK, NATHANIEL | 3.30 | $ 1,320.00 | 400.00 | Draft application for attorneys fees and associated declaration; finalize time report for same; multiple communications with LBM, WAL regarding same; multiple communications with LBM, WAL, counsel for intervenors regarding motion to transfer consideration of attorneys fees. |
| 09/29/2025 | AMDUR CLARK, NATHANIEL | 3.80 | $ 1,520.00 | 400.00 | Finalize application for attorneys' fees, declaration, time reports, motion to transfer consideration of application for attorneys' fees; multiple communications with WAL, LBM regarding same; videoconference with counsel for intervenors regarding same. |
| 10/28/2025 | AMDUR CLARK, NATHANIEL | 0.60 | $ 240.00 | 400.00 | Draft joint notice regarding fees; emails with LBM, WAL regarding same. |
| | **NAC Total** | 11.00 | $ 4,400.00 | | |
| 09/22/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Emails with LBM and NAC regarding deadline for 9th Circuit fee petition. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 09/25/2025 | LEONARD, WHITNEY A. | 0.60 | $ 240.00 | 400.00 | Emails with Sonosky team and other intervenors' counsel regarding strategic considerations relating to fee applications; phone conference with NAC and LBM regarding same and regarding time entries and finalizing fee application. |
| 09/26/2025 | LEONARD, WHITNEY A. | 1.00 | $ 400.00 | 400.00 | Review and redact time entries for fee application; emails with LBM and NAC regarding fee application; phone call with counsel for Ahtna regarding strategy and possible request to remand fees decision to district court. |
| 09/28/2025 | LEONARD, WHITNEY A. | 0.70 | $ 280.00 | 400.00 | Review and edit latest draft of 9th Circuit fee application and accompanying declaration; emails with NAC and LBM regarding same. |
| 09/29/2025 | LEONARD, WHITNEY A. | 0.50 | $ 200.00 | 400.00 | Emails and phone conference with NAC and LBM regarding fee petition and possible motion to transfer; review and edit latest version of fee petition and transfer motion. |
| 10/07/2025 | LEONARD, WHITNEY A. | 0.30 | $ 120.00 | 400.00 | Emails with NAC and LBM regarding next steps on fee motions following referral from 9th Circuit to district court. |
| 10/28/2025 | LEONARD, WHITNEY A. | 0.80 | $ 320.00 | 400.00 | Phone conference and emails with staff regarding preparing notice of lodging fee applications with district court; review and edit draft notice and stipulation; emails with NAC, LBM, and other intervenors regarding same. |
| 10/29/2025 | LEONARD, WHITNEY A. | 0.80 | $ 320.00 | 400.00 | Make further edits to draft notice regarding fee applications in light of other intervenors' edits; review filings cited in notice; emails with NAC regarding same; circulate revised version to all intervenors. |
| 10/31/2025 | LEONARD, WHITNEY A. | 0.30 | $ 120.00 | 400.00 | Emails with LBM, NAC, other intervenors, and counsel for State regarding latest version of district court notice and stipulation on fee applications. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 11/03/2025 | LEONARD, WHITNEY A. | 0.80 | $ 320.00 | 400.00 | Emails with counsel for State and other intervenors regarding finalizing district court notice regarding fees; work with staff to finalize notice and accompanying documents, and respond to logistical/filing questions regarding same. |
| 11/04/2025 | LEONARD, WHITNEY A. | 0.70 | $ 280.00 | 400.00 | Work with staff to finalize and file district court notice & stipulation regarding fee applications and accompanying exhibits; confer with staff regarding preparing chambers copy of same. |
| | **WAL Total** | 6.70 | $ 2,680.00 | | |
| 10/07/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Multiple emails with team regarding possible refiling of fee applications in the district court following remand of motions from the Ninth Circuit. |
| 12/11/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails with WAL regarding mandate issuing from Circuit. |
| | **LBM Total** | 0.60 | $ 240.00 | | |

**Time Report**

Billed and Unbilled

Kuskokwim River Inter-Tribal Fish

| | | Hours | Amount |
|---|---|---|---|
| AMDUR CLARK, NATHANIEL | PARTNER | 11.00 | $ 4,400.00 |
| LEONARD, WHITNEY A. | PARTNER | 6.70 | $ 2,680.00 |
| MILLER, LLOYD BENTON | PARTNER | 0.60 | $ 240.00 |
| | TOTAL | 18.30 | $ 7,320.00 |