# Time Report

Billed and Unbilled

Kuskokwim River Inter-Tribal Fish

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 09/12/2025 | AMDUR CLARK, NATHANIEL | 1.40 | $ 560.00 | 400.00 | Prepare for and participate in call with counsel for intervenors to coordinate strategy. |
| 09/15/2025 | AMDUR CLARK, NATHANIEL | 2.40 | $ 960.00 | 400.00 | Review State of Alaska cert. petition; multiple communications regarding same. |
| 09/16/2025 | AMDUR CLARK, NATHANIEL | 5.20 | $ 2,080.00 | 400.00 | Multiple communications and conferences with LBM, WAL, counsel for intervenors regarding strategy for response to cert. petition; multiple communications with press regarding same. |
| 09/18/2025 | AMDUR CLARK, NATHANIEL | 1.40 | $ 560.00 | 400.00 | Prepare for and participate meeting with counsel for intervenors to coordinate strategy regarding opposition to cert. petition. |
| 09/30/2025 | AMDUR CLARK, NATHANIEL | 1.50 | $ 600.00 | 400.00 | Edit draft cert. opposition; emails with LBM, WAL, Sidley Team regarding same. |
| 10/01/2025 | AMDUR CLARK, NATHANIEL | 1.40 | $ 560.00 | 400.00 | Emails with litigation team regarding amicus briefs in support of petition for certiorari; legal research regarding responses to amicus arguments in briefs in opposition to certiorari. |
| 10/06/2025 | AMDUR CLARK, NATHANIEL | 2.70 | $ 1,080.00 | 400.00 | Legal research regarding application of ANILCA definitions in other statutory contexts. |
| 10/07/2025 | AMDUR CLARK, NATHANIEL | 0.50 | $ 200.00 | 400.00 | Multiple communications with LBM, WAL regarding notice to the District Court of granted motion to transfer fee petitions. |
| 10/17/2025 | AMDUR CLARK, NATHANIEL | 2.30 | $ 920.00 | 400.00 | Review amicus briefs filed in support of petition for certiorari; emails with counsel for Alaska regarding notice to the District Court of granted motion to transfer fee applications; multiple communications regarding same. |
| 10/24/2025 | AMDUR CLARK, NATHANIEL | 2.20 | $ 880.00 | 400.00 | Prepare for and participate in meeting with LBM, WAL, Sidley team regarding responses to amicus briefs in draft brief in opposition to certiorari. |
| 10/30/2025 | AMDUR CLARK, NATHANIEL | 1.00 | $ 400.00 | 400.00 | Participate in meeting with LBM, WAL, Sidley team regarding brief in opposition to certiorari. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 11/04/2025 | AMDUR CLARK, NATHANIEL | 0.30 | $ 120.00 | 400.00 | Multiple communications regarding finalization of filing concerning fee application. |
| 11/11/2025 | AMDUR CLARK, NATHANIEL | 0.40 | $ 160.00 | 400.00 | Multiple communications with press regarding status of Kuskokwim fisheries litigation. |
| 11/12/2025 | AMDUR CLARK, NATHANIEL | 2.30 | $ 920.00 | 400.00 | Prepare for and participate in coordination call with all intervenors regarding brief in opposition to cert.; multiple communications with WAL, LBM regarding same. |
| 11/14/2025 | AMDUR CLARK, NATHANIEL | 1.20 | $ 480.00 | 400.00 | Multiple communications with LBM, WAL regarding brief in opposition to cert., extension of time for filing; review grant of extension motion; emails regarding same. |
| 11/19/2025 | AMDUR CLARK, NATHANIEL | 0.30 | $ 120.00 | 400.00 | Review draft letter to clerk; emails regarding same. |
| 11/24/2025 | AMDUR CLARK, NATHANIEL | 1.30 | $ 520.00 | 400.00 | Review draft brief in opposition to cert; multiple communications regarding same. |
| 11/25/2025 | AMDUR CLARK, NATHANIEL | 0.90 | $ 360.00 | 400.00 | Multiple communications with WAL, LBM, Sidley team regarding draft brief in opposition to cert. |
| 11/26/2025 | AMDUR CLARK, NATHANIEL | 1.00 | $ 400.00 | 400.00 | Participate in videoconference with counsel for intervenors regarding draft brief in opposition to cert. |
| 12/02/2025 | AMDUR CLARK, NATHANIEL | 1.30 | $ 520.00 | 400.00 | Review and edit draft BIO; emails with internal and Sidley team regarding same. |
| 12/05/2025 | AMDUR CLARK, NATHANIEL | 2.40 | $ 960.00 | 400.00 | Multiple communications with Sidley team and counsel for intervenors regarding finalization of the BIO; draft questions presented; multiple communications regarding same. |
