John M. Sky Starkey, Alaska Bar No. 8611141
Andrew Erickson, Alaska Bar No. 1605049
River E.M. Sterne, Alaska Bar No. 2411108
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
(907) 276-5152
jskys@lbblawyers.com
andye@lbblawyers.com
rivers@lbblawyers.com

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL<br>FISH COMMISSION, et al.,<br> Intervenor-Plaintiffs,<br><br> v.<br><br>STATE OF ALASKA, et al.,<br> Defendants. | Case No. 1:22-cv-00054-SLG |

**DECLARATION OF JOHN M. SKY STARKEY**

I, John M. Sky Starkey, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to them.

*United States v. Alaska*  Case No. 1:22-cv-00054-SLG
Declaration of John M. Sky Starkey  Page 1 of 7

2. I am Of Counsel at the law firm of Landye Bennett Blumstein LLP and counsel for the Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc. (collectively, "Ahtna") in the above-captioned action. This declaration is submitted in support of Ahtna's Motion for Supplemental Attorney's Fees, and supplements the declarations of Anna C. Crary (Docket No. 137-1) and Andrew B. Erickson (Docket No. 162-2 at 12-17) in support of Ahtna's previous applications for attorney's fees.

3. The law firm of Landye Bennett Blumstein LLP is an Alaska-based law firm specializing in Alaska Native law, with a practice group devoted to Alaska Native subsistence law. Within this subject matter area, attorneys at Landye Bennett Blumstein LLP have successfully litigated subsistence cases arising under the Alaska Constitution, Alaska statutes, and federal statutes, including Title VIII of the Alaska National Interest Lands Conservation Act ("ANILCA").

4. I have been Of Counsel at Landye Bennett Blumstein LLP since 2014. Before that, I graduated from the University of Oregon School of Law in 1986 and have been practicing law with a specialized expertise in Alaska Native subsistence law for nearly 40 years. I have extensive litigation experience representing Alaska Natives and Alaska Native organizations in numerous cases in Alaska state and federal courts. Of particular relevance

here, I represented the Native Village of Quinhagak as the plaintiff in the companion case to the original *Katie John* litigation. I also served as counsel to the affected Alaska Tribes during their formation of the Kuskokwim River Inter-Tribal Fish Commission, and I subsequently represented the Commission in negotiations of a co-management agreement regarding Kuskokwim River salmon with the United States government.

5.      As counsel for Ahtna in this litigation, I have coordinated legal work with my co-counsel at Landye Bennett Blumstein LLP and counsel for the other Intervenors in order to avoid duplication of effort and promote efficiency. On September 15, 2025, the State of Alaska filed a Petition for Writ of Certiorari in the Supreme Court of the United States. Subsequently, Ahtna retained the law firm of Clement & Murphy, PLLC for their expertise in handling cases before the Supreme Court.

6.      In my judgment and through my experience with numerous similar cases, the amount of legal work performed was reasonable in light of the importance of the issues presented. Ahtna's attorneys spent a considerable amount of time ensuring that Ahtna secured the most effective and experienced Supreme Court practitioners available to assist in defeating the State's petition for certiorari. Ahtna's attorneys also spent substantial time assisting Supreme Court counsel, and working with the other Plaintiff-

Intervenors in this litigation, on research and revising numerous draft briefs, resulting in a final, single brief in opposition to the petition, which was ultimately successful.

7. As counsel for Ahtna, I devoted 72.9 hours to legal work in this litigation from September 15, 2025 to the present. Based on my knowledge and litigation experience, $525 per hour is a reasonable market rate and is consistent with typical rates charged by other attorneys with similar levels of skill and experience performing similar legal work.

8. Along with myself, two other attorneys from Landye Bennett Blumstein LLP devoted substantial time to representing Ahtna in this litigation after September 15, 2025. First, Andrew Erickson is a partner at Landye Bennett Blumstein LLP with extensive experience in civil litigation and Alaska Native subsistence issues. Mr. Erickson devoted 67.0 hours to legal work in this litigation from September 15, 2025 to the present. His rate for this matter is $400 per hour. Based on my knowledge and experience, $400 per hour is a reasonable market rate and is consistent with typical rates charged by other attorneys with similar levels of skill and experience performing similar legal work.

9. Second, River E.M. Sterne is an associate at Landye Bennett Blumstein LLP. Mr. Sterne devoted 57.0 hours to legal work in this litigation

from September 15, 2025 to the present. His rate for this matter is $325 per hour. Based on my knowledge and experience, $325 per hour is a reasonable market rate and is consistent with rates charged by other attorneys with similar levels of skill and experience performing similar legal work.

10. Exhibit 1 to this declaration accurately reflects the attorney time actually worked by Ahtna's attorneys from Landye Bennett Blumstein LLP (Mr. Erickson, Mr. Sterne, and myself) in this litigation from September 15, 2025 to the present (primarily proceedings before the Supreme Court). Ahtna reserves the right to supplement this application with a request for additional attorney's fees for time spent finalizing, filing, and defending this fees application against any opposition.

11. I have reviewed the time records in Exhibit 1 to ensure that any excessive, inadequately explained, duplicative, or unnecessary time was excluded. The total amount of spent by Ahtna's attorneys from Landye Bennett Blumstein LLP in this litigation from September 15, 2025 to the present was 196.9 hours, amounting to $83,598.00 at the applicable rates stated above. All of the time claimed in this Motion was necessarily and appropriately incurred.

12. Exhibit 2 to this declaration accurately reflects the attorney time and services provided by Clement & Murphy, PLLC in this litigation. The law firm of Clement & Murphy, PLLC is a Virginia-based law firm specializing in

United States Supreme Court, federal appellate, and strategic litigation. Collectively, attorneys at Clement & Murphy, PLLC have argued over 150 cases before the Supreme Court of the United States involving all manner of constitutional, statutory, and regulatory issues. Ahtna incurred a total of $62,775.00 in fees for work performed by attorneys at Clement & Murphy, PLLC.

13. Three attorneys from Clement & Murphy, PLLC devoted time to representing Ahtna in this litigation. Paul D. Clement is a partner at Clement & Murphy, PLLC with exceptional skill and experience handling cases before the Supreme Court. Mr. Clement has argued over 100 cases before the Supreme Court. Mr. Clement's rate is $2,650 per hour. Matthew Rowen is also a partner at Clement & Murphy, PLLC with extensive experience in federal appellate and Supreme Court litigation. Mr. Rowen's rate is $1,550 per hour. Finally, Camilo Garcia is an associate at Clement & Murphy, PLLC. Mr. Garcia's rate is $950 per hour.

