# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
           Plaintiff,

KUSKOKWIM RIVER INTER-TRIBAL
FISH COMMISSION, et al.,
           Intervenor-Plaintiffs,

      v.

STATE OF ALASKA, et al.,
           Defendants.

Case No. 1:22-cv-00054-SLG

## (PROPOSED) ORDER GRANTING AHTNA'S MOTION FOR ATTORNEY'S FEES

Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.'s Motion for Attorney's Fees (Docket No. 137), Application for Attorneys' Fees (Docket No. 162-2), and Motion for Supplemental Attorney's Fees (dated February 26, 2026) are GRANTED. Ahtna Tene Nené and Ahtna, Inc. are entitled to an award of $406,923.00 in attorney's fees pursuant to 16 U.S.C. § 3117 to be paid by the State of Alaska. IT IS SO ORDERED.

_____
 Dated

_____
The Honorable Sharon L. Gleason
United States District Judge

Case 1:22-cv-00054-SLG    Document 181-2    Filed 02/26/26    Page 1 of 1