John M. Sky Starkey, Alaska Bar No. 8611141
Andrew Erickson, Alaska Bar No. 1605049
River E.M. Sterne, Alaska Bar No. 2411108
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
Telephone: (907) 276-5152
jskys@lbblawyers.com
andye@lbblawyers.com
rivers@lbblawyers.com

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL<br>FISH COMMISSION, et al.,<br>            Intervenor-Plaintiffs,<br><br>        v.<br><br>THE STATE OF ALASKA, et al.,<br>        Defendants. | Case No. 1:22-cv-00054-SLG |

## SECOND DECLARATION OF JOHN M. SKY STARKEY

I, John M. Sky Starkey, declare pursuant to 28 U.S.C. § 1746 as follows:

Case 1:22-cv-00054-SLG    Document 199-1    Filed 04/16/26    Page 1 of 4

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to them.

2. I am Of Counsel at the law firm of Landye Bennett Blumstein LLP and counsel for the Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc. (collectively, "Ahtna") in the above-captioned action. This second declaration is submitted in support of Ahtna's Reply in Support of Motion for Supplemental Attorney's Fees.

3. Pursuant to District of Alaska, Local Civil Rule 54.2(c), the total amount of attorney's fees charged to Ahtna in this matter to date is $424,941.50. That amount includes $362,166.50 charged by Landye Bennett Blumstein LLP and $62,775 charged by Clement & Murphy PLLC.

4. On February 26, 2026, Ahtna filed a Motion for Supplemental Attorney's Fees (Docket No. 181) requesting a total attorney's fees award of $401,923. In addition to that amount, Ahtna's Reply requests $12,652.50 in attorney's fees for work in responding to the State's Opposition.

5. As counsel for Ahtna, I devoted 2.8 hours to legal work in responding to the State's Opposition. Based on my knowledge and litigation experience, $525 per hour is a reasonable market rate and is consistent with

typical rates charged by other attorneys with similar levels of skill and experience performing similar legal work.

6.     Along with myself, two other attorneys performed legal work in responding to the State's Opposition. Andrew Erickson billed 24.3 hours and River E.M. Sterne billed 4.5 hours. Based on my knowledge and experience, $400 per hour is a reasonable rate for Mr. Erickson and $325 per hour is a reasonable rate for Mr. Sterne.

7.     Exhibit 1 to this declaration accurately reflects the attorney time actually worked by Ahtna's attorneys in responding to the State's Opposition. I have reviewed the time records in Exhibit 1 to ensure that any excessive, inadequately explained, duplicative, or unnecessary time was excluded.

8.     The revised total amount of attorney's fees requested by Ahtna is $414,575.50.

9.     Exhibit 2 to this declaration is a true and accurate copy of a media article published in Reuters on October 23, 2025, entitled "Fighting Trump and Defending Tesla, Paul Clement is Everywhere Now."

10.     Exhibit 3 to this declaration is a true and accurate copy of the unredacted time entries that were produced with Ahtna's April 15, 2024 Motion for Attorney's Fees (Docket No. 137-1 at 8-15).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2026

LANDYE BENNETT BLUMSTEIN LLP

*/s/ John M. Sky Starkey*

_____

John M. Sky Starkey, Alaska Bar No. 8611141

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

Case 1:22-cv-00054-SLG     Document 199-1     Filed 04/16/26     Page 4 of 4