| Attorney | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Andrew Erickson | 24.3 | $400 | $9,720.00 |
| John M. Sky Starkey | 3.2 | $525 | $1,680.00 |
| River E.M. Sterne | 4.5 | $325 | $1,462.50 |
| **TOTAL** | **32.0** | | **$12,862.50** |

| Date | Attorney | Hours | Rate | Fee | Description |
|---|---|---|---|---|---|
| 02/27/2026 | Andrew Erickson | 1.8 | $400 | $720 | Review and analyze State Motion to Expedite Motion for Extension; AVCP Supplemental Motion for Attorneys' Fees and Costs; KRITFC Motion for Attorney's Fees and Declarations; and Order on Motion to Expedite |
| 03/09/2026 | Andrew Erickson | 2.0 | $400 | $800 | Review and analyze State's Opposition to AFN's Motion for Attorney's Fees |
| 03/11/2026 | River Sterne | 0.2 | $325 | $65 | Confer with A. Erickson regarding strategy for Reply in Support of Motion for Attorney's Fees |
| 03/11/2026 | Andrew Erickson | 0.5 | $400 | $200 | Review deadlines for filing reply to State's opposition to motion for attorney's fees; email Intervenors' counsel regarding possible need for extension |
| 03/12/2026 | Andrew Erickson | 0.3 | $400 | $120 | Emails with Intervenors counsel and J. Starkey regarding possible extension to reply in support of attorney's fees motions |
| 03/29/2026 | John Starkey | 0.4 | $525 | $210 | Emails to Plaintiff-Intervenors regarding 14-day extension of time to file Reply briefs to State's Opposition to Motion for Attorney's Fees |
| 04/01/2026 | Andrew Erickson | 1.0 | $400 | $400 | Review and analyze State's Opposition to Ahtna's Motion for Supplemental Attorney's Fees |
| 04/06/2026 | John Starkey | 1.1 | $525 | $577.50 | Review State's Opposition for Motion for fees; research state attorney expenses for this litigation and hourly rates paid to contract attorneys; conference call with A. Erickson regarding strategy for Ahtna's reply brief; emails to C. Woods, B. Palmatier, A. Erickson, and R. Sterne detailing areas of assistance needed for drafting the reply |
| 04/06/2026 | Andrew Erickson | 1.0 | $400 | $400 | Review and analyze State's Opposition to AFN Motion for Attorney's Fees, including cases cited and declaration and exhibits |

**Exhibit 1**
**Page 1 of 2**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/06/2026 | Andrew Erickson | 0.5 | $400 | $200 | Phone call with J. Starkey regarding Reply strategy |
| 04/06/2026 | River Sterne | 1.0 | $325 | $325 | Research and analyze State's sovereign immunity argument regarding attorney's fees |
| 04/08/2026 | John Starkey | 0.4 | $525 | $210 | Review total charges for Ahtna related to Kuskokwim litigation; emails to and from C. Woods, B. Palmatier, and A. Erickson regarding same |
| 04/12/2026 | Andrew Erickson | 3.5 | $400 | $1,400 | Draft Reply in Support of Motion for Attorney's Fees, including Introduction and sovereign immunity argument |
| 04/13/2026 | Andrew Erickson | 4.0 | $400 | $1,600 | Research and analyze case law regarding reasonableness of rates for complex, specialized litigation; research and analyze case law regarding sovereign immunity arguments |
| 04/14/2026 | Andrew Erickson | 0.7 | $400 | $280 | Phone call with J. Starkey and R. Sterne regarding Reply in Support of Motion for Attorney's Fees |
| 04/14/2026 | John Starkey | 0.7 | $525 | $367.50 | Conference call with R. Sterne and A. Erickson regarding arguments and strategies for reply brief |
| 04/14/2026 | Andrew Erickson | 3.0 | $400 | $1,200 | Draft Reply in Support of Motion for Attorney's Fees, including revise and edit sovereign immunity arguments and argument regarding reasonable rates |
| 04/14/2026 | River Sterne | 2.3 | $325 | $747.50 | Draft sovereign immunity and law of the case arguments for Reply in Support of Motion for Supplemental Attorney's Fees; strategy call with A. Erickson and J. Starkey |
| 04/15/2026 | John Starkey | 0.2 | $525 | $105 | Review draft argument for reply brief regarding sovereign immunity claim |
| 04/15/2026 | Andrew Erickson | 6.0 | $400 | $2,400 | Draft Reply in Support of Motion for Attorney's Fees, including arguments regarding Supreme Court rates, reasonable hours, and reasonable rates (4.0); review and analyze KRITFC Reply, including case law, declarations, and exhibits (1.0); research and analyze case law regarding "local forum" rule (1.0) |
| 04/15/2026 | River Sterne | 1.0 | $325 | $325 | Draft and revise J. Starkey declaration for Reply in Support of Supplemental Motion for Attorney's Fees; research and analyze cases cited by State regarding reasonableness of fees |
| 04/16/2026 | John Starkey | 0.4 | $525 | $210 | Revise draft declaration; email to R. Sterne revisions to draft declaration |

**Exhibit 1**
**Page 2 of 2**