# Fighting Trump and defending Tesla, lawyer Paul Clement is everywhere now

reuters.com/legal/litigation/fighting-trump-defending-tesla-lawyer-paul-clement-is-everywhere-now-2025-10-23

Mike Scarcella, Sara Merken, David Thomas                                    October 23, 2025



Former U.S. Solicitor General Paul Clement talks to reporters outside the U.S. Supreme Court in Washington April 22, 2014. REUTERS/Jonathan Ernst Purchase Licensing Rights, opens new tab

- Summary
- Companies

- Clement has his hands full working for Trump opponents, Elon Musk and others
- Ropes & Gray bucks the two-tier partnership trend
- Utah splits with Motley Rice in opioid litigation

Oct 23 (Reuters) - (Billable Hours is Reuters' weekly report on lawyers and money. Please send tips or suggestions to D.Thomas@thomsonreuters.com, opens new tab.)

**Exhibit 2**
**Page 1 of 4**

Paul Clement and his small law firm are stacking up marquee cases like few other lawyers right now.

Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Clement, a Republican-appointed former U.S. solicitor general and top appellate lawyer, is representing billionaire Elon Musk's companies and other corporate clients in high-stakes business cases. He's also bringing conservative legal bona fides to a growing number of cases challenging moves by U.S. President Donald Trump.

He's on the team representing Federal Reserve Governor Lisa Cook in a major fight, opens new tab at the Supreme Court over Trump's effort to oust her, and defending U.S. judges in Maryland in an unusual lawsuit brought against them by the U.S. Justice Department over immigration. He is headlining the legal team for prominent law firm WilmerHale, which won a court order blocking the Trump administration's punishing executive order, and also helping defend a state judge targeted by the administration in an immigration case.

For Musk, Clement is part of a team defending Tesla in federal court in wrongful death litigation, and representing X Corp in a battle with watchdog Media Matters. In a few weeks, he'll be at the U.S. Supreme Court to argue for Sony Music in a billion-dollar copyright case and for hedge fund Saba Capital in a fight over shareholder rights.

Reached for comment, the 1992 Harvard Law grad said he was traveling to appear on Thursday before the Cincinnati-based 6th Circuit, where he's arguing for law firms representing plaintiffs in litigation over the 2023 train derailment and chemical spill in East Palestine, Ohio.

Clement said he could connect more after things "calm down a bit." He stressed that his whole 20-lawyer firm, Clement & Murphy, is keeping busy. He pointed to his partner Erin Murphy, who recently argued four appellate court cases — including one full-court hearing — in the span of a month.

Clement is most recognized for his Supreme Court advocacy, having argued more than 100 cases before the justices. He served as solicitor general during the George W. Bush administration.

He is also known for leaving two large, prominent law firms to represent interests that the firms chose not to defend. Most recently, he departed law firm Kirkland & Ellis in 2022 after it said it would no longer represent clients in pro-gun rights cases.

Despite his firm's small size, Clement still commands top rates. In 2023, he was billing at $2,350 an hour, court records show. His rate increased this year to $2,650 an hour, not far behind the $3,000 that some attorneys at one of his clients — law firm Quinn Emanuel — are now charging.

Clement is currently defending Quinn Emanuel in a federal appeals court after a judge held the law firm in contempt for allegedly failing to comply with a court order in a $481 million patent case. He was supposed to argue that appeal in December, but the Supreme Court threw a wrench into those plans.

The high court's new argument calendar created a timing conflict — Clement is due to argue the Sony and Saba Capital cases in the first two weeks of December. This week he asked the U.S. Court of Appeals for the Federal Circuit to push back its hearing "so that Quinn Emanuel can be represented by its counsel of choice at oral argument."

-- Ropes & Gray is keeping its one-tier partnership, maintaining a structure in which all its partners have an ownership stake even as its peers have increasingly abandoned that traditional model and introduced a second, non-equity partner level.

Many U.S. law firms internally designate some partners as non-equity or income partners. The move can help retain and attract lawyers with the clout and higher compensation associated with the partner title while potentially increasing profits for equity partners. Non-equity partners typically earn less than full equity partners, whose compensation is tied directly to firm profits.

Ropes & Gray chair Julie Jones said the firm did a "very deep data and analytic dive into the topic" since the beginning of the year, weighing factors such as the firm's rate of promotion to partnership, talent wins and losses, the impact of its partnership structure on clients, and lessons from peers with two-tier structures.

There is no one size fits all approach, Jones said. She said the firm decided to not "just go with an instinct that the market's moving in one direction, that's the path you have to or should take."

Competitor firms such as Debevoise & Plimpton, Cleary Gottlieb, WilmerHale and Paul Weiss have added non-equity partner tiers since last year, leaving a small number of major U.S. firms with single-tier partnerships.

Firms have also been growing their income partner ranks. Income partner headcount grew at an average annual rate of 6% between 2018 and 2023, while equity partner headcount across firms surveyed increased at a rate of .6% over those years, according to a 2024 report from Citigroup's Citi Global Wealth at Work Law Firm Group and Hildebrandt Consulting.

-- Motley Rice on Wednesday said it was withdrawing as counsel to the state of Utah in an opioid lawsuit, days after Utah Attorney General Derek Brown's office said it had terminated its contract with the national plaintiffs firm.

Motley Rice had been representing Utah in a one-year-old lawsuit against pharmacy benefit managers OptumRx and Express Scripts that alleged they helped foment the U.S. opioid crisis by deliberately facilitating the increased sale and consumption of such drugs.

Chief Deputy Utah Attorney General Daniel Burton last week told Motley Rice in a letter obtained by Reuters that the office was terminating its contract with the firm "without cause."

Motley Rice's contract was terminated "pursuant to the best interest of the state," a spokesperson for Brown's office said.

Burton's letter to Motley Rice said the office intends to hire new counsel.

Motley Rice and the Utah attorney general's office did not say what led to the firm being fired. In August, OptumRx asked a federal magistrate judge to prohibit Motley Rice from representing Utah, arguing that the firm had obtained confidential information about its operations through its work for other public entities in other investigations.

OptumRx, which manages pharmacy benefits for UnitedHealth, did not immediately respond to a request for comment. UnitedHealth and Cigna, which owns Express Scripts, also did not immediately respond to comment requests.

OptumRx and Express Scripts have said that all the claims against them are without merit.

In a statement to Reuters, Motley Rice called OptumRx's arguments "meritless" and defended its record litigating major cases on behalf of U.S. states and others, saying it has "helped deliver

**Exhibit 2**
**Page 3 of 4**

justice to communities that have been harmed by Big Tobacco, opioids, asbestos, terrorism, human trafficking, and more."

Utah and Motley Rice in September defended the firm's work for the state in court filings, noting that OptumRx has tried unsuccessfully at least six other times in other opioid lawsuits to get Motley Rice disqualified.

Read more:

Reporting by David Thomas, Mike Scarcella and Sara Merken

Our Standards: The Thomson Reuters Trust Principles., opens new tab

Sara Merken
Thomson Reuters

Sara Merken reports on the business of law, including legal innovation and law firms in New York and nationally.

- ✉
- 𝕏

David Thomas
Thomson Reuters

David Thomas reports on the business of law, including law firm strategy, hiring, mergers and litigation. He is based out of Chicago. He can be reached at d.thomas@thomsonreuters.com and on Twitter @DaveThomas5150.

- ✉
- 𝕏