| Atty | Date | Hours | Description |
|---|---|---|---|
| ABE | 6/3/2022 | 0.70 | Telephone conferences regarding United States v. Alaska legal strategy |
| ABE | 6/3/2022 | 0.60 | Conferences with co-counsel regarding complaint and intervention |
| ABE | 6/3/2022 | 2.00 | Draft Complaint in Intervention |
| ABE | 6/6/2022 | 1.50 | Review and analyze KRITFC Joinder in Motion for Preliminary Injunction; email client regarding same; telephone calls regarding KRITFC positions and litigation strategy; continue to draft Complaint |
| ABE | 6/7/2022 | 1.00 | Review and analyze merits outline; continue to research legal claims |
| ABE | 6/7/2022 | 0.60 | Review and analyze State Opposition to Preliminary Injunction |
| ABE | 6/8/2022 | 2.30 | Teams conference with client regarding United States v. Alaska; telephone conferences with S. Starkey regarding State Opposition to Preliminary Injunction; conference with A. Crary regarding same and telephone conference with M. Neumann regarding status of AVCP intervention and other intervenors; draft memorandum regarding litigation status |
| ABE | 6/9/2022 | 4.00 | Conferences regarding litigation strategy; review and analyze pleadings and draft memorandum regarding proceedings and arguments; research and analyze federal intervention standards and draft motion to intervene |
| ABE | 6/21/2022 | 2.50 | Review and analyze Preliminary Injunction pleadings and KRIFTC's motion to intervene and State's opposition; attend preliminary injunction hearing |
| ABE | 6/21/2022 | 0.70 | Review and analyze State's Answer and Counterclaims |
| ABE | 6/22/2022 | 1.10 | Telephone conversations with N. Ostrovsky and S. Starkey regarding State's Answer and counter claims; conference with A. Crary regarding intervention strategy; revise and edit motion to intervene |
| ABE | 6/23/2022 | 1.60 | Conference with co-counsel strategy; telephone call with client regarding same; continue to draft Complaint in Intervention |
| ABE | 6/24/2022 | 4.00 | Continue to draft Complaint in Intervention |
| ABE | 6/29/2022 | 0.60 | Review and edit memorandum in support of motion to intervene; telephone call with A. Peterson regarding intervention |
| ABE | 6/30/2022 | 0.20 | Emails with A. Peterson regarding State's position on intervention |
| ABE | 7/11/2022 | 0.30 | Review and analyze State of Alaska RFP for Katie John litigation; email client regarding same |
| ABE | 7/18/2022 | 1.90 | Review and analyze State's Opposition to Ahtna's Motion to Intervene; conferences regarding same; research and analyze cases cited by State and federal intervention case law |
| ABE | 7/19/2022 | 2.40 | Continue to research and analyze intervention cases |
| ABE | 7/20/2022 | 3.00 | Revise and edit Reply in Support of Motion to Intervene |
| ABE | 7/21/2022 | 1.40 | Review edits from A. Crary and S. Starkey; revise and edit Reply in Support of Motion to Intervene; email client regarding same |
| ABE | 7/22/2022 | 2.50 | Revise and edit Reply in Support of Motion to Intervene |
| ABE | 7/29/2022 | 0.50 | Review and analyze Order granting Ahtna motion to intervene; telephone conferences with client regarding same |
| ABE | 8/1/2022 | 0.70 | Review and analyze proposed Rule 26 Planning Report; Teams meeting with N. Ostrovsky, S. Starkey, A. Crary, and A. Sandone regarding litigation next steps |
| ABE | 8/2/2022 | 1.00 | Review and analyze edits to Rule 26 Report; emails with counsel regarding same; draft Rule 7.1 Disclosure Statement |
| ABE | 8/9/2022 | 0.30 | Review and analyze Initial Case Scheduling and Planning Order; email client regarding same |
| ABE | 8/24/2022 | 0.10 | Email client regarding answers filed in United States v. State of Alaska |
| ABE | 9/19/2022 | 0.70 | Draft email to N. Ostrovsky regarding case update |
