**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL<br>FISH COMMISSION, et al.,<br>            Intervenor-Plaintiffs,<br><br>            v.<br><br>STATE OF ALASKA, et al.,<br>            Defendants. | Case No. 1:22-cv-00054-SLG |

## (REVISED PROPOSED) ORDER GRANTING AHTNA'S MOTION FOR ATTORNEY'S FEES

Intervenor-Plaintiffs Ahtna Tene Nené & Ahtna, Inc.'s Motion for Attorney's Fees (Docket No. 137), Application for Attorneys' Fees (Docket No. 162-2), and Motion for Supplemental Attorney's Fees (dated February 26, 2026) are GRANTED. Ahtna Tene Nené & Ahtna, Inc. are entitled to an award of $414,575.50 in attorney's fees pursuant to U.S.C. § 3117 to be paid by the State of Alaska. IT IS SO ORDERED.

_____          _____
Dated                                        The Honorable Sharon L. Gleason
                                                 United States District Judge