John M. Sky Starkey, Alaska Bar No. 8611141
Andrew Erickson, Alaska Bar No. 1605049
River E.M. Sterne, Alaska Bar No. 2411108
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Ave., Suite 1100
Anchorage, AK 99501
(907) 276-5152
jskys@lbblawyers.com
andye@lbblawyers.com
rivers@lbblawyers.com

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL<br>FISH COMMISSION, et al.,<br>　　　　　　Intervenor-Plaintiffs,<br><br>　　　　v.<br><br>STATE OF ALASKA, et al.,<br>　　　　　Defendants. | Case No. 1:22-cv-00054-SLG |

### AHTNA TENE NENÉ & AHTNA, INC.'S
### MOTION FOR LEAVE TO FILE OVERLENGTH REPLY

Intervenor-Plaintiffs Ahtna Tene Nené & Ahtna, Inc. (collectively,

"Ahtna"), through undersigned counsel, respectfully request leave to file an

Case 1:22-cv-00054-SLG    Document 200    Filed 04/16/26    Page 1 of 3

overlength Reply in Support of Motion for Supplemental Attorney's Fees. Under Local Civil Rule 7.4, replies must not exceed 10 pages or 2,750 words. Ahtna's Reply is 15 pages or 3,182 words; that is, 5 pages or 432 words overlength. Ahtna strove to keep its Reply to the page and word limit, but additional pages are necessary to respond to the State's Opposition (Docket No. 192), which raises a sovereign immunity defense for the first time in this litigation.

Ahtna respectfully requests that its overlength Reply be accepted as filed. A proposed order accompanies this Motion.

Respectfully submitted.

Dated: April 16, 2026          LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

John M. Sky Starkey, Alaska Bar No. 8611141
Andrew Erickson, Alaska Bar No. 1605049
River E.M. Sterne, Alaska Bar No. 2411108

*Attorneys for Intervenor-Plaintiffs Ahtna Tene Nené and Ahtna, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson

Case 1:22-cv-00054-SLG    Document 200    Filed 04/16/26    Page 3 of 3