**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>KUSKOKWIM RIVER INTER-TRIBAL<br>FISH COMMISSION, et al.,<br>　　　　　　Intervenor-Plaintiffs,<br><br>　　　v.<br><br>STATE OF ALASKA, et al.,<br>　　　　　　Defendants. | Case No. 1:22-cv-00054-SLG |

**(PROPOSED) ORDER GRANTING AHTNA'S
MOTION FOR LEAVE TO FILE OVERLENGTH REPLY**

Upon due consideration of Ahtna's Motion for Leave to File Overlength

Reply, and any responses thereto, the Motion is GRANTED. Ahtna's Reply is

accepted as filed. SO ORDERED.

_____　　　_____
Dated　　　　　　　　　　　The Honorable Sharon L. Gleason
　　　　　　　　　　　　　　United States District Judge

*United States v. Alaska*　　　　　　　　Case No. 1:22-cv-00054-SLG
(Proposed) Order　　　　　　　　　　　　　　　　　　Page 1 of 1