# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THE UNITED STATES OF AMERICA,

        Plaintiff,

   and

KUSKOKWIM RIVER INTER-TRIBAL
FISH COMMISSION, *et al*.

        Intervenor-Plaintiffs,

        v.

THE STATE OF ALASKA, *et al*.,

        Defendants.

Case No. 1:22-cv-00054-SLG

## ORDER ON JUDGE GLEASON'S CHAMBERS COPIES

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. The following filings are all longer than 50 pages, and counsel is to provide the Court with chambers copies as soon as possible:

- Declaration of J. Michael Connolly at Docket 194.

Chambers copies are not part of the official file in the case and are not open to public inspection.  Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits/Attachments must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED this 23rd day of April, 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 1:22-cv-00054-SLG, *The United States of America v. The State of Alaska, et al.*
Order on Chambers Copies
Page 2 of 2

Case 1:22-cv-00054-SLG     Document 204     Filed 04/23/26     Page 2 of 2