# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

THE UNITED STATES OF AMERICA,

        Plaintiff,

    and

KUSKOKWIM RIVER INTER-TRIBAL
FISH COMMISSION, *et al.*,

        Intervenor-Plaintiffs

    v.

THE STATE OF ALASKA, *et al.*,

        Defendants.

Case No. 1:22-cv-00054-SLG

## AMENDED JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Judgment is entered for the Plaintiff and Intervenor-Plaintiffs. The State is **ENJOINED** from reinstating ADF&G's 2021 or 2022 orders and from taking similar actions interfering with or in contravention of federal orders addressing Title VIII of ANILCA and applicable regulations on the Kuskokwim River within the Yukon Delta National Wildlife Refuge.

Intervenor-Plaintiffs shall recover attorney's fees from the State as follows:

- Alaska Federation of Natives shall recover $404,939.48;

- Kuskokwim River Inter-Tribal Fish Commission shall recover $513,083.88;

- Ahtna shall recover $326,997.25; and

- Association of Village Council Presidents shall recover $519,506.00

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Amended Judgment Date: June 17, 2026

*Note: Award of prejudgment interest, costs and attorney's*
*fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court