| 12/08/2025 | AMDUR CLARK, NATHANIEL | 0.40 | $ 160.00 | 400.00 | Multiple communications with counsel for intervenors regarding edits to the BIO. |
| 12/10/2025 | AMDUR CLARK, NATHANIEL | 1.60 | $ 640.00 | 400.00 | Multiple communications with litigation team regarding recusal letter; interview with media regarding litigation; multiple communications regarding same. |
| 12/15/2025 | AMDUR CLARK, NATHANIEL | 0.40 | $ 160.00 | 400.00 | Prepare and send litigation update; multiple communications with litigation team regarding recusal letter. |
| 12/16/2025 | AMDUR CLARK, NATHANIEL | 0.30 | $ 120.00 | 400.00 | Emails with litigation team regarding recusal letter. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 12/17/2025 | AMDUR CLARK, NATHANIEL | 0.30 | $ 120.00 | 400.00 | Multiple emails with litigation team regarding recusal letter. |
| 01/05/2026 | AMDUR CLARK, NATHANIEL | 1.00 | $ 400.00 | 400.00 | Prepare for and participate in meeting with litigation team regarding preparation for decision on cert. |
| 01/12/2026 | AMDUR CLARK, NATHANIEL | 6.50 | $ 2,600.00 | 400.00 | Review U.S. Supreme Court denial of cert.; multiple communications with litigation team regarding same; draft and edit press release; multiple communications with press regarding same; participate in multiple meetings regarding same. |
| | **NAC Total** | 43.90 | $ 17,560.00 | | |
| 09/09/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Review recent filings and emails among intervenors regarding meeting to discuss strategy. |
| 09/15/2025 | LEONARD, WHITNEY A. | 0.60 | $ 240.00 | 400.00 | Preliminary review of newly filed petition for certiorari; review Supreme Court rules regarding deadline to respond; emails with LBM, NAC, and other intervenors regarding same. |
| 09/16/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Emails with Sonosky and Sidley teams regarding cert petition. |
| 09/17/2025 | LEONARD, WHITNEY A. | 0.30 | $ 120.00 | 400.00 | Further emails with Sonosky, Sidley, and NARF teams regarding initial reflections on cert petition and related efforts at regulatory changes; phone conference with LBM regarding same. |
| 09/18/2025 | LEONARD, WHITNEY A. | 1.10 | $ 440.00 | 400.00 | Videoconference with all intervenors regarding cert petition; communications with Sonosky team regarding same. |
| 09/19/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Emails with LBM and NAC regarding entering appearance in Supreme Court docket; emails with staff regarding docketing notice and tracking Supreme Court filings; review cert stage filings in Katie John III and emails regarding same. |
| 09/22/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Emails with staff regarding calendaring cert response deadline. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 09/28/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Review emails with Sidley firm regarding draft Brief in Opposition to certiorari and related strategy considerations. |
| 09/29/2025 | LEONARD, WHITNEY A. | 2.60 | $ 1,040.00 | 400.00 | Review and edit draft brief in opposition to certiorari; circulate edits to Sonosky and Sidley teams. |
| 09/30/2025 | LEONARD, WHITNEY A. | 1.50 | $ 600.00 | 400.00 | Emails with Sonosky and Sidley teams regarding edits on brief in opposition to certiorari; review and make minor edits on latest draft; emails with LBM, staff, and all intervenors regarding filing request for extension of time; review and edit extension request. |
| 10/01/2025 | LEONARD, WHITNEY A. | 1.30 | $ 520.00 | 400.00 | Phone conference and emails with LBM and staff regarding finalizing filing of extension request and proof of service for same; work with staff to file all necessary documents and serve on all parties; emails with staff regarding calendaring deadlines. |
| 10/02/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Review court order granting extension of time for responses to cert petition; emails with LBM, NAC, and all intervenors regarding same. |