14. Based on my knowledge and litigation experience, the rates charged by attorneys at Clement & Murphy, PLLC in this case are reasonable and consistent with market rates charged in Supreme Court cases by attorneys with comparable levels of skill and experience practicing before the Supreme Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2026      LANDYE BENNETT BLUMSTEIN LLP

*/s/ John M. Sky Starkey*

_____

John M. Sky Starkey, Alaska Bar No. 8611141

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

| Attorney | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Andrew Erickson | 67.0 | $400 | $26,800.00 |
| John M. Sky Starkey | 72.9 | $525 | $38,273.00 |
| River E.M. Sterne | 57.0 | $325 | $18,525.00 |
| **TOTAL** | **196.9** | | **$83,598.00** |

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 09/15/2025 | John Starkey | 1.2 | $525 | $630 | Research attorney fee federal rules; review 6-24-24 Judge Gleason ruling on attorney fees; conference call with A. Erickson regarding same; emails and conference calls with A. Erickson and A. Sandone regarding State filing Petition for Certiorari |
| 09/15/2025 | Andrew Erickson | 0.1 | $400 | $40 | Telephone conference with A. Sandone regarding State's Petition for Certiorari |
| 09/15/2025 | River Sterne | 0.2 | $325 | $65 | Review and analyze State petition for certiorari |
| 09/16/2025 | Andrew Erickson | 4.0 | $400 | $1,600 | Review and analyze State's Petition for Certiorari including cases cited and comparison of arguments with State's amicus brief in Sturgeon v. Frost |
| 09/16/2025 | River Sterne | 1.9 | $325 | $618 | Review and analyze State petition for certiorari (1.5); review and analyze Ninth Circuit rules regarding certiorari petitions and effect on issuance of mandate (0.4) |
| 09/17/2025 | Andrew Erickson | 2.0 | $400 | $800 | Telephone conference with S. Starkey and R. Sterne regarding Petition for Certiorari (1.4); follow-up emails regarding Supreme Court procedure and deadlines (0.6) |
| 09/17/2025 | River Sterne | 3.9 | $325 | $1,268 | Review and analyze Ninth Circuit and Supreme Court rules regarding deadlines for oppositions to certiorari petitions and motions for attorney's fees (2.5); conference call with A. Erickson and J. Starkey regarding strategy for opposition (1.4) |

| | | | | | |
|---|---|---|---|---|---|
| 09/17/2025 | John Starkey | 2.0 | $525 | $1,050 | Review Petition for Certiorari; review Supreme Court rules and practice guidelines; emails to R. Sterne and A. Erickson regarding same; conference calls with A. Erickson and R. Sterne to plan strategy for September 18 meeting with other Intervenors; emails with M. Anderson and A. Sandone regarding calling Ahtna Customary & Traditional Committee meeting to discuss Petition for Certiorari |
| 09/18/2025 | John Starkey | 2.9 | $525 | $1,523 | Continue to review Supreme Court rules; Zoom meeting with Intervenors regarding Petition for Certiorari; meet with A. Erickson and R. Sterne after Zoom meeting regarding strategy for Ahtna in the opposition; conference call with A. Sandone regarding same; Team meeting with A. Erickson, R. Sterne, A. Sandone, J. Lindemuth, and S. Kendall |
| 09/18/2025 | Andrew Erickson | 1.8 | $400 | $720 | Conferences with Intervenors' counsel regarding strategy for responding to Petition for Certiorari (0.8); follow-up conference with J. Starkey and R. Sterne regarding litigation strategy (1.0) |
| 09/18/2025 | Andrew Erickson | 0.5 | $400 | $200 | Conference with AFN counsel regarding strategy for responding to Petition for Certiorari |
| 09/18/2025 | River Sterne | 2.0 | $325 | $650 | Conference calls with Intervenors and AFN regarding strategy for certiorari opposition (1.0); conference with A. Erickson and J. Starkey regarding same (1.0) |
| 09/19/2025 | John Starkey | 2.3 | $525 | $1,208 | Research potential Supreme Court counsel; research Supreme Court articles on Petition for Certiorari Opposition Briefs; emails with A. Sandone regarding meeting with P. Clement and Customary & Traditional Committee meetings; meet with L. Miller regarding coordination on Brief in Opposition to Petition for Certiorari; emails to A. Erickson, A. Sandone, R. Sterne, J. Lindemuth, and S. Kendall regarding same; emails with A. Sandone regarding telephone meeting with potential Supreme Court counsel |
| 09/19/2025 | River Sterne | 1.0 | $325 | $325 | Call with potential outside counsel regarding certiorari opposition and potential representation (0.7); calls and emails with A. Erickson and J. Starkey regarding strategy for certiorari opposition and Supreme Court counsel (0.3) |
| 09/22/2025 | John Starkey | 1.1 | $525 | $578 | Conference call with J. Lindemuth regarding coordination on Brief in Opposition to Petition for Certiorari; emails with A. Sandone, J. Lindemuth, A. Erickson and R. Sterne regarding same; conference call with R. Sterne and potential Supreme Court counsel regarding possible Supreme Court representation; conference call with A. Erickson and R. Sterne regarding same |
| 09/22/2025 | Andrew Erickson | 0.3 | $400 | $120 | Conference with J. Starkey and R. Sterne regarding Supreme Court representation |