| ABE | 11/21/2022 | 2.70 | Review and analyze administrative record and emails regarding same between State and U.S.; emails with co-counsel regarding same |
| ABE | 12/20/2022 | 2.00 | Review and analyze State's motion to modify deadlines; email client litigation update, including administrative record discovery issues |

| ABE | 1/11/2023 | 0.50 | Review and analyze United States privilege log and motion for extension; email N. Ostrovsky regarding same |
|---|---|---|---|
| ABE | 2/1/2023 | 0.70 | Review and edit draft Joint Stipulation regarding APA briefing schedule; emails regarding pre-trial schedule |
| ABE | 3/3/2023 | 0.40 | Telephone conference with client regarding intervenor strategy on APA counterclaim briefs; follow-up conference with A. Crary regarding same; emails with W. Leonard and N. Amdur-Clark regarding same |
| ABE | 3/8/2023 | 0.10 | Emails to schedule discussion for briefing State's APA counterclaims |
| ABE | 3/20/2023 | 0.30 | Teams conference with co-counsel regarding planning for intervenors' response to State APA claims |
| ABE | 4/10/2023 | 0.60 | Telephone conference with co-counsel regarding lawsuit and next steps; review and analyze Stipulation for dismissal of State's counter-claims; email client regarding same |
| ABE | 4/19/2023 | 0.20 | Emails with co-counsel regarding scheduling conference with other intervenors and U.S. to discuss briefing schedule |
| ABE | 4/24/2023 | 1.00 | Review scheduling emails with co-counsel; review and analyze complaints and requests for relief |
| ABE | 5/5/2023 | 0.20 | Review and analyze scheduling order; respond to emails regarding intervenor meeting |
| ABE | 5/9/2023 | 0.40 | Emails with co-counsel regarding proposed briefing schedule; telephone conference regarding same |
| ABE | 5/10/2023 | 0.10 | Email with P. Turcke regarding proposed briefing schedule |
| ABE | 5/12/2023 | 0.50 | Review and analyze scheduling emails between P. Turcke and A. Peterson, and proposed briefing schedule; email P. Turcke regarding same |
| ABE | 5/15/2023 | 0.40 | Review emails from P. Turcke and A. Peterson regarding proposed briefing schedule; email client regarding same |
| ABE | 5/16/2023 | 0.80 | Review and analyze proposed briefing schedule and add suggested edits; email P. Turcke regarding same |
| ABE | 5/17/2023 | 0.40 | Emails with P. Turcke and counsel for Intervenors regarding proposed briefing schedule; edit proposed stipulation regarding briefing schedule scheudling |
| ABE | 5/18/2023 | 0.70 | Teams conference with co-counsel regarding proposed briefing schedule |
| ABE | 5/18/2023 | 0.30 | Review and edit proposed stipulation; emails with counsel regarding same |
| ABE | 5/25/2023 | 0.30 | Review and analyze scheduling order; emails with client regarding same |
| ABE | 5/26/2023 | 0.40 | Research and analyze precedent for filing Joinder to Motion for Summary Judgment and separate Reply brief |
| ABE | 7/6/2023 | 0.40 | Review case status and deadlines; email co=counsel regarding status of intervenors summary judgment briefs |
| ABE | 7/7/2023 | 0.20 | Emails with Intervenors regarding summary judgment strategy discusssion |
| ABE | 7/10/2023 | 0.50 | Teams conference with co-counsel regarding intervenors' strategy for summary judgment motions; email client regarding same |
| ABE | 7/19/2023 | 0.40 | Teams conference with co-counsel regarding intervenor brief strategy |
| ABE | 7/24/2023 | 1.40 | Review and analyze U.S. motion for summary judgment; email client regarding same; conference with co-counsel regarding intervenor brief strategy |
| ABE | 7/25/2023 | 0.50 | Teams conference with co-counsel regarding intervenor motion for summary judgment |
| ABE | 7/27/2023 | 1.00 | Teams conference with client regarding intervenors brief strategy; draft paragraphs regarding harms and statewide injunction; review and analyze draft intervenors brief |