| 10/08/2025 | LEONARD, WHITNEY A. | 0.50 | $ 200.00 | 400.00 | Confer with LBM regarding research on other statutory uses of "interests in waters"; review certiorari petition for additional research questions. |
| 10/09/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Confer and exchange emails with LBM regarding additional thoughts on cert petition and brief in opposition. |
| 10/14/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Email and phone communications with LBM and NAC regarding next steps on fee applications following transfer order. |
| 10/20/2025 | LEONARD, WHITNEY A. | 0.40 | $ 160.00 | 400.00 | Confer with RQC regarding research on impacts of "public lands" definition on other statutes/ other states. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 10/21/2025 | LEONARD, WHITNEY A. | 1.10 | $ 440.00 | 400.00 | Video conference with LBM and NAC regarding status of fee applications, amicus briefs, and next steps on brief in opposition to certiorari; emails with Sidley attorneys regarding discussing amicus briefs; review edits on draft brief in opposition to certiorari; review RQC research on amicus briefs and prior positions taken by amici in Sturgeon. |
| 10/22/2025 | LEONARD, WHITNEY A. | 0.50 | $ 200.00 | 400.00 | Emails with other intervenors regarding conferring on strategy in light of amicus briefs; emails with Sonosky and Sidley attorneys regarding same; confer with LBM regarding attorney involvement in cert opposition effort. |
| 10/23/2025 | LEONARD, WHITNEY A. | 0.40 | $ 160.00 | 400.00 | Further emails with intervenors regarding coordination on Brief in Opposition to cert and amicus briefs; send calendar invite for upcoming call. |
| 10/24/2025 | LEONARD, WHITNEY A. | 1.80 | $ 720.00 | 400.00 | Review amicus briefs in support of State; video conference with Sonosky and Sidley teams regarding amicus briefs and other strategic considerations; follow-up phone call with LBM and NARF attorney regarding strategy in light of AFN separate brief. |
| 10/27/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Emails with Sonosky and Sidley attorneys regarding strategy for coordinating with other intervenors on brief in opposition; emails with Sonosky attorneys regarding next round of edits on draft brief. |
| 10/28/2025 | LEONARD, WHITNEY A. | 0.90 | $ 360.00 | 400.00 | Emails with Sonosky and Sidley teams regarding strategy for coordinating intervenors' brief in opposition to certiorari. |
| 10/29/2025 | LEONARD, WHITNEY A. | 2.80 | $ 1,120.00 | 400.00 | Review and edit latest draft of brief in opposition to certiorari; emails with LBM and Sidley attorneys regarding same; phone conference with LBM regarding edits and next steps on brief; make additional edits, clean up and circulate brief to all intervenors. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 10/30/2025 | LEONARD, WHITNEY A. | 1.10 | $ 440.00 | 400.00 | Emails with LBM regarding edits on brief and possible further research avenues regarding interplay of federal rulemaking and congressional appropriations/ ANILCA amendments; attend videoconference with all intervenors and Supreme Court counsel regarding strategy for brief(s) in opposition; debrief with Sonosky and Sidley teams. |
| 11/02/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Emails with Sonosky and Sidley teams regarding intervenors' briefing strategy and anticipated additional extension by federal government. |
| 11/03/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Communications with all intervenors regarding next coordinating call to discuss brief(s) in opposition to certiorari. |
| 11/04/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Phone conference with NARF attorney regarding [redacted] relevant to recusal issue. |
| 11/05/2025 | LEONARD, WHITNEY A. | 0.30 | $ 120.00 | 400.00 | Phone conference with LBM regarding AFN draft brief in opposition and status of edits on our draft; follow-up e-mails with NARF and Sidley attorneys regarding same. |