Exhibit 1

Page 2 of 14

| | | | | | |
|---|---|---|---|---|---|
| 09/22/2025 | River Sterne | 0.9 | $325 | $293 | Conference call with potential outside counsel regarding Supreme Court representation (0.5); conference call with J. Starkey and A. Erickson regarding strategy for certiorari opposition (0.3); emails with Supreme Court practitioners (0.1) |
| 09/23/2025 | River Sterne | 0.4 | $325 | $130 | Emails with potential outside counsel for Supreme Court (0.2); prepare time entries for attorney's fees motion (0.2) |
| 09/23/2025 | John Starkey | 1.1 | $525 | $578 | Teams meeting with M. Anderson, K. Johns, and A. Sandone to discuss strategy for Opposition to Petition for Certiorari; conference call with R. Sterne regarding potential Supreme Court counsel |
| 09/24/2025 | Andrew Erickson | 0.8 | $400 | $320 | Video-conference with P. Clement, A. Sandone, J. Starkey, and R. Sterne regarding strategy for opposition to Petition for Certiorari |
| 09/24/2025 | Andrew Erickson | 0.3 | $400 | $120 | Telephone conference with J. Starkey and R. Sterne regarding strategy for opposition to Petition for Certiorari |
| 09/24/2025 | Andrew Erickson | 0.4 | $400 | $160 | Video-conference with C. Phillips, J. Starkey, A. Sandone, and R. Sterne regarding strategy for opposition to Petition for Certiorari |
| 09/24/2025 | River Sterne | 2.1 | $325 | $683 | Prepare for and participate in call with P. Clement regarding opposition to certiorari petition (1.2); prepare for and participate in call with C. Phillips regarding opposition to certiorari petition (0.5); prepare time for attorney's fees motion (0.4) |
| 09/24/2025 | John Starkey | 4.1 | $525 | $2,153 | Review emails from L. Miller and J. Lindemuth regarding potential Supreme Court representation; email for strategy regarding call with P. Clement; conference call with A. Sandone, R. Sterne, A. Erickson, and P. Clement regarding possible representation for Supreme Court process; debrief with R. Sterne and review email to P. Clement; debrief with A. Erickson and R. Sterne and discuss strategy for call with potential Supreme Court counsel; conference call with A. Sandone, A. Erickson, R. Sterne, and potential Supreme Court counsel; debrief with A. Sandone; prepare for and meet with Ahtna Customary & Traditional Committee |
| 09/25/2025 | River Sterne | 2.5 | $325 | $813 | Work on Ninth Circuit fees motion (0.3); call with J. Starkey regarding strategy for certiorari opposition (0.4); conference call with J. Starkey and potential outside counsel (0.7); review and analyze State certiorari petition (1.1) |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/25/2025 | John Starkey | 2.8 | $525 | $1,470 | Emails and texts to A. Sandone, A. Erickson, and R. Sterne regarding results of Ahtna Customary & Traditional meeting and suggestions for strategy for Opposition to Petition for Certiorari; email NARF regarding Opposition to Petition for Certiorari strategy; email to A. Erickson regarding attorney fee petition and strategy; conference calls with R. Sterne regarding strategy for call with potential Supreme Court counsel and debrief call; conference call with potential Supreme Court counsel regarding advice on Opposition to Petition for Certiorari |
| 09/26/2025 | John Starkey | 1.2 | $525 | $630 | Emails to A. Sandone, R. Sterne, and A. Erickson regarding proposed extension of time to file Opposition to Petition for Certiorari; email to C. Phillips regarding same; emails with A. Erickson and conference call regarding attorney fee petition strategy; revise time entries for attorney fee petition and emails regarding same |
| 09/26/2025 | Andrew Erickson | 0.2 | $400 | $80 | Review and analyze letter requesting extension to file opposition to Petition for Certiorari (0.1); emails with J. Starkey and A. Sandone regarding same (0.1) |
| 09/26/2025 | Andrew Erickson | 1.0 | $400 | $400 | Research and analyze Katie John and Sturgeon certiorari petitions and amicus briefs (0.6); conference with R. Sterne regarding same (0.4) |
| 09/26/2025 | River Sterne | 0.8 | $325 | $260 | Review and analyze draft letter requesting extension to file opposition to certiorari petition (0.2); emails regarding attorney's fees motion (0.2); confer with A. Erickson regarding strategy for response to certiorari petition (0.4) |
| 09/28/2025 | Andrew Erickson | 3.8 | $400 | $1,520 | Research and analyze case cited in State's Petition for Certiorari and outline counter-arguments |
| 09/29/2025 | River Sterne | 4.3 | $325 | $1,398 | Review and analyze certiorari petition and cited cases (2.7); review and revise draft application for attorney's fees; review draft joint motion to transfer for attorney's fees (0.4); research Supreme Court cases denying certiorari where appellant challenged longstanding statutory interpretation (1.0); conference with A. Erickson regarding additional research (0.2) |
| 09/29/2025 | John Starkey | 2.0 | $525 | $1,050 | Conference calls and emails with A. Sandone, A. Erickson, and R. Sterne regarding filing for attorney fees in Ninth Circuit; conference call with Intervenors regarding same; review and revise pleadings and time records |
| 09/30/2025 | River Sterne | 1.0 | $325 | $325 | Emails with Alaska Appellate Courts Clerk regarding Totemoff appellate record (0.2); review and analyze draft Brief in Opposition (0.8) |
| 09/30/2025 | Andrew Erickson | 1.6 | $400 | $640 | Review and analyze draft Brief in Opposition to Petition for Certiorari |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/01/2025 | Andrew Erickson | 0.8 | $400 | $320 | Emails with Safari Club counsel regarding notices of amicus brief (0.4); review extension request letter from L. Miller (0.2); emails with R. Sterne regarding case law analysis (0.2) |
| 10/01/2025 | River Sterne | 0.1 | $325 | $33 | Emails with A. Sandone regarding opposition to petition for certiorari |
| 10/01/2025 | River Sterne | 0.7 | $325 | $228 | Review and analyze Totemoff case file |
| 10/02/2025 | River Sterne | 2.0 | $325 | $650 | Review and analyze draft Brief in Opposition (0.8); review and analyze Totemoff briefing (1.2) |
| 10/03/2025 | John Starkey | 0.6 | $525 | $315 | Review draft Brief in Opposition |
| 10/03/2025 | River Sterne | 3.4 | $325 | $1,105 | Confer with A. Erickson regarding Totemoff (0.5); review and analyze Totemoff briefings and opinion and US Supreme Court case law regarding definition of dicta (2.9) |
| 10/03/2025 | Andrew Erickson | 1.0 | $400 | $400 | Research and analyze case law cited in Petition for Certiorari; conference with R. Sterne regarding same |
| 10/04/2025 | John Starkey | 0.7 | $525 | $368 | Continue review of draft Brief in Opposition and responses; emails and conference call with A. Sandone and Ahtna Board regarding approval of strategy for responding to Alaska's Certiorari Petition |
| 10/06/2025 | River Sterne | 0.2 | $325 | $65 | Emails regarding attorneys' fees procedure; review and analyze order holding cases in which US is party in abeyance; conference and emails with A. Erickson regarding Totemoff |
| 10/06/2025 | Andrew Erickson | 0.7 | $400 | $280 | Research and analyze State v. Totemoff (0.5); emails with A. Sandone and J. Starkey regarding revisions to Totemoff argument in Opposition Brief (0.2) |
| 10/06/2025 | John Starkey | 0.2 | $525 | $105 | Emails to and from A. Erickson regarding Ninth Circuit Order granting motion for District Court to decide attorney's fees and State's position regarding same; emails regarding conference call with C. Phillips |
| 10/07/2025 | Andrew Erickson | 0.2 | $400 | $80 | Emails with co-counsel regarding Opposition brief |
| 10/07/2025 | River Sterne | 0.8 | $325 | $260 | Emails with client and P. Clement team regarding Brief in Opposition; research and analyze Totemoff decision and subsequent history |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/07/2025 | John Starkey | 0.4 | $525 | $210 | Emails with A. Sandone, R. Sterne, A. Erickson and P. Clement regarding conference call  meeting on October 10 and strategy for Brief in Opposition; email to P. Clement and text A. Sandone regarding introducing P. Clement to the other Intervenors |
| 10/08/2025 | River Sterne | 3.1 | $325 | $1,008 | Emails with Appellate Clerk's office regarding Totemoff post-remand proceedings (0.2); research and analyze legal scholarship on Totemoff decision (2.2); research and analyze precedential effect of alternative holdings in state supreme court cases (0.7) |
| 10/08/2025 | John Starkey | 1.5 | $525 | $788 | Begin drafting memo for P. Clement regarding suggestions for draft Brief in Opposition to Petition for Certiorari |
| 10/09/2025 | Andrew Erickson | 3.8 | $400 | $1,520 | Review and analyze Totemoff v. State case file and procedural history, confer with R. Sterne regarding same |
| 10/09/2025 | John Starkey | 2.2 | $525 | $1,155 | Continue research and drafting memorandum |
| 10/10/2025 | Andrew Erickson | 1.2 | $400 | $480 | Review, analyze, and edit draft Brief in Opposition |
| 10/10/2025 | Andrew Erickson | 0.6 | $400 | $240 | Video-conference with P. Clement, J. Starkey, A. Sandone, and R. Sterne regarding Brief in Opposition |
| 10/10/2025 | River Sterne | 1.3 | $325 | $423 | Research and analyze federal and state regulations concerning take of swimming caribou (0.7); conference call with Clement team regarding strategy for Brief in Opposition (0.6) |
| 10/10/2025 | John Starkey | 0.7 | $525 | $368 | Conference call with P. Clement, A. Sandone, A. Erickson, R. Sterne regarding Supreme Court draft Brief in Opposition and necessary work; Conference call to debrief with R. Sterne |
| 10/13/2025 | Andrew Erickson | 0.2 | $400 | $80 | Emails with A. Sandone and J. Starkey regarding Supreme Court notice and attorney's fees status |
| 10/15/2025 | River Sterne | 1.1 | $325 | $358 | Research and analyze nonsubsistence use area regulations |
| 10/16/2025 | River Sterne | 0.2 | $325 | $65 | Review and analyze state nonsubsistence use area boundaries |