| ABE | 8/3/2023 | 0.20 | Email client regarding intervenors joinder to U.S. motion for summary judgment |
| ABE | 8/29/2023 | 0.20 | Emails with A. Peterson regarding State request to file brief with excess pages; email with client regarding same |
| ABE | 9/5/2023 | 5.80 | Review and analyze State's motion for summary judgment; research and analyze Katie John decisions, and case law regarding federal interests in navigable waters; conferences with co-counsel regarding same |

| | | | |
|---|---|---|---|
| ABE | 9/6/2023 | 4.00 | Continue to research and analyze case law and statutes regarding "public lands" under ANILCA, including potential "fishing rights"; conferences with P. Blumstein regarding same; telephone conference with S. Starkey regarding same |
| ABE | 9/7/2023 | 4.00 | Conferences with co-counsel regarding Katie John arguments; continue to research and analyze Alaska Statehood Act and legislative history, and "fishing rights" as property rights |
| ABE | 9/8/2023 | 7.60 | Research and analyze case law regarding "fishing rights" as property rights; draft outline of argument regarding same |
| ABE | 9/9/2023 | 4.00 | Continue to draft outline of Ahtna Combined Reply and Opposition brief and summary of fishing rights argument |
| ABE | 9/10/2023 | 3.00 | Continue to draft outline of arguments for Ahtna's Combined Reply and Opposition brief, including research and analyze ANCSA legislative history and case law regarding "fishing rights" |
| ABE | 9/11/2023 | 4.50 | Continue to research and analyze legislative history and case law regarding Statehood Act fishing rights; outline argument sections for brief |
| ABE | 9/12/2023 | 3.50 | Draft summary of "fishing right" argument; conference with co-counsel regarding same; review and analyze edits from S. Starkey to Ahtna brief outline |
| ABE | 9/13/2023 | 2.20 | Emails with intervenors regarding extension request; continue to draft summary of "fishing rights" argument; research and analyze ANILCA legislative history; telephone conference with S. Starkey regarding "fishing rights" theory |
| ABE | 9/14/2023 | 1.80 | Emails with counsel regarding briefing schedule extension; research and analyze case cited by State regarding termination of aboriginal rights and email J. Starkey and A. Sandone regarding same; continue to research and analyze "fishing rights" argument |
| ABE | 9/15/2023 | 1.00 | Continue to draft summary of "fishing rights" argument |
| ABE | 9/16/2023 | 1.40 | Continue to draft summary of "fishing rights" argument, email same to S. Starkey and A. Crary; continue to research and analyze briefs in Katie John cases |
| ABE | 9/18/2023 | 0.60 | Emails with P. Turcke and intervenor's regarding briefing schedule extension; emails with S. Starkey regarding "fishing rights" argument summary |
| ABE | 9/19/2023 | 1.60 | Research and analyze State briefs in Katie John II, including Commerce Clause argument; emails with co-counsel regarding same; review and analyze U.S. motion for extension and expedited consideration |
| ABE | 9/20/2023 | 2.50 | Continue to research and analyze Katie John arguments and briefs |
| ABE | 9/21/2023 | 0.40 | Emails with intervenors and co-counsel regarding motion for extension |
| ABE | 9/22/2023 | 2.00 | Review and analyze draft motion for extension, emails with co-counsel regarding same; conferences with co-counsel regarding intervenor strategy |
| ABE | 9/25/2023 | 2.00 | Conferences with co-counsel regarding arguments, including coordinating with other intervenor's; research and analyze FSB regulatory history; review and analyze order granting extension for reply briefs |
| ABE | 9/26/2023 | 0.50 | Review and analyze AFN's motion to intervene |
| ABE | 9/28/2023 | 0.20 | Emails with intervenors regarding meeting to discuss strategy |