| 11/10/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Emails with LBM, NAC, and intervenors regarding status of second extension request. |
| 11/12/2025 | LEONARD, WHITNEY A. | 0.80 | $ 320.00 | 400.00 | Emails with LBM, NAC, and staff regarding seeking second extension of time; phone conference with LBM regarding same; review and comment on draft extension motion; participate in coordinating call among all intervenors regarding strategy and BIO drafts; emails with NARF attorney regarding edits on KRITFC draft. |
| 11/13/2025 | LEONARD, WHITNEY A. | 0.40 | $ 160.00 | 400.00 | Review potential timing of ruling on certiorari petition; exchange messages with LBM regarding same; work with staff to calendar district court fee deadline tied to timing of Supreme Court disposition. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 11/14/2025 | LEONARD, WHITNEY A. | 0.50 | $ 200.00 | 400.00 | Emails with staff and LBM regarding finalizing and filing motion for second extension of time to file opposition to certiorari petition; phone conference with NARF attorney regarding materials on Chief Justice Roberts [redacted]. |
| 11/17/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Emails with Sonosky and Sidley teams regarding discussing latest draft of BIO. |
| 11/18/2025 | LEONARD, WHITNEY A. | 3.00 | $ 1,200.00 | 400.00 | Review and edit Ahtna BIO draft combining previous versions; phone conference with Sonosky and Sidley teams regarding same; clean up and circulate draft; video conference with all intervenors regarding draft. |
| 11/19/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Confer with NAC regarding status of BIO; review and edit draft recusal letter. |
| 11/20/2025 | LEONARD, WHITNEY A. | 0.40 | $ 160.00 | 400.00 | Further emails with LBM, NAC, and Sidley attorneys regarding recusal letter; review latest draft of letter; emails with staff regarding logistics for submittal. |
| 11/21/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Emails and phone conference with staff regarding preparations for filing recusal letter and anticipated process for BIO filing. |
| 11/25/2025 | LEONARD, WHITNEY A. | 1.00 | $ 400.00 | 400.00 | Video conference with Sonosky and Sidley teams regarding latest draft of BIO and possible recusal letter; phone conference with staff regarding address change letter. |
| 11/26/2025 | LEONARD, WHITNEY A. | 0.80 | $ 320.00 | 400.00 | Emails with Sonosky and Sidley teams in preparation for intervenor call; participate in call with all intervenors regarding BIO. |
| 12/02/2025 | LEONARD, WHITNEY A. | 2.60 | $ 1,040.00 | 400.00 | Review and edit latest draft of BIO; emails with Sonosky and Sidley attorneys regarding same. |
| 12/03/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Follow-up emails with Sonosky and Sidley attorneys regarding latest BIO draft; emails with other intervenors regarding same. |
| 12/04/2025 | LEONARD, WHITNEY A. | 0.90 | $ 360.00 | 400.00 | Exchange messages with NARF attorney regarding finalizing and filing brief in opposition; phone conference with NAC regarding same; emails with Sonosky and Sidley attorneys regarding same. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 12/05/2025 | LEONARD, WHITNEY A. | 0.70 | $ 280.00 | 400.00 | Emails with Sonosky and Sidley attorneys regarding finalizing BIO; phone conference with NAC regarding same. |
| 12/06/2025 | LEONARD, WHITNEY A. | 2.60 | $ 1,040.00 | 400.00 | Review and edit near-final version of BIO; emails with Sonosky and Sidley attorneys and other intervenors regarding same. |
| 12/07/2025 | LEONARD, WHITNEY A. | 2.50 | $ 1,000.00 | 400.00 | Review and edit cite-checked version of brief; emails and phone conference with NARF attorney regarding citations and edits. |
| 12/08/2025 | LEONARD, WHITNEY A. | 1.00 | $ 400.00 | 400.00 | Emails with all intervenors regarding final edits on BIO; implement edits in draft brief; exchange messages with NARF attorney regarding same. |
| 12/09/2025 | LEONARD, WHITNEY A. | 1.10 | $ 440.00 | 400.00 | Review and make minor edits on BIO proofs from printer; emails with NARF attorneys regarding same; review United States brief. |