Exhibit 1
Page 6 of 14

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/17/2025 | River Sterne | 2.8 | $325 | $910 | Conference call with A. Erickson and J. Starkey regarding research and strategy for Brief in Opposition (0.6); research and analyze Alaska case law citing Totemoff to uphold hunting and fishing prosecutions (0.8); research and analyze Kenaitze Ninth Circuit decision (0.9); review and analyze AIDEA amicus brief (0.5) |
| 10/17/2025 | Andrew Erickson | 1.8 | $400 | $720 | Telephone conference with R. Sterne and J. Starkey regarding Brief in Opposition strategy (0.6); review and analyze AIDEA amicus brief (0.6); draft analysis and email to co-counsel (0.6) |
| 10/20/2025 | River Sterne | 0.7 | $325 | $228 | Review and analyze amicus briefing |
| 10/24/2025 | River Sterne | 3.0 | $325 | $975 | Draft summary and analysis of Totemoff and Kenaitze cases for Brief in Opposition (1.5); review and analyze Totemoff supplemental briefs and legal scholarship regarding interplay between Totemoff and Katie John (1.5) |
| 10/27/2025 | Andrew Erickson | 4.3 | $400 | $1,720 | Review and analyze amici briefs by States and Safari Club (3.0); edit and provide comments on draft Brief in Opposition (1.3) |
| 10/27/2025 | John Starkey | 3.2 | $525 | $1,680 | Review all Amicus briefs and make notes on implications for Brief in Opposition |
| 10/28/2025 | Andrew Erickson | 2.3 | $400 | $920 | Telephone conference with R. Sterne, J. Starkey, and A. Sandone regarding Brief in Opposition strategy (1.0); review and analyze notes on amicus briefs (1.0); review and analyze Joint Notice to district court (0.3) |
| 10/28/2025 | River Sterne | 1.7 | $325 | $553 | Review and analyze amici briefs (0.7); conference call with A. Erickson, J. Starkey, and A. Sandone regarding Brief in Opposition strategy and amici briefs (1.0) |
| 10/28/2025 | John Starkey | 1.3 | $525 | $683 | Conference call with A. Sandone, A. Erickson, and R. Sterne regarding Amici briefs and preparation for meeting with other Intervenors; review attorney fee stipulation; emails to P. Clement regarding setting up conference call with M. Rowen to discuss strategy for meeting with Intervenors; continue review of Amici briefs |
| 10/29/2025 | Andrew Erickson | 1.0 | $400 | $400 | Prepare for and attend conference with A. Sandone, J. Starkey, and Clement team regarding Brief in Opposition strategy |
| 10/29/2025 | River Sterne | 3.5 | $325 | $1,138 | Review draft joint notice and stipulation regarding attorney's fees (0.3); review and revise draft Brief in Opposition (1.0); review and analyze amicus briefs (1.2); prepare analysis of Totemoff decision for Clement team (1.0) |