| ABE | 9/28/2023 | 3.00 | Conferences with co-counsel regarding argument |
| ABE | 10/2/2023 | 3.00 | Continue to draft and revise summary of fishing rights argument and outline of Ahtna Opposition/Reply brief; review and analyze AFN Reply brief outline; emails with intervenors |
| ABE | 10/3/2023 | 2.30 | Continue to research and analyze arguments; Zoom conference with Intervenors regarding brief strategy; telephone conference with co-counsel regarding Opposition/Reply brief outline |
| ABE | 10/4/2023 | 2.00 | Draft Reply/Opposition Brief Argument sections |
| ABE | 10/10/2023 | 2.30 | Continue to draft Reply/Opposition Brief including Argument sections |
| ABE | 10/19/2023 | 3.50 | Continue to draft Reply/Opposition Brief, including research and analyze Statehood Act and Egan cases |

| ABE | 10/20/2023 | 4.00 | Continue to draft Reply/Opposition Brief, including Argument section regarding Statehood Act |
|---|---|---|---|
| ABE | 10/21/2023 | 5.40 | Continue to draft Reply/Opposition Brief including Argument section regarding Statehood Act |
| ABE | 10/22/2023 | 2.00 | Research and analyze aboriginal title and trust title; continue to draft Reply/Opposition Brief |
| ABE | 10/23/2023 | 5.00 | Continue to draft Reply/Opposition Brief including Argument sections regarding aboriginal title and trust title; conferences regarding same |
| ABE | 10/24/2023 | 6.40 | Continue to draft Reply/Opposition Brief argument; conferences with co-counsel regarding brief strategy |
| ABE | 10/25/2023 | 6.70 | Continue to draft Reply/Opposition Brief, including Introduction and Background |
| ABE | 10/26/2023 | 7.50 | Continue to draft Reply/Opposition Brief, including Background |
| ABE | 10/27/2023 | 12.00 | Continue to draft Reply/Opposition Brief, including Background sections |
| ABE | 10/28/2023 | 5.50 | Continue to draft Reply/Opposition Brief, including Background sections; review and analyze United States Brief |
| ABE | 10/29/2023 | 6.50 | Continue to draft Reply/Opposition Brief, including Argument sections |
| ABE | 10/30/2023 | 7.00 | Continue to draft Reply/Opposition Brief, including Argument sections |
| ABE | 10/31/2023 | 6.80 | Revise and edit Reply/Opposition Brief, including edits from co-counsel |
| ABE | 11/1/2023 | 7.80 | Teams meeting with Intervenors regarding briefs and strategy; review and analyze updated AFN and KRTIFC Reply briefs; continue to draft and revise Reply/Opposition Brief, including adding citations and revising arguments |
| ABE | 11/2/2023 | 7.50 | Continue to draft and revise Reply/Opposition brief, including incorporating edits from co-counsel; draft Declaration of Andrew Erickson and organize Exhibits |
| ABE | 11/3/2023 | 7.00 | Continue to draft and revise Reply/Opposition brief, including Table of Contents, Table of Authorities, editing citations and footnotes, and incorporating line edits |
| ABE | 11/6/2023 | 3.00 | Review and analyze final reply briefs from NARF, KRITFC, and AFN |
| ABE | 11/27/2023 | 0.20 | Emails with State regarding request for extension for reply brief |
| ABE | 12/22/2023 | 3.00 | Review and analyze State's Reply brief |
| ABE | 12/26/2023 | 1.50 | Continue to review and analyze State's Reply brief; email client regarding same |
| ABE | 1/8/2024 | 0.50 | Emails with Intervenors regarding oral argument; email update to client regarding same |
| ABE | 1/9/2024 | 0.30 | Emails with Intervenors regarding oral argument |
| ABE | 1/29/2024 | 0.40 | Emails with parties regarding oral argument notice |
| ABE | 1/31/2024 | 0.40 | Review and analyze State's edits to draft Notice regarding oral argument; emails with client regarding same |
| ABE | 2/1/2024 | 0.20 | Review and analyze Joint Notice Regarding Oral Argument |
| ABE | 2/5/2024 | 0.20 | Review and analyze order regarding oral argument; email client regarding same |