| 12/10/2025 | LEONARD, WHITNEY A. | 0.30 | $ 120.00 | 400.00 | Emails with LBM, NAC, and Sidley team regarding timing for submitting possible recusal letter; confer with DOI Regional Solicitor regarding briefs in opposition, anticipated next steps, and process for communicating if certiorari is granted; email LBM and NAC regarding same. |
| 12/11/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Review order on issuance of mandate; emails with LBM regarding implications of same. |
| 12/15/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Review and file previous emails regarding filing of briefs in opposition to certiorari. |
| 12/16/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Review email from NARF attorneys regarding disclosure statement for BIO; emails with LBM and staff regarding recusal letter. |
| 12/17/2025 | LEONARD, WHITNEY A. | 0.70 | $ 280.00 | 400.00 | Emails with LBM and staff regarding recusal letter; work on edits to successive drafts of email memorandum to intervenors regarding recusal issue; review related NARF research on [redacted]. |
| 12/18/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Confer with LBM regarding final recusal letter and related matters; circulate final letter to all intervenors. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 12/29/2025 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Confer with LBM regarding discussing plan if certiorari is granted; forward materials on DOI scoping notice to LBM and NAC. |
| 12/30/2025 | LEONARD, WHITNEY A. | 0.10 | $ 40.00 | 400.00 | Coordinate call to discuss plan if certiorari is granted. |
| 01/05/2026 | LEONARD, WHITNEY A. | 0.90 | $ 360.00 | 400.00 | Phone conference with NAC and LBM regarding plans and next steps if certiorari is granted. |
| 01/07/2026 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Phone conference with LBM and NAC regarding litigation strategy. |
| 01/09/2026 | LEONARD, WHITNEY A. | 0.20 | $ 80.00 | 400.00 | Review Supreme Court order list of certiorari grants; emails with Sonosky and NARF attorneys regarding same; emails with LBM and NAC regarding drafting press release for use if certiorari is denied. |
| 01/12/2026 | LEONARD, WHITNEY A. | 1.00 | $ 400.00 | 400.00 | Review order denying certiorari; review draft press release regarding same, and emails with NAC regarding press outreach; send press release to reporter; multiple emails with Sonosky, NARF, and counsel for other intervenors regarding cert denial; review orders regarding timing for submitting fee application and status report in district court; emails regarding same. |
| | **WAL Total** | 42.50 | $ 17,000.00 | | |
| 10/02/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Work with office to complete filing regarding extension, including certificate of service. |
| 10/08/2025 | MILLER, LLOYD BENTON | 0.80 | $ 320.00 | 400.00 | Meet with associate to assign research supporting BIO. |
| 10/08/2025 | MILLER, LLOYD BENTON | 0.50 | $ 200.00 | 400.00 | Multiple emails with team regarding possible outreach to DOJ, research personnel regarding same. |
| 10/09/2025 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Consider possible new argument regarding Native "lands" response to Petition reliance on definition exception for Titles IX and XIV. |
| 10/15/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails with Earth Justice Supreme Court Counsel regarding possible support in case. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 10/17/2025 | MILLER, LLOYD BENTON | 0.90 | $ 360.00 | 400.00 | Multiple emails regarding newly filed amicus briefs; confer with RQC regarding research questions concerning Title IX/XIV issue and concerning the "federal lands" outside issue; emails with Sidley/Phillips regarding absence of a position from the SG aligning with Petitioner; research regarding same. |
| 10/21/2025 | MILLER, LLOYD BENTON | 0.50 | $ 200.00 | 400.00 | Review and consider research results on statements in prior amicus briefs by current amici supporting Alaska against KRITFC and USA. |