Exhibit 1
Page 7 of 14

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/29/2025 | John Starkey | 2.3 | $525 | $1,208 | Draft notes for conference call with P. Clement team and participate in conference call |
| 10/30/2025 | River Sterne | 1.2 | $325 | $390 | Review revised draft Brief in Opposition (0.2); participate in Intervenors' conference call (1.0) |
| 10/30/2025 | Andrew Erickson | 1.6 | $400 | $640 | Video-conference with intervenor's counsel regarding Opposition (1.0); review and analyze edits to C. Phillips draft (0.6) |
| 10/30/2025 | John Starkey | 0.7 | $525 | $368 | Participate in conference call with A. Sandone, R. Sterne, A. Erickson, P. Clement, and Intervenors |
| 11/04/2025 | River Sterne | 0.2 | $325 | $65 | Conference call with J. Starkey and A. Erickson regarding Brief in Opposition strategy and revision |
| 11/04/2025 | John Starkey | 0.2 | $525 | $105 | Emails to A. Sandone and Intervenors group regarding proposed extension for Brief in Opposition; conference call with A. Erickson and R. Sterne regarding analysis of AFN draft Brief in Opposition |
| 11/05/2025 | Andrew Erickson | 0.8 | $400 | $320 | Review and analyze draft AFN Brief in Opposition |
| 11/05/2025 | River Sterne | 1.6 | $325 | $520 | Review and analyze AFN draft Brief in Opposition; confer with A. Erickson regarding draft |
| 11/06/2025 | River Sterne | 0.4 | $325 | $130 | Emails regarding draft Brief in Opposition strategy (0.2); review and revise draft email to Clement team regarding same (0.2) |
| 11/06/2025 | John Starkey | 3.2 | $525 | $1,680 | Review AFN and Sonosky Chambers draft Brief in Opposition, analyze and make comments; emails to A. Erickson, R. Sterne, and A. Sandone regarding same and email response to P. Clement team's suggestion for melding briefs; conference call with M. Rowen regarding strategy for brief revision; follow up conference call with M. Rowen regarding same; email to Intervenors regarding same |
| 11/10/2025 | River Sterne | 0.9 | $325 | $293 | Review and analyze draft AFN Brief in Opposition |
| 11/11/2025 | River Sterne | 0.5 | $325 | $163 | Review and analyze revised draft Brief in Opposition |

Exhibit 1

Page 8 of 14

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/12/2025 | John Starkey | 2.7 | $525 | $1,418 | Emails with L. Miller regarding extension to file Brief in Opposition; email to A. Sandone, A. Erickson, and R. Sterne regarding comments to Brief in Opposition draft by; review and revise Brief in Opposition |
| 11/13/2025 | John Starkey | 5.9 | $525 | $3,098 | Continue reviewing and revising draft Brief in Opposition; research Statehood Act, Federal regulations, cases, Affidavit of D. Vincent-Lang, and draft comments and edits to draft Brief in Opposition; draft and send email to Ahtna team regarding comments to draft Brief in Opposition and process |
| 11/13/2025 | River Sterne | 1.0 | $325 | $325 | Review, analyze, and revise draft Brief in Opposition |
| 11/14/2025 | John Starkey | 3.1 | $525 | $1,628 | Continue drafting comments and revisions for draft Brief in Opposition |
| 11/14/2025 | River Sterne | 0.5 | $325 | $163 | Revise draft Brief in Opposition; review and analyze Ninth Circuit Order Resetting Deadlines |
| 11/17/2025 | John Starkey | 0.5 | $525 | $263 | Review revised draft Brief in Opposition |
| 11/18/2025 | John Starkey | 0.4 | $525 | $210 | Participate in Zoom meeting with Intervenors to discuss revised Brief in Opposition |
| 11/18/2025 | Andrew Erickson | 1.0 | $400 | $400 | Review and analyze AFN edits to draft Brief in Opposition; confer with counsel regarding litigation strategy |
| 11/19/2025 | River Sterne | 0.9 | $325 | $293 | Review and analyze Sonosky and NARF Brief in Opposition revisions |
| 11/20/2025 | River Sterne | 0.3 | $325 | $98 | Call with J. Starkey regarding current status of draft Brief in Opposition and related issues; review and analyze draft letter to Chief Justice |
| 11/21/2025 | John Starkey | 0.5 | $525 | $263 | Emails and text with L. Miller regarding draft letter to Chief Justice Roberts; conference call with M. Anderson regarding summary of AFN's briefing position; conference call with J. Lindemuth regarding AFN's draft Brief in Opposition and AFN's position on letter to Chief Justice |
| 11/22/2025 | John Starkey | 0.2 | $525 | $105 | Emails to P. Clement regarding scheduling conference call to discuss Sonosky Chambers draft letter |
| 11/24/2025 | John Starkey | 0.4 | $525 | $210 | Email P. Clement regarding strategy regarding draft letter to Chief Justice and AFN draft Brief in Opposition; email A. Erickson and R. Sterne regarding analysis of AFN draft Brief in Opposition; review AFN emails regarding draft |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Brief in Opposition and letter to Chief Justice; forward all to M. Anderson |
| 11/25/2025 | John Starkey | 2.3 | $525 | $1,208 | Draft comments on AFN draft Brief in Opposition and email Ahtna team |
| 11/26/2025 | River Sterne | 1.3 | $325 | $423 | Review and analyze draft AFN brief; participate in Intervenors call |
| 11/26/2025 | Andrew Erickson | 1.0 | $400 | $400 | Review and analyze J. Starkey edits to AFN draft Brief in Opposition |
| 11/26/2025 | Andrew Erickson | 0.7 | $400 | $280 | Teams conference regarding Brief in Opposition and letter to Chief Justice |
| 11/26/2025 | John Starkey | 1.1 | $525 | $578 | Emails to P. Clement and M. Anderson regarding preparation and strategy for Team meeting with Intervenors; participate in Teams conference call with Supreme Court counsel P. Clement team and Intervenors |
| 12/02/2025 | John Starkey | 0.9 | $525 | $473 | Review revised draft Brief in Opposition and make comments; conference call with J. Lindemuth regarding same |
| 12/03/2025 | Andrew Erickson | 0.4 | $400 | $160 | Review and analyze AFN and Sonosky edits to draft Brief in Opposition |
| 12/03/2025 | River Sterne | 0.7 | $325 | $228 | Review and revise Totemoff section of draft Brief in Opposition |
| 12/03/2025 | John Starkey | 2.7 | $525 | $1,418 | Review revisions to draft Brief in Opposition and emails to P. Clement regarding same |
| 12/05/2025 | John Starkey | 0.5 | $525 | $263 | Read AFN's email and proposed changes to draft unified Intervenors' brief, email NARF to find out about position on brief; review footnotes 12 and text of Brief in Opposition; email AFN and P. Clement regarding finalizing and filing Brief in Opposition |
| 12/05/2025 | River Sterne | 0.2 | $325 | $65 | Review and analyze NARF revisions to draft Brief in Opposition |
| 12/05/2025 | Andrew Erickson | 0.5 | $400 | $200 | Review and analyze KRITFC edits to Brief in Opposition; review and analyze NARF comments |