| | **Total** | **231.50** | |
| | | | |
| ACC | 6/3/2022 | 0.70 | Call with co-counsel regarding litigation status; review US Complaint, KRITFC Complaint, and motion to intervene |
| ACC | 6/8/2022 | 1.40 | Review and analyze State's opposition to motion for preliminary injunction; conference with co-counsel regarding intervention strategy |
| ACC | 6/14/2022 | 0.70 | Confer with co-counsel regarding intervention merits brief; review AVCP intervention briefing and supporting declarations |
| ACC | 6/15/2022 | 0.70 | Review draft motion to intervene; confer with co-counsel regarding intervention strategy |
| ACC | 6/15/2022 | 0.20 | Review revisions to motion to intervene |
| ACC | 6/16/2022 | 4.50 | Continue drafting and revising intervention motion |
| ACC | 6/17/2022 | 0.80 | Additional revisions to motion to intervene argument about inadequate representation of interests by existing parties |

| ACC | 6/21/2022 | 1.50 | Attend oral argument on preliminary injunction and conference with co-counsel regarding same |
|---|---|---|---|
| ACC | 6/22/2022 | 0.30 | Confer with co-counsel about strategy for permissive intervention and analysis of the State's litigation strategy |
| ACC | 6/22/2022 | 1.00 | Research procedural concerns with intervention as a plaintiff in response to affirmative defenses |
| ACC | 6/23/2022 | 1.70 | Meeting with co-counsel to discuss intervention strategy, response to affirmative defenses, and content of intervention complaint; analyze order granting US preliminary injunction |
| ACC | 6/29/2022 | 2.20 | Continue revising intervention motion; calls with attorneys for AVCP and KRITFC requesting non-opposition to the intervention motion; final revisions to complaint; draft proposed order |
| ACC | 6/30/2022 | 0.30 | Make final revisions to complaint in intervention and motion to intervene and send to client for review and approval |
| ACC | 7/1/2022 | 0.80 | Make final revisions to intervention pleadings and coordinate filing of the same |
| ACC | 7/11/2022 | 0.50 | Review State RFP seeking outside counsel to litigate Katie John / Sturgeon conflict in Kuskokwim litigation trial phase and analyze implications for proposed intervention |
| ACC | 7/18/2022 | 1.00 | Review and analyze State's opposition to motion to intervene; research and analyze general interest and adequate representation standards; analyze judicial notice evidentiary requirements; meeting with co-counsel to strategize reply |
| ACC | 7/20/2022 | 0.80 | Review and revise draft reply in support of Motion to Intervene and e-mails with co-counsel |
| ACC | 7/22/2022 | 0.50 | Coordinate final review and filing of reply in support of motion to intervene; e-mails with co-counsel regarding the same |
| ACC | 7/29/2022 | 0.20 | Review draft scheduling report |
| ACC | 7/29/2022 | 0.50 | Review order granting motion to intervene as of right and send to client |
| ACC | 8/1/2022 | 1.20 | Meeting with client to discuss scheduling order and order granting intervention; draft memo for Board with case update and send to client |
| ACC | 10/25/2022 | 0.60 | Review administrative record |
| ACC | 11/22/2022 | 0.30 | Review documents disclosed in the administrative record that address Copper River federal subsistence fishery openings |
| ACC | 2/1/2023 | 0.20 | Review and respond to e-mails from co-counsel seeking approval for amended APA briefing schedule; revise stipulated briefing schedule |
| ACC | 3/29/2023 | 0.20 | Review State's supplemental authority filing; research supplemental authorities |
| ACC | 4/5/2023 | 0.20 | Review State of Alaska stipulation to dismiss counterclaims with prejudice and confer with co-counsel regarding the same |
| ACC | 4/6/2023 | 0.10 | Review order granting stipulation to dismiss State of Alaska counterclaims with prejudice |