| 10/22/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Review new AFN resolution on subsistence for potential use in briefing; emails with all intervenors' counsel regarding Ahtna retention of Paul Clement. |
| 10/24/2025 | MILLER, LLOYD BENTON | 2.20 | $ 880.00 | 400.00 | Review amicus briefs and notes ahead of call with Sidley; participate in call and carry on follow-up tasks and discussions with WAL, HKM; additional email with full KRITFC team regarding 4 questions; consider new email from AFN regarding AFN retention of additional SCOTUS counsel, impact on planning going forward; begin next round of edits to BIO in light of amicus briefs. |
| 10/27/2025 | MILLER, LLOYD BENTON | 4.20 | $ 1,680.00 | 400.00 | Review all amicus briefs, notes, conduct research, and revise draft BIO; forward same to team. |
| 10/27/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Confer with C. Phillips regarding work with new Ahtna counsel Paul Clement. |
| 10/28/2025 | MILLER, LLOYD BENTON | 4.70 | $ 1,880.00 | 400.00 | Work on reviewing amicus briefs, notes from same; develop set of proposed amendments to the BIO, reject others, and forward to team for comment. |
| 10/28/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails with C. Phillips regarding next steps. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 10/29/2025 | MILLER, LLOYD BENTON | 1.10 | $ 440.00 | 400.00 | Review WAL suggestions in response to Sidley comments and reactions to new edits and confirm final version of a new Master; work with WAL to finalize and circulate same to full intervenor attorney group; telephone call NARF regarding timing of NARF suggestions for brief; email draft to NARF. |
| 10/30/2025 | MILLER, LLOYD BENTON | 2.30 | $ 920.00 | 400.00 | Conf call all intervenors counsel; follow up discussions with SCS team, Sidley, and various intervenors' counsel; review research concerning definition exclusion for ANCSA and Statehood Act defined terms. |
| 10/31/2025 | MILLER, LLOYD BENTON | 2.10 | $ 840.00 | 400.00 | Emails with C Phillips regarding SG plans, SG extension to Dec 9, seeking parallel extension for Co-Intervenors; advise all intervenors' counsel regarding same; work with C Phillips and V Seitz on coordination issues with other intervenors counsel; confer with AFN counsel by email. |
| 10/31/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Review and comment on draft fee stipulation in district court. |
| 11/04/2025 | MILLER, LLOYD BENTON | 0.20 | $ 80.00 | 400.00 | Email to Petitioners counsel regarding extension request to December 9. |
| 11/05/2025 | MILLER, LLOYD BENTON | 2.10 | $ 840.00 | 400.00 | Review AFN draft BIO; discuss same with co-counsel; emails with Sidley team regarding same; emails with Ahtna regarding edits to Master BIO; email with C. Phillips regarding SG; discuss next steps with Ahtna counsel S. Starkey. |
| 11/06/2025 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Emails with Alaska counsel regarding agreement to extend time to December 9; emails regarding development of new merged BIO; confer with NARF counsel regarding same. |
| 11/07/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails with Sidley regarding SG BIO. |
| 11/10/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails with all intervenors' counsel regarding extension of time to December 9. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 11/12/2025 | MILLER, LLOYD BENTON | 1.80 | $ 720.00 | 400.00 | Phone call of all four intervenor teams to discuss BIO drafts. Emails with C. Phillips regarding SG activity; emails regarding draft extension request; confer with Ahtna counsel regarding timing of an extension request, draft letter request regarding same, monitor SG parallel request. |
| 11/13/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails regarding edits to extension request letter. |