Exhibit 1
Page 10 of 14

| | | | | | |
|---|---|---|---|---|---|
| 12/06/2025 | John Starkey | 1.6 | $525 | $840 | Emails from NARF regarding final edits and filing process for Brief in Opposition; emails with P. Clement regarding NARF edits and incorporating Ahtna's final edits into draft; review NARF's edits; emails to NARF and P. Clement regarding Ahtna's final edits; |
| 12/07/2025 | Andrew Erickson | 0.4 | $400 | $160 | Revise and edit Brief in Opposition and email J. Starkey regarding same |
| 12/07/2025 | John Starkey | 0.4 | $525 | $210 | Review proposed edits to Brief in Opposition and comment through emails to Intervenors |
| 12/08/2025 | Andrew Erickson | 0.4 | $400 | $160 | Review and analyze edits to draft Brief in Opposition (0.2); emails with counsel regarding same (0.2) |
| 12/08/2025 | John Starkey | 1.2 | $525 | $630 | Revise edits proposed by A. Erickson and email M. Rowen regarding same; email Intervenor group regarding proposed edits; review other proposed edits; review near final draft of Brief in Opposition and make comments via email |
| 12/10/2025 | John Starkey | 0.5 | $525 | $263 | Review and analyze USA Brief in Opposition |
| 12/12/2025 | John Starkey | 0.5 | $525 | $263 | Meet with Ahtna Board to status of Supreme Court litigation |
| 12/16/2025 | John Starkey | 0.2 | $525 | $105 | Review disclosure statement for Ahtna, Inc. in Intervenors' Supreme Court Brief in Opposition to Certiorari and email to NARF approving statement |
| 12/17/2025 | John Starkey | 0.3 | $525 | $158 | Review KRITFC letter to Chief Justice Roberts regarding conflict of interest and emails to M. Anderson and Intervenors regarding same |
| 12/19/2025 | John Starkey | 0.7 | $525 | $368 | Review State Reply to Brief in Opposition to Certiorari and emails to M. Anderson regarding same |
| 12/19/2025 | Andrew Erickson | 0.7 | $400 | $280 | Review and analyze State Reply in Support of Petition |
| 12/29/2025 | River Sterne | 0.2 | $325 | $65 | Review and analyze State Reply Brief |

Exhibit 1

Page 11 of 14

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/12/2026 | John Starkey | 1.5 | $525 | $788 | Review denial of Petition for Certiorari; research rules for rehearing of petition; conference call with NARF regarding decision and collection of attorneys' fees; emails to P. Clement team and fellow Intervenors; conference call with Ahtna to discuss finality of Certiorari decision and next steps |
| 01/12/2026 | Andrew Erickson | 1.4 | $400 | $560 | Emails with counsel regarding Supreme Court order denying Petition for Certiorari (0.1); review and analyze attorney's fees scheduling order and stipulation (0.1); review draft press release (0.2); attend Ahtna board meeting via Teams (1.0) |
| 01/16/2026 | Andrew Erickson | 0.5 | $400 | $200 | Review and analyze draft Joint Status Report and emails with counsel regarding schedule for supplemental attorney's fees motions |
| 01/16/2026 | John Starkey | 2.1 | $525 | $1,103 | Review and respond to Intervenors NARF and AFN emails regarding filing revised petitions for attorneys' fees; emails to A. Erickson, P. Clement, and M. Anderson regarding same; research stay of fee awards pending appeal; revise Proposed Status Report re revised fee petition |
| 01/20/2026 | John Starkey | 0.2 | $525 | $105 | Review draft stipulation and emails regarding same |
| 01/21/2026 | River Sterne | 1.0 | $325 | $325 | Emails regarding motion for attorney's fees (0.3); research Supreme Court docket regarding fee petitions (0.7) |
| 01/21/2026 | Andrew Erickson | 0.5 | $400 | $200 | Review analysis from R. Sterne regarding Supreme Court fees |
| 01/21/2026 | John Starkey | 0.2 | $525 | $105 | Emails to and from P. Clement regarding final billing and documentation of expertise for fee petition |
| 01/26/2026 | John Starkey | 0.2 | $525 | $105 | Emails to and from Intervenors and A. Erickson regarding fee petition and hourly rates for Supreme Court counsel |
| 01/27/2026 | River Sterne | 0.1 | $325 | $33 | Call with J. Starkey regarding fee petition |
| 01/28/2026 | Andrew Erickson | 1.7 | $400 | $680 | Review legal analysis from R. Sterne regarding Supreme Court fees for attorney's fees application (0.1); research and analyze rates and attorney time claimed in Katie John fee application (1.0); email J. Starkey regarding next steps (0.1) |