| ACC | 4/10/2023 | 0.40 | Confer with co-counsel regarding stipulation to dismiss counterclaims |
| ACC | 5/16/2023 | 0.20 | Review correspondence between US and State of Alaska disputing briefing schedule and scope of intervenor involvement and confer with co-counsel regarding the same |
| ACC | 5/17/2023 | 0.20 | Review proposed scheduling order and confer with co-counsel regarding the same |
| ACC | 7/24/2023 | 0.80 | Review and analyze US motion for summary judgment and confer with co-counsel about strategy for filing joinder |
| ACC | 7/25/2023 | 0.40 | Research joinder standard to begin preparing motion to join US summary judgment motion |
| ACC | 9/1/2023 | 0.60 | Analyze State of Alaska motion for summary judgment and attend press conference |
| ACC | 9/5/2023 | 0.20 | E-mails with co-counsel regarding opposition brief |
| ACC | 9/7/2023 | 1.00 | Meeting with co-counsel and client about State of Alaska MSJ and response strategy |
| ACC | 9/8/2023 | 0.50 | Review legal history of fishing rights in Alaska |

| | | | |
|---|---|---|---|
| ACC | 9/11/2023 | 0.70 | Review brief outline and confer about brief strategy and arguments |
| ACC | 9/14/2023 | 0.10 | Review revised draft of summary judgment opposition brief outline |
| ACC | 9/18/2023 | 0.20 | Review argument and proposed motion for extension |
| ACC | 9/22/2023 | 0.10 | Review reply to opposition to request for extension of briefing deadlines |
| ACC | 9/25/2023 | 0.80 | Confer with co-counsel about reply strategy and division of arguments between intervenors |
| ACC | 9/27/2023 | 0.50 | Review AFN intervention motion and complaint; confer with co-counsel about briefing strategy |
| ACC | 10/2/2023 | 0.70 | Review and revise argument; e-mails with co-counsel regarding the same |
| ACC | 10/3/2023 | 0.70 | Review opposition to AFN's intervention; confer with A. Erickson about briefing strategy |
| ACC | 10/6/2023 | 0.40 | Review AFN reply to State's opposition to motion to intervene |
| ACC | 10/12/2023 | 0.30 | Analyze order granting AFN's motion to intervene |
| ACC | 10/23/2023 | 0.10 | E-mails with client coordinating meetings to work on Kuskokwim briefing |
| ACC | 10/25/2023 | 1.20 | Review AFN and KRITFC briefs; attend meeting with US and intervenors to strategize brief content |
| ACC | 10/26/2023 | 0.20 | Review original affidavits of Katie John and Doris Charles |
| ACC | 10/27/2023 | 0.50 | Call with client to discuss brief and potential affidavits to support Ahtna arguments |
| ACC | 10/28/2023 | 2.20 | Review US reply/opposition brief; review draft explanation of Ahtna historical and customary subsistence practices; research 1960 federal Indian Fishing in Alaska regulations |
| ACC | 10/29/2023 | 2.20 | Review draft brief and confer with co-counsel regarding same; research 1918 and 1919 federal regulations limiting commercial fishing on Copper River to protect and preserve upriver Ahtna fisheries |
| ACC | 10/30/2023 | 1.00 | Confer with co-counsel regarding affidavits, declarations, and Ahtna brief; review and revise affidavit of K. Martin, emails with client regarding the same |
| ACC | 10/31/2023 | 3.00 | Review updated draft brief; e-mails with co-counsel regarding the same |
| ACC | 11/1/2023 | 1.60 | Review AFN brief; attend meeting with intervenors to discuss final brief filing strategy; confer with co-counsel regarding the same; review ANCSA legislative history to identify extinguishment issues |
| ACC | 11/2/2023 | 0.70 | Review revised draft brief |
| ACC | 11/2/2023 | 1.00 | Analyze NARF brief arguments; review current Ahtna draft brief |
| ACC | 11/3/2023 | 0.30 | Confer with co-counsel about filing, oral argument |
| ACC | 12/19/2023 | 0.20 | Review and respond to State's request for non-opposition to motion to file overlength brief |