| 11/14/2025 | MILLER, LLOYD BENTON | 1.60 | $ 640.00 | 400.00 | Rev redrafted BIO combining two earlier drafts; email initial reactions regarding same; revise and direct filing of extension letter; advise all counsel regarding same and regarding Court's Order regarding same. |
| 11/17/2025 | MILLER, LLOYD BENTON | 1.50 | $ 600.00 | 400.00 | Rev VS edit of redrafted BIO combining two earlier drafts; provide additional edits and comments on same. |
| 11/18/2025 | MILLER, LLOYD BENTON | 2.20 | $ 880.00 | 400.00 | Prep for and participate in conference call with full team including Sidley regarding Ahtna draft; multiple emails and calls regarding same to refine edits; phone call with NARF regarding Ahtna draft; phone call with all intervenors' counsel; follow up email with AFN counsel regarding potential edits. |
| 11/20/2025 | MILLER, LLOYD BENTON | 0.60 | $ 240.00 | 400.00 | Multiple emails regarding draft recusal letter, successive revisions to same; circulate same to all intervenors' counsel. |
| 11/21/2025 | MILLER, LLOYD BENTON | 0.70 | $ 280.00 | 400.00 | Work on 'recusal' letter and TCs with other intervenor counsel regarding same. |
| 11/25/2025 | MILLER, LLOYD BENTON | 2.80 | $ 1,120.00 | 400.00 | Review new AFN redraft of consensus document and consider same; conference call of Sonosky lawyers and C Phillips regarding same; discussion same with NARF H Kendall. |
| 11/26/2025 | MILLER, LLOYD BENTON | 1.30 | $ 520.00 | 400.00 | Participate in meeting with all intervenors counsel to discuss strategic briefing issues; multiple pre- and post- meeting email exchanges with team. |
| 12/01/2025 | MILLER, LLOYD BENTON | 1.90 | $ 760.00 | 400.00 | Review last draft of BIO and develop and forward suggested edits and comments regarding next draft. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 12/02/2025 | MILLER, LLOYD BENTON | 1.80 | $ 720.00 | 400.00 | Emails among drafters regarding next round of edits, and review comprehensive redraft seeking to meld all versions into one; coordinate with KRITFC team members regarding same. |
| 12/03/2025 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Emails with KRITFC team members to coordinate edits to near-final draft. |
| 12/04/2025 | MILLER, LLOYD BENTON | 0.80 | $ 320.00 | 400.00 | Multiple emails regarding final proofing and shepherding of final draft to printers for and filing, regarding counter-question presented. |
| 12/06/2025 | MILLER, LLOYD BENTON | 1.20 | $ 480.00 | 400.00 | Rev draft under development for printer; multiple emails regarding final technical aspects of brief; confer with NARF lead H Kendall and E Dougherty regarding same. |
| 12/08/2025 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Exchange emails with WAL regarding technical questions regarding Totemoff discussion. |
| 12/09/2025 | MILLER, LLOYD BENTON | 1.40 | $ 560.00 | 400.00 | Rev final proof back from printer; emails among all counsel regarding nits to correct regarding same; skim SG BIO and exchange emails regarding same; email to co-counsel regarding comment on draft 'recusal' letter. |
| 12/10/2025 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Confer with co-counsel regarding next steps in SCOTUS processing of petition, dates regarding same. |
| 12/16/2025 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Renewed email to co-counsel regarding 'recusal' letter; work on same with staff, NAC and WAL; review proposed Disclosure Statement and concur in NAC approval. |
| 12/17/2025 | MILLER, LLOYD BENTON | 2.20 | $ 880.00 | 400.00 | Revise draft of 'recusal' letter per co-counsel suggestions; circulate same to all co-counsel and engage in dialogue regarding same, TC with NARF E. Dougherty regarding same. |
| 12/18/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Revise final of recusal letter and direct filing with Court. |
| 12/19/2025 | MILLER, LLOYD BENTON | 0.80 | $ 320.00 | 400.00 | Review and circulate Alaska's closing reply brief. |
| 12/23/2025 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Rev docket entry regarding transmittal of Petition to Chambers; email same to full group. |

| Date | Name | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|