Exhibit 1

Page 12 of 14

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/29/2026 | John Starkey | 0.2 | $525 | $105 | Emails to M. Anderson and A. Erickson regarding fee petition |
| 01/30/2026 | John Starkey | 0.4 | $525 | $210 | Emails to M. Anderson, other Intervenors, and A. Erickson regarding fee petition |
| 01/30/2026 | Andrew Erickson | 0.2 | $400 | $80 | Emails with counsel regarding attorney's fees petitions strategy |
| 01/30/2026 | Andrew Erickson | 0.1 | $400 | $40 | Confer with co-counsel regarding attorney's fees petitions |
| 02/04/2026 | River Sterne | 0.4 | $325 | $130 | Conference call with A. Erickson and J. Starkey regarding fee petition |
| 02/04/2026 | John Starkey | 0.3 | $525 | $158 | Telephone conference with A. Erickson and R. Sterne regarding strategy for attorney fee petition |
| 02/05/2026 | John Starkey | 0.5 | $525 | $263 | Email P. Clement regarding fee petition; emails and texts to and from M. Anderson regarding fee petition and means for documenting cost to the State for litigation |
| 02/11/2026 | John Starkey | 0.6 | $525 | $315 | Emails from and to P. Clement team regarding basis for Ahtna attorney fee claims (0.2); email from and to State regarding expected timing for Ahtna's filing of fee petition (0.2); email to and from other Intervenors regarding State's proposed extension; emails to A. Erickson and R. Sterne regarding reviewing time records and strategy for drafting Declaration for P. Clement attorney fees (0.2) |
| 02/17/2026 | Andrew Erickson | 6.0 | $400 | $2,400 | Draft Motion for Supplemental Attorney's Fees (3.0); review and organize attorney's fees tables (3.0) |
| 02/18/2026 | Andrew Erickson | 2.3 | $400 | $920 | Continue to review and organize attorney's fees tables, including fees from Clement & Murphy |
| 02/19/2026 | John Starkey | 0.6 | $525 | $315 | Emails from and to State and other Intervenors regarding State's proposed extension of time |
| 02/20/2026 | John Starkey | 0.7 | $525 | $368 | Review State's motion for extension of time to respond to Intervenor's fee petitions; emails to A. Erickson and M. Anderson regarding strategy for responding to the motion; review AFN opposition to motion |

Exhibit 1
Page 13 of 14

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/23/2026 | Andrew Erickson | 2.6 | $400 | $1,040 | Draft Declaration of John M. Sky Starkey in support of Motion for Supplemental Attorney's Fees; revise and edit Declaration of Paul D. Clement |
| 02/23/2026 | John Starkey | 0.3 | $525 | $158 | Begin review of hours and fees for revised fee petition (0.2); emails to A. Erickson regarding notice of non-participation for State's motion for extension (0.1) |
| 02/23/2026 | John Starkey | 0.6 | $525 | $315 | Respond to emails from State and Intervenors regarding Ahtna's position on extensions of time for filing fee petitions (0.2); review time records for revised fee petition (0.4) |
| 02/24/2026 | Andrew Erickson | 4.0 | $400 | $1,600 | Draft Motion for Supplemental Attorney's Fees |
| 02/25/2026 | Andrew Erickson | 5.5 | $400 | $2,200 | Revise and edit Motion for Supplemental Attorney's Fees (2.0); revise and edit Starkey and Clement Declarations (0.5); review and organize final attorney's fees tables (2.7); draft Proposed Order (0.3) |

# Clement & Murphy
PLLC

Ahtna, Inc.; Ahtna Tene Nene

## Ahtna, Inc.; Ahtna Tene Nene: : ANILCA Public Lands Case

### Ahtna, Inc.; Ahtna Tene Nene: : ANILCA Public Lands Case

| Date | Attorney | Notes | Quantity | Total |
|------|----------|-------|----------|-------|
| 09/26/2025 | Matthew Rowen | Run conflicts; draft retention letter. | 0.50 | $775.00 |
| 09/29/2025 | Matthew Rowen | Review CA9 decision. | 0.50 | $775.00 |
| 09/29/2025 | Camilo Garcia | Discuss potential BIO assignment in Alaska petition matter. | 0.25 | $237.50 |
| 09/29/2025 | Paul Clement | Discuss case with C. Garcia; review petition. | 0.50 | $1,325.00 |
| 09/30/2025 | Matthew Rowen | Review cert petition. | 0.50 | $775.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|-------------|----------|----------|------|-------|
| Paul Clement | Partner | 0.5 | $2,650.00 | $1,325.00 |
| Camilo Garcia | Attorney | 0.25 | $950.00 | $237.50 |
| Matthew Rowen | Partner | 1.5 | $1,550.00 | $2,325.00 |
| | | | **Total** | **$3,887.50** |

**Exhibit 2
Page 1 of 6**

# Clement & Murphy
PLLC

# INVOICE

Invoice # 3001
Date: 12/03/2025
Due On: 01/02/2026

Ahtna, Inc.; Ahtna Tene Nene

## Ahtna, Inc.; Ahtna Tene Nene: : ANILCA Public Lands Case

### Ahtna, Inc.; Ahtna Tene Nene: : ANILCA Public Lands Case

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 10/01/2025 | Camilo Garcia | Review Alaska cert petition and Ninth Circuit opinion; correspond with M. Rowen re same. | 1.00 | $950.00 |
| 10/03/2025 | Matthew Rowen | Correspond re BIO. | 0.25 | $387.50 |
| 10/07/2025 | Matthew Rowen | Correspond re BIO. | 0.25 | $387.50 |
| 10/08/2025 | Camilo Garcia | Review draft BIO ahead of Friday meeting. | 0.50 | $475.00 |
| 10/09/2025 | Matthew Rowen | Correspond re BIO call. | 0.25 | $387.50 |
| 10/10/2025 | Camilo Garcia | Confer with Ahtna team to discuss draft BIO. | 0.75 | $712.50 |
| 10/10/2025 | Matthew Rowen | Prepare for, participate in conference call re BIO. | 0.75 | $1,162.50 |
| 10/10/2025 | Paul Clement | Prepare for and participate in call re next steps; review draft BIO. | 1.50 | $3,975.00 |
| 10/20/2025 | Matthew Rowen | Review AIDEA amicus brief; correspond re BIO. | 0.25 | $387.50 |
| 10/20/2025 | Paul Clement | Exchange emails re BIO strategy. | 0.25 | $662.50 |
| 10/22/2025 | Matthew Rowen | Correspond re BIO coordination. | 0.25 | $387.50 |