| ACC | 1/2/2024 | 1.00 | Review State MSJ reply |
| ACC | 1/24/2024 | 0.20 | Confer with co-counsel about oral argument issues |
| | **Total** | **47.30** | |
| | | | |
| JSS | 6/8/2022 | 1.70 | Review State preliminary injunction opposition; telephone call with A. Erickson regarding same; conference call with client regarding options for intervention given State arguments in preliminary injunction opposition; follow-up telephone call with A. Erickson |
| JSS | 6/10/2022 | 0.10 | Review draft email to client regarding preliminary injunction litigation; emails to A. Erickson regarding same |
| JSS | 6/13/2022 | 1.20 | Continue to review State preliminary injunction opposition; review Court's denial regarding proposed temporary restraining order and State and Federal TRO motions; revise draft outline of merits intervention brief and emails to co-counsel regarding drafting intervention motion; research Title VIII as Indian Legislation and application of Indian Canons of construction |
| JSS | 6/14/2022 | 1.10 | Email client regarding AVCP and AFN intervention; review AVCP intervention pleadings; email client regarding same and to identify the persons who will be |

| | | | |
|---|---|---|---|
| | | | parties in the complaint and discussing timing issues; review KRITFC intervention pleadings; email client regarding intervention strategy |
| JSS | 6/15/2022 | 1.20 | Revise draft motion to intervene; telephone call with A. Crary regarding same; review state opposition to KRITFC motion to intervene; review US reply to preliminary injunction and email client regarding same; telephone call with co-counsel regarding revisions to intervention motion |
| JSS | 6/16/2022 | 0.20 | Review revisions to intervention motion; email co-counsel regarding same |
| JSS | 6/17/2022 | 1.40 | Revise draft Motion for intervention; email to client with draft Motion |
| JSS | 6/21/2022 | 1.00 | Attend oral argument over preliminary injunction motion; conference with co-counsel regarding same |
| JSS | 6/22/2022 | 1.80 | Telephone call with A. Erickson regarding State counterclaims and meeting with client |
| JSS | 6/23/2022 | 2.50 | Telephone call with A. Erickson and client regarding strategy for intervention |
| JSS | 6/29/2022 | 1.00 | Revise draft motion to intervene and complaint; exchange emails with A. Erickson regarding non-opposition of other parties and drafting motion |
| JSS | 6/30/2022 | 0.50 | Revise draft motion to intervene |
| JSS | 7/1/2022 | 0.30 | Emails and telephone conferences with co-counsel regarding filing of motion to intervene and final revisions |
| JSS | 7/18/2022 | 0.60 | Review State Opposition to Intervention; telephone conference with co-counsel regarding strategy for reply |
| JSS | 7/20/2022 | 1.50 | Revise Reply For Motion to Intervene |
| JSS | 7/29/2022 | 0.20 | Review draft scheduling conference report and email A. Crary regarding same |
| JSS | 5/9/2023 | 0.20 | Review State scheduling issues; telephone call with A. Erickson regarding same |
| JSS | 9/6/2023 | 0.70 | Telephone call with A. Erickson regarding State's Katie John challenge in summary judgment opposition |
| JSS | 9/7/2023 | 2.40 | Review State summary judgment opposition and Sturgeon SCOTUS decisions; meet with A. Erickson regarding briefing strategy; conference call with co-counsel |
| JSS | 9/8/2023 | 1.50 | Conference call with co-counsel to discuss intervenor briefing strategy for Katie John challenge; meet beforehand with A. Erickson to discuss strategy for conference call; research ANILCA legislative history |
| JSS | 9/14/2023 | 0.80 | Research regarding aboriginal and trust fishing rights and title |
| JSS | 9/18/2023 | 0.60 | Review draft summary of argument and revise |
| JSS | 9/20/2023 | 2.20 | Meet with client regarding strategy for litigation and Ahtna briefing |