| 01/07/2026 | MILLER, LLOYD BENTON | 0.30 | $ 120.00 | 400.00 | Emails with Clerk's office regarding lingering filing error, correction of same by printer. |
| 01/08/2026 | MILLER, LLOYD BENTON | 0.40 | $ 160.00 | 400.00 | Check cert Orders and confirm no Friday Order was entered in Kuskokwim case; circulate news regarding same. |
| 01/12/2026 | MILLER, LLOYD BENTON | 1.00 | $ 400.00 | 400.00 | Suggest edit to draft Press Release; review Court Order denying Alaska's cert petition; multiple emails with team members regarding same; conference with NARF counsel regarding next steps. |
| | **LBM Total** | 51.60 | $ 20,640.00 | | |
| 10/08/2025 | CUNEO, ROSALIND Q. | 0.30 | $ 90.00 | 300.00 | Discuss research regarding opposition to petition for certiorari with LBM. |
| 10/16/2025 | CUNEO, ROSALIND Q. | 2.60 | $ 780.00 | 300.00 | Research statutory claims made by State of Alaska in its petition for certiorari. |
| 10/17/2025 | CUNEO, ROSALIND Q. | 6.70 | $ 2,010.00 | 300.00 | Research Alaska National Interest Lands Conservation Act legislative history regarding statutory claims made by State of Alaska in its petition for certiorari; discuss same with LBM. |
| 10/20/2025 | CUNEO, ROSALIND Q. | 6.50 | $ 1,950.00 | 300.00 | Research and draft memorandum regarding statutory claims made by State of Alaska in its petition for certiorari; read amici briefs in support of the State of Alaska's petition; discuss matter with WAL. |
| 10/21/2025 | CUNEO, ROSALIND Q. | 5.10 | $ 1,530.00 | 300.00 | Research Alaska National Interest Lands Conservation Act legislative history regarding statutory claims made by State of Alaska in its petition for certiorari; draft memorandum regarding previous contrary positions taken by amici in support of the State of Alaska's petition for certiorari; discuss same with LBM. |
| 10/22/2025 | CUNEO, ROSALIND Q. | 3.90 | $ 1,170.00 | 300.00 | Research and draft memorandum regarding State of Alaska and amici States' claims that the Ninth Circuit's interpretation of ANILCA Title VIII will impact other states and other federal statutes. |

| Date | Name | Hours | Amount | Rate | Narrative |
|------|------|-------|--------|------|-----------|
| 10/23/2025 | CUNEO, ROSALIND Q. | 2.80 | $ 840.00 | 300.00 | Continue drafting memorandum regarding State of Alaska and amici States' claims that the Ninth Circuit's interpretation of ANILCA Title VIII will impact other states and other federal statutes. |
| 10/24/2025 | CUNEO, ROSALIND Q. | 3.30 | $ 990.00 | 300.00 | Continue drafting memorandum regarding State of Alaska and amici States' claims that the Ninth Circuit's interpretation of ANILCA Title VIII will impact other states and other federal statutes. |
| 10/27/2025 | CUNEO, ROSALIND Q. | 6.90 | $ 2,070.00 | 300.00 | Continue drafting and further research on memorandum regarding State of Alaska and amici States' claims that the Ninth Circuit's interpretation of ANILCA Title VIII will impact other states and other federal statutes. |
| 10/28/2025 | CUNEO, ROSALIND Q. | 2.00 | $ 600.00 | 300.00 | Finish drafting memorandum regarding State of Alaska and amici States' claims that the Ninth Circuit's interpretation of ANILCA Title VIII will impact other states and other federal statutes. |
| 10/29/2025 | CUNEO, ROSALIND Q. | 7.80 | $ 2,340.00 | 300.00 | Research and draft memorandum on legislative history associated with ANILCA's definition section; read draft Opposition to Petition for Certiorari. |
| 10/30/2025 | CUNEO, ROSALIND Q. | 1.30 | $ 390.00 | 300.00 | Finish drafting memorandum on legislative history associated with ANILCA's definition section; attend Intervenor's meeting to discuss brief in opposition; type meeting notes. |
| | **RQC Total** | 49.20 | $ 14,760.00 | | |

|  |  | Hours | Amount |
|---|---|---|---|
| AMDUR CLARK, NATHANIEL | PARTNER | 43.90 | $ 17,560.00 |
| LEONARD, WHITNEY A. | PARTNER | 42.50 | $ 17,000.00 |
| MILLER, LLOYD BENTON | PARTNER | 51.60 | $ 20,640.00 |
| CUNEO, ROSALIND Q. | ASSOCIATE | 49.20 | $ 14,760.00 |
|  | TOTAL | 187.20 | $ 69,960.00 |