**Exhibit 2**
**Page 2 of 6**

| Date | Name | Description | Quantity | Total |
|---|---|---|---|---|
| 10/24/2025 | Matthew Rowen | Correspond re BIOs. | 0.25 | $387.50 |
| 10/27/2025 | Paul Clement | Exchange emails re call with C. Phillips. | 0.25 | $662.50 |
| 10/28/2025 | Matthew Rowen | Correspond with co-counsel re BIO strategy. | 0.25 | $387.50 |
| 10/29/2025 | Matthew Rowen | Confer with clients, co-counsel re briefing dynamics; review draft joint notice re fees; correspond re same. | 1.00 | $1,550.00 |
| 10/29/2025 | Camilo Garcia | Confer with Ahtna team ahead of groupwide call tomorrow. | 0.75 | $712.50 |
| 10/29/2025 | Paul Clement | Exchange emails re opposition strategy. | 0.25 | $662.50 |
| 10/30/2025 | Camilo Garcia | Attend groupwide meeting and take notes. | 0.75 | $712.50 |
| 10/30/2025 | Camilo Garcia | Review top side amicus briefs and revised BIO. | 1.00 | $950.00 |
| 10/30/2025 | Matthew Rowen | Prepare for, participate in call re BIO. | 1.00 | $1,550.00 |
| 10/30/2025 | Paul Clement | Prepare for and participate in call re BIO. | 1.50 | $3,975.00 |
| 10/31/2025 | Matthew Rowen | Correspondence re second BIO extension; review Totemoff analysis. | 0.25 | $387.50 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Paul Clement | Partner | 3.75 | $2,650.00 | $9,937.50 |
| Camilo Garcia | Attorney | 4.75 | $950.00 | $4,512.50 |
| Matthew Rowen | Partner | 4.75 | $1,550.00 | $7,362.50 |
| | | | **Total** | **$21,812.50** |

**Exhibit 2**
**Page 3 of 6**

# Clement & Murphy
PLLC

# INVOICE

Invoice # 3128
Date: 12/23/2025
Due On: 01/22/2026

Ahtna, Inc.; Ahtna Tene Nene

## Ahtna, Inc.; Ahtna Tene Nene: : ANILCA Public Lands Case

## Ahtna, Inc.; Ahtna Tene Nene: : ANILCA Public Lands Case

| Date | Attorney | Notes | Quantity | Total |
|------|----------|-------|----------|-------|
| 11/03/2025 | Matthew Rowen | Review SCI amicus brief. | 0.25 | $387.50 |
| 11/04/2025 | Matthew Rowen | Correspond with co-counsel re extension consent request. | 0.25 | $387.50 |
| 11/05/2025 | Camilo Garcia | Review proposed AFN BIO. | 1.00 | $950.00 |
| 11/05/2025 | Matthew Rowen | Review AFN brief; compare against Sidley BIO draft; correspond with P. Clement, clients re same. | 1.50 | $2,325.00 |
| 11/05/2025 | Paul Clement | Exchange emails re AFN draft BIO. | 0.25 | $662.50 |
| 11/06/2025 | Camilo Garcia | Edit Sidley team BIO. | 2.50 | $2,375.00 |
| 11/06/2025 | Matthew Rowen | Confer, correspond with client, co-counsel re revising BIO. | 0.50 | $775.00 |
| 11/07/2025 | Camilo Garcia | Edit Sidley team BIO. | 1.50 | $1,425.00 |
| 11/09/2025 | Matthew Rowen | Correspond with C. Garcia re revisions to draft BIO. | 0.25 | $387.50 |
| 11/10/2025 | Camilo Garcia | Edit draft BIO. | 0.50 | $475.00 |

**Exhibit 2**
**Page 4 of 6**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/2025 | Matthew Rowen | Revise draft BIO; correspond re same. | 1.25 | $1,937.50 |
| 11/11/2025 | Matthew Rowen | Revise BIO; correspond with P. Clement, clients re same. | 0.75 | $1,162.50 |
| 11/11/2025 | Paul Clement | Edit draft BIO. | 1.00 | $2,650.00 |
| 11/12/2025 | Camilo Garcia | Attend teamwide meeting. | 0.25 | $237.50 |
| 11/12/2025 | Matthew Rowen | Conference call with all intervenors' counsel re BIO. | 0.25 | $387.50 |
| 11/12/2025 | Paul Clement | Prepare for and participate in joint intervenor call. | 0.50 | $1,325.00 |
| 11/13/2025 | Matthew Rowen | Review USG extension motion; correspond with A. Britton re SCOTUS rules re extensions; review co-counsel edits; correspond re same. | 0.25 | $387.50 |
| 11/14/2025 | Camilo Garcia | Implement proposed edits to BIO. | 1.25 | $1,187.50 |
| 11/14/2025 | Matthew Rowen | Revise draft BIO; correspond re same. | 1.00 | $1,550.00 |
| 11/14/2025 | Paul Clement | Exchange emails re consolidated draft. | 0.25 | $662.50 |
| 11/18/2025 | Camilo Garcia | Attend teamwide meeting to discuss revised BIO. | 0.25 | $237.50 |
| 11/18/2025 | Matthew Rowen | Prepare for, participate in conference call re BIO. | 0.50 | $775.00 |
| 11/18/2025 | Paul Clement | Prepare for and participate in intervenor call; review materials re same. | 1.00 | $2,650.00 |
| 11/20/2025 | Matthew Rowen | Review draft recusal letter; correspond with P. Clement re same. | 0.25 | $387.50 |
| 11/21/2025 | Matthew Rowen | Correspond with co-counsel re recusal letter. | 0.25 | $387.50 |
| 11/22/2025 | Matthew Rowen | Correspond with P. Clement, co-counsel re recusal letter. | 0.25 | $387.50 |
| 11/22/2025 | Paul Clement | Exchange emails re letter to Chief Justice. | 0.25 | $662.50 |
| 11/24/2025 | Matthew Rowen | Review AFN revisions to joint BIO; correspond re same. | 0.50 | $775.00 |
| 11/25/2025 | Matthew Rowen | Review co-counsel comments to AFN draft. | 0.25 | $387.50 |
| 11/26/2025 | Camilo Garcia | Attend groupwide meeting. | 0.75 | $712.50 |
| 11/26/2025 | Matthew Rowen | Prepare for, participate in conference call with intervenor team. | 1.00 | $1,550.00 |

| 11/26/2025 | Paul Clement | Prepare for and participate in call re revised brief and letter to Chief. | 1.00 | $2,650.00 |
| 11/30/2025 | Matthew Rowen | Revise BIO. | 2.50 | $3,875.00 |

| Time Keeper | Position | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| Paul Clement | Partner | 4.25 | $2,650.00 | $11,262.50 |
| Camilo Garcia | Associate | 8.0 | $950.00 | $7,600.00 |
| Matthew Rowen | Partner | 11.75 | $1,550.00 | $18,212.50 |
| | | | **Total** | **$37,075.00** |