| JSS | 9/22/2023 | 0.30 | Telephone call and text messages with N. Ostrovsky, A. Erickson, and J. Lindemuth regarding Ahtna not opposing AFN motion to intervene |
| JSS | 9/25/2023 | 0.50 | Conference call with A. Erickson regarding strategy for reserved fishing rights argument and consistency with current federal regulations based on reserved water rights; review of ANILCA language withdrawing Kuskokwim and Copper River drainages |
| JSS | 9/25/2023 | 0.30 | Call with A. Erickson regarding strategy for briefing |
| JSS | 9/25/2023 | 0.20 | Conference calls and text messages with client and co-counsel |
| JSS | 9/26/2023 | 1.00 | Review Katie John historical files for relevant legal and factual background materials |
| JSS | 9/27/2023 | 3.20 | Meet with A. Erickson and discuss strategy for briefing and coordinating with intervenors; emails to and from other intervenor's regarding meeting to discuss coordination; research case law, legislative history and administrative history for subsistence law and management |
| JSS | 9/28/2023 | 0.20 | Telephone call with A. Erickson to discuss strategy for conference call with intervenors |
| JSS | 10/24/2023 | 2.50 | Conference call with client and co-counsel regarding strategy for brief; review A. Erickson summary and draft argument; review Katie John and Sturgeon decisions |
| JSS | 10/25/2023 | 3.30 | Research previous Katie John briefing; research trust responsibility; review AFN and KRITFC draft briefs; conference call with intervenors and U.S., A. |

| | | | |
|---|---|---|---|
| | | | Erickson, A. Crary, N. Ostrovsky, and A. Sandone; meet with A. Erickson to discuss strategy for brief and argument; email NARF regarding access to Katie John early litigation files; conference call with N. Ostrovsky, A. Erickson, and A. Sandone regarding Ahtna historical/cultural section of brief |
| JSS | 10/26/2023 | 4.90 | Review State brief and arguments; research usufruct property interests; meet with A. Erickson; review Ahtna SCOTUS amicus brief; continue review of AFN draft brief; research "title;" continue review KRITFC draft brief |
| JSS | 10/27/2023 | 6.30 | Review ANILCA Title IX implementation of Statehood Act; review Statehood Act cases; review ANILCA; review draft section of brief; conference call with co-counsel and client regarding drafting affidavit and brief strategy |
| JSS | 10/28/2023 | 4.50 | Review and revise Ahtna brief |
| JSS | 10/29/2023 | 4.90 | Research State arguments regarding Sturgeon decision; research issues raised in Totemoff regarding "title" and "possessory" interests; research federal cases implicating the Statehood Act; research federal Indian trust responsibility cases |
| JSS | 10/30/2023 | 3.60 | Continue review of Statehood Act and Alaska Indian fishing trust cases; review Declarations sent by NARF; conference call with client regarding same; meet with A. Erickson regarding strategy for argument |
| JSS | 10/31/2023 | 4.30 | Revise draft brief; review N. Ostrovsky comments regarding draft brief; meet with A. Erickson regarding same |
| JSS | 11/1/2023 | 5.10 | Telephone call with co-counsel and Intervenors regarding briefing strategy; meet with A. Erickson and A. Crary regarding strategy for finalizing brief; research application of Indian canons and termination cases to ANCSA; research State argument regarding need for explicit language to alter State-Federal balance; revise draft, emails to Sonosky and AFN regarding their draft briefs |
| JSS | 11/2/2023 | 6.30 | Revise brief; continue review of AFN and NARF briefs; email suggested revisions |
| JSS | 11/3/2023 | 2.60 | Search Katie John history for Katie John affidavit filing; review NARF brief; make final revisions on brief, certifications, exhibits, and declarations |
| | **Total** | **78.70** | |
| | | | |
| | **Grand Total** | **357.50** | |